**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| J.B.D.L. Corp. d/b/a<br>BECKETT APOTHECARY, et al. ) | Civil Action No. C-1-01-704 |
| ) | Judge Sandra S. Beckwith |
| Plaintiffs, ) | Magistrate Judge Timothy S. Hogan |
| ) | |
| v. ) | |
| ) | **JOINT MOTION TO MODIFY** |
| WYETH-AYERST LABORATORIES, INC., )<br>et al. ) | **CALENDAR ORDER** |
| Defendants. ) | |

## MOTION

That parties respectfully request a modification of the prior Calendar Order entered in this case, dated June 11, 2003 (Doc. #62). The parties' proposed Agreed Modified Calendar Order is attached hereto and has been sent via electronic mail to the Court in Word format.

## MEMORANDUM IN SUPPORT

The merits and discovery in this case cannot be completed by the date set forth in the Calendar Order dated June 11, 2003 (Doc. #62) and, therefore, it is in the best interests of all parties to extend the date by which merits discovery shall conclude and to set a date by which Defendants will conclude their agreed production of documents. This extension of the merits discovery deadline also requires extensions of approximately one month for all other deadlines set by the June 11, 2003 Calendar Order, with the exception of the final pretrial conference date which will be set by Judge Beckwith. Significantly, this Agreed Modified Calendar Order does not change the December 2004 timeframe by which this case should be prepared for a final pretrial.

{00008973; 1}

Accordingly, the parties jointly move this Court to extend the deadlines as set forth in the Agreed Modified Calendar Order attached hereto.

| | |
|---|---|
| s/Theresa L. Groh | s/Grant S. Cowan |
| Theresa L. Groh (29806) | Grant S. Cowan (29667) |
| Murdock, Goldenberg, Schneider & Groh, L.P.A. | Frost Brown Todd, LLC |
| | 2200 PNC Center |
| 700 Walnut Street, Suite 400 | 201 East Fifth Street |
| Cincinnati, Ohio  45202 | Cincinnati, Ohio 45202-5715 |
| Tel:   (513) 345-8291 | Tel:   (513) 651-6800 |
| Fax:   (513) 345-8294 | Fax:   (513) 651-6981 |
| Local Counsel for Plaintiffs | Local Counsel for Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Grant S. Cowan, Esq., Frost Brown Todd LLC, 2200 PNC Center, 201 E. Fifth Street, Cincinnati, Ohio 45202, and I hereby certify that I have mailed the document by United States Postal Service to the following non CM/ECF participants: William J. Baer, Esq. and David S. Eggert, Esq., Arnold & Porter, 555 Twelfth Street, N.W., Washington, D.C. 20004-1206 and Dan K. Webb, Esq. and W. Gordon Dobie, Esq., Winston & Strawn, 35 West Wacker Drive, Chicago, Illinois 60601-9703.

s/Theresa L. Groh
Theresa L. Groh

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| J.B.D.L. Corp. d/b/a ) <br> BECKETT APOTHECARY, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WYETH-AYERST LABORATORIES, INC., ) <br> et al. ) <br> Defendants. ) | Civil Action No. C-1-01-704 <br><br> Judge Sandra S. Beckwith <br> Magistrate Judge Timothy S. Hogan |

**AGREED MODIFIED CALENDAR ORDER**

Pursuant to the agreement of the parties, the Calendar Order dated June 11, 2003 (Doc. #62) is modified as follows:

1. Merits Discovery: shall conclude on **March 19, 2004**; absent agreement or good cause shown, each side is limited to 15 depositions (excluding experts);

    a. Defendants will make a good faith effort to conclude their agreed production of documents on or before **December 2, 2003**, with documents to be produced on a rolling basis as available;

2. Plaintiffs shall serve their expert reports and all information, including in electronic form any databases or models, relied upon: on or before **March 19, 2004**;

3. Defendants will depose Plaintiffs' experts: before **April 16, 2004**;

4. Defendants shall serve their expert reports and all information, including in electronic form any databases or models, relied upon: on or before **May 18, 2004**;

5. Plaintiffs shall depose Defendants' experts: before **June 15, 2004**;

6. Plaintiffs shall serve any rebuttal expert reports and all information, including in electronic form any databases or models, relied upon: on or before **June 28, 2004**;

{00008973; 1}

7.  Defendants shall depose Plaintiffs' rebuttal experts: before **July 12, 2004**;

8.  Dispositive motions filed and served upon Plaintiffs' co-lead counsel by hand delivery or by overnight mail for receipt no later than 5pm on: **August 19, 2004;**

    a.  Opposition filed and served upon defense counsel by hand delivery or by overnight mail for receipt no later than 5pm on: **October 1, 2004;**

    b.  Reply filed and served upon Plaintiffs' co-lead counsel by hand delivery or by overnight mail for receipt no later than 5pm on: **October 20, 2004**;

9.  Final pretrial Conference: to be set by the Court in **December 2004**;

10. Trial: to be set by the Court 30 days after pretrial.


Date: _____                    _____
                                          Timothy S. Hogan
                                          United States Magistrate Judge


Agreed:


_____            _____
Theresa L. Groh (29806)                   Grant S. Cowan (29667)
Murdock, Goldenberg, Schneider            Frost Brown Todd, LLC
   & Groh, L.P.A.                         2200 PNC Center
700 Walnut Street, Suite 400              201 East Fifth Street
Cincinnati, Ohio  45202                   Cincinnati, Ohio 45202-5715
Tel:   (513) 345-8291                     Tel:   (513) 651-6800
Fax:  (513) 345-8294                      Fax:  (513) 651-6981
Local Counsel for Plaintiffs              Local Counsel for Defendants


{00008973; 1}