IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| J.B.D.L. Corp. d/b/a BECKETT APOTHECARY, et al. ) ) ) | Civil Action No. C-1-01-704 |
| ) | Judge Sandra S. Beckwith |
| Plaintiffs, ) ) | Magistrate Judge Timothy S. Hogan |
| v. ) ) | |
| WYETH-AYERST LABORATORIES, INC., ) et al. ) | |
| Defendants. ) | |

### AGREED MODIFIED CALENDAR ORDER

Pursuant to the agreement of the parties, the Calendar Order dated June 11, 2003 (Doc. #62) is modified as follows:

1. Merits Discovery: shall conclude on **March 19, 2004**; absent agreement or good cause shown, each side is limited to 15 depositions (excluding experts);

    a. Defendants will make a good faith effort to conclude their agreed production of documents on or before **December 2, 2003**, with documents to be produced on a rolling basis as available;

2. Plaintiffs shall serve their expert reports and all information, including in electronic form any databases or models, relied upon: on or before **March 19, 2004**;

3. Defendants will depose Plaintiffs' experts: before **April 16, 2004**;

4. Defendants shall serve their expert reports and all information, including in electronic form any databases or models, relied upon: on or before **May 18, 2004**;

5. Plaintiffs shall depose Defendants' experts: before **June 15, 2004**;

{00008972; 1}

6. Plaintiffs shall serve any rebuttal expert reports and all information, including in electronic form any databases or models, relied upon: on or before **June 28, 2004**;

7. Defendants shall depose Plaintiffs' rebuttal experts: before **July 12, 2004**;

8. Dispositive motions filed and served upon Plaintiffs' co-lead counsel by hand delivery or by overnight mail for receipt no later than 5pm on: **August 19, 2004**;

    a. Opposition filed and served upon defense counsel by hand delivery or by overnight mail for receipt no later than 5pm on: **October 1, 2004**;

    b. Reply filed and served upon Plaintiffs' co-lead counsel by hand delivery or by overnight mail for receipt no later than 5pm on: **October 20, 2004**;

9. Final pretrial Conference: to be set by the Court in **February 2005**;

10. Trial: **March 2005**

Date: 11/18/03

Timothy S. Hogan
United States Magistrate Judge

Agreed:

| | |
|---|---|
| Theresa L. Groh (29806)<br>Murdock, Goldenberg, Schneider<br>  & Groh, L.P.A.<br>700 Walnut Street, Suite 400<br>Cincinnati, Ohio 45202<br>Tel: (513) 345-8291<br>Fax: (513) 345-8294<br>Local Counsel for Plaintiffs | Grant S. Cowan (29667)<br>Frost Brown Todd, LLC<br>2200 PNC Center<br>201 East Fifth Street<br>Cincinnati, Ohio 45202-5715<br>Tel: (513) 651-6800<br>Fax: (513) 651-6981<br>Local Counsel for Defendants |

{00008972; 1}