UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| J.B.D.L. Corp. d/b/a<br>BECKETT APOTHECARY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WYETH-AYERST LABORATORIES,<br>INC., et al.,<br><br>    Defendants. | Civil Action No. C-1-01-704<br>Judge Sandra S. Beckwith<br>Magistrate Judge Timothy S. Hogan |

**MOTION FOR ADMISSION <u>PRO HAC VICE</u> OF MARK R. MERLEY**

Now comes Grant S. Cowan, attorney for Defendants Wyeth and Wyeth Pharmaceuticals (collectively "Wyeth") and respectfully requests that this Court, pursuant to Local Rule 83.5(d), enter an Order in the form attached for the admission pro hac vice of Mark R. Merley, Arnold & Porter, Thurman Arnold Building, 555 12th Street, N.W., Washington, D.C. 20004-1202 as co-counsel for Wyeth.

In support of this Motion on behalf of Mr. Merley, Movant states as follows: Mark R. Merley is a member in good standing of the bar of the District of Columbia Court of Appeals (see attached Certificate of Good Standing of Mark R. Merley in support of his Motion for Pro Hac Vice admission). A Proposed Order is also attached.

Upon his admission pro hac vice, Mr. Merley will be working closely with the undersigned member of the bar of this Court and will comply with all state and court rules.

Respectfully submitted,


_____s/*Grant S. Cowan*_____
James R. Adams  (0008253)
Grant S. Cowan   (0029667)
**FROST BROWN TODD LLC**
2200 PNC Center
201 E. Fifth Street
Cincinnati, Ohio  45202-4182
(513) 651-6947 Phone
(513) 651-6981 Facsimile
gcowan@fbtlaw.com

William J. Baer
David S. Eggert
**ARNOLD & PORTER**
555 Twelfth Street, N.W.
Washington, D.C.  20004-1206
(202) 942-5000

Dan K. Webb
W. Gordon Dobie
**WINSTON & STRAWN**
35 West Wacker Drive
Chicago, Illinois  60601-9703
(312) 558-5600

Counsel for Defendants

Dated: January 7, 2004


## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the foregoing has been served by regular U.S. mail, postage prepaid this 7th day of January, 2004 upon the following:

Theresa L. Groh, Esq.
John C. Murdock, Esq.
**MURDOCK GOLDENBERG SCHNEIDER & GROH**
700 Walnut Street, Suite 400
Cincinnati, OH 45202

Eugene A. Spector, Esq.
Jeffrey J. Corrigan, Esq.
Jay S. Cohen, Esq.
**SPECTOR, ROSEMAN & KODRFOFF**
1818 Market Street, Suite 2500
Philadelphia, PA 19103

H. Laddie Montague, Esq.
Ruthane Gordon, Esq.
Eric L. Cramer, Esq.
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103

W.B. Markovits, Esq.
**MARKOVITS & GREIWE CO., L.P.A.**
119 East Court Street, Suite 500
Cincinnati, OH 45202

Richard Alan Arnold, Esq.
Scott E. Perwin, Esq.
**KENNY NACHWALTER ET AL., P.A.**
1100 Miami Center
210 S. Biscayne Boulevard
Miami, FL 33131-4327

                                      *s/Grant S. Cowan*
                                      Grant S. Cowan, Esq.
                                      Frost Brown Todd LLC