```
Wed Jan  7 15:46:18 2004

    UNITED STATES DISTRICT COURT
    CINCINNATI, OH

Receipt No.    100 421457
Cashier        scot

Tender Type  CHECK

Check Number: 10121

Transaction Type   C

Case No./Def No. 1:04-LB-ATTY  /   1

DD Code    Div No     Acct
 4661        1        6855XX

Amount              $     50.00

FROST BROWN TODD


PRO HAC VICE ON 1:01CV704




Wed Jan  7 15:46:18 2004

Check No. 10121
Amount$    50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```