UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

J.B.D.L. Corporation, et al.,
  Plaintiffs

v.                                     Case No.  1:01-cv-704

Wyeth-Ayerst Laboratories, Inc.,
et al.,
  Defendants

**ORDER**

This matter is before the Court on Defendants' Motion for Admission of attorney Mark R. Merley (Doc. 75).

**IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and attorney Mark R. Merley is hereby admitted to practice pro hac vice as **co-counsel** on behalf of Defendants.

January 14, 2004                    s/Sandra S. Beckwith
Date                                  Sandra S. Beckwith
                                          United States District Judge