IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| J.B.D.L. Corp. d/b/a<br>BECKETT APOTHECARY, et al., | Civil Action No. C-1-01-704 |
| Plaintiffs, | Judge Sandra S. Beckwith<br>Magistrate Judge Timothy S. Hogan |
| v. | |
| WYETH-AYERST LABORATORIES, INC.,<br>et al., | |
| Defendants. | |

### WYETH'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM CARDINAL HEALTH, INC. AND AMERISOURCE BERGEN CORP.

Pursuant to Federal Rule of Civil Procedure 37 and 45, and Local Rule 37.2, Defendants Wyeth and Wyeth Pharmaceuticals (collectively, "Wyeth") respectfully moves this Court for an Order compelling Cardinal Health, Inc. ("Cardinal") and Amerisource Bergen Corp. ("Amerisource Bergen") to produce documents responsive to Wyeth's subpoenas dated December 1, 2003.

This Motion is supported by the attached Affidavit of Matthew D. Meisner certifying that Wyeth has in good faith conferred with Cardinal and Amerisource Bergen, as well as class counsel, in an effort to obtain the requested documents without court action, and by the following memorandum.

       Respectfully submitted,


       s/Grant S. Cowan
       Trial Attorney For Defendants

       James R. Adams  (0008253)
       Grant S. Cowan   (0029667)
       **FROST BROWN TODD LLC**
       2200 PNC Center
       201 E. Fifth Street
       Cincinnati, Ohio  45202-418
       (513) 651-6800

       William J. Baer
       David S. Eggert
       **ARNOLD & PORTER LLP**
       555 Twelfth Street, N.W.
       Washington, D.C.  20004-1206
       (202) 942-5000

       Dan K. Webb
       W. Gordon Dobie
       **WINSTON & STRAWN LLP**
       35 West Wacker Drive
       Chicago, Illinois  60601-9703
       (312) 558-5600


Dated:  February 9, 2004