FEB. 2. 2004  1:06PM                                      NO. 6916    P. 1



BAKER
&
HOSTETLER LLP
COUNSELLORS AT LAW

CAPITOL SQUARE, SUITE 2100  •  65 EAST STATE STREET  •  COLUMBUS, OHIO 43215-4260  •  (614) 228-1541  •  FAX (614) 462-2616

THOMAS L. LONG
WRITER'S DIRECT DIAL NUMBER (614) 462-2626

# FAX COVER SHEET

Date:    February 2, 2004                  Client/Matter Number:  61244-00227

                                           Law Number:   0734

**Recipient(s):**

| Name | Company | Fax Number | Phone Number |
|------|---------|------------|--------------|
| MATTHEW MEISNER | Arnold & Porter | 202-942-5999 | 202-942-5000 |

From:        Thomas L. Long

Re:

Pages (Including Cover
    Sheet):        3

MESSAGE:

**If this transmission is not complete, please call Nila Little at 614-462-2617 .**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you.

CINCINNATI  •  CLEVELAND  •  COLUMBUS  •  COSTA MESA  •  DENVER  •  HOUSTON  •  LOS ANGELES  •  NEW YORK  •  ORLANDO  •  WASHINGTON, D.C.
International Affiliates — SÃO PAULO, BRAZIL.  •  JUÁREZ, MEXICO
www.bakerlaw.com

FEB. 2. 2004  1:06PM                                              NO. 6916    P. 2



BAKER
&
HOSTETLER LLP
COUNSELLORS AT LAW

CAPITOL SQUARE, SUITE 2100  •  65 EAST STATE STREET  •  COLUMBUS, OHIO 43215-4260  •  (614) 228-1541  •  FAX (614) 462-2616

THOMAS L. LONG
WRITER'S DIRECT DIAL NUMBER (614) 462-2626

February 2, 2004

**VIA TELECOPIER**

Matthew Meisner, Esq.
Arnold & Porter
555 Twelfth Street NW
Washington D.C. 20004-1206

     Re:    Subpoena to Cardinal Health, Inc. in the Matter of J.B.D.L. Corp. d/b/a Beckett
            Apothecary, et al. v. Wyeth-Ayerst Laboratories, Inc., et al.

Dear Matt:

    This will confirm our discussions today regarding Cardinal Health's position regarding
the subpoena previously served on it in the above-captioned case. I thought it best to simply put
in writing Cardinal Health's position following our recent telephone conferences. As we did
during our telephone conference, I will review each request.

    As to requests 1 through 4, Cardinal Health stands by the objections raised in its response
that such information is not proper discovery in such a matter under the doctrine set forth in the
*Hanover Shoe, Illinois Brick,* and the *UtiliCorp* cases.

    Cardinal Health will produce the electronic data requested in request number 5. As I
explained, it is extremely helpful if you provide us with NDC code information for the drugs to
be included in the database. Once we receive the NDC information, the Cardinal Health IS
Department will work very quickly to produce the information.

    In response to request number 6, Cardinal Health again asserts its objections to
downstream discovery as set forth in Cardinal Health's general objections based upon the
standards in the *Hanover Shoe, Illinois Brick* and the *UtiliCorp* cases.

    As to request number 7, Cardinal Health does not believe it has any such materials.

CINCINNATI  •  CLEVELAND  •  COLUMBUS  •  COSTA MESA  •  DENVER  •  HOUSTON  •  LOS ANGELES  •  NEW YORK  •  ORLANDO  •  WASHINGTON, D.C.
*International Affiliates — SÃO PAULO, BRAZIL*  •  JUÁREZ, MEXICO
www.bakerlaw.com

FEB. 2. 2004  1:06PM                                      NO. 6916   P. 3

Matthew Meisner, Esq.
February 2, 2004
Page 2


        In response to request numbers 8 and 9, Cardinal Health once again objects to the
downstream discovery as prohibited by the *Hanover Shoe, Illinois Brick,* and the *UtiliCorp*
cases.

        As to request numbers 10 and 11, Cardinal will reproduce the materials from the
Duramed litigation.  However, those materials were covered by a protective order.  It is my
understanding you will contact Barr Labs to obtain its permission for Cardinal Health to release
the documents.  As I mentioned to you, we will determine if there has been an update of any
materials since the documents were produced in the Duramed litigation.

        In response to request number 12, Cardinal Health will produce the assignments.  In
response to the next request which is erroneously numbered 11, Cardinal Health will provide the
electronic data requested.

        In response to requests 13 and 14, Cardinal Health again objects on the basis of the
doctrine set forth in the *Hanover Shoe, Illinois Brick* and the *UtiliCorp* cases.

        As to request number 15, Cardinal Health is not aware of any such documents responsive
to this request.

        As to request number 16, although it only seeks organizational charts, the information
sought is designed solely to obtain information for downstream discovery purposes.  As a
consequence, Cardinal Health objects to this request based on the doctrine set for in the *Hanover
Shoe, Illinois Brick* and the *UtiliCorp* cases.

        It is my understanding that you will be furnishing us with the NDC information sufficient
to run the electronic data.  In addition, you will obtain some type of notification from Barr Labs
permitting Cardinal Health to produce the Duramed litigation documents.

        Thank you for your assistance.

                                        Very truly yours,


                                        Thomas L. Long