# EXHIBIT 11

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Monosodium Glutamate Antitrust Litigation

MDL 00-1328 (PAM/JGL)

**ORDER**

---

This matter is before the Court on a Partial Motion to Dismiss by Defendants Takeda Vitamin & Food USA, Inc., Ajinomoto U.S.A., Inc., and Daesang America, Inc., and the parties' cross motions to compel production of documents. The parties appeared for oral argument before this Court on September 12, 2000, at 2:00 p.m.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.   Defendants' Partial Motion to Dismiss (Clerk Doc. No. 53) is **GRANTED WITHOUT PREJUDICE**, and Plaintiffs have leave to amend the Complaint to re-plead the fraudulent concealment claim with specificity within thirty (30) days from the date of this Order;

2.   Plaintiffs' Motion to Compel Production of Documents (Clerk Doc. No. 44) is **GRANTED** to the extent that the relevant time period of discovery begins on January 1, 1990, and **DENIED** with respect to Plaintiffs' indiscriminate request for documents that Defendants provided to the Grand Jury; and

3.   Defendants' Motion to Compel Production of Documents (Clerk Doc. No. 47) concerning Plaintiffs' sales of FFE-Containing Products and non-FFE business units

FILED **SEP 1 4 2000**
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD._____
DEPUTY CLERK_____

is **DENIED** for lack of relevance.

Dated: _Septem 13_, 2000

Paul A. Magnuson
United States District Court Judge