IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARJORIE FERRELL, *et al.*, Plaintiffs,<br><br>v.<br><br>WYETH-AYERST LABORATORIES, INC., *et al.*, Defendants. | CIVIL ACTION NO. C-1-01-447<br>Judge Sandra S. Beckwith<br>Magistrate Judge Timothy S. Hogan |
| CVS, MERIDIAN. INC. and RITE AID CORP., Plaintiffs<br><br>v.<br><br>WYETH, Defendant. | CIVIL ACTION NO. C-1-03-781<br>Judge Susan J. Dlott |
| J.B.D.L. Corp. d/b/a BECKETT APOTHECARY, *et al.*, Plaintiffs,<br><br>v.<br><br>WYETH-AYERST LABORATORIES, INC., *et al.*, Defendants, | CIVIL ACTION NO. C-1-01-704<br>Judge Sandra S. Beckwith<br>Magistrate Judge Timothy S. Hogan |

## NOTICE OF FIRM REGISTRATION
## AS AN LLP AND NAME CHANGE

PLEASE TAKE NOTICE that ARNOLD & PORTER has registered as a limited liability partnership, effective February 2, 2004, and has changed its name to ARNOLD & PORTER LLP.

Respectfully submitted,

_____
Trial Attorney for Defendants
James R. Adams (0008253)
Grant S. Cowan   (0029667)
**FROST BROWN TODD LLC**
2200 PNC Center
201 E. Fifth Street
Cincinnati, Ohio  45202-4182
(513) 651-6800

William  J. Baer
David S. Eggert
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C.  20004-1206
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999

Dated:  February 10, 2004

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the foregoing has been served by regular U.S. mail, postage prepaid this 10th day of February, 2004 upon the following:

Steve D. Shadowen, Esq.
**HANGLEY ARONCHICK SEGAL & PUDLIN**
30 North Third Street, Suite 700
Harrisburg, PA  17101-1810

Jay S. Cohen, Esq.
**SPECTOR, ROSEMAN & KODROFF**
1818 Market Street, Suite 2500
Philadelphia, PA  19103

Eliot Long, Esq.
**BUCHANAN INGERSOL**
1835 Market Street, 14th Floor
Philadelphia, PA  19103

Joseph E. Conley, Jr., Esq.
**BUECHEL & CONLEY**
25 Crestview Hills Mall Road
Crestview Hills, KY  41027

Kenneth A. Wexler, Esq.
**KENNETH A. WEXLER AND ASSOCIATES**
One North LaSalle, Suite 2000
Chicago, IL  60602

Patrick E. Cafferty, Esq.
**MILLER FAUCHER CAFFERTY**
101 N. Main Street, Suite 885
Ann Arbor, MI  48104

Ruthanne Gordon, Esq.
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA  19103

Thomas L. Long, Esq.
**BAKER & HOSTETLER LLP**
Capitol Square, Suite 2100
65 East State Street
Columbus, OH  43215

Janet Abaray, Esq.
**LOPES, HODES, RESTAINO, MILMAN & SKIKOS**
312 Walnut Street, Suite 2090
Cincinnati, OH  45202

Marc H. Edelson, Esq.
**HOFFMAN & EDELSON**
45 West Court Street
Doylestown, PA  18901

Daniel E. Gustafson, Esq.
**HEINS MILLS & OLSON, P.C.**
700 Northstar East
608 Second Avenue South
Minneapolis, MN  55402