UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| J.B.D.L. Corp. d/b/a BECKETT APOTHECARY, et al., | Civil Action No. C-1-01-704 Judge Sandra S. Beckwith Magistrate Judge Timothy S. Hogan |
| Plaintiffs, | |
| v. | |
| WYETH-AYERST LABORATORIES, INC., et al., | |
| Defendants. | |

## MOTION FOR ADMISSION PRO HAC VICE OF SON B. NGUYEN, WILLIAM J. BAER, DOUGLAS L. WALD, DAVID S. EGGERT, ASIM VARMA, AND MATTHEW D. MEISNER

Now comes Grant S. Cowan, attorney for Defendants Wyeth and Wyeth Pharmaceuticals (collectively "Wyeth") and respectfully requests that this Court, pursuant to Local Rule 83.5(d), enter an Order in the form attached for the admission pro hac vice of Son B. Nguyen, William J. Baer, Douglas L. Wald, David S. Eggert, Asim Varma, and Matthew D. Meisner, Arnold & Porter, Thurman Arnold Building, 555 12th Street, N.W., Washington, D.C. 20004-1202 as co-counsel for Wyeth.

In support of this Motion on behalf of Mr. Nguyen, Mr. Baer, Mr. Wald, Mr. Eggert, Mr. Varma, and Mr. Meisner, Movant states as follows: Son B. Nguyen, William J. Baer, Douglas L. Wald, David S. Eggert, Asim Varma, and Matthew D. Meisner are members in good standing of the bar of the District of Columbia Court of Appeals (see attached Certificates of Good Standing of Son B. Nguyen, William J. Baer, Douglas L. Wald, David S. Eggert, Asim Varma, and

1369675_2.DOC

Matthew D. Meisner in support of their Motion for Pro Hac Vice admission). A Proposed Order is also attached.

Upon their admission pro hac vice, Mr. Nguyen, Mr. Baer, Mr. Wald, Mr. Eggert, Mr. Varma, and Mr. Meisner will be working closely with the undersigned member of the bar of this Court and will comply with all state and court rules.

Respectfully submitted,

s/*Grant S. Cowan*
James R. Adams  (0008253)
Grant S. Cowan   (0029667)
**FROST BROWN TODD LLC**
2200 PNC Center
201 E. Fifth Street
Cincinnati, Ohio  45202-4182
(513) 651-6947 Phone
(513) 651-6981 Facsimile
gcowan@fbtlaw.com

William J. Baer
David S. Eggert
**ARNOLD & PORTER**
555 Twelfth Street, N.W.
Washington, D.C.  20004-1206
(202) 942-5000

Dan K. Webb
W. Gordon Dobie
**WINSTON & STRAWN**
35 West Wacker Drive
Chicago, Illinois  60601-9703
(312) 558-5600

Counsel for Defendants

Dated:  February 11, 2004

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the foregoing has been served by regular U.S. mail, postage prepaid this 11th day of February, 2004 upon the following:

Theresa L. Groh, Esq.
John C. Murdock, Esq.
**MURDOCK GOLDENBERG SCHNEIDER & GROH**
700 Walnut Street, Suite 400
Cincinnati, OH 45202

Eugene A. Spector, Esq.
Jeffrey J. Corrigan, Esq.
Jay S. Cohen, Esq.
**SPECTOR, ROSEMAN & KODRFOFF**
1818 Market Street, Suite 2500
Philadelphia, PA 19103

H. Laddie Montague, Esq.
Ruthane Gordon, Esq.
Eric L. Cramer, Esq.
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103

W.B. Markovits, Esq.
**MARKOVITS & GREIWE CO., L.P.A.**
119 East Court Street, Suite 500
Cincinnati, OH 45202

Richard Alan Arnold, Esq.
Scott E. Perwin, Esq.
**KENNY NACHWALTER ET AL., P.A.**
1100 Miami Center
210 S. Biscayne Boulevard
Miami, FL 33131-4327

                                                                                  *s/Grant S. Cowan*
                                                                                  Grant S. Cowan, Esq.
                                                                                  Frost Brown Todd LLC