UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

J.B.D.L. Corporation, et al.,
    Plaintiffs

v.     Case No.  1:01-cv-704

Wyeth-Ayerst Laboratories,
Inc., et al.,
    Defendants

**ORDER**

This matter is before the Court on Defendants Wyeth and Wyeth Pharmaceuticals ("Wyeth") Motion for Admission of several attorneys (Doc. 80).

**IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and attorneys Son B. Nguyen, William J. Baer, Douglas L. Wald, David S. Eggert, Asim Varma and Matthew D. Meisner are hereby admitted to practice pro hac vice as **co-counsel** on behalf of Defendants Wyeth.

**All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at:  Ms. Lisa Wright at 614.719.3222, to register for Electronic Case Filing as soon as practicable.**

February 17, 2004        s/Sandra S. Beckwith
Date                        Sandra S. Beckwith
                             United States District Judge