JAMES BONINI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO  04 FEB 24  PM 1:44

| | |
|---|---|
| J.B.D.L. Corp., d/b/a Beckett Apothecary ) | CASE NO.: C-1-01-704 |
| Plaintiff ) | |
| ) | Appearing on behalf of: AmerisourceBergen Corp. |
| v. ) | |
| Wyeth-Ayerst Laboratories, Inc., et al. ) | Subpoenaed Third Party/Class Member |
| Defendant ) | (Plaintiff/Defendant) |

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, Howard D. Scher, hereby requests permission to appear pro hac vice in the subject case filed in the Western Division of the United States District Court for the Southern District of Ohio. *Petitioner* states under penalty of perjury that (he/she) is a member in good standing of the Bar of the highest Court of the State of Pennsylvania and that a current Certificate of Good Standing this Court is provided. *Petitioner* states further that (he/she) is not eligible for admission under Local Rule 83.4(b). *Petitioner* designates Thomas L. Long, Esquire as local counsel. (His/her) business address is provided below in the Consent of Designated Local Counsel.

This 23rd day of February, 2004.

_____
(Signature of *Petitioner*)

215-665-3920          Buchanan Ingersoll PC
**Business Telephone**   **Law Firm**

1835 Market Street, 14th Floor
**Business Address**

Philadelphia, PA 19103
**City, State, Zip**

215-665-8760
**Fax Number**

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, THOMAS L. LONG, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.

-2-

This _____ day of _____, 20 ___.

_____    _/s/ Thomas R. Long_____
**Ohio Bar Number**          **Signature of Local Counsel**

_(614) 462-2626_          _____
**Business Telephone**       **(Law Firm)**

_Capitol Square, Suite 2100 65 East State Street_
**(Business Address)**

_Columbus, OH 43215_
**(City, State, Zip)**

_____
**(Mailing Address)**

## CERTIFICATE OF SERVICE

The above having been mailed to opposing counsel for plaintiff/defendant _____
this date _February 23, 2004_ .

_/s/ Thomas R. Long_
**Signed by Local Counsel**



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

### Howard D. Scher, Esq.

**DATE OF ADMISSION**

**April 26, 1971**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: February 6, 2004

Patricia A. Johnson
Chief Clerk

Tue Feb 24 13:28:14 2004

UNITED STATES DISTRICT COURT
COLUMBUS, OH

Receipt No.   200 240356
Cashier       rew

Tender Type  CHECK

Check Number: 3527

Transaction Type   C

Case No./Def No. 2:04-LB-ATTY  /  1

DO Code   Div No   Acct
4661        2      6855XX

Amount           $    50.00

PRO HAC VICE C1-01-704

HOWARD D SCHER

DATE 2/13/04

BUCHANAN INGERSOLL PC