UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JBDL Corporation, et al.,
    Plaintiffs

v.    Case No. 1:01-cv-704

Wyeth-Ayerst Laboratories, Inc.,
et al.,
    Defendants

**ORDER**

    This matter is before the Court on Movant, AmerisourceBergen Corporation's, Motions for Admission of attorneys Howard D. Scher and Eliot G. Long (Docs. 83 & 84).

    **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and attorneys Howard D. Scher and Eliot G. Long are hereby admitted to practice pro hac vice as **co-counsel** on behalf of AmerisourceBergen Corporation.

    **All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at: Ms. Lisa Wright at 614.719.3222, to register for Electronic Case Filing as soon as practicable.**

February 26, 2004          s/Sandra S. Beckwith
Date                            Sandra S. Beckwith
                                   United States District Judge