**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| J.B.D.L. CORP., d/b/a BECKETT APOTHECARY, et al., | : : : |
| Plaintiffs, | : Civil No. C-1-01-704 |
| v. | : : |
| WYETH-AYERST LABORATORIES, INC., et al., | : : : |
| Defendants. | : |

### DECLARATION OF STEVEN LEFEBURE

I, Steven Lefebure, declare under penalty of perjury as follows:

1. I am Vice President, Supply Chain Strategy of AmerisourceBergen Corporation ("ABC"), and am authorized to make this Declaration on its behalf.

2. ABC is aware that J.B.D.L. Corporation, d/b/a Beckett Apothecary ("JBDL"), has brought the above-captioned action as a class action and that the Court has certified a class as follows:

> All persons or entities who purchased or purchase Premarin in the United States directly from Wyeth-Ayerst Laboratories, Inc. at any time during the period March 24, 1999 through the present, excluding Wyeth-Ayerst Laboratories, Inc. and its officers, directors, management employees, corporate parents, subsidiaries, and/or affiliates, federal governmental entities, pharmacy benefit managers, and/or managed care organizations who purchased Premarin directly from Wyeth-Ayerst Laboratories, Inc.

3. ABC purchased Premarin during the Class Period directly from Wyeth-Ayerst Laboratories, Inc. and does not fit within any of the enumerated exclusions. Accordingly, ABC is an absent member of the class that has been certified in this Action.

4. ABC is not aware of, and does not expect there to be, any conflict of interest between it and JBDL or the Class, is not aware of any conflict among the Class members, and believes that the claims of JBDL are typical of those of other members of the class, including ABC.

5. By pursuing this litigation on behalf of the Class members, ABC believes that JBDL will advance the common interests of itself and of all members of the Class, and will adequately represent ABC's interests in this litigation.

6. ABC believes that its interests and objectives are best served by prosecuting its claims as part of a certified class. Thus, after receiving notice of the certification of the class, ABC has elected to remain as a class member.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct. Executed on 2/26/04.

_____
Steven Lefebure