**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **J.B.D.L. Corp. d/b/a BECKETT APOTHECARY, et al.,** | ) ) ) ) ) ) ) ) ) ) ) ) ) | **Civil Action No. C-1-01-704** |
| Plaintiffs, | | **Judge Sandra S. Beckwith** |
| | | **Magistrate Judge Timothy S. Hogan** |
| v. | | |
| **WYETH-AYERST LABORATORIES, INC., et al.,** | | |
| Defendants. | | |
| **CVS MERIDIAN, INC. AND RITE AID CORP.,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | | **Civil Action No. C-1-03-781** |
| Plaintiffs, | | |
| | | **Judge Sandra S. Beckwith** |
| v. | | |
| **WYETH,** | | |
| Defendant. | | |

**MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS
FROM CVS MERIDIAN, INC. AND RITE AID CORP.**

Pursuant to Fed. R. Civ. P. 37 and Local Rule 37.2, Defendant Wyeth respectfully moves this Court for an Order compelling CVS Meridian, Inc. ("CVS") and Rite Aid Corp. ("Rite Aid") to produce documents responsive to Wyeth's document requests.

This Motion is supported by the attached affidavit of Matthew D. Meisner, certifying that Wyeth has in good faith conferred with CVS and Rite Aid in an effort to obtain the requested documents without court action, and by the following memorandum.

       Respectfully submitted,

       s/*Grant S. Cowan*
       James R. Adams  (0008253)
       Grant S. Cowan   (0029667)
       **FROST BROWN TODD LLC**
       2200 PNC Center
       201 E. Fifth Street
       Cincinnati, Ohio 45202-4182

       William J. Baer
       David S. Eggert
       **ARNOLD & PORTER LLP**
       555 Twelfth Street, N.W.
       Washington, D.C. 20004-1206
       (202) 942-5000

       Dan K. Webb
       W. Gordon Dobie
       **WINSTON & STRAWN LLP**
       35 West Wacker Drive
       Chicago, Illinois 60601-9703
       (312) 558-5600

       Counsel for Defendants

Dated: February 27, 2004