**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

|  |  |  |
|---|---|---|
| **J.B.D.L. Corp. d/b/a** | ) | |
| **BECKETT APOTHECARY, et al.,** | ) | Civil Action No. C-1-01-704 |
| | ) | |
| Plaintiffs, | ) | Judge Sandra S. Beckwith |
| | ) | Magistrate Judge Timothy S. Hogan |
| v. | ) | |
| | ) | **AGREED EXTENSION OF TIME FOR** |
| **WYETH-AYERST LABORATORIES, INC.,** | ) | **WYETH TO FILE A REPLY IN** |
| et al., | ) | **SUPPORT OF ITS MOTION TO** |
| | ) | **COMPEL DISCOVERY FROM** |
| Defendants. | ) | **AMERISOURCEBERGEN CORP. AND** |
| | ) | **CARDINAL HEALTH, INC.** |

Upon agreement of the parties, the Court hereby grants Wyeth's extension until March 19, 2004 to file its reply memorandum in support of its motion to compel discovery from class members AmerisourceBergen Corporation and Cardinal Health, Inc.

Date: _____

_____
U.S. District Judge Sandra S. Beckwith

or

_____
Magistrate Judge Timothy S. Hogan

AGREED TO:

| | |
|---|---|
| (Per telephone Authorization 3-12-04) | (Per Telephone Authorization 3-12-04) |
| s/Jay S. Cohen | s/Eliot Long |
| Jay S. Cohen | Eliot Long |
| Spector, Roseman & Kodroff | Buchanan Ingersoll |
| 1818 Market Streetl | 1835 Market Street, 14th Floor |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| | |
| Counsel for Class | Counsel for AmerisourceBergen Corp. |
| | |
| | (Per Telephone Authorization 3-12-04) |
| s/Grant S. Cowan | s/Thomas L. Long |
| Grant S. Cowan (0029667) | Thomas L. Long |
| Frost Brown Todd LLC | Baker & Hostetler LLP |
| 2200 PNC Center | Capitol Square, Suite 2100 |
| 201 E. Fifth Street | Columbus, OH 43215-4260 |
| Cincinnati, Ohio 45202-1206 | |
| | |
| Counsel for Wyeth | Counsel for Cardinal Health, Inc. |

# **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a copy of the foregoing has been served electronically this 12th day of March, 2004 on all Counsel of Record with CM/ECF Registration and by U.S. mail, postage prepaid and Facsimile upon the following:

Ruthanne Gordon
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA   19103
Facsimile: 215-875-4606

Eliot Long
**BUCHANAN INGERSOLL**
1835 Market Street, 14th Floor
Philadelphia, PA   19103-2985
Facsimile: 215-665-8760

                                                      s/Grant S. Cowan
                                                      Grant S. Cowan
                                                      Frost Brown Todd LLC