IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **J.B.D.L. Corp. d/b/a** | ) |
| **BECKETT APOTHECARY, et al.,** | ) Civil Action No. C-1-01-704 |
| | ) |
| Plaintiffs, | ) Judge Sandra S. Beckwith |
| | ) Magistrate Judge Timothy S. Hogan |
| v. | ) |
| | ) **AGREED EXTENSION OF TIME FOR** |
| **WYETH-AYERST LABORATORIES, INC.,** | ) **WYETH TO FILE A REPLY IN** |
| et al., | ) **SUPPORT OF ITS MOTION TO** |
| | ) **COMPEL DISCOVERY FROM** |
| Defendants. | ) **AMERISOURCEBERGEN CORP. AND** |
| | ) **CARDINAL HEALTH, INC.** |

Upon agreement of the parties, the Court hereby grants Wyeth's extension until March 19, 2004 to file its reply memorandum in support of its motion to compel discovery from class members AmerisourceBergen Corporation and Cardinal Health, Inc.

Date:   3/15/2004

　　　　　　　s/Timothy S. Hogan　　　　
　　　　　　Magistrate Judge Timothy S. Hogan