IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| J.B.D.L. Corp. d/b/a<br>BECKETT APOTHECARY, et al. | ) <br> ) <br> ) | Civil Action No. C-1-01-704 <br><br> Judge Sandra S. Beckwith |
| Plaintiffs, | ) <br> ) | Magistrate Judge Timothy S. Hogan |
| v. | ) <br> ) <br> ) | **JOINT MOTION TO MODIFY** |
| WYETH-AYERST LABORATORIES, INC., et al. | ) <br> ) | **CALENDAR ORDER** |
| Defendants. | ) | |

## MOTION

The parties respectfully request a modification of the prior Calendar Order entered in this case, dated November 18, 2003 (Doc. #73). The parties' proposed Agreed Modified Calendar Order has been sent via electronic mail to the Court in Word and WordPerfect format.

## MEMORANDUM IN SUPPORT

The merits and expert discovery in this case cannot be completed by the dates set forth in the Calendar Order dated November 18, 2003 (Doc. #73) and, therefore, it is in the best interests of all parties to extend the dates by which merits and expert discovery shall conclude. This extension of the merits and expert discovery deadlines also requires an extension of approximately two months for the filing of dispositive motions briefing set by the November 18, 2003 Calendar Order, with the exception of the final pretrial conference date which will be set by Judge Beckwith. Significantly, this Agreed Modified Calendar Order does not affect the trial date which has yet to be set by the Court.

{00009601; 1}

Accordingly, the parties jointly move this Court to extend the deadlines as set forth in the Agreed Modified Calendar Order attached hereto.

| s/Theresa L. Groh | s/Grant Cowan |
|---|---|
| Theresa L. Groh (29806) | Grant S. Cowan (29667) |
| Murdock, Goldenberg, Schneider & Groh, L.P.A. | Frost Brown Todd, LLC |
| 700 Walnut Street, Suite 400 | 2200 PNC Center |
| Cincinnati, Ohio 45202 | 201 East Fifth Street |
| Tel: (513) 345-8291 | Cincinnati, Ohio 45202-5715 |
| Fax: (513) 345-8294 | Tel: (513) 651-6800 |
| Local Counsel for Plaintiffs | Fax: (513) 651-6981 |
| | Local Counsel for Defendants |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served this 16th day of March 2004 on the counsel of record who are not served through the court's ECF system, as follows:

*VIA OVERNIGHT DELIVERY*

Dan K. Webb, Esquire
W. Gordon Dobie Esquire
Peggy M. Balesteri, Esquire
WINSTON & STRAWN
35 West Wacker Drive
Chicago, IL 60601

Howard Sher
Eliot G. Long
BUCHANAN INGERSOLL
1835 Market Street, 14th Floor
Philadelphia, PA 19103-2985
*Counsel for AmerisourceBergen Corporation*

{00009601; 1}

Mark A. Taylor
Dennie Mouser
Wal-Mart Legal Department
702 S.W. 8th Street
Bentonville, AK 72716-0215
*Counsel for Wal-Mart Stores, Inc.*

Ronald D. Lefton
GREENBERG TRAURIG
Met Life Building
200 Park Avenue
New York, N.Y. 10166
*Counsel for Wal-Mart Stores, Inc.*

Anthony J. Viola
EDWARDS & ANGELL, LLP
750 Lexington Avenue
New York, N.Y. 10022
*Counsel for Quality King Distributors, Inc.*

Peter K. Huston
LATHAM & WATKINS, LLP
515 Montgomery Street, Suite 1900
San Francisco, CA 94111-2562
*Counsel for McKesson Corporation*

                                                      s/Theresa L. Groh
                                              Theresa L. Groh

{00009601; 1}

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| J.B.D.L. Corp. d/b/a<br>BECKETT APOTHECARY, et al.<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>WYETH-AYERST LABORATORIES, INC.,<br>et al.<br>　　　　Defendants. | Civil Action No. C-1-01-704<br><br>Judge Sandra S. Beckwith<br>Magistrate Judge Timothy S. Hogan |

## AGREED MODIFIED CALENDAR ORDER

Pursuant to the agreement of the parties, the Calendar Order dated November 18, 2003 (Doc. #73) is modified as follows:

1. Merits Discovery: shall conclude on **April 23, 2004**; absent agreement or order of the Court, no further document requests, interrogatories or requests to admit shall be served and each side remains limited to a total of 15 depositions (excluding experts);

2. Plaintiffs shall serve their expert reports and all information, including in electronic form any databases or models, relied upon: for receipt on or before 5:00 p.m. on **April 23, 2004** via hand delivery or overnight mail;

3. Defendants will depose Plaintiffs' experts: on or before **May 24, 2004**;

4. Defendants shall serve their expert reports and all information, including in electronic form any databases or models, relied upon: for receipt on or before 5:00 p.m. on **July 8, 2004** via hand delivery or overnight mail;

5. Plaintiffs shall depose Defendants' experts: on or before **August 9, 2004**;

6. Plaintiffs shall serve any rebuttal expert reports and all information, including in electronic form any databases or models, relied upon: for receipt on or before 5:00 p.m. on **August 31, 2004** via hand delivery or overnight mail;

{00009600; 1}

7. Defendants shall depose Plaintiffs' rebuttal experts: on or before **September 14, 2004**;

8. Dispositive motions filed and served upon Plaintiffs' co-lead counsel by the Court's electronic filing system (ECF) or by hand delivery or by overnight mail for receipt no later than 5pm on: **October 21, 2004**;

    a. Opposition filed and served upon defense counsel by ECF or by hand delivery or by overnight mail for receipt no later than 5pm on: **November 23, 2004**;

    b. Reply filed and served upon Plaintiffs' co-lead counsel by ECF or by hand delivery or by overnight mail for receipt no later than 5pm on: **December 16, 2004**;

9. Final pretrial Conference: to be set by the Court in **February 2005** or such other date as may be set by the Court.

10. Trial: **March 2005** or such other date as may be set by the Court.


Date: _____

                                              Timothy S. Hogan
                                              United States Magistrate Judge

Agreed:

| s/Theresa L. Groh | s/Grant S. Cowan |
|---|---|
| Theresa L. Groh (29806) | Grant S. Cowan (29667) |
| Murdock, Goldenberg, Schneider & Groh, L.P.A. | Frost Brown Todd, LLC |
| 700 Walnut Street, Suite 400 | 2200 PNC Center |
| Cincinnati, Ohio 45202 | 201 East Fifth Street |
| Tel: (513) 345-8291 | Cincinnati, Ohio 45202-5715 |
| Fax: (513) 345-8294 | Tel: (513) 651-6800 |
| Local Counsel for Plaintiffs | Fax: (513) 651-6981 |
| | Local Counsel for Defendants |

{00009600; 1}