1

```
1       IN THE UNITED STATES DISTRICT COURT

2        FOR THE SOUTHERN DISTRICT OF OHIO

3              WESTERN DIVISION

4                    * * *

5   J.B.D.L. CORP. d/b/a       : CIVIL ACTION
    BECKETT APOTHECARY, et al. :
6                              :
    vs.                        :
7                              :
    WYETH-AYERST LABORATORIES, :
8   INC., et al.               : NO. C-1-01-704

9                    * * *

10              MARCH 5, 2004

11                   * * *

12        Videotape deposition of RAYMOND W.

13   TIEDEMANN, taken pursuant to notice, was held at the

14   law offices of BERGER & MONTAGUE, P.C., 1622 Locust

15   Street, Philadelphia, Pennsylvania 19103, beginning

16   at 9:27 a.m., before McKinley Wise, a Registered

17   Professional Reporter and an approved Reporter of

18   the United States District Court.

19

20                   * * *

21

22        ESQUIRE DEPOSITION SERVICES
          1880 John F. Kennedy Boulevard
23                15th Floor
          Philadelphia, Pennsylvania 19103
24              (215) 988-9191
```

2

1  APPEARANCES:

2     BARRY S. TAUS, ESQUIRE
      JAN BARTELLI, ESQUIRE
3     GARWIN, BRONZAFT, GERSTEIN & FISHER, L.L.P.
         1501 Broadway
4        New York, New York  10036
         (212-398-0055)
5             and
      JAY S. COHEN, ESQUIRE
6     SPECTOR, ROSEMAN & KODROFF, P.C.
         1818 Market Street, Suite 2500
7        Philadelphia, Pennsylvania  19103
         (215-496-0300)
8
      -- Representing Direct Purchaser Plaintiffs
9
      JEROLD B. HOFFMAN, ESQUIRE
10    HOFFMAN & EDELSON
         45 West Court Street
11       Doylestown, Pennsylvania  18901
         (215-230-8043)
12
      -- Representing End Payor Plaintiffs
13
      DAVID EGGERT, ESQUIRE
14    JOHN HUTCHINS, ESQUIRE
      ARNOLD & PORTER
15       Thurman Arnold Building
         555 Twelfth Street, N.W.
16       Washington, D.C.  20004
         (202-942-6035)
17
      -- Representing Wyeth-Ayerst Laboratories and
18       the witness

19    GORDON A. EINHORN, ESQUIRE
      HANGLEY ARONCHICK SEGAL & PUDLIN
20       One Logan Square, 27th Floor
         Philadelphia, Pennsylvania  19103
21       (215-568-6200)

22    -- Representing Rite Aid and CVS Pharmacies

23    ALSO PRESENT:
      JASON D. SMITH, ESQUIRE, Wyeth
24       ED CASWELL, IV, Videographer

3

| | | |
|---|---|---|
| 1 | INDEX | |
| 2 | Testimony of RAYMOND W. TIEDEMANN | |
| 3 | By Mr. Taus | 6, 242, 245 |
| 4 | By Mr. Eggert | 234 |
| 5 | By Mr. Einhorn | 244 |
| 6 | * * * | |
| 7 | TIEDEMANN EXHIBITS | |

| | NO. | DESCRIPTION | PAGE |
|---|---|---|---|
| 9 | 1 | Group of documents | 25 |
| 10 | 2 | Memo to Dymarczyk from O'Dell | 33 |
| 11 | 3 | Pricing guidelines | 42 |
| 12 | 4 | Memo to distribution from Bernstein | 52 |
| 13 | 5 | Organizational charts | 61 |
| 14 | 6 | Document | 72 |
| 15 | 7 | Document | 75 |
| 16 | 8 | E-mail to distribution from Repella | 87 |
| 17 | 9 | Memo to Schneider from Rianda | 95 |
| 18 | 10 | Memo to Tiedemann from Thrash | 99 |
| 19 | 11 | Memo to Tiedemann from O'Dell | 111 |
| 20 | 12 | E-mail to Paolucci from Monastero | 128 |
| 21 | 13 | Memo to Tiedemann from Lahman | 134 |
| 22 | 14 | Document | 154 |
| 23 | 15 | Memo to distribution from Edinburg | 163 |
| 24 | 16 | Memo to pricing committee from Tiedemann | 168 |

4

1           I N D E X

2           TIEDEMANN EXHIBITS

3    NO.        DESCRIPTION              PAGE

4    17   Summary of literature            180

5    18   Memo to distribution from Holden      190

6    19   E-mail to distribution from Holden    203

7    20   Memo to distribution from Edinburg    217

8

9              * * *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

RAYMOND W. TIEDEMANN - 3/5/04          241

1       MR. TAUS: Which exhibit is that?
2    18?
3       MR. EGGERT: Tiedemann 18. It's a
4    document that has a number of persons on
5    distribution on the first page and then
6    follows with a memorandum from Susan Holden
7    to distribution dated July 12th, 2001.
8    BY MR. EGGERT:
9       Q.   If I can direct you to the page
10   which is marked 180722. In the third column,
11   there is a price increase history for the year
12   2000. Do you -- do you see that?
13      A.   Yes, I do.
14      Q.   And if you were to look at the price
15   increase percentages in the year 2000 for
16   Premarin's .625-milligram tablet and Cenestin's
17   .625-milligram tablet, which was higher?
18      A.   The Cenestin price increase in the
19   year 2000, according to this document, was 17.4
20   percent versus Premarin's at 12.8 percent
21   increase.
22      Q.   So whatever the magnitude of
23   Premarin's price increase, that of Cenestin was
24   even higher then?

RAYMOND W. TIEDEMANN - 3/5/04      242

1   A.   In this particular year, it was,
2   yes.
3   Q.   I think counsel asked you a number
4   of questions concerning reactions to Wyeth's price
5   increases from a variety of sources, Congress,
6   newspapers, the consuming public.
7        Did you ever -- did you ever hear of
8   any complaints from Wyeth's largest customers, its
9   wholesalers, concerning its price increases?
10  A.   No. To the best of my knowledge,
11  not only did we never receive any complaints, we
12  were under the impression that the wholesalers
13  were very happy with the price increases because
14  their inventory automatically appreciated by the
15  amount that we took our price increase and that
16  was profit for the wholesalers.
17       MR. EGGERT: I have no further
18       questions.
19       MR. TAUS: Potentially only one
20       question.
21  BY MR. TAUS:
22  Q.   Did you discuss your testimony --
23  the questions and answers to -- to the questions
24  that Mr. Eggert just gave you prior to Mr. Eggert