**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| J.B.D.L. Corp. d/b/a BECKETT APOTHECARY, et al. ) ) ) | Civil Action No. C-1-01-704 |
| Plaintiffs, ) ) | Judge Sandra S. Beckwith<br>Magistrate Judge Timothy S. Hogan |
| v. ) ) | |
| WYETH-AYERST LABORATORIES, INC., ) et al. ) | |
| Defendants. ) | |

## AGREED MODIFIED CALENDAR ORDER

Pursuant to the agreement of the parties, the Calendar Order dated November 18, 2003 (Doc. #73) is modified as follows:

1.  Merits Discovery: shall conclude on **April 23, 2004**; absent agreement or order of the Court, no further document requests, interrogatories or requests to admit shall be served and each side remains limited to a total of 15 depositions (excluding experts);

2.  Plaintiffs shall serve their expert reports and all information, including in electronic form any databases or models, relied upon: for receipt on or before 5:00 p.m. on **April 23, 2004** via hand delivery or overnight mail;

3.  Defendants will depose Plaintiffs' experts: on or before **May 24, 2004**;

4.  Defendants shall serve their expert reports and all information, including in electronic form any databases or models, relied upon: for receipt on or before 5:00 p.m. on **July 8, 2004** via hand delivery or overnight mail;

5.  Plaintiffs shall depose Defendants' experts: on or before **August 9, 2004**;

6.  Plaintiffs shall serve any rebuttal expert reports and all information, including in electronic form any databases or models, relied upon: for receipt on or before 5:00 p.m. on **August 31, 2004** via hand delivery or overnight mail;

7.  Defendants shall depose Plaintiffs' rebuttal experts: on or before **September 14, 2004**;

8.  Dispositive motions filed and served upon Plaintiffs' co-lead counsel by the

Court's electronic filing system (ECF) or by hand delivery or by overnight mail for receipt no later than 5pm on: **October 21, 2004;**

    a. Opposition filed and served upon defense counsel by ECF or by hand delivery or by overnight mail for receipt no later than 5pm on: **November 23, 2004;**

    b. Reply filed and served upon Plaintiffs' co-lead counsel by ECF or by hand delivery or by overnight mail for receipt no later than 5pm on: **December 16, 2004**;

9. Final pretrial Conference: to be set by the Court in **February 2005** or such other date as may be set by the Court.

10. Trial: **March 2005** or such other date as may be set by the Court.


Date:  3/22/2004

        s/Timothy S. Hogan
Timothy S. Hogan
United States Magistrate Judge

Agreed:

    s/Theresa L. Groh

Theresa L. Groh (29806)
Murdock, Goldenberg, Schneider
   & Groh, L.P.A.

700 Walnut Street, Suite 400
Cincinnati, Ohio 45202

Tel:  (513) 345-8291
Fax:  (513) 345-8294
Local Counsel for Plaintiffs

    s/Grant S. Cowan

Grant S. Cowan (29667)
Frost Brown Todd, LLC
2200 PNC Center

201 East Fifth Street
Cincinnati, Ohio 45202-5715

Tel:  (513) 651-6800
Fax:  (513) 651-6981
Local Counsel for Defendants

{00009638; 1}