## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

|  |  |
|---|---|
| **CVS MERIDIAN INC. and** **RITE AID CORPORATION,** | ) ) ) **Civil Action No. C-1-03-781** |
| Plaintiffs, | ) ) **Judge Sandra S. Beckwith** |
| v. | ) **Magistrate Judge Timothy S. Hogan** ) ) |
| **WYETH,** | ) ) ) |
| Defendant. | ) ) |

Please take notice that defendant, Wyeth, has manually filed the following document:

**Declaration of Ann I. Keck in Support of Its Reply Brief in Support of Its Motion to Compel the Production of Documents from CVS and Rite Aid.**

This document has not been filed electronically because:

The Declaration of Ann I. Keck contains information designated as "Confidential" and is being filed under seal pursuant to the Protective Order.

This document has been filed with the Court and this Notice has been electronically served on all parties with CM/ECF Registration and by regular U.S. mail upon all parties not registered.

Respectfully submitted,

s/*Grant S. Cowan*
James R. Adams  (0008253)
Grant S. Cowan   (0029667)
**FROST BROWN TODD LLC**
2200 PNC Center
201 E. Fifth Street
Cincinnati, Ohio  45202-4182

William J. Baer
David S. Eggert
**ARNOLD & PORTER LLP**
555 Twelfth Street, N.W.
Washington, D.C.  20004-1206
(202) 942-5000

Dan K. Webb
W. Gordon Dobie
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois  60601-9703
(312) 558-5600

Trial Attorneys for Defendants

Dated:  March 30, 2004

## CERTIFICATION

I hereby certify that a copy of the Notice of Manual Filing has been served electronically on all counsel of record with CM/ECF Registration on this 30th day of March, 2004, and by regular U.S. mail, postage prepaid upon the following:

Eliot Long
**BUCHANAN INGERSOLL**
1835 Market Street, 14th Floor
Philadelphia, PA  19103-2985
Facsimile: 215-665-8760

s/*Grant S. Cowan*
Grant S. Cowan, Esq.
Frost Brown Todd LLC

CinLibrary/1384602.1