**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| J.B.D.L. Corp. d/b/a<br>BECKETT APOTHECARY, et al.<br><br>      Plaintiffs,<br><br>v.<br><br>WYETH-AYERST LABORATORIES, INC.,<br>et al.<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. C-1-01-704<br><br>   Judge Sandra S. Beckwith<br>   Magistrate Judge Timothy S. Hogan |

# NOTICE

Please take notice that the above-captioned matter has been set for a motions hearing on the following motions:

      Motion to Compel (Doc. 77)
      Motion for Protective Order (Doc. 78)
      Cross Motion to Quash (Doc. 86)
      Motion to Quash (Doc. 88)
      Motion to Compel (Doc. 91)

The above hearing will be set before the Honorable Timothy S. Hogan, Courtroom 701, on **Friday, April 30, 2004, at 9:30 am.**

                                      Timothy S. Hogan
                                      United States Magistrate Judge


                                        _____S/Barbara A. Crum_____
                                        Barbara A. Crum
                                        Courtroom Deputy

cc: All Counsel
April 14, 2004

{00009638; 1}