AH

FILED
JAMES BONINI
CLERK

04 APR 27 AM 9:19

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| J.B.D.L. Corp., d/b/a Beckett Apothecary ) | CASE NO.: C-1-01-704 | |
| Plaintiff ) | | |
| ) | | |
| v. ) | Appearing on behalf of: AmerisourceBergen Corp. | |
| ) | | |
| Wyeth-Ayerst Laboratories, Inc., et al. ) | Subpoenaed Third Party/Class Member | |
| Defendant ) | (Plaintiff/Defendant) | |

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner,* Steven E. Bizar, hereby requests permission to appear pro hac vice in the subject case filed in the Western Division of the United States District Court for the Southern District of Ohio. *Petitioner* states under penalty of perjury that (he/she) is a member in good standing of the Bar of the highest Court of the State of Pennsylvania and that a current Certificate of Good Standing this Court is provided. *Petitioner* states further that (he/she) is not eligible for admission under Local Rule 83.4(b). *Petitioner* designates Thomas L. Long, Esquire as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

This 21st day of April, 2004.

(Signature of *Petitioner*)

215-665-3826         Buchanan Ingersoll PC
**Business Telephone**    **Law Firm**

1835 Market Street, 14th Floor
**Business Address**

Philadelphia, PA  19103
**City, State, Zip**

215-665-8760
**Fax Number**

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, THOMAS L. LONG, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.

-2-

This **26th** day of **APRIL**, 2004.

**00 23127**    _____
Ohio Bar Number    Signature of Local Counsel

**(614) 462-2626**    _____
Business Telephone    (Law Firm)

Capitol Square, Suite 2100 65 East State Street
(Business Address)

Columbus, OH 43215
(City, State, Zip)

_____
(Mailing Address)

## CERTIFICATE OF SERVICE

The above having been mailed to opposing counsel for ~~plaintiff~~/defendant **Wyeth Ayerst Lab. etc** this date **April 26, 2004**.

_____
Signed by Local Counsel



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### Steven Edward Bizar, Esq.

#### DATE OF ADMISSION

#### June 21, 1993

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 21, 2004

Patricia A. Johnson
Chief Clerk

Tue Apr 27 15:51:36 2004

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.    100 422671
Cashier        kj1

Tender Type  CHECK

Check Number: 10054

Transaction Type    C

Case No./Def No. 1:04-LB-ATTY  /  1

DO Code    Div No      Acct
 4661        1        6855XX

Amount              $    50.00

BUCHANAN INGERSOLL PROFESSIONAL CORP

PRO HAC VICE C-1-01-704

Tue Apr 27 15:51:36 2004

Check No. 10054
Amount$    50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661