UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

J.B.D.L. Corporation,
    Plaintiff

v.                                            Case No.  1:01-cv-704

Wyeth-Ayerst Laboratories, Inc.,
et al.,
    Defendants

**ORDER**

    This matter is before the Court on Third Party AmerisourceBergen Corporation's Motion for Admission of attorney Steven E. Bizar (Doc. 103).

    **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and attorney Steven E. Bizar is hereby admitted to practice pro hac vice as **co-counsel** on behalf of AmerisourceBergen Corporation.

    **All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at:  Ms. Lisa Wright at 614.719.3222**, to register for Electronic Case Filing as soon as practicable.

April 29, 2004                                 s/Sandra S. Beckwith
Date                                           Sandra S. Beckwith
                                               United States District Judge