IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

04 APR 29 AM 10: 53

| | | |
|---|---|---|
| JBDL CORPORATION, | : | Case No.: 01-CV-704 |
| Plaintiff, | : | Mag. Judge: Timothy S. Hogan |
| v. | : | **MOTION FOR ADMISSION PRO HAC VICE OF DAVID F. SORENSEN AS COUNSEL FOR PLAINTIFF** |
| WYETH-AYERST LABORATORIES, INC., | : | |
| Defendant. | : | |

Pursuant to S.D. Ohio Civ. R. 83.5(d) of this Court, Theresa L. Groh, local counsel for Plaintiff, hereby moves the Court for admission pro hac vice of attorney David F. Sorensen of Berger & Montague, P.C., 1622 Locust Street, Philadelphia, PA 19103 to appear and participate as counsel for Plaintiff in this action. David F. Sorensen is a member in good standing of the bar of the highest court of Pennsylvania, as established by the current certifications attached hereto.

Respectfully submitted,

_____
Theresa L. Groh (29806)
Murdock Goldenberg Schneider
 & Groh, L.P.A.
700 Walnut Street, Suite 400
Cincinnati, Ohio 45202-2011
Tel: (513) 345-8291
Fax: (513) 345-8294
**Counsel for Plaintiff**

{00009826; 1}

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served via facsimile and U.S. mail service this 29th day of April 2004 on the counsel of record who are not served through the court's ECF system:

Dan K. Webb, Esquire
W. Gordon Dobie Esquire
Peggy M. Balesteri, Esquire
WINSTON & STRAWN
35 West Wacker Drive
Chicago, IL 60601

Howard Sher
Eliot G. Long
BUCHANAN INGERSOLL
1835 Market Street, 14th Floor
Philadelphia, PA 19103-2985
Counsel for AmerisourceBergen Corporation

Mark A. Taylor
Dennie Mouser
Wal-Mart Legal Department
702 S.W. 8th Street
Bentonville, AK 72716-0215
Counsel for Wal-Mart Stores, Inc.

Ronald D. Lefton
GREENBERG TRAURIG
Met Life Building
200 Park Avenue
New York, N.Y. 10166
Counsel for Wal-Mart Stores, Inc.

Anthony J. Viola
EDWARDS & ANGELL, LLP
750 Lexington Avenue
New York, N.Y. 10022
Counsel for Quality King Distributors, Inc.

{00009826; 1}

Peter K. Huston
LATHAM & WATKINS, LLP
505 Montgomery Street, Suite 1900
San Francisco, CA 94111-2562
Counsel for McKesson Corporation

_____
Theresa L. Groh



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### *David Francis Sorensen, Esq.*

**DATE OF ADMISSION**

*December 8, 1989*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: April 28, 2004

*Patricia A. Johnson*
Patricia A. Johnson
Chief Clerk

```
Thu Apr 29 10:34:22 2004

UNITED STATES DISTRICT COURT
        CINCINNATI, OH

Receipt No.   100 432695
Cashier           kj1

Tender Type   CHECK

Check Number: 5847

Transaction Type   C

Case No./Def No. 1:04-LB-ATTY  /  1

DO Code    Div No      Acct
 4661        1        6855XX

Amount              $   50.00

MURDOCK GOLDENBERG SCHNEIDER & GROH

PRO HAC VICE C-1-01-704



Thu Apr 29 10:34:22 2004

Check No. 5847
Amount$   50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```