UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JBDL Corporation
    Plaintiff

v.                                                     Case No.  1:01-cv-704

Wyeth-Ayerst Laboratories, Inc.,
    Defendant

**ORDER**

      This matter is before the Court on Plaintiff's Motion for Admission of attorney David F. Sorensen (Doc. 105).

      **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and attorney David F. Sorensen is hereby admitted to practice pro hac vice as **co-counsel** on behalf of Plaintiff.

      **All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at:  Ms. Lisa Wright at 614.719.3222**, **to register for Electronic Case Filing as soon as practicable.**

May 3, 2004                                         s/Sandra S. Beckwith
Date                                               Sandra S. Beckwith
                                                     United States District Judge