## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

|  |  |
|---|---|
| J.B.D.L. Corp. d/b/a<br>BECKETT APOTHECARY, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>WYETH-AYERST LABORATORIES, INC.,<br>et al.<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. C-1-01-704

Judge Sandra S. Beckwith
Magistrate Judge Timothy S. Hogan

# NOTICE

Please take notice that the above-captioned matter has been set for oral arguments on Defendant's Motion to Compel (Doc. 91). Arguments will be held before Magistrate Judge Timothy S. Hogan telephonically. At the conclusion of arguments held on April 30, 2004, Judge Hogan granted the parties permission to continue any further arguments to be held by telephone to accommodate out of town counsel. Only Counsel for Plaintiff, Gordon Einhorn, and Counsel for Defendant. Douglas Wald, are required to participate.

The parties shall be responsible for calling the Magistrate's office at 513-564-7650 on **Wednesday, May 12, 2004, at 9:30 am**.


Timothy S. Hogan
United States Magistrate Judge


    S/Barbara A. Crum
Barbara A. Crum
Courtroom Deputy

cc: All Counsel
May 4, 2004

{00009638; 1}