*Office of the Clerk*
*United States District Court*
*324 Potter Stewart U.S. Courthouse Bldg.*
*100 East Fifth Street*
*Cincinnati, Ohio 45202*
*513/564-7520*

May 12, 2004

In Re: 01-cv-704, JBDL Corporation, et al., v. Wyeth-Ayerst Labs., et al.

TO ALL LOCAL COUNSEL RE: ELECTRONIC CASE FILING

    It is Judge Beckwith's policy that all counsel admitted *pro hac vice* are to register for electronic case filing within a reasonable period of time after having been granted such admission. All of the counsel granted pro hac vice to date have had an ample amount of time to register, and have not.

    The purpose for registering for electronic case filing is so that everyone receives notice of any filing, by any party, at the same time. It also eliminates the court having to notify those not registered, by regular U.S. mail.

    It is your responsibility, as a member of the bar of this Court, to ensure that the attorneys not presently registered for electronic case filing, do so **immediately**. This can be accomplished by contacting Toni Alkire at 614.719.3043.

Sincerely,

Mary Brown
Case Manager to Judge Beckwith