IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| J.B.D.L. Corp. d/b/a<br>BECKETT APOTHECARY, et al. | )<br>)<br>) | Civil Action No. C-1-01-704 |
| Plaintiffs, | )<br>) | Judge Sandra S. Beckwith<br>Magistrate Judge Timothy S. Hogan |
| v. | )<br>) | |
| WYETH-AYERST LABORATORIES, INC.,<br>et al. | )<br>)<br>) | |
| Defendants. | ) | |

## AGREED MODIFIED CALENDAR ORDER

Pursuant to the agreement of the parties, the Calendar Order dated March 22, 2004 (Doc. #99) is modified as follows:

1.  Plaintiffs shall depose Defendants' experts: on or before **September 15, 2004**;

2.  Plaintiffs shall serve any rebuttal expert reports and all information, including in electronic form any databases or models, relied upon: for receipt on or before 5:00 p.m. on **September 30, 2004** via hand delivery or overnight mail;

3.  Defendants shall depose Plaintiffs' rebuttal experts: on or before **October 15, 2004**.

Date:   8/9/2004                                  s/Timothy S. Hogan
                                                  Timothy S. Hogan
                                                  United States Magistrate Judge

Agreed:

s/Theresa L. Groh                          s/Grant S. Cowan
Theresa L. Groh (29806)                    Grant S. Cowan (29667)
Murdock, Goldenberg, Schneider             Frost Brown Todd, LLC
    & Groh, L.P.A.                         2200 PNC Center
700 Walnut Street, Suite 400               201 East Fifth Street
Cincinnati, Ohio 45202                     Cincinnati, Ohio 45202-5715
Tel:   (513) 345-8291                      Tel:   (513) 651-6800
Fax:   (513) 345-8294                      Fax:   (513) 651-6981
Local Counsel for Plaintiffs               Local Counsel for Defendants

{00010464; 1}