**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| J.B.D.L. Corp., d/b/a Beckett Apothecary, et al. | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:01-cv-704 |
| vs. | ) ) | |
| Wyeth-Ayerst Laboratories, Inc., et al., | ) ) ) | |
| Defendants. | ) ) | |
| ———————————————— | ) ) | |
| CVS Meridian, Inc. and Rite Aid Corp., | ) ) ) | Case No. 1:03-cv-781 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Wyeth, | ) ) | |
| Defendant. | ) ) | |
| ———————————————— | ) | |

O R D E R

        This matter is before the Court on the motion of CVS

Meridian, Inc. And Rite Aid Corporation to Stay Magistrate Judge

Hogan's June 7, 2004 Order (Doc. 130).

        The Court has ruled on the objections of CVS and Rite

Aid to the June 7, 2004.  Therefore, the motion to stay is denied

as moot.

DATED: November 4, 2004            _____s/Sandra S. Beckwith_____
                                   Sandra S. Beckwith, Chief Judge
                                    United States District Court