# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| J.B.D.L. Corp. d/b/a<br>BECKETT APOTHECARY, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>WYETH-AYERST LABORATORIES, INC., et al.,<br><br>　　　　　　　　　Defendants. | Civil Action No. C-1-01-704<br><br>Judge Sandra S. Beckwith<br>Magistrate Judge Timothy S. Hogan |
| CVS MERIDIAN, INC. AND RITE AID CORP.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>WYETH,<br><br>　　　　　　　　　Defendant. | Civil Action No. C-1-03-781<br><br>Judge Sandra S. Beckwith<br><br>**NOTICE OF MANUAL FILING** |

Please take notice that defendant, Wyeth, has manually filed the following documents:

**Defendants' Motion For Summary Judgment And Memorandum In Support**

Defendants' Motion for Summary Judgment and Memorandum In Support have not been filed electronically because:

　　　The Motion and Memorandum contain information designated as "Confidential" and are being filed under seal pursuant to the Protective Order.

These documents have been filed with the Court and this Notice has been electronically served

on all parties with CM/ECF Registration and by regular U.S. mail upon all parties not registered.

        Respectfully submitted,

        s/*Grant S. Cowan*
        James R. Adams  (0008253)
        Grant S. Cowan   (0029667)
        **FROST BROWN TODD LLC**
        2200 PNC Center
        201 E. Fifth Street
        Cincinnati, Ohio  45202-4182

        William J. Baer
        David S. Eggert
        **ARNOLD & PORTER LLP**
        555 Twelfth Street, N.W.
        Washington, D.C.  20004-1206
        (202) 942-5000

        Dan K. Webb
        W. Gordon Dobie
        **WINSTON & STRAWN LLP**
        35 West Wacker Drive
        Chicago, Illinois  60601-9703
        (312) 558-5600

        Trial Attorneys for Defendants

Dated:  November 22, 2004

## **CERTIFICATION**

I hereby certify that a copy of the Notice of Manual Filing has been served electronically on all counsel of record with CM/ECF Registration on this 22nd day of November, 2004, and by regular U.S. mail, postage prepaid upon the following:

Eliot Long, Esq.
**BUCHANAN INGERSOLL**
1835 Market Street, 14th Floor
Philadelphia, PA  19103-2985
Facsimile: 215-665-8760

        s/*Grant S. Cowan*
        Grant S. Cowan, Esq.
        Frost Brown Todd LLC

2