IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| J.B.D.L. Corp. d/b/a BECKETT APOTHECARY, et al. | ) ) ) | Civil Action No. C-1-01-704 |
| Plaintiffs, | ) ) ) | Judge Sandra S. Beckwith Magistrate Judge Timothy S. Hogan |
| v. | ) ) | |
| WYETH-AYERST LABORATORIES, INC., et al. | ) ) ) | NOTICE OF CHANGE OF ADDRESS |
| Defendants. | ) | |

PLEASE TAKE NOTICE THAT, effective December 13, 2004, the new mailing address for John C. Murdock and Theresa L. Groh of Murdock Goldenberg Schneider & Groh, LPA, Counsel for Plaintiffs, is 35 East Seventh Street, Suite 600, Cincinnati, Ohio 45202. The phone and facsimile numbers remain the same. Please direct all future communications to the new address.

Respectfully submitted,

s/Theresa L. Groh
Theresa L. Groh (0029806)
John C. Murdock (0063749)
Murdock Goldenberg Schneider & Groh, L.P.A.
700 Walnut Street, Suite 400
Cincinnati, Ohio 45202-2011
Tel: (513) 345-8291
Fax: (513) 345-8294
Counsel for Plaintiff

{00011212; 1}

CERTIFICATE OF SERVICE

      I hereby certify that on December 8, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: James R. Adams, William Baer, Peggy Balesteri, Jay Cohen, Grant Cowan, Eric Cramer, David Eggert, Gordon Einhorn, Ruthanne Gordon, Thomas Long, Wilbert Markovits, Matthew Meisner, Mark Merley, Son B. Nguyen, Scott Perwin, Steve Shadowen, Asim Varma, Douglas Wald, Brooke Ward, and Brian Warner. The following non-ECF participants will be notified via U.S. Mail Service: Howard Sher, Eliot G. Long, Buchanan Ingersoll, 1835 Market Street, 14th Floor, Philadelphia, PA 19103-2985; Anthony J. Viola, Edwards & Angell, LLP, 750 Lexington Avenue, New York, NY 10022-1200; Peter K. Huston, Latham & Watkins LLP, 515 Montgomery Street, Suite 1900, San Francisco, CA 94111-2562; Mark A. Taylor and Dennie Mouser, Wal-Mart Legal Department, 702 S.W. 8th Street, Bentonville, AK 72716-0215; Ronald D. Lefton, Greenberg Traurig, 885 Third Avenue, New York, NY 10022; and Krishna Narine, Esq., Schiffrin & Barroway LLP, Three Bala Plaza East, Suite 400, Bala Cynwyd, PA 19004.

                                                     s/Theresa L. Groh
                                                     Theresa L. Groh