# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

|  |  |  |
|---|---|---|
| J.B.D.L. Corp. d/b/a<br>BECKETT APOTHECARY, et al.<br>　　　　　Plaintiffs, | : | |
| | : | |
| | : | NO.  C-1-01-704 |
| v. | : | |
| | : | |
| WYETH | : | Judge Sandra S. Beckwith |
| 　　　　Defendant. | : | Magistrate Judge Timothy S. Hogan |
| | : | |
| | : | |
| CVS MERIDIAN, INC. and<br>RITE AID CORPORATION, | : | |
| 　　　　　Plaintiffs, | : | No. C-1-03-781 |
| | : | |
| v. | : | |
| | : | Judge Sandra S. Beckwith |
| WYETH | : | |
| 　　　　Defendant. | : | |

---

## MOTION OF RITE AID CORPORATION AND CVS MERIDIAN, INC. FOR CLARIFICATION OF THE NOVEMBER 4, 2004 ORDER

---

Plaintiffs Rite Aid Corporation and CVS Meridian, Inc., through counsel, hereby move for clarification of the Court's November 4, 2004 Order for the reasons set forth in the accompanying memorandum of law.

WHEREFORE, Plaintiffs Rite Aid Corporation and CVS Meridian, Inc.

respectfully request that the Court clarify its November 4, 2004 Order to indicate that Plaintiffs

shall respond to Wyeth Document Request Nos. 7, 8, 9 and 11 with material limited to Premarin.


HANGLEY ARONCHICK SEGAL & PUDLIN

Dated:  January 28, 2005          By: _____
                                        Steve D. Shadowen
                                        Gordon A. Einhorn
                                        HANGLEY ARONCHICK SEGAL & PUDLIN
                                        30 North Third Street, Suite 700
                                        Harrisburg, PA 17101-1713
                                        Telephone: (717) 364-1030
                                        Facsimile: (717) 364-1020


                                        W.B. Markovits (0018514)
                                        Markovits & Griewe, Co. L.P.A.
                                        119 E. Court Street
                                        Cincinnati, OH  45202
                                        (513) 977-4774

                                        *Attorneys for Plaintiffs CVS Meridian Inc.*
                                        *and Rite Aid Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document has been electronically served on all parties with CM/ECF Registration on this 28th day of January, 2005 and by regular U.S. mail, postage prepaid upon the following:

| | |
|---|---|
| Eliot Long<br>BUCHANON INGERSOLL<br>1835 Market Street, 14th Floor<br>Philadelphia, PA 19103-2985<br>Facsimile: 215 665-8760 | |

Gordon A. Einhorn