UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| J.B.D.L. Corp. d/b/a BECKETT APOTHECARY, et al.  Plaintiffs, | |
| v. | NO. C-1-01-704 |
| WYETH  Defendant. | Judge Sandra S. Beckwith  Magistrate Judge Timothy S. Hogan |
| CVS MERIDIAN, INC. and RITE AID CORPORATION,  Plaintiffs, | No. C-1-03-781 |
| v. | |
| WYETH  Defendant. | Judge Sandra S. Beckwith |

## PROPOSED ORDER

AND NOW, this _____ day of _____, 2005, it is hereby ordered that Plaintiffs CVS Meridian, Inc.'s and Rite Aid Corporation's Motion for Clarification of the November 4, 2004 Order is hereby granted. Plaintiffs shall respond to Wyeth Document Request Nos. 7, 8, 9 and 11 with material limited to Premarin.

_____