## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| **J.B.D.L. Corp. d/b/a** | : | |
| **BECKETT APOTHECARY, et al.** | : | |
| **Plaintiffs,** | : | |
|  | : | **NO. C-1-01-704** |
| **v.** | : | |
|  | : | |
| **WYETH** | : | **Judge Sandra S. Beckwith** |
| **Defendant.** | : | **Magistrate Judge Timothy S. Hogan** |
|  | : | |
|  | : | |
| **CVS MERIDIAN, INC. and** | : | |
| **RITE AID CORPORATION,** | : | |
| **Plaintiffs,** | : | **No. C-1-03-781** |
|  | : | |
| **v.** | : | |
|  | : | **Judge Sandra S. Beckwith** |
| **WYETH** | : | |
| **Defendant.** | : | |
|  | : | |

### NOTICE OF MANUAL FILING

Please take notice that Plaintiffs CVS Meridian, Inc. and Rite Aid Corporation have manually filed their Brief in Opposition to Wyeth's Motion for Summary Judgment.

This document has not been filed electronically because the Brief contains information designated "Confidential" and is being filed under seal pursuant to the Protective Order.

This document has been filed with the Court and this Notice has been electronically served on all parties with CM/ECF Registration and by regular U.S. mail upon all parties not registered.

Respectfully submitted,

Steve D. Shadowen, I.D. No. 41953
Gordon A. Einhorn, I.D. No. 59006
Hangley Aronchick Segal & Pudlin
30 North Third Street, Suite 700
Harrisburg, PA 17101
(717) 364-1004
(717) 364-1020 – facsimile

W.B. Markovits (0018514)
Markovits & Griewe, Co. L.P.A.
119 E. Court Street
Cincinnati, OH 45202
(513) 977-4774

*Attorneys for Plaintiffs CVS Meridian, Inc.
and Rite Aid Corporation*

Dated: January 28, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been electronically served on all parties with CM/ECF Registration on this 28th day of January, 2005 and by regular U.S. mail, postage prepaid upon the following:

| | |
|---|---|
| Eliot Long<br>BUCHANON INGERSOLL<br>1835 Market Street, 14th Floor<br>Philadelphia, PA 19103-2985<br>Facsimile: 215 665-8760 | |

_____
Gordon A. Einhorn