*United States District Court*
*103 Potter Stewart U.S. Courthouse Bldg.*
*100 East Fifth Street*
*Cincinnati, Ohio 45202*
*513/564-7520*

March 1, 2005

Richard A. Arnold, Esq.
Steven E. Bizar, Esq.
Eliot G. Long, Esq.
H. Laddie Montague, Esq.
Krishna Narine, Esq.
Howard D. Scher, Esq.
David F. Sorensen, Esq.
Eugene A. Spector, Esq.

IN RE: 1:01-cv-704, JBDL Corp. V. Wyeth-Ayerst Labs, et al.

**To All Counsel Not Registered for Electronic Case Filing:**

The court's policy on electronic filing states:

> It is the Court's expectation that, absent a showing of good cause, all counsel who regularly practice in this district will be prepared to file electronically and accept electronic notice of filings in any civil or criminal case before this Court no later than September 1, 2003.

As of today's date, you have not yet registered for electronic case filing. Therefore, you are expected to register for electronic case filing no later than March 18, 2005. **Please contact Ms. Lisa Wright at 614-719-3222 to register for electronic case filing. Failure to do so, may result in revocation of your admission status to this Court.**

If you are having difficulty with electronic filing, we want to help you.

We will provide you and your staff with training in the use of the system, and answer any questions you may have about hardware and software configurations. If you encounter any technical "glitches", we have a help desk you can call toll free: 1-888-743-2126.

      Electronic filing has many advantages.  We appreciate your assistance in ensuring its success.

                                      Sincerely,

                                      s/Sandra S. Beckwith
                                      Sandra S. Beckwith, Chief Judge
                                      United States District Court

cc: via ECF,  All counsel registered for
                Electronic Case Filing