IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| J.B.D.L. Corp. d/b/a BECKETT APOTHECARY, individually and on behalf of all others similarly situated. | : : : Case Action No.: C-1-01-704 |
| **Plaintiff,** | : : |
| v. | : : |
| WYETH-AYERST LABORATORIES, INC., and | : MOTION FOR ADMISSION PRO : HAC VICE OF KENDALL S. : ZYLSTRA AS COUNSEL FOR : PLAINTIFF |
| AMERICAN HOME PRODUCTS CORPORATION, | : : : |
| **Defendants.** | : |

Pursuant to S.D. Ohio Civ. R. 83.5(d) of this Court, Theresa L. Groh, local counsel for Plaintiff, hereby moves the Court for admission pro hac vice of attorney, Kendall S. Zylstra of Schiffrin & Barroway, LLP, 280 King of Prussia Road, Radnor, PA 19086 to appear and participate as counsel for Plaintiff in this action. Kendall S. Zylstra is a member in good standing of the bar of the highest court of the Commonwealth of Pennsylvania, as established by the current certification attached hereto.

Respectfully submitted,

 s/Theresa L. Groh
Theresa L. Groh (29086)
Murdock Goldenberg, Schneider & Groh, L.P.A.
35 E. Seventh Street, Suite 600
Cincinati, Ohio 45202
Tel: (513) 345-8291
Fax: (513) 345-8294
**Counsel for Plaintiff**

{00011770;1}

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ Theresa L. Groh

{00011770; 1}



Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### *Kendall Scott Zylstra, Esq.*

**DATE OF ADMISSION**

*January 2, 1992*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal
Dated: February 24, 2005**

Patricia A. Johnson
Chief Clerk