```
Mon Mar  7 15:05:03 2005

     UNITED STATES DISTRICT COURT

     CINCINNATI, OH

Receipt No.   100 425966
Cashier          mc1

Tender Type  CHECK

Check Number: 6274

Transaction Type  C

Case No./Def No. 1:05-LB-ATTY  /  1

DO Code    Div No      Acct
 4661        1        6855XX

Amount          $     50.00

MURDOCK GOLDENBERG SCHNEIDER & GROH


PRO HAC VICE 1:01CV704




Mon Mar  7 15:05:03 2005

Check No. 6274
Amount$    50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```