UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JBDL Corporation,
    Plaintiff

v.                                                       Case No. 1:01-cv-704

Wyeth-Ayerst Laboratories, Inc.,
et al.,
    Defendants

**ORDER**

       This matter is before the Court on Plaintiff's Motion for Admission of attorney Kendall S. Zylstra (Doc. 151).

       **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and attorney Kendall S. Zylstra is hereby admitted to practice pro hac vice as **co-counsel** on behalf of Plaintiff.

       **All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at: Ms. Lisa Wright at 614.719.3222**, to register for Electronic Case Filing as soon as practicable.

March 7, 2005                                           s/Sandra S. Beckwith
Date                                                    Sandra S. Beckwith, Chief Judge
                                                        United States District Court