**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **J.B.D.L. Corp. d/b/a BECKETT APOTHECARY, et al.,** | **Civil Action No. C-1-01-704** |
| Plaintiffs, | **Judge Sandra S. Beckwith** <br> **Magistrate Judge Timothy S. Hogan** |
| v. | |
| **WYETH-AYERST LABORATORIES, INC., et al.,** | |
| Defendants. | |
| **CVS MERIDIAN, INC. AND RITE AID CORP.,** | |
| Plaintiffs, | **Civil Action No. C-1-03-781** |
| v. | **Judge Sandra S. Beckwith** |
| **WYETH,** | **NOTICE OF MANUAL FILING** |
| Defendant. | |

Please take notice that defendant, Wyeth, has manually filed the following documents:

**Defendants' Reply Brief In Support of Summary Judgment and Exhibits 1-7, 9-18 and 20**

Defendants' Reply Brief In Support of Summary Judgment and Exhibits 1-7, 9-18 and 20 have not been filed electronically because:

The Reply Brief and Exhibits contain information designated as "Confidential" and are being filed under seal pursuant to the Protective Order.

These documents have been filed with the Court and this Notice has been electronically served

on all parties with CM/ECF Registration and by regular U.S. mail upon all parties not registered.

Respectfully submitted,

s/*Grant S. Cowan*
James R. Adams  (0008253)
Grant S. Cowan   (0029667)
**FROST BROWN TODD LLC**
2200 PNC Center
201 E. Fifth Street
Cincinnati, Ohio  45202-4182

William J. Baer
David S. Eggert
**ARNOLD & PORTER LLP**
555 Twelfth Street, N.W.
Washington, D.C.  20004-1206
(202) 942-5000

Dan K. Webb
W. Gordon Dobie
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois  60601-9703
(312) 558-5600

Trial Attorneys for Defendants

Dated:  March 9, 2005

## CERTIFICATION

I hereby certify that a copy of the Notice of Manual Filing has been served electronically on all counsel of record with CM/ECF Registration on this 9th day of March, 2005, and by regular U.S. mail, postage prepaid upon the following:

Eliot Long, Esq.
**BUCHANAN INGERSOLL**
1835 Market Street, 14th Floor
Philadelphia, PA  19103-2985
Facsimile: 215-665-8760

s/*Grant S. Cowan*
Grant S. Cowan, Esq.
Frost Brown Todd LLC

2