UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| J.B.D.L. Corp. d/b/a<br>BECKETT APOTHECARY, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WYETH-AYERST LABORATORIES, INC., et al.,<br><br>　　　　　　　　　Defendants. | Civil Action No. C-1-01-704<br><br>Judge Sandra S. Beckwith<br>Magistrate Judge Timothy S. Hogan |
| CVS MERIDIAN, INC. AND RITE AID CORP.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WYETH,<br><br>　　　　　　　　　Defendant. | Civil Action No. C-1-03-781<br><br>Judge Sandra S. Beckwith |

**MOTION FOR ADMISSION <u>PRO</u> <u>HAC</u> <u>VICE</u> OF
DAN K. WEBB AND W. GORDON DOBIE**

Now comes Grant S. Cowan, attorney for Defendants Wyeth and Wyeth Pharmaceuticals (collectively "Wyeth") and respectfully requests that this Court, pursuant to Local Rule 83.5(d), enter an Order in the form attached for the admission <u>pro</u> <u>hac</u> <u>vice</u> of Dan K. Webb and W. Gordon Dobie, Winston & Strawn LLP, 35 West Wacker Drive, Chicago, Illinois 60601-9703 as co-counsel for Wyeth.

In support of this Motion on behalf of Mr. Webb and Mr. Dobie, Movant states as follows: Dan K. Webb and W. Gordon Dobie are members in good standing of the bar of the United States District Court for the Northern District of Illinois (<u>see</u> attached Certificates of

Good Standing of Dan K. Webb and W. Gordon Dobie in support of their Motion for Pro Hac Vice admission).  A Proposed Order is also attached.

Upon their admission pro hac vice, Mr. Webb and Mr. Dobie will be working closely with the undersigned member of the bar of this Court and will comply with all state and court rules.

Respectfully submitted,

s/*Grant S. Cowan* _____
Grant S. Cowan   (0029667)
**FROST BROWN TODD LLC**
2200 PNC Center
201 E. Fifth Street
Cincinnati, Ohio  45202-4182
(513) 651-6745 Phone
(513) 651-6981 Facsimile
gcowan@fbtlaw.com

William J. Baer
David S. Eggert
**ARNOLD & PORTER LLP**
555 Twelfth Street, N.W.
Washington, D.C.  20004-1206
(202) 942-5000

Dan K. Webb
W. Gordon Dobie
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois  60601-9703
(312) 558-5600

Counsel for Defendants

Dated:  March 18, 2005

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a copy of the foregoing Defendant's Motion for Admission Pro Hac Vice of Dan K. Webb and W. Gordon Dobie has been served this 18th day of March, 2005 upon the following:

***BY HAND DELIVERY:***

Theresa L. Groh, Esq.
**MURDOCK GOLDENBERG SCHNEIDER & GROH LPA**
35 East Seventh Street – Suite 600
Cincinnati, OH 45202

Wilbert B. Markovits, Esq.
**MARKOVITS & GREIWE Co. L.P.A.**
119 E. Court Street
Cincinnati, OH 45202

***VIA REGULAR U.S. MAIL:***

Jay S. Cohen, Esq.
**SPECTOR ROSEMAN & KODROFF P.C**
1818 Market Street – Suite 2500
Philadelphia, PA 19103

Ruthanne Gordon, Esq.
**BERGER & MONTAGUE P.C.**
1622 Locust Street
Philadelphia, PA 19103

Gordon A. Einhorn, Esq.
**HANGLEY ARONCHICK SEGAL & PUDLIN**
30 North Third Street – Suite 700
Harrisburg, PA 17101-1810

Barry S. Taus, Esq.
**GARWIN BRONZAFT GERSTEIN & FISHER L.L.P**.
1501 Broadway, Suite 1416
New York, NY 10036

Jennifer Fountain Connolly, Esq.
**THE WEXLER FIRM**
One North LaSalle Street – Suite 2000
Chicago, IL 60602

Patrick E. Cafferty, Esq.
**MILLER FAUCHER & CAFFERTY LLP**
101 N. Main Street – Suite 885
Ann Arbor, MI 48104

Marc H. Edelson, Esq.
**HOFFMAN & EDELSON**
45 West Court Street
Doylestown, PA 18901

Alan Gilbert, Esq.
**HEINS MILLS & OLSEN P.C.**
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Craig R. Spiegel, Esq.
**HAGENS BERMAN LLP**
1301 Fifth Avenue – Suite 2900
Seattle, WA 98101

Thomas Leslie Long, Esq.
**BAKER & HOSTETLER LLP**
Capitol Square, Suite 2100
65 East State Street
Columbus, OH 43215

Richard Alan Arnold, Esq.
**KENNY NACHWALTER SEYMOUR ARNOLD CRITCHLOW & SPECTOR**
1100 Miami Center
201 S. Biscayne Boulevard
Miami, FL 33131

Eliot G. Long, Esq.
**BUCHANAN INGERSOLL PC**
1835 Market Street
14th Floor
Philadelphia, PA 19103

Krishna Narine, Esq.
**SCHIFFRIN & BARROWAY LLP**
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

Kendall S. Zylstra, Esq.
**SCHIFFRIN & BARROWAY LLP**
80 King of Prussia Road
Radnor, PA 19086

       s/*Grant S. Cowan*
       Grant S. Cowan, Esq.
       Frost Brown Todd LLC



# Certificate of Good Standing

## United States District Court for the Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify that

Dan K. Webb

was duly admitted to practice in this Court on December 01, 1970

and is currently in good standing as a member of the bar of this Court.

Dated at Chicago on  Michael W. Dobbins, Clerk of Court
March 15, 2005

by  *Anya Ellis*
    Anya Ellis
    Deputy Clerk



# Certificate of Good Standing

## United States District Court for the Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify that

W. Gordon Dobie

was duly admitted to practice in this Court on    December 17, 1986

and is currently in good standing as a member of the bar of this Court.

Dated at Chicago on             Michael W. Dobbins, Clerk of Court
March 15, 2005

                                by  *Anya Ellis*
                                    Anya Ellis
                                    Deputy Clerk