Fri Mar 18 10:59:58 2005

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 426122
Cashier       mc1

Tender Type   CHECK

Check Number: 10494

Transaction Type   C

Case No./Def No. 1:05-LB-ATTY  /  1

| DO Code | Div No | Acct |
|---|---|---|
| 4661 | 1 | 6855XX |

Amount           $   100.00

FROST BROWN TODD

PRO HAC VICE 1:01CV704 (2 ATTYS)


Fri Mar 18 10:59:58 2005

Check No. 10494
Amount$   100.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661