UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

J.B.D.L. Corporation, et al.,
    Plaintiffs

v.                                 Case No. 1:01-cv-704

Wyeth-Ayerst Laboratories, Inc.,
et al.,
    Defendants

**ORDER**

This matter is before the Court on Defendant Wyeth and Wyeth Pharmaceuticals' ("Wyeth") Motion for Admission of attorneys Dan K. Webb and W. Gordon Dobie (Doc. 157).

**IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and attorneys Dan K. Webb and W. Gordon Dobie are hereby admitted to practice pro hac vice as **co-counsel** on behalf of Defendant Wyeth.

**All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at: Ms. Lisa Wright at 614.719.3222**, **to register for Electronic Case Filing as soon as practicable.**

March 22, 2005                           s/Sandra S. Beckwith
Date                                       Sandra S. Beckwith, Chief Judge
                                            United States District Court