UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| J.B.D.L. Corp. d/b/a BECKETT APOTHECARY, et al. Plaintiffs, v. WYETH Defendant. | NO. C-1-01-704 Judge Sandra S. Beckwith Magistrate Judge Timothy S. Hogan |
| CVS MERIDIAN, INC. and RITE AID CORPORATION, Plaintiffs, v. WYETH Defendant. | No. C-1-03-781 Judge Sandra S. Beckwith |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiffs CVS Meridian, Inc. and Rite Aid Corporation have manually filed their Motion of CVS Meridian, Inc. and Rite Aid Corporation for Leave to File a Sur-Reply Memorandum in Further Opposition to Defendant Wyeth's Motion for Summary Judgment and Brief in Support.

These documents have not been filed electronically in that they contain information designated "Confidential" and are being filed under seal pursuant to the Protective Order.

These documents have been filed with the Court and this Notice has been electronically served on all parties with CM/ECF Registration and by regular U.S. mail upon all parties not registered.

Respectfully submitted,

_s/Gordon A. Einhorn_
Steve D. Shadowen, I.D. No. 41953
Gordon A. Einhorn, I.D. No. 59006
Hangley Aronchick Segal & Pudlin
30 North Third Street, Suite 700
Harrisburg, PA 17101
(717) 364-1004
(717) 364-1020 – facsimile

W.B. Markovits (0018514)
Markovits & Griewe, Co. L.P.A.
119 E. Court Street
Cincinnati, OH 45202
(513) 977-4774

*Attorneys for Plaintiffs CVS Meridian, Inc. and Rite Aid Corporation*

Dated: April 12, 2005

# CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document has been electronically served on all parties with CM/ECF Registration on this 12th day of April, 2005 and by regular U.S. mail, postage prepaid upon the following:

| | |
|---|---|
| Eliot Long<br>BUCHANON INGERSOLL<br>1835 Market Street, 14th Floor<br>Philadelphia, PA 19103-2985<br>Facsimile: 215 665-8760 | |

                                         *s/ Gordon A. Einhorn*
                                         Gordon A. Einhorn