IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| J.B.D.L. Corp. d/b/a<br>BECKETT APOTHECARY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WYETH-AYERST LABORATORIES,<br>INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. C-1-01-704<br><br>Judge Sandra S. Beckwith<br>Magistrate Judge Timothy S. Hogan<br><br>Filed Under Seal<br>Pursuant to Protective Order |

**DIRECT PURCHASER CLASS PLAINTIFFS' NOTICE OF SUBSTITUTION
OF EXHIBIT P120 IN THE APPENDIX TO DOCUMENT #143**

Theresa L. Groh
**MURDOCK GOLDENBERG
SCHNEIDER & GROH, L.P.A.**
35 East Seventh St., Suite 600
Cincinnati, OH 45202
Tel: (513) 345-8291
Fax: (513) 345-8294

*Local Counsel for Direct Purchaser Class*

H. Laddie Montague, Jr.
Eric L. Cramer
Peter R. Kohn
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4606

Eugene A. Spector
Jay S. Cohen
**SPECTOR ROSEMAN & KODROFF,
  P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611

*Co-Lead Counsel for Direct Purchaser
Class*

Dated: April 13, 2005

Direct Purchaser Class Plaintiffs hereby submit the attached Exhibit P120 to replace the exhibit with the same number in the Appendix to Direct Purchaser Class Plaintiffs' previously filed Memorandum in Opposition to Defendant's Motion for Summary Judgment (Doc. #143). This substitution is being made because the prior exhibit was only partially legible and, therefore, should be substituted with the attached more-legible version.

Dated: <u>April 13, 2005</u>

Respectfully submitted,

_____
Theresa L. Groh
**MURDOCK GOLDENBERG**
  **SCHNEIDER & GROH, L.P.A.**
35 East Seventh Street, Suite 600
Cincinnati, OH 45202
Tel: (513) 345-8291
Fax: (513) 345-8294
*Local Counsel for Direct Purchaser Class*

H. Laddie Montague, Jr.
Eric L. Cramer
Peter R. Kohn
Candice J. Enders
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
*Co-Lead Counsel for Direct Purchaser Class*

Eugene A. Spector
Jay S. Cohen
**SPECTOR ROSEMAN & KODROFF, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
*Co-Lead Counsel for Direct Purchaser Class*

*Additional Class Counsel*:

Barry S. Taus
Jan Bartelli
**GARWIN BRONZAFT GERSTEIN
 & FISHER, L.L.P.**
1501 Broadway, Suite 1416
New York, NY 10036
Tel.: (212) 398-0055
Fax: (212) 764-6620

Kendall Zylstra
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel:  (610) 677-7706
Fax:  (610) 667-7056

John P. McCarthy
**LAW OFFICES OF JOHN P. McCARTHY**
217 Bay Avenue
Somers Point, NJ 08224
Tel: (609) 653-1094
Fax: (609) 653-3021

## CERTIFICATE OF SERVICE

  I hereby certify that on April 13, 2005, I filed the Direct Purchaser Class Plaintiffs' Notice of Substitution of Exhibit with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel.  A copy of the exhibit, filed under seal with the Clerk's Office, will also be served upon the following counsel via overnight mail service:

James R. Adams
Grant S. Cowan
**FROST BROWN TODD LLC**
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202

David S. Eggert
Matthew D. Meisner
**ARNOLD & PORTER**
Thurman Arnold Building
555 Twelfth Street, N.W.
Washington, D.C. 20004

Dan K. Webb
W. Gordon Dobie
Peggy M. Balesteri
**WINSTON & STRAWN**
35 West Wacker Dr.
Chicago, Illinois 60601

_____
Theresa L. Groh, No. 0029806

# EXHIBIT P120
## (of Plaintiffs' Appendix to Doc. #143)

**********

# FILED MANUALLY WITH THE CLERK OF COURTS, UNDER SEAL