UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| J.B.D.L. Corp. d/b/a<br>BECKETT APOTHECARY, et al.<br>        Plaintiffs,<br><br>v.<br><br>WYETH<br>        Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | NO. C-1-01-704<br><br><br>Judge Sandra S. Beckwith<br>Magistrate Judge Timothy S. Hogan |
| CVS MERIDIAN, INC. and<br>RITE AID CORPORATION,<br>        Plaintiffs,<br><br>v.<br><br>WYETH<br>        Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. C-1-03-781<br><br><br>Judge Sandra S. Beckwith |

### ORDER

**AND NOW**, this ____ day of _____, 2005, upon consideration of CVS Meridian, Inc.'s and Rite Aid Corporation's Motion for Leave to Withdraw Motion Amending Case Management Order, it is **ORDERED** that the Motion to Amend Case Management Order filed on February 9, 2004 (Doc. No. 89) is deemed **WITHDRAWN**.

_____
J.