FILED
JAMES BONINI
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

05 APR 18 AM 9: 47

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| | |
|---|---|
| J.B.D.L. Corp. d/b/a<br>BECKETT APOTHECARY, et al.<br>　　　　Plaintiffs,<br><br>　　v.<br><br>WYETH<br>　　　　Defendant. | NO. C-1-01-704<br><br>Judge Sandra S. Beckwith<br>Magistrate Judge Timothy S. Hogan |
| CVS MERIDIAN, INC. and<br>RITE AID CORPORATION,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>WYETH<br>　　　　Defendant. | ~~No. C-1-03-781~~<br><br>Judge Sandra S. Beckwith |

**ORDER**

AND NOW, this 16TH day of April, 2005, upon consideration of CVS Meridian, Inc.'s and Rite Aid Corporation's Motion for Leave to Withdraw Motion Amending Case Management Order, it is **ORDERED** that the Motion to Amend Case Management Order filed on February 9, 2004 (Doc. No. 89) is deemed **WITHDRAWN**.

_____
J.