```
 1        IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF OHIO
 2                 WESTERN DIVISION
 3  ----------------------)
    J.B.D.L. Corp, d/b/a  ) Civil Action No.
 4  BECKETT APOTHECARY,    ) C-1-01-704
    et al.,                )
 5                         )
           Plaintiffs,     ) Judge Sandra S. Beckwith
                           ) Magistrate Judge
 6             v.          ) Timothy S. Hogan
                           )
 7                         )
    WYETH-AYERST           )
 8  LABORATORIES, INC.,    )
    et al.,                )
 9        Defendants.      )
    ----------------------)
10  CVS MERIDIAN, INC. AND)
    RITE AID CORP.,        ) Civil Action No.
11                         ) C-1-03-781
          Plaintiffs,      )
12                         ) Judge Sandra S. Beckwith
              v.           )
13                         )
    WYETH,                 )
14                         )
          Defendant.       )
15  ----------------------)
           VIDEOTAPED DEPOSITION OF
16            PAUL O. SIMON, R.Ph.
17       RESTRICTED, HIGHLY CONFIDENTIAL
18          Thursday, October 14, 2004
19
20  Reported by:  Lori G. Mackenzie, RPR
21  Job No:  163440
22  Video No:  163439
```

---

```
 1         The videotaped deposition of PAUL O.
 2  SIMON, R.Ph., was convened on Thursday,
 3  October 14, 2004, commencing at 9:39 a.m., at the
 4  offices of Winston & Strawn, 1400 L Street, N.W.,
 5  Washington, D.C., before Lori Goodin Mackenzie,
 6  Registered Professional Reporter, Realtime
 7  Reporter, and Notary Public for the District of
 8  Columbia.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
```

---

```
 1            APPEARANCES
 2
 3  For Plaintiffs Direct Purchaser Class Plaintiffs:
 4    JAY S. COHEN, Esquire
 5    Spector, Roseman & Kodroff
 6    1818 Market Street
 7    Suite 2500
 8    Philadelphia, Pennsylvania  19103
 9    215-496-0300
10
11  For Plaintiffs CVS Meridian, Inc. and Rite Aid
12  Corp.:
13    GORDON A. EINHORN, Esquire
14    Hangley, Aronchick, Segal & Pudlin
15    30 North 3rd Street
16    Suite 700
17    Harrisburg, Pennsylvania  17101
18    717-364-1004
19
20
21
22
```

---

```
 1          APPEARANCES (Continued)
 2
 3  For the End Payer Plaintiffs in the Marjorie
 4  Ferrell v Wyeth Case:
 5    RICHARD M. VOLIN, Esquire
 6    Finkelstein, Thompson & Loughran
 7    1050 30th Street, N.W.
 8    Washington, D.C.  20007
 9    202-337-8000
10
11  For Defendant Wyeth:
12    W. GORDON DOBIE, Esquire
13    Winston & Strawn
14    35 West Wacker Drive
15    Chicago, Illinois  60601-9703
16    312-558-5600
17
18  And:
19
20
21
22
```

| | |
|---|---|
| 1 | APPEARANCES (Continued) |
| 2 | For Defendant Wyeth (continued): |
| 3 | ELLIOT FEINBERG, Esquire |
| 4 | 5 Giralda Farms |
| 5 | Madison, New Jersey 07940 |
| 6 | |
| 7 | |
| 8 | Also present: James Laughlin, Videographer |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |

| | |
|---|---|
| 1 | PROCEEDINGS |
| 2 | THE VIDEOGRAPHER: This is tape |
| 3 | number one of the videotape deposition of Paul O. |
| 4 | Simon taken by Defendants in the matters of |
| 5 | J.B.D.L. Corporation versus Wyeth-Ayerst, and CVS |
| 6 | Meridian, Incorporated and Rite Aid Corporation |
| 7 | versus Wyeth, in the United States District Court |
| 8 | for the Southern District of Ohio, Western |
| 9 | Division, Civil Numbers C-1-01-704 and |
| 10 | C-1-03-781. |
| 11 | This deposition is being held at |
| 12 | Winston & Strawn, 1400 L Street, Northwest, on |
| 13 | Thursday, October 14th, 2004 at approximately |
| 14 | 9:39 a.m. |
| 15 | My name is James Laughlin from the |
| 16 | firm of Esquire Deposition Services and I am the |
| 17 | video legal specialist. |
| 18 | The court reporter is Lori Mackenzie |
| 19 | in association with Esquire Deposition Services. |
| 20 | Will counsel please introduce |
| 21 | yourselves. |
| 22 | MR. DOBIE: Gordon Dobie for Wyeth. |

## CONTENTS

| | | |
|---|---|---|
| 1 | CONTENTS | |
| 2 | EXAMINATION BY | PAGE |
| 3 | Mr. Dobie | 8 |
| 4 | EXHIBITS | |
| 5 | NO. DESCRIPTION | PAGE |
| 6 | 1 Mr. Simon's report | 15 |
| 7 | 2 Copy of the Mr. Simon's deposition | |
| 8 | given in the Duramed litigation | 63 |
| 9 | 3 Press release from Barr Labs | 117 |
| 10 | 4 Press release from Wyeth | 118 |
| 11 | 5 Portion of the James Hill deposition | |
| 12 | taken on February 11th, 2004 | 130 |
| 13 | 6 Copy of portions of expert report | |
| 14 | of Dr. Kolassa | 140 |
| 15 | 7 Medical Retail Network Schedule from | |
| 16 | Merck Medco | 196 |
| 17 | 8 PCS Retail Pharmacy Program Services | |
| 18 | Benefit Plan | 196 |
| 19 | 9 Anthem Program Conditions for | |
| 20 | Community RX National Medicare Risk | |
| 21 | Network | 197 |
| 22 | (Exhibits attached to transcript.) | |

| | |
|---|---|
| 1 | MR. FEINBERG: Elliott Feinberg for |
| 2 | Wyeth. |
| 3 | MR. COHEN: Jay Cohen for Direct |
| 4 | Purchaser Class Plaintiffs. |
| 5 | MR. VOLIN: Richard Volin from |
| 6 | Finkelstein, Thompson & Loughran for the |
| 7 | End-Payer Indirect Purchaser Class Plaintiffs in |
| 8 | the Marjorie Ferrell case. |
| 9 | THE VIDEOGRAPHER: Will the court |
| 10 | reporter please swear in the witness. |
| 11 | PAUL O. SIMON, |
| 12 | a witness called for examination, having been |
| 13 | first duly sworn, was examined and testified as |
| 14 | follows: |
| 15 | EXAMINATION BY COUNSEL FOR DEFENDANT: |
| 16 | BY MR. DOBIE: |
| 17 | Q. Would you please state your full |
| 18 | name, for the record. |
| 19 | A. Paul Otto Simon. |
| 20 | Q. And, Mr. Simon, as you know my name |
| 21 | is Gordon Dobie. We met once before in |
| 22 | connection with your deposition in the Duramed |

1   case.  The same rules apply.
2           If any of my questions are unclear
3   here today, if you will let me know I will try to
4   rephrase them for you so that you understand the
5   question completely before you respond.
6           Would you do that?
7       A.   Yes, I will.
8       Q.   And, you need to respond verbally
9   just as you are so that the court reporter can
10  get that down.
11      A.   Yes.
12      Q.   And, also last time we had a bit of
13  a habit of some time it seemed like you knew
14  where I was going with a question and you would
15  begin to respond before I finish.
16          If you will let me finish the
17  question, even if you think you know where I am
18  going with the question, we will have a cleaner
19  record.
20      A.   Okay.
21      Q.   Okay.  Sir, since your deposition in
22  the Duramed case, have you had your deposition

1   company and the same kinds of issues that were
2   going to be described before.
3           And I was not given any commitment,
4   just asked if I was interested and available to
5   discuss this with him further should the
6   situation arise, if they needed someone like
7   myself.  And I said yes.
8       Q.   And, when did you begin doing work
9   in connection with the J.B.D.L. case?
10      A.   Three to four months ago.
11      Q.   In connection with the preparation
12  of your report?
13      A.   Yes.  And, it could have been even
14  less than that, I'm going to say about three
15  months ago.
16      Q.   And, who did you work with in
17  connection with the preparation of your report?
18      A.   Just Jay.
19      Q.   And, how many hours did you spend
20  preparing your report?
21      A.   Oh, my gosh.  I am going to say
22  maybe 100, and I am guessing.

1   taken in any other litigation matter?
2       A.   No, I have not.
3       Q.   Have you been a witness in any court
4   proceedings or anything since your last
5   deposition?
6       A.   No.
7       Q.   How were you retained to be an
8   expert in connection with the J.B.D.L. case?
9       A.   I was contacted by Jay Cohen to
10  basically talk about things that I have talked
11  about before.
12      Q.   And, when were you contacted by
13  Mr. Cohen?
14      A.   Oh, I want to say within the last
15  year.
16      Q.   Okay.  So, we are in October of '04,
17  so some time within, in '04?
18      A.   Within nine to twelve months from
19  now.
20      Q.   All right.  And what were you told
21  about the case when you were first contacted?
22      A.   That basically that it was the same

1       Q.   Does that include the time that you
2   spent reviewing documents and materials from the
3   Duramed and the J.B.D.L. case?
4       A.   Yes, it does.
5       Q.   And, you are being compensated at
6   the rate of $350 an hour?
7       A.   Yes, sir.
8       Q.   And, that's an increase over what
9   you got in Duramed?
10      A.   Yes, sir.
11      Q.   Why the increase, sir?
12      A.   Basically because I thought it would
13  be a lot shorter case.  I didn't think I was
14  going to be putting in as much time and I felt
15  that was appropriate.
16      Q.   You work as a consultant, don't you,
17  sir?
18      A.   Yes, I do.
19      Q.   What is your rate as a consultant?
20      A.   It depends on the project.
21      Q.   Have you ever charged $350 an hour
22  for any consulting project?

1  A.   No, I have not.  I take that back.
2  If I am working on a project where it's going to
3  be a very short thing.
4        For example, if I am going to be a
5  participant in, let's say a focus group kind of
6  activity, where I am only looking at a half a
7  day's worth of work, or something like that, I
8  would even charge more.
9  Q.   But, for projects that are a day or
10 more, you have not, you don't typically charge
11 $350 for your time?
12 A.   That's correct.
13 Q.   Let me, let's just, in terms of
14 moving this along.  Let me show you both the
15 report and -- let me back you up.
16      The caption on your report also says
17 CVS and Rite Aid versus Wyeth.
18 A.   Correct.
19 Q.   Are you an expert for CVS and Rite
20 Aid, or are you just an expert for J.B.D.L.?
21 A.   I am working for Jay Cohen.  I don't
22 know that I've -- I have never been contacted by

1        (Simon Exhibit Number 1
2        marked for identification.)
3  BY MR. DOBIE:
4  Q.   For the record, what is Simon
5  Exhibit 1?
6  A.   This looks like my report.
7  Q.   And, let me also show you the report
8  that you prepared in the Duramed case, which was
9  Exhibit 1075.
10      And, sir, have you seen this
11 document before, can you identify it for the
12 record.
13 A.   Yes.
14 Q.   That is your report from the Duramed
15 case?
16 A.   Yes.
17 Q.   And let me show you what we marked
18 as 1076.  This is your resume that was marked in
19 the Duramed case, and I assume you recognize that
20 as well?
21 A.   Yes.
22 Q.   Now, sir, let me ask you -- let's

---

**10/14/2004  Simon, Paul O.**

1  anyone regarding CVS or Rite Aid.
2  Q.   You've never had any discussions
3  with anyone from CVS or Rite Aid?
4  A.   No, sir.
5  Q.   And, you haven't had contact with
6  any lawyers in this matter other than Mr. Cohen?
7  A.   Krishna Noreen, I did talk with, and
8  I was under the impression that he was with the
9  same firm, or working on the same case with
10 J.B.D.L..
11 Q.   Uh-huh, okay.  Have you ever had any
12 discussions with anybody with Beckett Apothecary,
13 J.B.D.L.?
14 A.   Beckett Apothecary?
15 Q.   The Plaintiff in this case?
16 A.   No, sir.
17 Q.   Have you had discussions with any of
18 the class members in this case about this
19 litigation?
20 A.   No, sir.
21      MR. DOBIE:  Why don't we go ahead
22 and mark this as Simon Exhibit 1.

**10/14/2004  Simon, Paul O.**

1  just go off the record.
2        THE VIDEOGRAPHER:  Off the record.
3  The time is 9:47.
4        (Recess -- 9:47-9:47 a.m.)
5        THE VIDEOGRAPHER:  Back on the
6  record.  The time is 9:47.
7  BY MR. DOBIE:
8  Q.   Mr. Simon, what I want to do today
9  is concentrate on things that either I thought
10 needed to be clarified from your last deposition,
11 or new opinions that you might have rendered
12 since the time of the Duramed case.
13      And, have you had a chance to review
14 your deposition from the Duramed case?
15 A.   I did.
16 Q.   And, is there anything in the
17 Duramed deposition that you thought was wrong or
18 inaccurate?
19 A.   I did not pick out anything that I
20 felt was inaccurate, no.
21 Q.   Okay.  And is there anything in your
22 expert report from the Duramed case, that was

1   marked as Exhibit 1075, that you thought was
2   wrong or inaccurate?
3        A.   Well, there was one thing that I
4   missed in this one, and unfortunately I missed in
5   this one as well, and that was a consulting
6   project that I did late in the year 2000.
7        Q.   And, who was that consulting project
8   for?
9        A.   That was for Bausch & Lomb.
10       Q.   All right.  Let me ask you then
11  about what we marked as Simon Exhibit 1, and talk
12  with you, if we could, more about your
13  background.
14            And, in particular, I want to focus
15  on things that you have done since your last
16  deposition.  And, let me ask you about some of
17  the consulting projects.
18            If you would turn to the second
19  page, am I correct that all of the consulting
20  projects from Odyssey Pharmaceuticals at the top
21  all of the way through the Ruane Cunniff &
22  Company, those are all things that you had done

1   and identified in connection with your last
2   deposition?
3        A.   I believe I did.
4        Q.   All right.  And so the new projects
5   that you have done since your last deposition
6   that are listed here begin with Susman Godfrey,
7   looking at the second page of your expert report.
8        A.   Correct.
9        Q.   And the Susman Godfrey project was
10  did work that you did in connection with the
11  Duramed case?
12       A.   Correct.
13       Q.   Anything else?
14       A.   No.
15       Q.   All right.  Clinical Advisors, what
16  did you do for Clinical Advisors as a consultant?
17       A.   Clinical Advisors contacted me to be
18  an expert for an investment banking company, whom
19  I don't remember the names of, principally to
20  look at new, at products that are in the market.
21            Companies that are exposed to
22  generics and to more or less provide, on an ad

1   hoc basis, any information or insight that I can
2   with regard to -- let me give you an example.
3            There is a company called Kinetics
4   that has a product called Soriatane, that is
5   S-O-R-I-A-T-A-N-E, which was purchased from
6   Hoffmann-La Roche the rights of the brand.
7            They were concerned that this
8   company's primary source of revenue was this one
9   product, and they wanted to know and to be able
10  to monitor when a generic might be coming to the
11  market and, as such, exposing the company to
12  significant losses in sales.
13            It would be those kinds of things
14  that I would be involved with.  And, like I say,
15  they would call me on an ad hoc basis.
16       Q.   So, where is Clinical Advisors
17  located?
18       A.   They are in the northeast.  I
19  believe they are in Connecticut.
20       Q.   And who are the principals of that
21  company?
22       A.   I honestly could not tell you.

1        Q.   Who is your contact at Clinical
2   Advisors?
3        A.   I don't remember her name.
4        Q.   When was it that you did the project
5   for Clinical Advisors?
6        A.   The Soriatane one was probably
7   within the last year.
8        Q.   Was there more than that?
9        A.   There have not been more yet.
10       Q.   All right.  And how many hours did
11  you spend on the Soriatane?
12       A.   Oh, maybe three or four.
13       Q.   Three or four, okay.  The
14  Hoffmann-La Roche is another new consulting
15  project that you list here in your resume.
16            What did you do for
17  Hoffmann-La Roche?
18       A.   I do have confidentiality agreements
19  on that one.
20            Basically, what I was retained to do
21  was to look at the long-term care marketplace,
22  develop a business plan or perspective of what is

1  going on in their product category.

2      And, this encompasses not just

3  competition, but what are the government things,

4  what kinds of things are going on in nursing

5  homes and long-term care environments that are

6  changing, what does the future look like.

7      And, to develop a business case and

8  strategy, along with a list of potential targets

9  that they should be investigating, present this

10  to senior management along with the

11  recommendations and participate with them in

12  meetings where they actually developed a strategy

13  and a plan.

14      Q.   When was this project undertaken for

15  Hoffmann-La Roche?

16      A.   This was in 2004.

17      Q.   And, who is your contact at

18  Hoffmann-La Roche on this project?

19      A.   Todd Jones.

20      Q.   And, what is his position?

21      A.   He is in marketing research,

22  principal.

1      A.   I could not tell you.

2      Q.   Okay.  But, as this project, the

3  Hoffmann-La Roche project that you are talking

4  about, will not give you any additional insights

5  into how to go about contracting for

6  pharmaceuticals with managed care companies,

7  correct?

8      A.   I would say that is pretty accurate.

9      Q.   All right.  Johnson & Johnson, what

10  did you do there?

11      A.   Johnson & Johnson, I worked for the

12  Noramco Division, who was looking to, they were

13  going through a reorganization.

14      Are you familiar with Noramco?

15      Q.   No, I am not, sir.

16      A.   Noramco is an API manufacturer,

17  that's active pharmaceutical ingredient, and they

18  had a new CEO coming into the company.

19      They wanted to understand and be

20  able to present to their executive committee the

21  organization that they felt was appropriate for

22  the company, how it should be set up.

1      Q.   And you said this is long-term care

2  facilities, so these would be nursing homes and

3  things like that?

4      A.   Principally nursing homes, yes.

5      Q.   So, did any of this involve, I

6  assume it didn't involve anything relating to

7  Medicare and things like this.

8      Did this involve managed care

9  contracting at all?

10      A.   To some extent it would include

11  contracting, and it would certainly include the

12  prices that their competition was in the market.

13      It did not include me putting any

14  recommendations on the table for what kind of

15  prices they should be charging him.

16      Q.   Okay.  And, the products that are,

17  are these pharmaceuticals that Hoffmann-La Roche

18  was contemplating selling?

19      A.   These are not pharmaceuticals.  This

20  is the diagnostic, diabetes testing supplies.

21      Q.   Okay.  And, how many hours have you

22  spent on that?

1      And they looked at, they wanted me

2  to look at what are the things that are important

3  to their customers, as well as what are the

4  things that, how are their competitors organized,

5  and come back to them with recommendations.

6      Q.   So, Johnson & Johnson, in addition

7  to being a pharmaceutical company that sells

8  products on the marketplace, oral conceptives and

9  things like that, also sells the active

10  ingredients?

11      A.   Yes, sir.

12      Q.   And, that is what Noramco does?

13      A.   Yes, sir.

14      Q.   And so other companies buy the

15  ingredients and use that to make a

16  pharmaceutical?

17      A.   Exactly.

18      Q.   I understand.

19      THE VIDEOGRAPHER:  Off the record.

20  The time is 9:57.

21      (Recess -- 9:57-9:59 a.m.)

22      THE VIDEOGRAPHER:  Back on the

10/14/2004  Simon, Paul O.

1  record.  The time is 9:59.
2  BY MR. DOBIE:
3      Q.    Let's talk about the last one that
4  is listed on Page 2 of your resume in terms of
5  consulting projects.
6            MCAccess, this is managed care
7  contract sales.
8      A.    Correct.
9      Q.    What was that, sir?
10     A.    M-C-Access.
11     Q.    M-C-Access.
12     A.    MCAccess is a kind of a similar
13  thing to the Cardinal sales force, except they
14  specialize in managed care.  That is what the MC
15  stands for, managed care access.
16           They basically get involved in
17  putting together salespeople and sales forces
18  specifically to work with managed care for
19  pharmaceutical companies.
20           For example, there might be a
21  company that is relatively new coming out with
22  products that need to get into managed care, and

10/14/2004  Simon, Paul O.

1  kind of an interesting business model that was
2  being developed.
3            They would actually be contract
4  employees, at that time, of Humana, but the pay
5  would be coming principally from the manufacturer
6  of the product that they were out there
7  promoting.
8      Q.    Okay.  So, you have explained what
9  MCAccess --
10     A.    Does.
11     Q.    -- does or did.  Are they still in
12  business?
13     A.    Oh, yes.  My --
14     Q.    I am sorry.
15     A.    Go ahead.
16     Q.    Who are the principals of MCAccess?
17     A.    Frank Shea was the individual that I
18  was working with.
19     Q.    And when was it that you did work
20  for MCAccess?
21     A.    I have done small things off-and-on
22  for them for the last, I would say three or four

1  what they want to work with managed care.
2            These people would go and work with
3  that company to get the products into
4  formularies, et cetera.
5            Now, that is the PBM contracts, HMO
6  contracts, as well as other areas of managed care
7  like long-term care.
8            Another project that they might
9  have, and where I was more involved, was they
10  have a group that would physically go out and
11  create some of the programs that managed care
12  would do, for example, PCS does something called
13  counter detailing.
14           These people would actually go out
15  and set up a meeting, let me pick a different
16  example.
17           Humana in Florida would have a
18  formulary.  These people would go and set up
19  meetings, dinner meetings and things like that,
20  for Humana to speak with Humana doctors about the
21  benefits of using this product over that product.
22           They would be contracted and it was

1  years.
2            I was first introduced to them when
3  I believe you and I talked about Sidmak and
4  Odyssey at the last deposition.
5            They were one of the companies that
6  I actually interviewed for Sidmak when they were
7  looking for a sales force for Odyssey, their
8  branded company.
9            So, I met them there.  They did not
10  get the job.  But, they have maintained contact
11  with me, and I have done, you know, I have been
12  speaking with them off-and-on for the last four
13  years.
14           The most recent project I am going
15  to say was in 2003, early 2003, where I actually
16  developed a business plan for this business and
17  how to grow the business.
18     Q.    So, you were hired by MCAccess to
19  develop a business plan that explained to them
20  how to grow MCAccess' business?
21     A.    How to actually build and structure
22  the business, and how to look at it financially,

1  what were the ups and downs.

2      Q.   So, you became familiar with at

3  least their business through this project?

4      A.   Yes.

5      Q.   And how many hours did you spend on

6  putting together the business plan for MCAccess?

7      A.   I honestly, I honestly couldn't tell

8  you.  It was a lot of hours, and it was more of a

9  contingency thing where I frankly was

10  anticipating going into business with it.

11      Q.   Did you go into business with them

12  eventually?

13      A.   No, I did not.

14      Q.   Was the business plan implemented

15  that you put in?

16      A.   No, it was not.  And the reason it

17  was not was there was a divorce that occurred

18  that more or less put things in jeopardy.

19      Q.   How many employees did MCAccess

20  have?

21      A.   I do not know.

22      Q.   When you were putting together the

1  plan for MCAccess the only project that you did

2  for the company?

3      A.   That would be the only major

4  project -- yes.  Let me say yes.

5      Q.   And, so you didn't have occasion to

6  call on pharmaceutical companies in connection

7  with MCAccess, then?

8      A.   No, I did not.

9      Q.   And, you didn't have occasion to

10  call on managed care organizations in connection

11  with your work with MCAccess?

12      A.   That depends on what you mean.  I

13  did participate in going to some of these

14  meetings.

15          I did interact with some of the

16  principals on both sides, the MCAccess side, the

17  client that was actually funding, as well as the

18  individuals from the managed care side that were

19  there to basically lend credibility.

20          And, I am a person from Humana,

21  let's say, to make the introductions and to get

22  the program started.

1  business plan, how many did you, do you know how

2  many there were at the time you were putting

3  together the business plan?

4      A.   No.

5      Q.   What did you view as sort of the --

6  did you come up with what you thought would be

7  the ideal sales force, or was that the nature of

8  your project?

9      A.   That was certainly part of the

10  project, you know, what it would take in order to

11  do this.

12          But, because projects, like a

13  rent-a-rep sales force, if you get a job, if you

14  get a project, you hire people to do the job.

15      Q.   Uh-huh.

16      A.   If you have people that are already

17  calling on a managed care company at the time,

18  you may not need to.

19          But, it depends on who the targets

20  are going to be and how many people you are going

21  to need.

22      Q.   Is the development of the business

1      Q.   So, you had meetings in connection

2  with MCAccess with folks that were with managed

3  care organizations?

4      A.   Yes.

5      Q.   And how many such meetings?

6      A.   One or two.

7      Q.   And how long did these meetings

8  last?

9      A.   Anywhere from an hour to two hours.

10      Q.   And, in connection with those

11  meetings, you would be discussing with them the

12  business plan that MCAccess had of doing

13  counter-detailing or things like that?

14      A.   Absolutely not.  When I was there, I

15  was there more as an observer to view the

16  process.

17      Q.   Well, help me out here.  What do you

18  mean by view the process?

19      A.   To go to the physical meeting where

20  they were actually talking with the doctors.

21      Q.   Oh, I see.  So, you were actually at

22  meetings, these one or two meetings that take an

10/14/2004  Simon, Paul O.

1   hour or two, these are meetings that you attended
2   that involve people from MCAccess whether it was
3   Frank Shea or somebody else?
4        A.    It was typically not Frank Shea, it
5   would be somebody else, but, yes.
6        Q.    And they would be talking to
7   doctors?
8        A.    Yes sir.
9        Q.    So these would be, for example, a
10  Humana doctor?
11       A.    Yes, sir.  Or a doctor that sees
12  Humana patients, excuse me.
13       Q.    And, what was -- what would be the
14  subject matter, or what was the subject matter in
15  these one or two meetings that you attended?
16       A.    Well, I can't say what the product
17  was, but it would be something that this is why
18  you should use this product instead of this
19  product.
20       Q.    Okay.  So, the meetings that you
21  attended were meetings in which you witnessed
22  MCAccess employees counter-detailing doctors on

1   is common to have people go in and call on
2   doctors and counter-detail them, tell a doctor
3   who writes, for example, a Nexium prescription
4   why he instead should write a Prilosec, just to
5   use that as an example.
6        A.    I'm saying that is very common.
7        Q.    Have you seen evidence, in this
8   case, that any managed care organizations were
9   counter-detailing Cenestin?
10       A.    The only project that I took part in
11  where I, I mean, physically saw this, did not
12  include that category of products, no.
13       Q.    Okay.  How about in connection with
14  the work that you have done in this case, you
15  have told us that counter-detailing was common.
16             Do you know whether
17  counter-detailing took place as it relates with
18  Wyeth and its Premarin product versus Cenestin,
19  either one way or another?
20       A.    That depends what you mean do I know
21  of.  Do I know of it, yes.  Even in Wyeth
22  documents, there are statements that, like 47

1   the advantages of one product, and not to use
2   another product?
3        A.    Exactly.
4        Q.    All right.  And, for the record,
5   what is counter-detailing?
6        A.    Counter-detailing is what a managed
7   care company will do.  They physically go in and
8   detail a physician to try and counteract what a
9   sales rep from a pharmaceutical company is coming
10  in and telling a doctor.
11             For example, a physician may be
12  writing prescriptions for Nexium and PCS would
13  hire a, or anyone, would hire a group of
14  pharmacists or other credible sales type people
15  to go in and tell the doctor why he should be
16  writing Prilosec, which could be dispensed
17  generically.
18       Q.    I see.
19       A.    And, this occurs, by the way, in all
20  of the major, at least as far as I know, all of
21  the major managed care companies.
22       Q.    So, it is -- in your experience it

1   percent of Medco's customer base gets these kind
2   of efforts.
3             Now, they are not physically
4   necessarily a sales rep going in and physically
5   doing it like is possible.  But, those kind of
6   counter-detailing activities do occur.
7        Q.    Okay.  So, that what you have seen,
8   and the only thing that you have seen is actually
9   references to letters being sent to physicians.
10            Have you seen anything, in the
11  record in this case, in connection with your work
12  as an expert, that there was counter-detailing as
13  you have described with --
14       A.    With Premarin or Cenestin?
15       Q.    Yes, sir.
16       A.    No.
17       Q.    Bausch & Lomb, what was it that you
18  did for them?
19       A.    Bausch & Lomb was being requested to
20  change the structure of the way that they sell
21  products to the wholesale marketplace.
22            And, this was initiated by a company

1  called Binley Western, who, rather than doing --
2  are you familiar with chargebacks?
3       Q.   A little bit.  Why don't you explain
4  it though, so everyone else understands it as
5  well.
6       A.   Chargebacks are kind of a necessary
7  evil in the business world where contracts are
8  set up with certain individuals that purchase
9  products through wholesalers, and where a price
10 discount is made available to a specific
11 customer.
12      Let's say the VA, the VA can buy
13 products for let's say 50 percent or whatever,
14 typically it is a number.  It is the product that
15 has a wholesale acquisition cost let's say of
16 $10, but the VA may have a price of $5.
17      So, the wholesaler that is selling
18 products to the VA would physically sell the
19 product to the VA at the $5 price, and then
20 because the wholesaler paid $10 for the product,
21 they would charge back the manufacturer the
22 difference between the net price and what was

1  to go through all of this machination and the
2  potential loss of revenues that would be incurred
3  if they did this.
4       Q.   Who retained you at Bausch & Lomb?
5       A.   I believe her name was Lori Green.
6       Q.   And is that, is this the outfit out
7  of Tampa?
8       A.   Yes.
9       Q.   And, was, what was her position, do
10 you recall?
11      A.   She was in marketing.  I cannot tell
12 you what her position was.
13      Q.   And when did you do this project?
14      A.   I am going to say late 2000 or early
15 2001.
16      Q.   And the Bausch & Lomb product, I
17 assume, was contact lenses?
18      A.   It was pharmaceutical products.
19      Q.   Oh, it was what, the products that
20 they use to clean lenses?
21      A.   Lens solutions or even eye drops.
22 They do have their own brand of ophthalmic

1  actually charged to the wholesaler.
2       And, the situation had come up where
3  Binley Western, rather than doing chargebacks
4  wanted to go to a net price structure just sell
5  me everything at net, which, as you can imagine,
6  is pretty difficult because of, you don't know,
7  everybody doesn't have the same contract price.
8       So, in this case, they wanted to get
9  a better understanding of where the market was
10 going, what was happening, what they should do in
11 this particular case.
12      And it required me to go out and
13 talk to other wholesalers, other companies that
14 were being given the same request, get a feel for
15 how each of these different customers and
16 customer bases were dealing with this issue and
17 where the issue is going.
18      And, to prepare a report and a
19 recommendation to them for how they should deal
20 with this request.
21      They didn't want to lose Binley
22 Western as a customer, but they also didn't want

1  products that are not just for lenses.
2       Q.   Are those over-the-counter products?
3       A.   Not all of them.
4       Q.   Not all of them.  Did any of the
5  issues that you did for Bausch & Lomb involve, at
6  all, managed care?
7       A.   Only to the extent that managed care
8  would have contracts with contract pricing.  But,
9  that was not the major focus of the project.
10      Q.   What do you mean, what you are
11 saying is that some people have, as part of their
12 health benefit, they have reimbursement for eye
13 care?
14      A.   No.  Okay.  We are talking managed
15 care in different contexts here.
16      Q.   Right.
17      A.   I am only speaking about managed
18 care having contracts at lower prices.  It was
19 not anything to do with setting optical contract
20 prices with managed care, no.
21      Q.   So, in other words, if Binley
22 Western was in turn selling to a Kaiser, or

1  something like that, they might have a different
2  price?
3          How does that kind of fit in with
4  the net prices versus chargebacks, is that what
5  you mean?
6      A.    That is true.  Obviously Kaiser
7  would not be appropriate because Kaiser would be
8  buying direct.  They would be sending it directly
9  to Kaiser facilities, but, yes.  This would be
10  more the indirect purchasers.
11      Q.    All right.  Have we covered all of
12  the additional consulting or employment that you
13  have had relating to the pharmaceutical industry
14  since your last deposition?
15      A.    I would say yes.
16      Q.    And, since your last deposition, you
17  have also had occasion to look at additional
18  documents that are referenced as Exhibit B to
19  your report, that is the last page.  Hopefully it
20  is there.
21      A.    Correct.
22      Q.    Are these all of the documents that

1  again?
2      A.    The Duramed documents?
3      Q.    Yes, sir.
4      A.    No.  The only thing I was sent were
5  the items in B.  All of the materials that were
6  sent to me by Susman Godfrey previously --
7      Q.    Yes, sir.
8      A.    -- were destroyed.
9      Q.    And you didn't get another -- there
10  is, looking at this Exhibit B that we are looking
11  at, it says from the Duramed case you had your
12  report and deposition, you had the Hill
13  deposition and then you say --
14      A.    Actually I got the Hill deposition.
15      Q.    In this case?
16      A.    In this case.
17      Q.    And, then you reference the
18  October 7th, 2000 letter from Korbel Balance
19  Center listing the documents you reviewed.
20          So, those are documents you
21  reviewed, but you reviewed them in the Duramed
22  case you didn't re-review them in the J.B.D.L.

1  you reviewed in connection with this case?
2      A.    Yes.
3      Q.    How was this document prepared?
4      A.    What do you mean?
5      Q.    I mean, is this, did you type this
6  up, or was this a list that counsel prepared?
7      A.    No, I requested specific documents.
8  I was given the Kolassa report.  My request was
9  obviously to take things from my old document
10  that were again covered by Kolassa.
11          And then to request additional
12  information, additional things that I might need
13  with reference to issues that Kolassa had brought
14  up, as well as there were some things in my
15  original document that I wanted to look at again.
16          Not to the depth that I looked at it
17  in the original document, but basically things
18  that I had requested.
19      Q.    Did you keep the documents from the
20  Duramed case?
21      A.    No, I did not.
22      Q.    So, were you sent these documents

1  case?
2      A.    That's exactly correct.
3      Q.    And, then the additional things that
4  you looked at were the things from J.B.D.L. and
5  all of the way through here, correct?
6      A.    Correct.
7      Q.    And, I see you read the McDonough
8  and the Schafermeyer reports.
9          Is there some reason why you did not
10  read their depositions?
11      A.    I didn't feel I needed to read their
12  depositions.
13      Q.    Okay.  Is there any reason why you
14  did not read any depositions from folks from
15  Duramed?
16      A.    I didn't ask for them.
17      Q.    Why did you not think it was, it
18  would be helpful for your opinions to read the
19  depositions of the Duramed witnesses?
20          MR. COHEN:  I just wanted to just
21  interpose just for clarification that, and I
22  honestly don't remember, but it may have been in

1  the Duramed case that he read Duramed
2  depositions, I don't know.
3          MR. DOBIE:  Well, we have the
4  October 7th letter here, Jay, if you want to see
5  it, they're not on there either.
6          MR. COHEN:  Okay.  I was just trying
7  to clarify.
8          THE WITNESS:  I didn't feel it was
9  necessary to look at the depositions in order to
10 respond to what the issues are that I am
11 responding to here.
12         The major focus of this rebuttal was
13 to Kolassa, not necessarily to the depositions of
14 other individuals.
15 BY MR. DOBIE:
16     Q.    So, I mean, just to take an example,
17 I mean you are talking about managed care
18 contracting in part.
19         Why would you not want to, and maybe
20 you can explain this for me, why didn't you want
21 to read the deposition of Marty Carter, who was
22 in charge of managed care contracting at Duramed?

1  reading the depositions of any of the Wyeth
2  people that were in charge of, for example,
3  pricing or managed care contracting, or managed
4  care sales force, those type of issues, you
5  didn't think it was necessary to review in
6  connection with reaching your opinions?
7      A.    Well, there was one request that I
8  made that we couldn't find and that was the Don
9  Weatherhold, some of his information which Jay
10 was not able to find.
11     Q.    And Don Weatherhold was the person
12 at Cardinal that was responsible for preparing
13 that overview study and some of those other
14 documents?
15     A.    Exactly.
16     Q.    And why were you interested in his
17 deposition?
18     A.    Because in --
19          MR. COHEN:  Object to the form.  He
20 didn't say the deposition.  He said some
21 materials.  He didn't refer to a deposition.
22 BY MR. DOBIE:

1      A.    My principal purpose here is as a
2  marketing individual.
3          So, from the extent that I am
4  looking at managed care, it is strictly from a
5  marketing person's perspective.  It is not, it is
6  not from a managed care perspective.
7      Q.    Okay.  Well, from a marketing
8  perspective, Jeff Curran was the brand manager
9  for Cenestin.
10         Why did you not want to read his
11 deposition?
12     A.    I didn't think I needed it.
13     Q.    And, on the Wyeth side, the only
14 deposition that I see here that related to Wyeth
15 was BG Schwartz's deposition.
16         How did you decide to read that
17 deposition?
18     A.    There were references either in
19 McDonough or Kolassa, and I am not sure which, I
20 think McDonough, that mentioned the Schwartz, so
21 I had requested that one.
22     Q.    But, you weren't interested in

1      Q.    I am sorry.  It wasn't a deposition?
2      A.    No, it wasn't a deposition.
3      Q.    What was it that you wanted to see?
4      A.    Don Weatherhold had made some
5  comments which were included in my original
6  document that spoke to the skills of the
7  salespeople that were hired by Cardinal to sell.
8          And I had quoted those in the
9  original, and I quote them here again, on my
10 recollection, and based on what I had in my
11 original deposition.
12         So -- or report.  So, I wanted to
13 review that material just to make sure that I
14 could find it.
15     Q.    Okay.  So, what you are talking
16 about is there is a reference, this is where you
17 and Dr. Kolassa are disputing whether or not the
18 people were appropriately trained or what
19 experience level they had?
20     A.    Dr. Kolassa had made a reference to
21 the fact that they weren't skilled and I wanted
22 to make sure that the way that I had covered the

10/14/2004 Simon, Paul O.

1  first time was indeed accurate.

2      Q.   Okay.  And, so this is page 16 of

3  your report.  And, it is the paragraph:  "While

4  the Cardinal sales group had less than 60 percent

5  of the sales reps," and so on.

6      A.   Correct.

7      Q.   And you were looking for documents

8  from Don Weatherhold in connection with this

9  discussion?

10     A.   Correct.

11     Q.   And you were not able to find them?

12     A.   Correct.

13     Q.   So, you had just basically used the

14 material that you, or just used the same language

15 that you had in the Duramed report?

16     A.   Exactly.

17     Q.   And, while we are on this, where you

18 say that, you point to the Cardinal

19 representatives were less than one year of

20 pharmaceutical experience made up of only 17

21 percent of sales reps and all managers were

22 veterans.

10/14/2004 Simon, Paul O.

1      A.   I would say that that is not

2  necessarily, that is not 100 percent accurate.

3      Q.   What is not accurate about it?

4      A.   I did have occasion to call on small

5  organizations or small groups, if you will, that

6  were responsible for an identified group of

7  customers, or patients, let's say from a

8  particular employer.

9      Q.   Okay.  I mean, you call on

10 hospitals --

11     A.   Large managed care organizations, if

12 that is your question, no, I did not.

13     Q.   All right.  And during this time

14 period, 1977 through '87, I mean, there really

15 wasn't a pharmacy benefit for most individuals,

16 correct?

17     A.   I wish that that were true.  That is

18 not true.  When I was a pharmacist in Akron, Ohio

19 where the rubber companies were at the time,

20 Goodyear and Firestone, the drugstore that I

21 worked in did about 80 percent of their business

22 through these third-party cards, their PCSs and

10/14/2004 Simon, Paul O.

1          That was based on your recollection

2  of the Weatherhold document?

3      A.   That was based on what I said in my

4  original report.

5      Q.   Yes, sir.

6      A.   Which was based on what was in the

7  Weatherhold document.

8      Q.   We will come back to that.  Now,

9  just to sum up from your last deposition, it is

10 true that when you were at Hoffmann-La Roche in

11 the 1977 through '87 time period, you did not

12 call on managed care at all, correct?

13     A.   Correct.

14     Q.   And, when you were at Bristol-Myers

15 Squibb --

16     A.   Wait, let me back up a step.  When

17 you say did not call on managed care, what do you

18 mean?

19     Q.   You did not have occasion to visit

20 with HMOs or PPMs in connection with selling

21 products other than -- well, let's just stop

22 there.

10/14/2004 Simon, Paul O.

1  paid prescriptions at the time.

2          So there was significant --

3      Q.   So, this would be union contracts,

4  and so on that they had with the United Rubber

5  Workers and things like that?

6      A.   Theoretically, that could be.  And

7  exactly what their arrangements were with these

8  third-party processors like the PCS, correct.

9      Q.   But, in going back to

10 Hoffmann-La Roche, I asked you, in your last

11 deposition, during the time period you were at

12 Hoffmann-La Roche, did you have any

13 responsibility for calling on managed care?

14         MR. COHEN:  Could you give a cite?

15         MR. DOBIE:  This is page 23, line 9.

16 BY MR. DOBIE:

17     Q.   You answered:  "At Roche, we really

18 didn't have a lot of HMO or managed care

19 customers at the time I was selling, so I did not

20 call on managed care -- I am trying to think we

21 had one managed care customer and that was it.

22 However, I did call on hospitals."

```
 1          Is that accurate?
 2     A.    That is still accurate, I did not
 3 call on any offices of managed care or anything
 4 like that.
 5     Q.    Okay.  All right.  And
 6 Hoffmann-La Roche had one managed care customer?
 7     A.    No, Hoffmann-La Roche had more than
 8 one managed care customer.
 9          When I was calling on physicians,
10 though, in Florida, we only had one major managed
11 care customer at the time.
12     Q.    Okay.  So, in terms of your
13 experience --
14     A.    In Florida, in my geography.
15     Q.    So, in terms of your experience,
16 though, sir, I mean, you did not have any
17 experience calling on managed care at Roche?
18     A.    Correct.
19     Q.    Okay.  And, we go to Bristol-Myers,
20 you didn't call on managed care or call on
21 doctors, correct?
22     A.    Physically call on them, no.
```

```
 1     A.    And, herein lies part of the
 2 conflict even to your last question, because
 3 managed care companies, for example, Medco,
 4 because something along the line of 50 percent of
 5 their business is mail order, you call on them
 6 and the question then becomes, well, did I call
 7 on them for contracts or did I call on them just
 8 to sell product.
 9          Well, you really end up doing both.
10     Q.    Well, let's start with Teva first.
11     A.    This is at Teva I am talking about.
12     Q.    But, at Teva, sir, the only
13 contracts that you would have entered into with
14 any PBMs would be contracts to sell them product,
15 correct?
16     A.    Yes and no.
17     Q.    All right.  Well, other than
18 Blue Cross/Blue Shield of Minneapolis, did Teva
19 have any other contracts with managed care
20 companies other than to sell them product?
21     A.    No.
22     Q.    And, at Taro Pharmaceuticals, it is
```

```
 1     Q.    All right.  And you didn't manage
 2 any departments that were responsible for managed
 3 care, correct?
 4     A.    For calling on managed care, no.
 5     Q.    And, when you were with Teva, which
 6 is, I guess formerly, this is Lemmon?
 7     A.    Correct.
 8     Q.    And when you were with Teva, was it
 9 called Lemmon?
10     A.    It was called Lemmon when I started
11 there.  It was called Teva when I left.
12     Q.    I understand.  And then your
13 contracts that were -- strike that.
14          When you were at Teva, the only
15 contract that Teva had with the managed care
16 organization was with Blue Cross/Blue Shield of
17 Minneapolis, and that related to some Teva
18 products and was terminated, correct?
19     A.    I would say that that is correct.
20     Q.    And you had no contracts with any
21 PBMs, correct, other than to sell them products
22 directly?
```

```
 1 also the case that Taro had no contracts to sell
 2 pharmaceutical products to PBMs or -- strike
 3 that.
 4          The only contracts that Taro had
 5 with either PBMs or HMOs was to sell them
 6 products, correct?
 7     A.    I'd have to drop back a couple of
 8 steps.  We had contracts when I was at Teva with
 9 other HMOs like Kaiser.  Again, it was to your
10 point earlier, to sell product.
11     Q.    Right.
12     A.    But, those, I don't know if that is
13 what you are referring to as a managed care
14 company.
15     Q.    Right.  But, these are, the
16 contracts that you entered into with, let's say
17 between Teva and Kaiser, those were to sell
18 product?
19     A.    Exactly.  But, a lot of managed care
20 you do sell product that way.
21     Q.    And, isn't it also true that at both
22 Teva and Taro, when you would sell product to
```

10/14/2004 Simon, Paul O.    10/14/2004 Simon, Paul O.

1    Kaiser, the contracts would be bundled products,
2    they would take a basket of Taro or Teva
3    products?
4        A.    No.  Sometimes they would and
5    sometimes, they wouldn't.  Some customers you
6    would bundle products for and some you would not.
7        Q.    All right.  But, at Teva, it was
8    certainly common, was it not, sir?
9        A.    No.
10       Q.    No?
11       A.    No, not with managed care.
12       Q.    With Kaiser?
13       A.    With Kaiser, no.
14       Q.    Who was it common to have bundled
15   contracts with at Teva?
16       A.    I could have a bundled contract with
17   a wholesaler.
18       Q.    All right.  And, how about at Taro,
19   would you have bundled contracts with
20   wholesalers?
21       A.    We typically did not have bundled
22   contracts at Taro.

1        Q.    What do you mean.
2        Q.    Did you offer better prices to the
3    wholesalers if you entered into a bundled
4    contract?
5        A.    It doesn't work that way.  In the
6    generic business, where there may be 13 other
7    companies that offer the same product, it is
8    almost exclusively a price driven decision on the
9    part of the wholesaler, or whoever it is you are
10   selling to, for product, because the FDA says all
11   generics are rated as equal if they are AB, there
12   is no difference between them.
13           Then, there is no difference in, or
14   no reason other than getting the best price that
15   would drive them to going to pick one brand or
16   another.
17           So, if you had a product, let's say
18   Prilosec, and you were selling Prilosec to
19   Cardinal.  If Cardinal all of a sudden now there
20   is three more generics that are brought to the
21   market that go to Cardinal and say, well, we'll
22   sell you ours for $10 instead of $20.

10/14/2004 Simon, Paul O.

1        Q.    At Teva, why, what was the purpose
2    of offering a bundled contract to wholesalers?
3        A.    To get more products, and to make it
4    more difficult for them to say, well, we don't
5    want to have XYZ product anymore, we want someone
6    else's product.
7        Q.    So, by having a bundled contract at
8    Teva, you were able to make more sales?
9        A.    I don't know that I would put it
10   that way.
11           I would say that by having a bundled
12   contract, we represented a bigger customer to the
13   wholesaler.  We became more important to the
14   wholesaler.
15       Q.    Well, you were a supplier to the
16   wholesaler, right?
17       A.    That's correct.
18       Q.    So you were a bigger supplier to the
19   wholesaler?
20       A.    Correct.
21       Q.    And, did you offer them a better
22   deal if you gave them a bundled?  Contract?

10/14/2004 Simon, Paul O.

1            You then have to go back to Cardinal
2    and say okay I will sell it to you for $10, if
3    you keep mine.
4            So, the bundle, while it's important
5    because it makes sure that you at least get the
6    question asked of you, it is something that you
7    use for building relationships, et cetera.
8            It is not going to stop them from
9    taking a $10 price on a competitor's product
10   rather than paying you 20 for your brand of
11   generic Prilosec.
12       Q.    You mentioned Prilosec in connection
13   with Teva, were you working on the generic
14   Prilosec while you were at Teva?
15       A.    No, I was not.
16       Q.    That was a project, though, that
17   afterwards you were hired by -- Teva did do a
18   generic Prilosec, didn't they?
19       A.    Not that I know of.  I think they
20   may have one now, but the original was Anda (ph.)
21   And I believe Schwarz ended up winning the patent
22   fight.

1    Q.    Didn't you work for Astra-Zeneca in
2    connection with the launch of a generic of a
3    Prilosec?
4        A.    I did.  I worked with Astra in a
5    project for how to deal with the generics when
6    again generics come out.
7        Q.    And, did that project involve how to
8    thwart the launch of the product that was being
9    launched in the generic?
10        A.    I am going to tell you that I have
11    confidentiality agreements, I am not allowed to
12    say too much.
13              But, I will say, certainly, that the
14    objectives were to make them aware of what the
15    consequences were of specific actions and what
16    they could anticipate from a generic manufacturer
17    and how certain manufacturers might differ with
18    regard to how they would market the product.
19        Q.    So, the product differentiation.  I
20    was curious about that on your resume that you
21    have attached to this report here, when you talk
22    about help me out here, it is the Greek,

1    Sigma-Tau.
2        A.    Sigma-Tau.
3        Q.    Sigma-Tau Pharmaceuticals, in the
4    resume that we marked as Exhibit 1076 in your
5    last deposition, you talked about, this is the
6    last bullet point under Sigma-Tau --
7        A.    Uh-huh.
8        Q.    -- you talk about how you
9    successfully defended our major brand against
10    three generic entrances in the primary market,
11    ESRD, and then that has been removed from your
12    resume that you have attached in connection with
13    the expert report in this case.
14        A.    Right.  That is to make room for the
15    current, as you will notice in that one you have
16    my consulting --
17        Q.    Yes, sir.
18        A.    -- which you do not have in here.
19    And they tell you not to make your resume more
20    than two or three pages long, or two pages long
21              So you try and cut things out that
22    you would feel might be less attractive, and add

1    things that would be more relevant to today.
2        Q.    Okay.  And, one of the things that
3    you thought was less attractive was that you had
4    successfully defended Sigma-Tau against the three
5    new generic entrants who had come into the
6    market?
7        A.    Correct.
8        Q.    All right.  Let me ask you about
9    some of the substance of your report which, let's
10    turn to page 3, which is Cenestin is a
11    pharmaceutical product with value in the
12    market -- well, actually before we get to that.
13              MR. DOBIE:  Why don't we go ahead
14    and mark this as Simon 2.
15              (Simon Exhibit Number 2
16              marked for identification.)
17    BY MR. DOBIE:
18        Q.    Sir, for the record, Simon Exhibit 2
19    is a copy of the deposition that you gave in
20    connection with the Duramed litigation, correct?
21        A.    Yes.  It certainly looks like it.
22        Q.    It is from October 11, 2002.

1        A.    Yes.
2        Q.    And, looking at page 250 of your
3    deposition, right at line one, where it says:
4    "In fairness, do you really think that you have
5    an understanding of the ins and outs of these
6    contracts, such that you can give expert
7    testimony under oath as to what the 'norm'," in
8    quotes, "is for rebate contracts from 1991 to the
9    present."
10              And, then you answer by stating:  "I
11    would not hold myself out to that, you are
12    correct."
13              Is that still true, sir?
14        A.    I do not hold myself out as an
15    expert in managed care.
16        Q.    All right.  Now, looking again at
17    your report at page 3, you state that:  "Cenestin
18    is not substandard as Dr. Kolassa implies."
19              And, you talk about the
20    pharmokinetic profile and the improved dosage
21    uniformly compared favorably to Premarin and so
22    on.

1    Let me ask you first about that the
2  pharmokinetic benefit that you are talking about,
3  that is based upon certain studies that were done
4  of how Cenestin behaves in water, correct?
5    A.   No.  The dissolution tests are
6  relevant to how Cenestin behaves in water.
7        Pharmacokinetics is a study of what
8  is typically called the add-me effects.
9  Pharmacokinetics refers to absorption,
10  distribution into the body, elimination of the
11  drug, et cetera.
12        So, it relates to things like how
13  well is the drug absorbed.  It would be like the
14  peaks and valleys and blood levels.  And it would
15  talk about how rapidly it is eliminated from the
16  body, et cetera.
17    Q.   All right.  Let me show you what has
18  been marked previously as Exhibit 744.
19        For the record, Exhibit 744 is a
20  copy of the detail aid that was used in the year
21  2000 for Cenestin.
22        And, it contains a discussion of

1  some of the peaks and the valleys and blood
2  levels and so on.
3        If you look at the page that, it is
4  kind of hard to read, SO 2, it looks like, 2536
5  and 7.  Do you see that?
6    A.   I see the pages.
7    Q.   Okay.  And, this is, you understand
8  that this is the detail aid that was for use by
9  Cenestin sales reps whether from Cardinal or
10  Solvay in order to promote the product during
11  this time period, right?
12    A.   Okay,
13    Q.   And, if you look at their logo, it
14  is on the page it talks about the smooth steady
15  release of conjugated estrogens.
16        Do you see that?
17    A.   Where are you looking?
18    Q.   It is almost on every page.  2531,
19  it's almost like a logo, 2533.
20    A.   Oh, okay, I see that.
21    Q.   These are the pharmacokinetic
22  benefits that you are talking about, the smooth

1  steady release of conjugated estrogens?
2    A.   That would certainly be part of it.
3    Q.   All right.  And, is there anything
4  else that you are aware of that Cenestin, any
5  studies or anything that indicated that Cenestin
6  had a favorable pharmacokinetic profile in
7  relation to Premarin, other than this claim of a
8  smooth steady release of conjugated estrogens?
9    A.   I looked at, in my original
10  document, the Duramed studies, the actual, not
11  the clinical studies, but the lab reports on the
12  things like you are talking about, the
13  dissolution tests, et cetera, were part of what I
14  had looked at.  So this was certainly part of
15  that.
16    Q.   And, if you would turn to the page
17  that is 2537, and if you look to the right-hand
18  side it says:  "The sales reps are told if a
19  doctor asks to see the clinical benefits of this
20  pharmacokinetic data, you should point out that
21  the clinical significance has not yet been
22  determined, however, you may want to point out

1  that Duramed and Solvay have initiated a
2  comparative clinical trial."
3        Do you see that?
4    A.   Yes.
5    Q.   All right.  And are you aware of
6  whether or not Duramed and Solvay have ever
7  finished a comparative clinical trial between
8  Premarin and Cenestin or any other estrogen
9  product?
10    A.   No, I am not, and I don't understand
11  where you are going.  The reason I guess I am
12  having difficulty here is the kinds of things,
13  and these kinds of things that go to a sales rep,
14  where you are typically talking features and
15  benefits, you talk a feature, which the smooth
16  steady release is a feature, and a benefit is a
17  statement of, and this is the way you are
18  educated in the sales force, which means.
19        And, that is kind of the thing that
20  they would do here.  A smooth steady release,
21  which means.
22        Now, when you look at products like,

10/14/2004 Simon, Paul O.

1  and you are probably going to discuss it later,
2  ampicillin and amoxicillin, the fact that
3  amoxicillin is three times a day which means,
4  there may not be clinical studies that say it is
5  better.
6           But, in the doctor's mind, all of a
7  sudden, you say these things, this is what it
8  means.  Whether there has been a clinical study
9  or not, you still say those things.
10     Q.   Okay.  But, I guess, here is what I
11 am getting at.
12          The notion that Duramed's Cenestin
13 product had a smooth steady release, there is no
14 study that has been done that indicates that that
15 has any clinical significance in a patient,
16 correct?
17          Or you are not aware of any, are
18 you?
19     A.   I am not.
20     Q.   All right.  And so the idea that
21 they have a smooth steady release, is something,
22 you understand that was a test that was done in

10/14/2004 Simon, Paul O.

1  appropriate dissolution.
2           But, the pharmacokinetics are things
3  that are done in blood, and it is part of a human
4  study that every product has to go through
5  whether it is a brand or a generic.
6      Q.   Okay.  But, the only study of
7  Cenestin in patients -- let me ask you this:
8           Are you familiar with any study of
9  Cenestin in patients other than the study that
10 was used to get the product approved in 1999?
11     A.   I am familiar with the tests that
12 were done by Duramed in order to present the data
13 to the FDA that had to show blood levels.
14     Q.   Okay.
15     A.   Not just water.
16     Q.   Right.  And, that study that you are
17 familiar with, you are familiar, it is actually,
18 it is talked about to some extent even in the
19 label for the product.
20          You are aware, are you not, sir,
21 that in that study, 77 percent of women had to
22 double dose in order to have any efficacy from

10/14/2004 Simon, Paul O.

1  water where they looked and compared how Cenestin
2  behaved in water as opposed to in blood, or in
3  the stomach, for example?
4      A.   Could be.
5      Q.   All right.  So, when you talk about
6  Cenestin having a pharmacokinetic profile and an
7  improved dosage --
8      A.   However, I am not sure that that is
9  how it is used in this piece, is that it is done
10 in water, because I can't read the chart.
11          Are these blood levels?
12     Q.   I can't read the chart either, that
13 was the way it was produced by Duramed in the
14 litigation.
15          But, I have seen the same studies
16 that you are talking about, and it's, the tests
17 are all a USP test, but it's a test, I will
18 disclose that, but it's a test in water.
19     A.   The USP test is a test in water that
20 they would do on the product and they will do on
21 that product just about every batch they are
22 going to test to make sure that it has an

10/14/2004 Simon, Paul O.

1  the product.
2      A.   I don't think we are talking about
3  the same study.
4      Q.   Well, is there any study, that you
5  are aware of, that was submitted to the FDA other
6  than the 125-woman study?
7           Do you think there is another study
8  that was submitted?
9      A.   I think that data is provided to the
10 FDA that speaks to the pharmacokinetics of a
11 product, which is not a clinical study.  Not to
12 this type that you are talking about that is
13 required for the submission of an NDA.
14     Q.   All right.  And, in fact, as
15 indicated in the detail aid the sales force could
16 not tell physicians that there was any clinical
17 significance to any of the pharmacokinetic
18 benefits relating to the smooth release of the
19 product, correct?
20     A.   And, that is typical, yes.
21     Q.   Now you also talk about how --
22     A.   Now, see, this is where, you know,

1    if you look at page SO 2539, and maybe I should
2    have looked at this more in detail before I
3    answered your questions.
4        Q.    Yes, sir.
5        A.    It very clearly says about blood
6    levels, estrogen blood levels for Premarin, and
7    what they are doing is they are comparing blood
8    levels.
9              So, this is not something that is
10   done in water.
11       Q.    This is, you are talking about the
12   data that they obtained from the FDA on Premarin
13   and comparing that to the data that was submitted
14   in the study that was submitted on Cenestin,
15   correct?
16       A.    I am saying that, even if you look
17   at the headings, it says, they are talking blood
18   levels.
19       Q.    Okay.  And, if you look at that same
20   page, you are talking about it says:  "If the
21   doctor asked to see the clinical significance of
22   these pharmacokinetic data, you should point out

---

1        Q.    All right.  Is it relevant to your
2    opinion that it comes from plant sources as a
3    marketing person?
4        A.    Is it relevant?  To me, as a man, I
5    would say that if I were given a choice of using
6    a product that was derived from a pregnant
7    horse's urine versus something that was extracted
8    or synthesized from plant sources, I would
9    certainly not be thrilled if I had alternative to
10   taking something that came from horse urine.
11       Q.    Okay.  What if, hypothetically, the
12   products that you are comparing, one, came from,
13   was derived from horse urine, and the other one
14   was derived from goat and sheep hoofs as well as
15   petroleum feed stocks in principal part?
16       A.    Repeat that question.
17       Q.    Yes.  Isn't it -- one of the
18   advantages that you are pointing to throughout
19   your report here is that Cenestin was basically a
20   plant source product, right?
21       A.    Right.
22       Q.    And, I guess what I am wondering is

---

1    that the clinical significance has not yet been
2    determined," correct?
3        A.    Yes.
4        Q.    And, they were going to undertake a
5    study, a comparative trial, and to your knowledge
6    that, you are not aware of any study that has
7    ever been done that pointed out a clinical
8    significance to those blood level results?
9        A.    I am not.
10       Q.    Okay.  The other point that you
11   make, on page 3 of your report, you talk about
12   how Cenestin's non-animal source provided an
13   advantage within the segment of the patient
14   population.
15       A.    Correct.
16       Q.    What is the basis for your statement
17   that Cenestin was derived from non-animal
18   sources?
19       A.    That is the information that was
20   given to me from Susman Godfrey originally.
21       Q.    Is it --
22       A.    That it was from plant sources.

---

1    you would agree with me if that wasn't true, if
2    that was a false statement, certainly Duramed
3    wouldn't be entitled to have gotten an additional
4    market share based on false marketing, right?
5        A.    I am -- you are still losing me.
6        Q.    I mean, if the assumption of your
7    report is that Cenestin is a plant-based product,
8    and that there is a segment in the marketplace,
9    as you said, that would pick a plant product over
10   a product derived from a horse urine product, how
11   would this impact your opinion if you found out
12   that Cenestin was instead derived more than 50
13   percent of it comes from petroleum feed stocks
14   and that the product is also made from goat and
15   sheep hoofs?
16            MR. COHEN:  I just want to object on
17   two bases.  The first basis is that the original
18   question, which I'm understand your changing, was
19   phrased as a hypothetical, and I don't think you
20   have phrased this question as a hypothetical.
21            Second, he is not saying in his
22   report anything other than Cenestin's nominal

1   source provided an advantage.  So he is talking

2   about non-animal sources.

3           You can answer it, if you can.

4           MR. DOBIE:  Do you want to read that

5   question back?

6           (Record read.)

7           MR. COHEN:  So, Gordon, just sorry

8   to interrupt, again, so if that is the question,

9   I will object on the basis of foundation, also,

10  lack of foundation.

11  BY MR. DOBIE:

12      Q.   You can answer.

13      A.   How would it affect my decision as a

14  user or as a marketer?

15      Q.   In terms of the opinions that you

16  have offered in this case.

17      A.   I don't think it would change the

18  opinions that I have offered in this case,

19  because I still perceive that Cenestin was every

20  bit a viable product as Premarin.

21      Q.   So, were you --

22      A.   And, I don't perceive that the

1   that would prefer a product that was

2   plant-derived, correct?

3       A.   They would prefer a product that was

4   not pregnant mare's urine derived.

5       Q.   And I guess what I am wondering is,

6   if there is a, the same way that you think that

7   there's a segment of the population that would

8   think that, would prefer a product that doesn't

9   come from pregnant mare's urine, do you think

10  that there's a segment of the population that

11  would pick, let's say Estrotab, which is truly a

12  100 percent plant-derived product, would prefer

13  an Estrotab over a Cenestin if they knew Cenestin

14  was more than 50 percent, or for source more than

15  50 percent from petroleum feed stocks and also

16  used goat and sheep hoofs in connection with the

17  preparation of the product?

18          MR. COHEN:  Object to the form.

19          THE WITNESS:  The question you are

20  asking is, is there going to be a segment of the

21  population that is going to take the product

22  based on specific knowledge.

1   sources are any more of a problem.

2           What I was saying is that during

3   their initial promotions, which occurred in 1999

4   and 2000, I was not aware of that.

5           So, if you asked me that question in

6   2004, then I would probably change my promotional

7   structure, but would it have made a difference

8   had I known that when I wrote my original report?

9       Q.   Yes, sir.

10      A.   I honestly don't know.

11      Q.   Okay.  If, I mean, you would agree

12  with me, right, just as somebody with an

13  expertise in marketing, that most of the material

14  that was promoting this product, at least

15  originally, related to it being a plant-derived

16  product, it was a consumer driven message,

17  pushing the plant-derived source?

18      A.   A part of the promotions were

19  definitely targeted towards it being a plant

20  source.

21      Q.   Okay.  And, you have spoken before

22  about how there was a segment of the population

1           And the answer to that question is

2   you are always going to find a segment of the

3   market that is going to take a product because

4   they've got a stand one way or the other, just

5   like you've got Democrats and Republicans.

6           There is always going to be products

7   in the marketplace that have some segment that is

8   attracted to them for a specific reason.

9           And, can I say that, you know, the

10  use of Estrotab is only being used by people who

11  like sheep hoofs or -- I can't answer that.

12          The research that I saw in the

13  original case definitely showed, from the Wyeth

14  as well as the Duramed side, that there was some

15  people that felt that this was potentially an

16  issue.

17  BY MR. DOBIE:

18      Q.   All right.  And, I guess, all I am

19  wondering is if, at the end of the day, it turned

20  out that all of that marketing that it was a

21  plant-derived product wasn't true, how that would

22  impact your opinion?

1    A.    How that would impact my opinion
2  how, as a marketer?
3    Q.    In terms of how Cenestin would have
4  fared in the marketplace.
5    A.    Let me say, as a marketer, that
6  depends.
7    Q.    Is there additional work you would
8  still need to do in order to figure that out?
9    A.    No.  It depends on, you know, is
10  someone going out and telling the market that
11  this is not true?
12        Is this going to be on, let me pick
13  one, on CBS news as, or 60 Minutes as something
14  that comes out, maybe that, maybe that will have
15  an impact.
16        If it is something that, okay, I
17  didn't know that, I've got to change my marketing
18  strategy or my marketing position, as a marketing
19  person it would change my marketing position, I
20  wouldn't go out and promote it anymore.
21        But, unless it is something that
22  comes to public light, how is it going to change

1  the perception of people?
2        Am I making sense?
3        MR. COHEN:  Don't ask him that
4  question.
5  BY MR. DOBIE:
6    Q.    I think I am, I understand what you
7  are saying.
8        You, on page 4 of your report, you
9  say that you disagree with Dr. Kolassa regarding
10  Cenestin's initial pricing.
11        "In my opinion, Duramed followed a
12  prudent pricing strategy," and so on.  You are
13  familiar at the time of launch that Cenestin was
14  priced at near parity pricing, correct?
15    A.    Correct.
16    Q.    And then you cite as to how an
17  amoxicillin, it had a favorable pharmacokinetic
18  profile, it was launched to parity and quickly
19  overtook ampicillin.
20    A.    Right.
21    Q.    But, the difference with ampicillin
22  is that, and I think you have mentioned this

1  before, is that you take it three times a day,
2  rather than four times a day, correct?
3    A.    Because of the difference in
4  pharmacokinetics, yes.
5    Q.    And, it could be taken without
6  regard to meals while ampicillin had to be taken
7  on an empty stomach?
8    A.    That is correct.
9    Q.    And amoxicillin was better absorbed
10  and more effective in the body.
11    A.    That's pharmacokinetics.
12    Q.    And amoxicillin was promoted and
13  supported by a large sales force, while
14  ampicillin was only moderately promoted during
15  that time frame, correct?
16    A.    I don't know that that is true.
17    Q.    Who was promoting amoxicillin?
18    A.    Beecham, which eventually went out
19  of business, was purchased by SmithKline and then
20  later Hoffmann-La Roche came out and sold it and
21  I want to say this is probably about three or
22  four years after Beecham had introduced the

1  product.
2        Roche came out and launched a
3  product called Viratin (ph.) which is the same
4  amoxicillin.  There was another manufacturer out
5  there with a product called Totacillin.
6        So there were several manufacturers
7  out there selling the same product.
8    Q.    All right.  And all selling
9  amoxicillin?
10    A.    All selling amoxicillin.
11    Q.    Okay.  And, so all of those having
12  these sales forces out there selling amoxicillin,
13  the three times versus four times a day regimen,
14  absorbing better, taking on a full stomach, those
15  are all advantages and benefits that the
16  amoxicillin had that allowed it to charge a
17  premium price, correct?
18    A.    I would say those pharmacokinetics
19  allowed them to charge a premium price, yes.
20    Q.    And, then --
21    A.    Those features and benefits.
22    Q.    Understood.  Now, you talk about

10/14/2004 Simon, Paul O.
10/14/2004 Simon, Paul O.

1  how, you say that, in your opinion, that Duramed

2  followed a prudent pricing strategy.

3        You are aware, are you not, sir,

4  that there are many people at Duramed and managed

5  care organizations that told Duramed that its

6  price was too high?

7        MR. COHEN:  Object to the form.

8        THE WITNESS:  The answer is, I'm --

9  and I think I said it in my last report, I've

10  never met a salesperson that wanted to have to go

11  out and sell a product at the same price.

12        So, the answer is, yes, there is

13  always going to be people that think the price is

14  too high, and there is always going to be people

15  in a company that say the price is too low.

16  BY MR. DOBIE:

17        Q.   Are you familiar with there are

18  people at managed care organizations as well that

19  told Duramed that it was pricing too high?

20        A.   I am aware that some of them said

21  that, or made those statements, yes.

22        Q.   And, the head of Duramed's managed

1  whether or not Cenestin had a appropriate price?

2        A.   Have I physically done --

3        Q.   Yes, sir.

4        A.   No, sir.

5        Q.   And, so when you say in your report

6  that it was a prudent pricing strategy, what is

7  the basis for that statement?

8        A.   My basis is it is my opinion that

9  the concept of going out with a parity price to

10  Premarin is such that it gives credibility to the

11  product.

12        It tells the physician or the

13  customer that they are calling on, that this is a

14  product that is equal in every way to its major

15  competitor at this point, which was Premarin.

16        Q.   Okay.  And, again --

17        A.   I am not going out with a generic

18  product.

19        Q.   Okay.  And, your experience with

20  pricing pharmaceutical -- I am sorry, your

21  experience with doing market research on

22  pharmaceutical products, that relates to the work

1  care sales force thought the price was too high,

2  correct?

3        A.   I am aware that he said he thought

4  it was priced too high, yes.

5        Q.   All right.  And, let me ask you

6  this, sir.

7        Are you in any -- what experience do

8  you have in setting prices for branded

9  pharmaceuticals?

10        A.   The -- I am going to have to drop

11  back a lot of steps.  One of the things that you

12  do when you are in market research is to look at

13  pricing and pricing strategies.

14        One of the things that you get

15  educated on is what kinds of market research you

16  do in order to develop a price for a product.

17        The -- and, by the way, I don't hold

18  myself out as a pricing expert.  But, you do go

19  out and do, there is research that can be done to

20  arrive at an appropriate price.

21        Q.   Have you done that type of a

22  quantitative analysis in this case to determine

1  that you did at principally at Teva, correct?

2        A.   No, Hoffmann and Bristol.

3        Q.   Hoffmann and Bristol as well.

4        A.   But, again --

5        Q.   Let me make sure I understood this.

6  At Hoffmann, I thought you told us that you

7  weren't in -- well, let's start with Bristol.

8        At Bristol, you were in charge of

9  the nutritional products and you had one cycle, I

10  think you told me, in connection with women

11  health care product like Estrace, but you weren't

12  involved in the pricing of the product.

13        A.   I was not involved in the pricing of

14  the product.

15        Q.   Okay.  And then at

16  Hoffmann-La Roche, you were on the sales side and

17  then you did some market research work as well,

18  but, again, it was, it was not a primary focus of

19  the product pricing, correct?

20        A.   That is correct.

21        Q.   All right.  And, here is what I am

22  getting at, Mr. Simon.

```
1           Why is it that you think that it is
2    not even necessary for you to continue the
3    opinions, or consider the opinions of managed
4    care organizations, or the Duramed managers who
5    all thought that the price was too high for this
6    product?
7        A.    You've lost me.
8        Q.    Yes.  I mean, you have told me --
9    let's back up.
10          You have not considered the opinions
11   of the managed care organizations in telling
12   Duramed that they thought the price was too high
13   in reaching your opinions here, correct?
14       A.    I am still -- when you set a price
15   when you go to market.  Those people don't know
16   what the price is until it has already been set.
17       Q.    Okay.
18       A.    How are you going to get their
19   input?  You didn't read any input prior to them
20   setting that price, did you?
21       Q.    I see.  So, is it your point that
22   the strategy in terms of how they came out with
```

```
1    has widened, if anything.
2           I mean, their prices have continued
3    to go up.  But, not to the extent that Premarin
4    prices have gone up.
5        Q.    All right.  Let me ask you about,
6    you say here that Cenestin was offered in the
7    necessary strengths, which is also on page 4 of
8    your outline.
9        A.    Uh-huh.
10       Q.    And you note that:  "Although the
11   1.25 dosage of Cenestin was not approved until
12   March of '99, the .625 milligram and 9 milligram
13   (sic) dosage was approved," and so on.
14          Now, do you know what percentage of
15   the marketplace Duramed was excluded from by not
16   having the 1.25 milligram dosage approved until
17   March of '99?
18       A.    Do I know the --
19          MR. COHEN:  I just wanted to --
20   Gordon, I think you are misreading, just for the
21   record.  You were saying the 1.25 was not
22   approved until March of '99.  The report says it
```

```
1    the price initially was basically a typical
2    strategy, but you are not saying that in light of
3    the feedback from the managers at the company and
4    the customers, that they should not have
5    reconsidered pricing over time?
6        A.    I am saying that you always consider
7    price as part of the marketing mix, which I
8    believe Kolassa says as well.
9           So, I can't say that the pricing
10   strategies that they have got today are
11   appropriate, I didn't look at today's pricing
12   strategies.
13          But, their pricing strategy, when
14   they launched, to me appeared to be totally
15   relevant.
16       Q.    Relevant or reasonable?
17       A.    Reasonable.
18       Q.    And, you have not considered their
19   pricing strategy other than at launch, correct?
20       A.    Well, I really haven't looked at
21   what has happened.  It occurs to me that the
22   pricing difference between Cenestin and Premarin
```

```
1    was not approved in March of '99.
2           MR. DOBIE:  Oh, I see.  Yes, that's
3    right.  So, it is nine months after launch so it
4    is somewhere around that same time period, June,
5    I think it is -- let me restate the question.
6    That is a good point.
7    BY MR. DOBIE:
8        Q.    I think I have it in my notes.  Do
9    you know what percentage of the market Cenestin
10   had available to it with its .625 and .9
11   milligram doses at launch?
12       A.    I'm -- it would be a guess.
13       Q.    Does 73 percent sound about right to
14   you?
15       A.    It sounds about right.
16       Q.    So, at the time of launch, there
17   would be a, let's say at least a quarter of the
18   dosage strengths were not available for Cenestin,
19   right, a quarter of the market?
20       A.    Well, a quarter of Premarin's
21   market, yes.
22       Q.    All right.  And, do you think that
```

10/14/2004 Simon, Paul O.

1    by not having those dosage strengths during that
2    initial time period until eight months after
3    launch, that that would impact the uptake of the
4    product in the market or could?
5         A.    Do I think it could?
6         Q.    Yes, sir.
7         A.    It could.
8         Q.    All right.  And if a physician
9    learned, for example, that Cenestin is not
10   offered in 1.25 milligram strength, do you think
11   that that calls would impact a physicians'
12   decision to prescribe a Premarin product over
13   Cenestin for an initial user, just so they would
14   be in a position to titrate them up to 1.25 and
15   stay with the same molecule?
16        A.    I think that if a physician is
17   inclined to try the product they are going to try
18   the product.  If three-quarters of their patients
19   are being treated with the .625, they will try
20   the product.
21             Could it impact them if it didn't
22   work, or if they had to titrate up, certainly.

10/14/2004 Simon, Paul O.

1         Q.    Well, you use the three-quarters.
2    Here is, there's a parallel here.
3             You are aware that the clinical
4    study that was submitted to the FDA for Cenestin
5    indicated that three-quarters of the women, 77
6    percent had to titrate to a double dose to a 1.25
7    in order to get efficacy, right?
8             MR. COHEN:  Objection.  Object to
9    the form.
10            THE WITNESS:  I, I --
11   BY MR. DOBIE:
12        Q.    Were you aware of that?
13        A.    I am not aware of that, and even if
14   I was, it would be a situation why.
15        Q.    All right.  So, for before today,
16   you were not aware of that, just to be clear?
17        A.    I don't think I was aware.  I am not
18   aware, I wasn't aware of it coming in here today.
19        Q.    Okay.  Do you think that there was a
20   study out there that indicated that 77 percent of
21   women had to double dose a .625 Cenestin product
22   and that is what was on the label for the

1    product, and you didn't have the 1.25 milligram
2    size, that that too could impact the uptake of
3    the product in the marketplace?
4             MR. COHEN:  Object to the form.
5             THE WITNESS:  Unless I saw the
6    study, unless I saw where the patients came from,
7    unless I had a better understanding, I mean, I
8    don't know who these people were that came in and
9    had to take 1.25 milligrams.
10            Were they 63-year-old women who have
11   been taking 1.25 milligram Premarin for years?
12            Were they 50-year-old women that
13   never had taken anything before?  I don't know.
14   BY MR. DOBIE:
15        Q.    All right.  Well, all of that would
16   matter in terms of if you were looking at this as
17   a pharmacist or a physician in trying to decide
18   what product to prescribe as well, correct?
19        A.    All of --
20        Q.    Knowing the answers to those
21   questions, and understanding that study would be
22   relevant to you in deciding whether to write a

10/14/2004 Simon, Paul O.

1    Cenestin script, wouldn't it?
2         A.    I don't think so.
3             MR. COHEN:  Relevant to him or
4    relevant to the doctors.  Object to the form.
5    BY MR. DOBIE:
6         Q.    Do you think it would be relevant in
7    the marketplace?
8         A.    I am still lost.
9         Q.    Okay.  Well, the questions, all of
10   the things that you said you would want to know
11   in order to place any significance on the study,
12   right?
13        A.    Right.
14        Q.    I guess what I am wondering is why
15   would you want to know those things?
16        A.    To know how good the study was.
17        Q.    All right.  And, is it an advantage
18   to have multiple studies supporting a product?
19        A.    Yes.
20        Q.    And, if you only have one study and
21   the study indicates that two-thirds of the -- I
22   am sorry, if 77 percent of the people have to

1 double dose in order to get any efficacy from the
2 product, would that be, in your view, a
3 disadvantage for the product?
4        A.    Let me just restate it, because I am
5 still -- you said 77 percent had to double the
6 dose in order to get any efficacy from the
7 product.
8              If I knew that were true, then I
9 would definitely want to be prescribing the 1.25
10 milligram strength.
11       Q.    Okay.  That is what I was getting
12 at.  And if you didn't have the 1.25 milligram
13 strength at launch, again, that could really
14 impact the uptake to the product on that market,
15 right?
16       A.    During those initial months?
17       Q.    Yes, sir.
18       A.    It theoretically could.
19       Q.    Let me ask you about page 4 of your
20 report where you say class effect.
21             You note that:  "The FDA approved
22 Cenestin as a synthetic conjugated estrogen and

---

10/14/2004  Simon, Paul O.

1 that pharmacists and physicians expect Cenestin
2 and Premarin to work in a similar, if not
3 identical set of indications and uses," and so
4 on.
5             So in this section of your report,
6 sir, is it your opinion that most physicians and
7 pharmacists believe that the products work in
8 identical ways and have identical indications?
9             MR. COHEN:  Object to the form.
10 Compound.
11             THE WITNESS:  Other than being
12 informed by a third party like Wyeth, my
13 impression is that they would perceive them to be
14 basically the same --
15 BY MR. DOBIE:
16       Q.    So, that --
17       A.    -- and to have exactly what you
18 said, the same indications and uses.
19       Q.    Okay.  So, by having that name
20 conjugated estrogen on that product, unless Wyeth
21 were to tell them the difference, your experience
22 in the marketplace is that most doctors and

---

1 pharmacists would view the product as having the
2 same indications?
3        A.    The same uses --
4        Q.    All right.  So, that you could use
5 it --
6        A.    -- not necessarily the same
7 indications.
8        Q.    All right.  So but, you could use
9 it, for example, for not only vasomotor symptoms,
10 but people would assume you could use the product
11 for vaginal atrophy, osteoporosis, all of those
12 different things?
13       A.    Yes.
14       Q.    And have you done any study of
15 pharmacists or physicians to confirm that
16 opinion?
17       A.    No.
18       Q.    In your report you talk about how
19 one of the key concerns motivating Premarin's
20 change of plans was Wyeth's expectation that the
21 pharmacists would assume that the products were
22 interchangeable, correct?

---

10/14/2004  Simon, Paul O.

1        A.    Correct.
2        Q.    And, so, given that there is the
3 possibility of this unintentional interchange
4 between Premarin and Cenestin that you talk about
5 in your report, you would agree that it would be
6 natural for a company in Wyeth's position to
7 explain to pharmacists and physicians that the
8 products are not, from an FDA standpoint,
9 considered interchangeable in the same way that a
10 generic is?
11       A.    Yes.
12       Q.    And, in fact, the data that you saw
13 indicated that Wyeth might very well reasonably
14 believe that pharmacists were going to
15 interchange Cenestin for Premarin, correct?
16             I am sorry, would interchange
17 Cenestin for Premarin, correct?
18       A.    Correct.
19       Q.    And, then you cite here how even
20 today you have a current example of some
21 educational materials provided to patients
22 getting Cenestin that's from a Medco web site.

10/14/2004  Simon, Paul O.

1        And is this information that you got
2   off the web recently?
3        A.    Yes.
4        Q.    And on Medco's web site they are
5   indicating that Cenestin is indicated for the
6   treatment of -- let's see here, you have down at
7   the bottom of page 5 to prevent osteoporosis.
8        A.    First off, you are saying words that
9   aren't there.  They don't say it is indicated.
10  They say it is used.
11       Q.    Okay.  It says current example of
12  educational materials provided to patients
13  getting Cenestin is from the Medco's web site.
14             I'm just trying to use the document
15  that you've got here in your report.
16       A.    And that's exactly what I'm using.
17       Q.    And, it says --
18       A.    It doesn't say -- it says uses, not
19  indications.
20       Q.    It says -- where does it say uses?
21       A.    Right there.
22       Q.    Oh, to treat hot flashes associated

1   doctor were to ask you to provide information
2   that talked about how this drug would work in
3   osteoporosis or do you have any.  Whether they
4   have the data or not, I don't know.
5             But, it is certainly relevant and
6   certainly things that professional services
7   departments in large manufacturers provide that
8   kind of information.
9        Q.    So, if a doctor asked for
10  information, do you have, in this instance,
11  Cenestin, do you have information that this
12  product prevents osteoporosis, you could provide
13  him that information?
14       A.    I am not saying I could physically
15  provide it, but, as a representative, if I have
16  that information, I can't provide it.
17             But, someone from my professional
18  services, that would talk doctor-to-doctor or
19  professional-to-professional can provide that
20  information.
21       Q.    Okay.  But, you would agree with me,
22  would you not, that to have on a web site like

1   with menopause, to prevent osteoporosis, brittle
2   bones related to lack of estrogen after
3   menopause.
4             And then you've got all these other,
5   these are all uses, in your view, which is
6   different than indications?
7        A.    I am saying that this doesn't use
8   the word indication.  It says this is what people
9   are using it for.
10             There is a lot of products today
11  that are used for things that aren't included in
12  approved indications.
13       Q.    Okay.  Is somebody that has
14  expertise in calling on physicians over the
15  course of the years, sir, it would be contrary to
16  good practice, would it not, for a sales rep to
17  go out and promote a product as being used for
18  osteoporosis, if it didn't have the FDA
19  indication?
20       A.    The answer to your question is it
21  would be improper.  You are right.
22             However, it is not improper if a

1   this the fact that Cenestin is used to prevent
2   osteoporosis, and to be touting the product this
3   way, would be contrary to law if this was
4   something that the Duramed or Barr Labs was
5   doing, correct?
6             MR. COHEN:  Object to the form.
7             THE WITNESS:  Well, I guess, I don't
8   know if I could say if it would be legal or not
9   legal.  I don't know the answer.
10  BY MR. DOBIE:
11       Q.    Contrary to how you were trained in
12  terms of how it should be done, though, right?
13       A.    I think, and now let me back up to
14  my pharmacy training.  I think that there have
15  been products that have been used for a long,
16  long time for uses that are outside of
17  government-approved indications.
18             If you were to tell a patient who
19  has a Valium prescription, that was given that
20  Valium prescription for muscle relaxation, for
21  back spasms and muscle spasms, that they were
22  taking a tranquilizer, it is not the kind of

1    thing that you do.

2           You can include and ask the patient,

3    you know, what are you taking it for, et cetera.

4           So, yes, I don't think it is

5    appropriate necessarily for me to put down that

6    this is an approved indication, but they didn't

7    do this.

8           This was done by First DataBank and

9    Medi-Span, who is providing this kind of

10   information to the public.

11      Q.   But, isn't this, I thought you said

12   this was on the Medco web site?

13      A.   It is on the Medco web site, but

14   what you'll find is the majority of these

15   things -- bless you -- that go to patients are

16   principally done by one of two suppliers,

17   Medi-Span or First DataBank, who are perceived as

18   compendial sources for this kind of information.

19      Q.   Do you know whether or not Medi-Span

20   or First Data have a usage, a use of

21   preventing -- strike that.

22           Do you know whether this information

---

1    fact of the matter is, is that there is no

2    evidence that Cenestin prevent osteoporosis, is

3    there?

4           MR. COHEN:  Object to the form.

5           THE WITNESS:  I don't know that.

6    BY MR. DOBIE:

7       Q.   When you said if you were given this

8    example about how maybe the sales force couldn't

9    provide a doctor with the information, but maybe

10   the professional services group could or

11   something like that, if a professional service

12   group of Medco went to Duramed or Barr Labs and

13   said, provide us all of the information that you

14   have about whether Cenestin prevents

15   osteoporosis, what data could they provide, to

16   your knowledge?

17      A.   To my knowledge, they couldn't.

18      Q.   All right.  And, in fact, you are

19   aware of the fact that the FDA has actually come

20   out and said that Cenestin is not indicated for

21   the treatment of osteoporosis.

22      A.   I am aware of that.

---

1    comes from Medi-Span or First DataBank?

2       A.   I don't know that it comes

3    specifically from one of those.

4       Q.   Okay.  So, in terms of whether or

5    not there are other companies, other managed care

6    organizations, or data reference companies that

7    are promoting Cenestin as being used for the

8    prevention of osteoporosis, the only one that you

9    are familiar with is Medco, correct?

10      A.   I am saying exactly that.  The only

11   one that I can say that I looked at, because it

12   is the only managed care company whose database I

13   could get in, says this.

14      Q.   Okay.

15      A.   I would be willing to bet you that

16   others say it, if I could get in it.

17      Q.   But, you haven't done that work to

18   date?

19      A.   I cannot get in them to look at

20   them.

21      Q.   And, let me ask you this, though,

22   sir.  In terms of going to bat or whatever, the

---

1       Q.   So, it is not just a situation where

2    they didn't give them the indication, they have

3    gone a step further and told the public that this

4    is a product that is not, cannot be used for the

5    treatment of osteoporosis, correct?

6       A.   I agree with what you are saying.

7    But, my point here is with regard to class

8    effects.  What is it that people are going to

9    perceive.

10           And the perception is clearly

11   demonstrated here that this is what professionals

12   are going to perceive of this product.  That is

13   really the only point I am making.

14      Q.   So, in other words, despite the fact

15   that the FDA has told Medco that -- I am sorry,

16   despite the fact that the FDA has affirmatively

17   told Duramed that the product could not be

18   marketed for the prevention of osteoporosis,

19   despite the fact that the FDA has told Barr Labs

20   that the product is not approved for the

21   treatment of osteoporosis, your point is, is that

22   there are people in the medical community who may

1  just assume this anyway?

2      A.    Exactly.

3      Q.    Okay.

4          MR. DOBIE:  Let's go off the record,

5  he's got to change tape.

6          THE VIDEOGRAPHER:  This marks the

7  end of videotape number one in the deposition of

8  Mr. Paul O. Simon.  We are going off the record.

9  The time is 11:29.

10         (Recess -- 11:29-11:43 a.m.)

11         THE VIDEOGRAPHER:  This marks the

12  beginning of videotape number two in the

13  deposition of Mr. Paul O. Simon.  We are back on

14  the record.  The time is 11:43.

15         THE WITNESS:  And before we get

16  started --

17  BY MR. DOBIE:

18     Q.    Yes, sir.

19     A.    I need to point out that I did

20  indeed talk to Mr. Einhorn on the phone for a

21  little while regarding one of the other reports.

22         I believe the Schafermeyer report

1      assumption of class effects for drugs?

2      A.    I am aware, and I believe we went

3  into this in the last deposition, about these

4  kinds of things, yes.

5      Q.    Right.  And, the recent example that

6  we have all seen in the newspaper is in

7  connection with the COX-2 Inhibitor Class,

8  correct, Vioxx?

9      A.    What about it?

10     Q.    You are familiar with that there are

11  a number of different products that are COX-2

12  Inhibitors.  There's Celebrex, Bextra and Vioxx,

13  right?

14     A.    Right.

15     Q.    Those are all products that went on

16  the market within the last what, five years or

17  so?

18     A.    And Bextra just within the last

19  year.

20     Q.    Okay.  And those are all products

21  that have become multibillion dollar sellers,

22  right?

1  that I had received.

2      Q.    Okay.  And having visited with

3  Mr. Einhorn, is it, do you have an understanding

4  now that you are an expert for both J.B.D.L. and

5  CVS and Rite Aid?

6      A.    Well -- yes.

7      Q.    You are?

8      A.    I am aware of that now.

9      Q.    You found that out at the break?

10     A.    Well, he reminded me, it was kind of

11  interesting, that I had talked to him on the

12  phone.

13     Q.    Okay.  When we broke we were talking

14  about whether or not people would just simply

15  assume that Cenestin provided an osteoporosis

16  benefit, and is that sometimes called a class

17  effect?

18     A.    Pretty much there are other names

19  that you could use, too, but class effect is a

20  word that would fit.

21     Q.    Are you familiar with articles in

22  medical journals that argue against the

1      A.    Correct.

2      Q.    And you are familiar with the fact

3  that in the last month, Vioxx, which is one of

4  the same classes of products, it is a COX-2

5  Inhibitor used for osteoporosis and --

6      A.    Arthritis, primarily.

7      Q.    Arthritis, that that had to be

8  removed from the market, correct?

9      A.    Correct.

10     Q.    And, the other products that are in

11  the same class, Celebrex and Bextra, have not

12  been removed from the market, right?

13     A.    They haven't conclusively

14  demonstrated the same side effects as have been

15  demonstrated with Vioxx.

16     Q.    Right.  And, there are other

17  examples of that.  There's, in the statin

18  category, you've got Mevacor, you've got Lescol,

19  Lipitor and you've had products that have been

20  removed from the market and others that have come

21  in that are all in the same class, correct?

22     A.    Correct.

1     Q.    And, I'm thinking of Crestor as an
2    example of a product that has was taken off the
3    market.  Are you familiar with that?
4     A.    I am familiar with Crestor.  I am
5    not aware that it had been taken off the market,
6    frankly.  I knew they were having problems.
7     Q.    Yes.  I guess what I am getting at,
8    you would agree that you can't simply assume a
9    class effect across all different products in the
10   marketplace that are in the same class, right?
11         MR. COHEN:  I am just going to
12   object to the form and specifically with respect
13   to the examples that were given because the
14   examples that were given, the drugs were actually
15   being used as indicated.
16         It is really not a -- well --
17         THE WITNESS:  Let me answer and I
18   will do it by an example.
19         Vioxx was the drug of choice in an
20   M plan in Indianapolis to the exclusion of
21   Lipitor, I believe.
22         So, to say that, you know, there

1     Q.    There is a place in your report
2    where you talk about --
3     A.    That doesn't, by the way, mean that
4    doctors can't use it after that.
5     Q.    There is a place in your report,
6    Mr. Simon, where I recall in the period after the
7    WHI study came out, that the advantage that
8    Premarin had was somehow lessened as a result of
9    the WHI.
10         Do you recall that, sir?
11    A.    Yes, I do.
12    Q.    Where is that in your report?
13         MR. COHEN:  I think it is on page 6.
14         THE WITNESS:  Yes.
15   BY MR. DOBIE:
16    Q.    So, you say that:  "The WHI study
17   tarnished the image of HRT products and made the
18   osteoporosis and long-term use indications for
19   ERT products as well, much less attractive to
20   physicians and consumers.
21         "And this, coupled with the dosage
22   strength parity between Premarin and Cenestin,

1    aren't class effects, obviously there are
2    businesses out there called PBMs and MCOs, as
3    well as physicians, that believe that this
4    product can be used for any indication that
5    Celebrex or Bextra could be used.
6         Now, I don't know what the situation
7    is today.  All I know is that there is still a
8    lot of people, there are still a lot of medical
9    utilization of products, that is done because of
10   class effects.
11   BY MR. DOBIE:
12    Q.    All right.  Certainly, in the case
13   of, returning back to both Cenestin and Premarin,
14   you would agree that the FDA has told the public,
15   told Duramed, told Barr Labs, that the product
16   does not have the same indications and cannot be
17   marketed for the same uses as Premarin, correct?
18    A.    I am aware that they do not have the
19   same indications, and that, indeed, the FDA did
20   tell Duramed, I'm assuming hence Barr, as you
21   said, that it can, it doesn't have that
22   indication and they can't market it for that.

1    removed the perceived product deficiencies
2    asserted by Kolassa."
3         Do you see that?
4     A.    Yes.
5     Q.    Okay.  When you talk about the WHI
6    study, I assume that that's the this in the
7    sentence along with the dosage strength parity
8    remove the perceived product deficiencies.
9         Who was the deficiency perceived by,
10   to your understanding?
11    A.    Dr. Kolassa was stating that
12   Cenestin had some deficiencies in the product,
13   that being the lack of an osteoporosis
14   indication, as well as long-term use.
15         The Women's Health Initiative that
16   came out, it is my perception, in 2002, basically
17   removed those as, quote, "things that Premarin
18   could point at as advantages."
19    Q.    Okay.  Now, you understand that the
20   WHI study has resulted in the government, the
21   FDA, taking the position that both Premarin,
22   Cenestin and the other products in the ERT and

1     HRT classes all have to have additional warnings,
2     correct?
3          A.     Okay.
4          Q.     Were you aware of that?
5          A.     No.
6          Q.     And --
7          A.     It makes sense.
8          Q.     All right.  And, but in terms of
9     whether or not it removed the advantage, do you
10    know whether or not it, in the period after the WHI
11    study came out, whether or not the FDA has, in
12    fact, continued to be of the opinion that Duramed
13    is the product that is -- I am sorry, let me
14    restate the question.
15               Let's just do it this way.
16               (Simon Exhibit Number 3
17               marked for identification.)
18    BY MR. DOBIE:
19         Q.     Have you seen the nonapproval
20    letters that Barr Labs received for Cenestin in
21    2003 after the WHI study?
22         A.     No.

---

1          Q.     Let me show you what we will mark as
2     Simon 3.  Now, sir, for the record -- actually
3     let's go ahead and mark Simon 4.
4                (Simon Exhibit Number 4
5                marked for identification.)
6     BY MR. DOBIE:
7          Q.     For the record, Simon Exhibit 3 is a
8     copy of a press release from Barr labs announcing
9     that they had received a nonapproval letter from
10    the US FDA for its .45 milligram product.
11               And in the third paragraph noting
12    that Barr launched a .3 milligram tablet that was
13    approved for the treatment of vulvar and vaginal
14    atrophy, but not vasomotor symptoms, not
15    osteoporosis, et cetera.
16               Do you see that, sir?
17         A.     No, where are you?
18         Q.     Right here.  Third paragraph.
19         A.     Okay.
20         Q.     In August of 2002 Barr launched a
21    Cenestin --
22         A.     Uh-huh.

---

1          Q.     And then if you look at Simon
2     Exhibit 4, this is a copy of the press release
3     from the FD -- from Wyeth announcing that the FDA
4     has approved the marketing of a .3 and .45
5     milligram dosage strength product, basically a
6     month after Barr got its nonapproval letter for
7     its product for the prevention of osteoporosis.
8          A.     Uh-huh.
9          Q.     And, so you would agree with me that
10    even after the WHI study came out in the summer
11    of 2002, that the FDA has continued to
12    differentiate the products and find that Wyeth's
13    Premarin product is indicated for the prevention
14    of a number of different indications that the
15    Cenestin product is not approved for, correct?
16               MR. COHEN:  Object to the form.
17               THE WITNESS:  I've got to read this.
18    Let me --
19    BY MR. DOBIE:
20         Q.     Take your time.
21         A.     Okay.  The Safe Harbor information I
22    don't need.  But, I don't know what it is that

---

1     was submitted to the FDA.
2                Was the submission for Cenestin a
3     request for approval for an additional dosage
4     form, or in order to treat -- and it doesn't say
5     in here osteoporosis.
6          Q.     They've got a nonapprovable letter
7     for their .45 milligram dosage, per Exhibit 3
8     from Barr Labs, and they are telling you in the
9     third paragraph that they received an approval in
10    the year earlier, one month after WHI, an
11    approval for their .3 milligram dosage, but only
12    for the treatment of vulvar and vaginal atrophy.
13         A.     Okay.
14         Q.     Right?
15         A.     Okay.
16         Q.     Okay.  And then I was contrasting
17    that with the FDA's approval of Wyeth's .3 and
18    .45 milligram dosage products, which are
19    indicated for the full range of indications,
20    right, including osteoporosis?
21         A.     If I understand your question,
22    then --

1    Q.    Yes.

2    A.    -- what you are asking is am I aware

3  that Cenestin still doesn't have an osteoporosis

4  indication, and Premarin does?

5    Q.    No.  I guess what you say is that

6  after WHI, this is in your report on page 6, the

7  perceived product deficiencies somehow went away.

8        And, in fact, what the FDA has

9  instead said is that after the WHI, Wyeth who

10  submits an 822-women study on bone -- bone data,

11  presents that, publishes it in the Journal of the

12  American Medical Association, and has the data to

13  support an osteoporosis indication, gets its

14  product approved.

15    A.    Right.

16    Q.    That information is out there in the

17  public, and so on for physicians, you can't do

18  any better than the Journal of the American

19  Medical Association for getting that out there to

20  marketplace, right?

21    A.    Yep.

22        MR. COHEN:  Object -- I am sorry.

1  it tarnished the image of the use of all of these

2  products in, for the use in osteoporosis, and for

3  long-term care use.

4        And women started going in and the

5  market started going down.  My -- that was my

6  only point.

7    Q.    Okay.

8    A.    It wasn't that they all of a sudden

9  got an approval.  They didn't.

10    Q.    Okay.  And that even after WHI, the

11  FDA has still said that for those women that want

12  to take an estrogen replacement product, if you

13  are going to take it, the lowest dosage, shortest

14  amount of time, but at least the Premarin product

15  has got the FDA approval based on a study of 822

16  women that it actually provided an osteoporosis

17  benefit, correct?

18        MR. COHEN:  Object to the form.

19        THE WITNESS:  I think I answered

20  this already.  Premarin still has the indication.

21  I think that is what, I mean, I don't know what

22  you are asking.  Yes.  The FDA still allows them

1  BY MR. DOBIE:

2    Q.    And then, on the other hand, the

3  Duramed product, Cenestin, they got a

4  nonapprovable letter, post WHI, for the .45

5  milligram product, and even their .3 dosage

6  product they only get approval for the treatment

7  of vaginal atrophy.

8        MR. COHEN:  Object to the form.  If

9  you know the question, you can answer it.

10        THE WITNESS:  I don't know the

11  question.  And that is why where I am coming

12  from.  I don't know the relevance of one to the

13  other.

14  BY MR. DOBIE:

15    Q.    Okay.

16    A.    I will say that Cenestin still does

17  not have an approval for use in osteoporosis.

18  But, my comments, and this is in physician's

19  minds, all of the women, all of the doctors, I

20  mean, the Women's Health Initiative was last on

21  Good Morning America and everywhere else.

22        And women got very, very scared and

1  to have that indication.

2  BY MR. DOBIE:

3    Q.    And, then have you made any

4  examination -- well, here is all I am getting at.

5        In your report here where you say

6  that the WHI has removed the perceived product

7  deficiencies asserted by Dr. Kolassa, who did you

8  talk to that somehow concluded that the WHI

9  somehow has removed the perceived product

10  deficiencies asserted by Dr. Kolassa?

11    A.    I didn't talk to anybody.  I looked

12  at what was happening in the marketplace and what

13  is happening to prescription trends that clearly

14  indicates that the sales of these and

15  prescriptions of these products are going down.

16        And it occurred as a result of

17  Women's Health Initiative, as well as some of the

18  documents, internal documents, from Wyeth that

19  want to state that this is the reason for some of

20  the decreases.

21    Q.    But, okay.  But, as between Premarin

22  and Cenestin, right, the entire category of

1    products, you are saying, the whole category had

2    a decline in sales, right?

3        A.    The market itself did decrease, yes.

4        Q.    Okay.  And, then I guess the final

5    question that I have for you, given that this

6    information concerning Cenestin is on the Medco

7    web site --

8        A.    Yes.

9        Q.    -- is there, if a patient wants to

10   get a Cenestin prescription during this time

11   period, all of this information was out there and

12   available for people that had a Medco drug

13   benefit, correct?

14       A.    Correct.

15       Q.    Okay.  And so Wyeth, at least as

16   far as you know, hasn't taken any action as it

17   relates to Medco to prevent Medco from promoting

18   Cenestin as indicated in your report, correct?

19            MR. COHEN:  Object to the form, use

20   of the word promotion.

21            THE WITNESS:  Yes, I don't know that

22   Medco is promoting or that this is a form of

1            You talk about, at page 6, you say

2    that Kolassa, Schafermeyer and McDonough point to

3    the financial consideration as being secondary to

4    clinical aspects in physician and consumer demand

5    when it comes to formulary position.

6        A.    Uh-huh.

7        Q.    Kolassa goes on to state that when

8    the multiple drugs with similar clinical profiles

9    however, the attractiveness of products from a

10   cost standpoint may be examined.

11            And, do you disagree with the

12   statements of Kolassa, McDonough and Schafermeyer

13   that state that all financial considerations are

14   secondary to clinical and patient and physician

15   demands?

16       A.    That depends on how you define

17   patient clinical demand or patient and physician

18   demand and how you define the clinical pieces of

19   it, because the things that I have read and it

20   has been at least the experience, where I have

21   had experience with managed care, principally a

22   business issue.

1    promotion.

2            This is intended to be patient

3    educational materials and the source is not in

4    the business of doing promotions.

5    BY MR. DOBIE:

6        Q.    Okay.  But, Medco has the

7    information available for its customers, whether

8    you want to call it customer service or

9    educational.

10       A.    Medco does, at least Medco does.

11       Q.    And so Medco, at least then, are you

12   aware of any actions that Wyeth has taken with

13   Medco that somehow disadvantaged the sales of

14   Cenestin?

15       A.    Are you talking about currently?

16       Q.    Currently.

17       A.    No.

18       Q.    Do you know how long this has been

19   on the web site?

20       A.    Absolutely not.

21       Q.    Let me ask you about the heading in

22   your report:  Lack of Demand was not an Issue.

1            The clinical departments, and I

2    think Mr. Hill stated it very well, that they

3    will have a process whereby they say we

4    absolutely have to have it, you make the

5    decision, or there are so many side effects with

6    this drug it is going to kill people we can't

7    have it.

8            My understanding of the process is

9    that the clinical review, in the majority of

10   cases, at least as Hill states, come back and say

11   you make the decision, as far as we are concerned

12   it is okay.

13            And then it goes to a financial

14   contractual whatever kind of decision, whether

15   they decide to put the product on the market, in

16   their formulary or not.

17       Q.    Okay.  So, you agree with the notion

18   that when you do have similar clinical profiles,

19   then you can consider financial considerations

20   for product and for formulation inclusion?

21       A.    I agree at least that.  Yes.

22       Q.    And do you know of any P&T

1  committees, or any PBMs or HMOs that thought that

2  Cenestin had a similar clinical profile to

3  Premarin?

4      A.    I have no idea whether they thought

5  it was a similar clinical profile and I didn't

6  have any idea, similarly with the Vioxx, why

7  M-Plan took Vioxx, who obviously didn't have the

8  same clinical as Celebrex.

9          I think that a lot of these come

10  back based on here is what we think the products

11  is basically conjugated estrogens, go ahead.  And

12  there are places or instances where those were

13  pointed out.

14      Q.    So, you cited a moment ago to

15  Mr. Hill's deposition, and for the record,

16  Mr. Hill, is whom, sir?

17      A.    Jim Hill?

18      Q.    Yes, sir.

19      A.    I want to -- I think he is with

20  ExpressScripts.

21      Q.    Okay.  And, you were citing him for

22  the proposition that when there is a similar

1  on February 11th, 2004, and is this the

2  deposition that you read previously --

3      A.    Oh, my gosh.

4      Q.    -- or a portion thereof?

5      A.    I am going to assume you are not

6  going to give me something that is not.  So, I

7  will say yes.

8      Q.    Okay.  Well, I don't know for sure

9  what you read.  It is certainly the deposition we

10  took.

11          But, what I want to draw your

12  attention to is on page 94 of the deposition,

13  which is in the bottom left-hand corner.

14      A.    Okay.

15      Q.    Mr. Cohen's associate asked the

16  question, on line 1:

17          "Why would ESI place," ESI is

18  ExpressScripts, "place a more expensive product

19  in that category?

20          "In this instance, Premarin is a

21  clinically superior product to Cenestin in the

22  CSU."

1  clinical profile of the product that you would

2  consider cost issues?

3      A.    Yes.

4      Q.    And, it is not your testimony, is

5  it, that the ExpressScripts P&T committee

6  concluded that Cenestin had a similar clinical

7  profile to Premarin, is it?

8      A.    No.

9      Q.    Okay.

10      A.    I have not attended any of these P&T

11  meetings.  I have no idea.

12      Q.    All right.  Well, you read

13  Mr. Hill's deposition, at least it is on your --

14      A.    Correct.

15      Q.    -- your witness list.  And just so

16  we are clear here, let me show you what we have

17  marked as Exhibit 5.

18          (Simon Exhibit Number 5

19          marked for identification.)

20  BY MR. DOBIE:

21      Q.    For the record, sir, I am handing

22  you a portion of the James Hill deposition taken

1          And he answered:  "Per our P&T

2  committee."

3          She asked:  "So you, your P&T

4  committee has characterized Premarin as a

5  clinically superior product.

6          "Answer:  They have."

7          And so on, and it goes onto the next

8  page.

9      A.    Uh-huh.

10      Q.    So, you are aware, in fact, that

11  the, that Mr. Hill, who you cite in this section

12  of your report, that the P&T committee at

13  ExpressScripts, in fact, concluded that these

14  were not substantially similar products.

15          And, in fact, there was some

16  significant differences that resulted in Premarin

17  getting formulary positions that were not

18  available to Cenestin.

19          MR. COHEN:  Object to the form.

20          THE WITNESS:  But, if I am not

21  mistaken, Cenestin did get, and then Wyeth went

22  back and threatened them and they took it off.

1    And then they tried to get it on,
2  and then they went for the bid grid.  Am I
3  mistaken?
4  BY MR. DOBIE:
5    Q.    This is, what he is discussing here,
6  and I understand you have read his deposition,
7  what he is discussing here is in the period after
8  ExpressScripts added Cenestin to its formulary.
9    She was asking why wouldn't you put
10 it on all of these different categories, and if
11 you read the testimony here he says:  "The P&T
12 committee has determined," I am reading from page
13 96, "that Premarin is clinically superior to
14 Cenestin.  That's why we have a clinical
15 parameter that says if you are going to go
16 exclusive, you have to use Premarin, meaning that
17 is starting an exclusive column."
18    Premarin is the one that would be
19 listed, and then we would carry through the rest
20 of the columns, because you have to have the
21 other clinically appropriate drugs on the
22 formulary" and so on.

---

1    A.    Okay.  So what is your question?
2    Q.    I guess my, you are not, it is
3  certainly not your testimony that the P&T
4  committee of ExpressScripts in any way determined
5  that Cenestin was equivalent to Premarin,
6  correct?
7    A.    I am not saying -- and I am not
8  privy to P&T committee meetings, no.  I am not
9  saying that they said it was clinically
10 equivalent.
11    What I am saying is that the product
12 did manage to get, eventually they managed to get
13 them to consider the product.
14    Q.    Right.  But, I guess, the point is,
15 sir, if, in fact, there is a clinical difference
16 between the two products as determined by a P&T
17 committee, as Mr. Hill discusses here in
18 Exhibit 5 from his deposition, then you certainly
19 would agree that it would be all right for
20 ExpressScripts to then consider cost issues in
21 determining what products should, in fact, go in
22 a preferred formulary position.

---

1    A.    I think I understand your question.
2  And I am going to say that, in my estimation,
3  these PBMs have the option of making any decision
4  that they want.
5    What I am saying is that the
6  clinical decisions that typically come back for
7  products are going to allow, in the majority of
8  cases, for the business people to make the
9  decision about what is or is not going to be
10 added to the formulary as was an example here.
11    I am not saying that the P&T
12 committee didn't do their job, or that they
13 didn't come up with a statement that Premarin is,
14 in their estimation, clinically superior,
15 certainly for osteoporosis indications that
16 Cenestin doesn't have.
17    But, what I am saying is that the
18 decisions that are being made in the majority of
19 cases have approval from these committees and
20 they are being based on financial considerations.
21    Q.    I'm -- but the only thing that you
22 had cited in your report is ExpressScripts so

---

1  that is what I am asking about.
2    Do you have some basis for saying
3  that ExpressScripts made the decision to put
4  Cenestin in a -- where it did on formulary for a
5  financial reason as opposed to a P&T committee
6  determination?
7    A.    Yes, I do.  And principally it is
8  from the fact that in a lot of instances Wyeth
9  had to go back and threaten people like
10 Prescription Solutions that if you put it on you
11 are going to lose your rebates.
12    Q.    Okay.  But, ExpressScripts, in fact,
13 and this is, you've got two examples in your
14 entire report where that happened, you say
15 ExpressScripts and Prescription Solutions.
16    A.    I don't think I even said
17 Prescription Solutions in here.
18    Q.    Okay.  But, in ExpressScripts what
19 happened was, if you read Mr. Hill's deposition,
20 is, in fact, Wyeth did allow Cenestin to go onto
21 the ExpressScripts formulary, and didn't cancel
22 its contract, did it?

10/14/2004  Simon, Paul O.

1     MR. COHEN:  Objection to form.
2     THE WITNESS:  When did they do that,
3  in 2002?
4  BY MR. DOBIE:
5     Q.    In 2000, and went on formulary in
6  2001.
7     A.    Okay.
8     Q.    And, so when you say that the Wyeth
9  wouldn't allow them to renegotiate, in fact,
10  ExpressScripts they very much did, didn't they?
11     A.    If what you are saying is true, then
12  yes, they did.
13     Q.    Have you read enough --
14     A.    I have not read any of the -- I
15  haven't gone over the contracts again.  No.
16     Q.    Okay.  And, you haven't read the
17  depositions close enough to know whether or not
18  that is true or not?
19     A.    Correct.
20     Q.    All right.  So when you are saying
21  here that Wyeth wouldn't renegotiate, can you --
22  I mean, is that based upon the work you did in

10/14/2004  Simon, Paul O.

1  the Duramed case?
2     A.    Principally, yes.
3     Q.    And, so you don't know to what
4  extent Wyeth, in fact, was willing to renegotiate
5  with ExpressScripts, correct?
6     A.    I would -- yes.  I can't say, my
7  recollection today, that they were willing to
8  negotiate with them since the original report,
9  no.
10     Q.    You can't say that Wyeth was willing
11  to?
12     A.    I can't say that I remember anything
13  that occurred from my original report that would
14  change my opinion.
15     Q.    Okay.  But, you haven't done the
16  work to look and see whether or not, in fact,
17  Wyeth was willing to negotiate and allow Cenestin
18  to be placed on the formulary at ExpressScripts,
19  correct?
20     MR. COHEN:  Object to the form.
21     THE WITNESS:  Correct.
22  BY MR. DOBIE:

1     Q.    And how about, you mentioned, was it
2  MedImpact or Prescription Solutions?
3     A.    MedImpact is a part of
4  ExpressScripts, I think, isn't it.
5     Q.    Is there another example, sir, that
6  you have where Wyeth was unwilling to
7  renegotiate?
8     A.    Other than the ones that were cited
9  in my original report, I have not gone back
10  through the contracts.
11     Q.    Okay.  So, sitting here today, do
12  you know whether there is anything beyond
13  ExpressScripts -- strike that question.
14     You say, on page 6, that:  "There is
15  no way that Duramed could provide the financial
16  incentives needed to fight the Wyeth rebates."
17     A.    Yes.
18     Q.    And, then you talk about how Kolassa
19  presents a financial analysis and so on.
20     Did you review the Kolassa report,
21  sir?
22     A.    Yes.

10/14/2004  Simon, Paul O.

1     MR. DOBIE:  Let me show you what we
2  marked as Exhibit 6.
3     (Simon Exhibit Number 6
4     marked for identification.)
5  BY MR. DOBIE:
6     Q.    For the record, Exhibit 6 is a copy
7  of portions of the expert report of Dr. Kolassa.
8     Is this the expert report that you
9  reviewed in this case, sir?
10     A.    It looks like part of it.
11     Q.    Okay.  And, let me draw your
12  attention to page 20 of Exhibit 6, again, the
13  expert report of Dr. Kolassa.
14     And, he provides examples here of
15  different strategies that Duramed could have
16  employed, where a managed care organization would
17  receive the exact same amount of rebates from
18  Duramed, if they had not had a contract with
19  Wyeth on Premarin.
20     Do you see that?
21     A.    That is what he is trying, yes.
22     Q.    And, do you have any reason to

1 disagree with the math that he uses here?

2     A.   With where he gets his numbers, no,

3 I don't have any reason to disbelieve that.

4     Q.   Okay.  And, in other words, if, in

5 fact, Duramed had achieved a 10 percent market

6 share and offered a 40 percent rebate, and Wyeth

7 hadn't offered any rebate, in fact the managed

8 care organization would basically be in the same

9 position vis-a-vis rebates, right?

10     A.   On Premarin.

11     Q.   Right.  Your point is, is that there

12 are, is that they had the, they, a company

13 competing against Wyeth would have also had to

14 have offered rebates on other products in order

15 to compete with Wyeth for Premarin?

16     A.   That is a big part of it.  But, I

17 don't, by the way, believe that this is feasible

18 either.

19         I don't argue with the math, I have

20 a problem with the logic in how that a company

21 like Cenestin is going to accomplish that 10

22 percent market share and what are the rebates

1     Q.   Okay.  But, when you say, sir, that

2 there is no way that Duramed could provide

3 financial incentives needed to fight the Wyeth

4 rebates he just told me that you haven't examined

5 Duramed's margins, so I guess I am wondering why

6 you don't believe that they could financially

7 provide the incentives to fight the Wyeth

8 rebates, to use your words, exactly as

9 Dr. Kolassa shows in his report.

10     A.   I don't see what margins have to do

11 with it.

12     Q.   Well, what do you mean when you say

13 that Duramed could not, or there is no way that

14 Duramed could provide the financial incentives

15 needed to fight Wyeth rebates?

16     A.   First off, there's two things.  One,

17 there is the rebate that Premarin uses, and then

18 there is the fact that Premarin has rebates for

19 all of their products included.

20         And Kolassa goes on to state that

21 this is how a company like Duramed could go about

22 getting these rebates or keeping the GPO or the

1 going to be in the following year.

2         If I am giving you a 40 percent

3 rebate today, what are you going to ask me for

4 tomorrow and the next year, and how long do I

5 have to continue giving you 40 percent rebates.

6     Q.   Well, have you examined what

7 Duramed's margin was on Cenestin?

8     A.   No.

9     Q.   I mean, you are not suggesting that

10 they couldn't have profitably sold Cenestin with

11 a 40 percent rebate, are you?

12     A.   That is not relevant.

13     Q.   Well, why would it not be, if it

14 would be profitable for them to sell the product

15 with a 40 percent rebate, or even let's say a 60

16 percent rebate, why would it not be relevant?

17     A.   Well, let me reverse the question,

18 would it be relevant for Premarin to offer 40 or

19 a 60 percent rebate?

20     Q.   I don't follow you.

21     A.   That is what you are asking for, a

22 40 or 60 percent rebate from Cenestin.

1 PBM whole, when Premarin or Wyeth comes back and

2 says, we are no longer going to give you rebates

3 on any of these products, that is way the

4 contract reads so you are going to lose

5 everything.  There is no way it could be done.

6         In the first place, there is no way

7 that a company is going to go in, or should go

8 in, with a branded product and put the price of

9 that product at a 40 percent rebate where that

10 rebate is going have to continue year after year.

11     Q.   Okay.  So your first point is that

12 the rebate would be too rich and it would make

13 the sale of the product unprofitable for Duramed?

14     A.   I am saying that Duramed did go in.

15 They did offer some people very high rebates in

16 order to try and get the product on the market,

17 and it still didn't matter.  They still didn't

18 get the business, for a couple of reasons, one of

19 which is achieving that 10 percent market share

20 in the first year is going to be a monumental

21 task.

22         If they could increase that rebate

1   by 10, or that market share by 10 percent for
2   Premarin, what would that have been?
3           I mean, if I am on the other side of
4   the fence, it is a PBM looking at this from the
5   financial perspective, I would say, okay, you
6   increase 10 percent I get three million bucks,
7   Premarin increases 10 percent, oh my God, I get
8   30 million bucks, I don't want your three.
9       Q.   Do you, let's walk through these.
10  When you say that it would be hard for Duramed to
11  get a 10 percent market share for Cenestin, do
12  you think that they could have gotten an 8
13  percent market share, a 9 percent market share?
14          What do you think is a reasonable
15  market share?
16      A.   I don't think it is relevant because
17  you are only talking about one customer, and here
18  is part of the problem.
19          If you have one PBM that is trying
20  to influence physician behavior such that they
21  are going to try and get these physicians to
22  convert to Cenestin, one PBM, and you've got the

1   doctor has got 12 different plans.
2           Now you get one of those saying I've
3   got to increase it to 10 percent, and the doctor
4   is saying, well, guess what, 90 percent of my
5   patients are here I am not going to do this.
6       Q.   So, you don't think it is possible
7   for pharmaceutical companies to basically compete
8   in the face of a rebate contract then?
9       A.   No. I am not saying that at all.
10      Q.   Okay. Well, aren't there many
11  examples of products, I mean, you did work on
12  Prilosec and helping Astra-Zeneca, when it was
13  facing the launch of the generics and you told me
14  in the last deposition you didn't work on the
15  branding strategy, but you certainly are aware of
16  the fact that there are a number of different
17  branded products that have come out and have
18  competed in the PPI category against rebate
19  contracts that Astra-Zeneca offers, correct?
20      A.   Yes.
21      Q.   All right. And, at one time,
22  Prilosec was a product that had a market share

1   just as high as Premarin, correct?
2       A.   Yes.
3       Q.   And, despite that, Wyeth, with its
4   Protonix product and TAP Pharmaceuticals with its
5   Prevacid product, have all competed and are now
6   in a position where they have rebate contracts
7   with managed care organizations, you're aware of
8   that, correct?
9       A.   And I believe they had them even
10  before Prilosec went off the bank.
11      Q.   So, if that is the case why could
12  not Duramed compete the same way in the face of
13  these rebates?
14      A.   Because there is nowhere in the
15  Prilosec rebates that said you cannot use
16  Protonix, or you get no Prilosec or Astra-Zeneca
17  rebates.
18      Q.   And, what is the basis for your
19  belief that those contracts don't exist as it
20  relates to Prilosec?
21      A.   I'm not allowed to say.
22      Q.   Okay. And, if there are witnesses

1   in this case that have testified that, in fact,
2   they had those exact same kind of contracts for
3   Prilosec, are you just not aware of that?
4       A.   You need to define what that means,
5   when you say that kind of contract.
6       Q.   A contract that provides that you
7   would be the exclusive PPI within the class.
8       A.   I am not saying that, I am not
9   saying that. I am saying that you don't have a
10  Prilosec contract that specifies one specific
11  product cannot be on there.
12          There are contracts that are going
13  to reward for one drug being there. There are
14  products (sic) that are going to reward and a
15  majority I believe, at least that I am aware of,
16  from my experience, had two of the proton pump
17  inhibitors as being available, Prilosec being one
18  of them, and then the others fighting it out.
19          But, there is no contract that I was
20  aware of, while looking at Prilosec, that
21  specified this product will not be on --
22      Q.   So, the, you are talking about the

10/14/2004  Simon, Paul O.

1  Medco agreement in this case where Medco and
2  Wyeth affirmatively stated that adding Cenestin
3  and three other products and increasing their
4  market share was a way to earn additional
5  rebates?
6      Is that what you are referring to?
7      A.   No.
8      Q.   Is it your understanding that the
9  contracts in this case affirmatively provide that
10 Cenestin could not be added to formulary?
11     A.   They affirmatively state that no
12 other conjugated estrogen could be added.
13 Cenestin is the only one that was available.
14     Q.   Okay.
15     A.   So, by reflection, yes.
16     Q.   All right.  So, how was that
17 operationally any different from a contract that
18 said that Prilosec is going to be the exclusive
19 product within the PPI category?
20     A.   Because then you are saying, that
21 would be like Premarin saying I am going to be
22 the exclusive ERT.

10/14/2004  Simon, Paul O.

1  want to make sure I understand here, when you are
2  talking about the bundling, which is in this same
3  section of your report, the total rebate package
4  and how could Duramed compete against the total
5  rebate package --
6      A.   Uh-huh.
7      Q.   -- have you made any examination in
8  terms of the amount of rebates that Wyeth was
9  paying on products beyond Premarin to these
10 various managed care organizations?
11     A.   Only during the initial, the first
12 report that I wrote, where there was some data
13 provided with the preemptive plan.
14     Q.   Okay.  So, in essence, in the
15 preemptive plan there's examples of how a
16 particular managed care organization could lose
17 rebates beyond Premarin, it could lose it in OCs
18 and so on?
19     A.   Exactly, and there was some
20 representative discussions back and forth to home
21 office about, you know, here is what I told Joe
22 Takitomo (ph.) at Prescription Solutions,

10/14/2004  Simon, Paul O.

1      Q.   Right.  And, that is, in essence,
2  what Prilosec did within PPIs, right?
3      A.   What are you saying?
4      Q.   Here is what I am getting at.  With
5  Premarin, there is numerous, consumers have
6  numerous other estrogen and hormone replacement
7  therapy choices in the typical formulary.
8      A.   Correct.
9      Q.   And, in contract, in the Prilosec
10 category, a product that you worked on, it is
11 often the case that it, that consumers will only
12 have one or two choices at most, correct?
13     A.   Let me rephrase that because the
14 connotation that there is only one is, I don't
15 believe, accurate.
16     The majority of them will have two,
17 will have two PPIs on the market, Prilosec and/or
18 one other one.
19     Now, Prilosec would give a larger
20 rebate, certainly, if theirs could be the only
21 one.
22     Q.   Right.  Okay, the other part, I just

10/14/2004  Simon, Paul O.

1  whatever, was going to cost him if they decided
2  to do this.
3      Q.   Okay.  Well, in -- and I want to
4  make sure I understand this, because I asked you
5  this last time, but, I am not sure I fully
6  understood your answer.
7      Why is it that you believe that a
8  big organization like, let's take Advanced PCS,
9  has got what 70 million covered lives, it is a
10 Fortune 500 --
11     A.   It is more.  I think the latest
12 thing that I saw was in 2003 they had 55 or 56
13 million, similar, the same size about as Medco,
14 40 million of which are actually covered by their
15 formulary.
16     Q.   This is a publicly-traded company,
17 right, Advanced PCS?
18     A.   Yes, it is.
19     Q.   Is it a Fortune 500?
20     A.   I don't know.
21     Q.   Okay.  I mean, it is a sophisticated
22 company you would certainly agree with that.

1      A.   Uh-huh.

2      Q.   Is there some reason why in a

3   company like in Advanced PCS you couldn't simply

4   turn to, let's say if they had a contract with

5   Wyeth that covered both oral contraceptives and

6   Premarin and others, why they couldn't simply

7   turn to a Johnson & Johnson and say we will take

8   oral contraceptives from you, if you could offer

9   us a better deal?

10          If you would turn to Lilly and buy

11  their, put Prozac on formulary, rather than

12  Effexor.  Go to Astra-Zeneca, put Prilosec on a

13  formulary, rather than Wyeth's PPI Protonix.

14          Why could -- is it your belief that

15  a company like Advanced PCS couldn't do that?

16     A.   No.  My belief is that if Advanced

17  PCS wanted to do that, they could do it.

18     Q.   Okay.  And so --

19     A.   I don't believe Duramed could

20  motivate them to do that.  I think that the

21  decision that they are going to be making is

22  based on financially am I better off going to

---

1   Johnson & Johnson, and what am I going to lose,

2   what else do I have to do?

3      Q.   And, so when they are undertaking

4   that analysis in terms of whether they are better

5   off going to a Johnson & Johnson, you would have

6   to compare the prices that Wyeth is offering on

7   its oral contraceptives and its sedatives and its

8   PPIs and so on, and compare that from what you

9   could get from the competitors, correct?

10     A.   I think that would be part of it.

11     Q.   And, have you made any analysis in

12  terms of how Wyeth's prices for these other

13  products that were, to use your word, bundled,

14  how Wyeth's prices compared to the prices that

15  were being offered by Wyeth's competitors in

16  those categories?

17     A.   How would I know that?

18     Q.   Okay.  So the answer is, no, you

19  haven't?

20     A.   No.

21     Q.   All right.  Well, and, if you

22  haven't done that, then how do you know that it

---

1   would not be financially advantageous for a

2   company to switch to another supplier of oral

3   contraceptives, PPIs, sedatives and so on, if

4   Duramed, in fact, offered a better rebate deal

5   than what they were getting from Wyeth on

6   Premarin?

7      A.   I think that if you are looking at

8   PBMs and these business entities, as you put it,

9   the large ones that are in Fortune 500, this is

10  the kind of thing that they are doing as a course

11  of business.

12          They are looking at, you know, their

13  contracts on a daily basis, what am I paying for

14  this, what am I paying for that.

15          What other monies am I getting for

16  Wyeth for doing, for being on the preferred drug

17  list at PCS, for doing the substitution programs,

18  for doing the announcements to pharmacists every

19  time a Cenestin prescription comes in.

20          What's Wyeth paying me to send a

21  message back to the pharmacist that says Premarin

22  is on my list.

---

1          And, by the way, I don't know that

2   Premarin is paying for that, but, those are

3   ancillary monies that they are getting.

4          They are looking at their whole book

5   of business.  They aren't going to come in and

6   say, oh, you know what, these people have a

7   product that I am going to have to go back and

8   redo all of my contracts, redo everything, and

9   they actually want me to go out and say Wyeth,

10  I've got to cancel your contract.

11          That is just -- I have never heard

12  of such a thing.  And, there is no way that

13  Duramed, by the way, is going to be able to talk

14  to these other manufacturers with competitive

15  products to make that happen.

16          I don't even know that it would be

17  legal for them to talk to those other

18  manufacturers.

19     Q.   Well, if, as you said, if Advanced

20  PCS is so sophisticated and they are doing this

21  on a daily basis, why would Duramed have to do

22  anything other than offer a better price for its

10/14/2004 Simon, Paul O.

1  Premarin products, and then the Advanced PCSs of
2  the world or Medcos then can then compare the
3  prices that it's getting on the other products
4  that Wyeth is offering?
5      A.    I think that is my point.  They went
6  in, they offered them a price, and obviously
7  there is no way that they could do that and get
8  them to make that switch so that they could get
9  on formulary.
10     Q.    So, your point is, is that on an
11  overall basis, you think that Wyeth was offering
12  better prices across the basket such that it had
13  the lowest prices for all of these products?
14     A.    I am saying that they were getting
15  rebates, let's say PCS, as an example, that they
16  were getting rebates on products beyond just
17  Premarin.
18           Whether it was the lowest price or
19  not, I don't know.  But, you have got to look at,
20  and you've got to compare the entire market
21  basket that they are getting from Wyeth.
22     Q.    How many of these, you haven't

10/14/2004 Simon, Paul O.

1  reviewed all of the contracts in this case, have
2  you?
3      A.    No.
4      Q.    Have you made an analysis of how
5  many of the contracts, in fact, were bundled, the
6  way you have described it?
7      A.    No.
8      Q.    Have you looked to see whether or
9  not Duramed was more successful with companies
10  where it didn't have a bundled contract?
11     A.    I, you know, that is really a
12  difficult question, because even the Wyeth
13  research that I reviewed in the first case,
14  showed that something like 2 percent of contracts
15  are bundled.
16           And, that these HMOs, et cetera,
17  they don't like that.  They are getting away from
18  putting bundled contracts together, they want to
19  deal on specific products.
20           So, I wouldn't know where to go to
21  look.
22     Q.    Okay.  Well, in terms of looking at

1  the contracts that have been produced in the
2  litigation, counsel didn't provide those to you
3  then for you to review and --
4      A.    I didn't ask for them, they didn't
5  provide them.
6      Q.    All right.  And so if you wanted to
7  determine how many of these contracts were
8  bundled, you could have looked at those
9  contracts, but you didn't, correct?
10     A.    Correct.
11     Q.    Let me ask you about the section in
12  your report that is Roman Numeral IV, it says
13  that:  "Cenestin did not have equal access to 60
14  to 70 percent of managed care lives."
15           Sir, let me show you what was marked
16  previously as Exhibit 301.  I am sorry, I just
17  don't have enough copies, so maybe you guys can
18  share.
19           Sir, for the record, Exhibit 301 is
20  a copy of a document that I think you have seen
21  at least once before in your last deposition,
22  correct, sir?

10/14/2004 Simon, Paul O.

1      A.    Yes.
2      Q.    And, this document is a document
3  that was prepared by Duramed, and from the head
4  of its managed care group, Marty Carter, and it
5  lists the HMO formulary breakdown.
6           And if you turn to the page that is
7  indicated here they go through these one-by-one,
8  they've got the percentage of the market that is
9  in open lives, the percentage that is three-tier,
10  the percentage that is closed, at least as it
11  relates to Cenestin, correct?
12     A.    Okay.
13     Q.    Do you see that on Page 10964?
14     A.    Okay.
15     Q.    And, it shows, it looks like, 65
16  percent is in the open, three-tiers 11 percent,
17  24 percent closed within HMOs, correct?
18     A.    That is what it says.
19     Q.    And then within the PBMs, they show
20  on the very last page of Exhibit 301, 62 percent
21  of the PBMs are open lives, three-tier is 30
22  percent, and closed lives 8 percent, right?

1    A.    Okay.

2    Q.    And, then you have seen before

3  Exhibit 1079?

4    A.    Right.

5    Q.    For the record, Exhibit 1079 is a

6  copy of a document that you were shown last time

7  in your deposition, prepared by Viking Managed

8  Care Update, the group that called on managed

9  care for Duramed during the '99 to 2000/2001 time

10  period.

11          And, just drawing your attention to

12  the discussion on PCS on the very first page --

13    A.    Okay.

14    Q.    -- during this time period, looking

15  at the first paragraph, PCS was a group that had

16  what, somewhere around 45 million lives?

17    A.    I take your word for it.

18    Q.    That is just what the document says,

19  does that sound about right to you?

20    A.    Uh-huh, yes.

21    Q.    And the Viking person that wrote

22  this document, Mr. McNealey (ph.), notes that:

---

1  "PCS has decided to table the discussion review

2  of Cenestin.

3          "The decision was due to the

4  unavailability of the 1.25 milligram strength

5  which comprised 25 percent of the Premarin

6  utilization.

7          "However, due to the low net cost of

8  Cenestin versus competitive PRT products, they

9  agreed not to target Cenestin in the active

10  intervention program.

11          "This means that Cenestin will be

12  available at the same co-pay level as products

13  accepted for inclusion in the 2000 formulary

14  program and at least 90 percent of their book of

15  business or over 45 million lives," correct?

16    A.    That is what it says.

17    Q.    And, I mean, just another example,

18  they are talking about United Health Care, which

19  is a big HMO company is discussed at the second

20  page of Exhibit 1079.

21    A.    Right.

22    Q.    And they say, on the second

---

1  paragraph, that: "At this time, Cenestin is

2  considered non-formulary, however is being

3  reimbursed in the majority of their plans at the

4  $13 co-pay level."

5    A.    Right.

6    Q.    Okay.  Now, and you are aware, sir,

7  in fact that Viking recommended to Duramed that

8  they not seek rebate with certain managed care

9  organizations specifically because they were,

10  Cenestin was being covered and Duramed was

11  avoiding having to pay rebates to the managed

12  care organizations.

13    A.    I am not aware of that.  I was aware

14  that this person who wrote this was suggesting

15  that.  But, I am not aware that they actually did

16  that as a strategy.

17    Q.    Okay.  Well, do you know of anybody

18  within -- well, what is your understanding of the

19  role of Viking other than to provide strategic

20  advice and to call on the major national PBM

21  companies?

22    A.    I don't believe it was strategic

---

1  advice, but it certainly could have been.  I

2  believe their role was to call on the managed

3  care companies.

4    Q.    Did Duramed have any prior

5  experience with managed care before?

6    A.    Not to my knowledge.  No.

7    Q.    Okay.  And, do you understand that

8  the person that they hired to call on small

9  managed care companies, Marty Carter, had

10  formally been a high school gym teacher?

11    A.    I didn't know that.

12    Q.    So, the only managed care --

13    A.    I used to be a newspaper boy.  I

14  mean, what is the relevance?

15    Q.    Well, the point is, is that the only

16  people advising Duramed on managed care update,

17  the only people advising Duramed on how to handle

18  managed care during this time period that had

19  experience was Viking, correct?

20    A.    No.

21    Q.    Who else?

22    A.    They had a consulting company, I

1    believe, that they worked with when they
2    developed their initial plan.
3            When they put together their initial
4    marketing plan at least that is what I remember
5    from my original, from my deposition two years
6    ago.
7        Q.    Who was the consulting company?
8        A.    I don't remember.
9        Q.    Are you talking about --
10       A.    Viking was doing the calling.  No
11   question.  But they had consultation with other
12   individuals with regard to managed care and what
13   would be needed to do.
14       Q.    Before they launched the product?
15       A.    I believe before they launched the
16   product.
17       Q.    Okay.  Do you know whether or not
18   that company considered, continued to consult
19   with Duramed after they launched the product?
20       A.    I do not.
21       Q.    Okay.  Are aware of any company
22   other than Viking that had experience in the

1        A.    I don't believe that they had that
2    as a responsibility.
3        Q.    Do you think that they should have
4    had that responsibility?
5        A.    I, again, will just have to say it
6    depends on what kind of an agreement they had.  I
7    don't know.
8        Q.    So just by business terms, do you
9    think it would have been advantageous, from a
10   marketing standpoint, to have Solvay, if they
11   were at, let's say, an ExpressScripts, also
12   putting in their two cents for Cenestin?
13       A.    I think it could have been good.  It
14   could have been good, and it could have been bad,
15   depending on their relationship.
16       Q.    Right.  In fact, it could have been
17   a detriment if, in fact, Solvay was out telling
18   managed care companies about the products that it
19   wanted to have on formulary that were in the
20   estrogen class as opposed to Duramed's Cenestin
21   product, correct?
22       A.    Theoretically, yes.

1    managed care industry that was consulting with
2    Duramed on managed care strategy, other than
3    Viking, after the launch?
4        A.    Other than, more than likely Solvay,
5    no.
6        Q.    When you say more than likely
7    Solvay --
8        A.    I can't imagine that Solvay was not
9    being involved in one form or another.
10       Q.    Do you think it would be appropriate
11   to have Solvay involved in calling on managed
12   care for Cenestin?
13       A.    That is kind of a two-part question.
14   Do I think it is appropriate?  It depends on
15   their relationship, and I don't know what their
16   relationship was, but I cannot imagine that
17   individuals from Solvay weren't calling on
18   managed care customers and being asked about
19   Cenestin, seeing as they were promoting it.
20       Q.    Do you think that the managed care
21   organization of Solvay was, in fact, promoting
22   Cenestin?

1        Q.    Okay.  Have you looked at all to see
2    whether or not Solvay, in fact, obtained
3    formulary placement from its managed care group
4    for its estrogen products to the detriment of
5    Duramed?
6        A.    No.
7        Q.    The data that we were talking about
8    from Duramed, Exhibits 301, 1079, and, I mean, I
9    have got lots and lots of these, where does that
10   fit within the chart that you have on page 8 of
11   your report?
12       A.    Where does this fit?
13       Q.    Yes, sir.
14       A.    I have no idea where this fits,
15   because I am not looking at data that is provided
16   by a pharmaceutical company.  I am looking at an
17   audit source like IMS in this table.
18       Q.    Okay.  And, the information that you
19   had here relates to pharmaceutical products
20   generally, it is not Cenestin specifically,
21   right?
22       A.    Correct.

10/14/2004 Simon, Paul O.

1    Q.    Okay.  And, so we don't know,
2  sitting here today, whether or not Duramed was
3  only reimbursed by HMOs for Cenestin, and only, I
4  don't know, just picking one that is here, 33
5  percent is in the third tier is what I see as the
6  overall number.
7    A.    For open formularies?
8    Q.    Yes.  I am looking at, at your
9  overall open formulary, you are not assuming that
10  for Cenestin the HMOs that had three-tiers are
11  not reimbursing Cenestin, I guess, in the second
12  tier, are you?
13    A.    I don't understand your question
14  because this is not product specific.
15         What this is saying is basically
16  what the Wyeth data was saying, and that is that
17  when you look at formularies for HMOs, what you
18  are going to find is that there is only 9.7
19  percent of those defined as open that strictly
20  have one tier.
21         Of all of the formularies in HMOs,
22  9.7 percent of those formularies can be defined

1  understand is are you, when you say it is not
2  possible that they are being, that there is
3  enough plans, in fact, in a low cost category
4  like estrogens, you are not disputing, are you,
5  sir, that in fact the individual plan might be
6  structured to have one, two-tier, or three-tier
7  formulary couldn't make the decision to simply
8  reimburse Cenestin at the second tier?
9    A.    I am not saying that.  What I am
10  saying is I guess I am disputing his number for
11  open, what he defines as an open formulary,
12  versus what the audits say are open formularies.
13    Q.    Okay.  So your point is, he is
14  saying, as you say in your report, that 65 to 70
15  percent are open.
16         You are saying that that is not
17  possible, but you are not disputing that, in
18  fact, the products could still be being
19  reimbursed at a second tier co-pay.
20    A.    I am saying that I don't know who
21  would be doing that, correct.
22    Q.    Okay.  Are you aware of any data

10/14/2004 Simon, Paul O.

1  as totally open, or just one tier, everybody pays
2  the same thing.
3    Q.    Okay.  I guess what I am trying to
4  understand is how are you trying to use this data
5  as it relates to how Cenestin was treated within
6  HMOs?
7    A.    Well, what I am basically saying is
8  the fact that there is only so many HMOs that is
9  open.  He is referring to 60 to 75 percent of
10  managed care lives being in open formularies, and
11  that is just not true.
12    Q.    Okay.  But, if, in fact, what was
13  going on is like let's take the example of, as
14  Exhibit 1079 that we were just looking at, United
15  Healthcare handles HMOs across the country, 44
16  different regional plans.
17    A.    Uh-huh.
18    Q.    And they say that at the time
19  Cenestin considered non-formulary, however it is
20  being reimbursed at the majority of their plan at
21  the $13 co-pay, right?
22         And so what I am trying to

10/14/2004 Simon, Paul O.

1  that shows how Cenestin was being reimbursed by
2  HMOs, other than the documents produced by
3  Duramed in this case?
4    A.    Yes.  By Wyeth documents.
5    Q.    Okay.  Wyeth documents that you are
6  talking about, that's the Scott Levin data?
7    A.    No.
8    Q.    Let's look at your report here.  You
9  say -- oh, "Wyeth personnel," this is on Page 9
10  of your report, "reported that Duramed's access
11  to managed care was restricted by Wyeth's
12  contracts."
13    A.    Uh-huh.
14    Q.    And, the basis for that, you've got
15  this Footnote 3 here, this is WYE 23598 and
16  117064, correct?
17    A.    Uh-huh.
18    Q.    Now, I looked, both of those
19  documents relate to ExpressScripts.  And those
20  are situations where, you know, you've got the
21  Sally Miller e-mails that we talked about before,
22  where she told somebody at ExpressScripts that

10/14/2004 Simon, Paul O.

1  they had a contract and expected people to live
2  up to it and so on.
3      A.   Uh-huh.
4      Q.   That's what you have cited in your
5  report.
6      A.   There were others.  This, these are
7  the ones, right, that I cited.
8      Q.   All right.  Well, if there are
9  others, why didn't you cite them in your report?
10     A.   You know I am new at this.
11     Q.   Okay.  Well, I mean, this in terms
12  of fairness to the Wyeth side, I mean, we try to
13  look at what you have cited and make, see if we
14  can understand why you've reached the conclusions
15  and probe that.
16          What documents are you thinking of
17  that lead you to believe that Wyeth had the, its
18  own belief that Cenestin was not reimbursed in
19  60 to 75 percent of HMO lives at the same co-pay
20  as Premarin?
21     A.   I don't remember.  This was from my
22  original report.

---

10/14/2004 Simon, Paul O.

1      Q.   Here is what I am trying to
2  understand.
3          Is it your view, based upon the
4  documents that you have seen in this case,
5  that 60 -- strike that.
6          Is it your view, based upon the
7  documents that you have seen in this case, that,
8  in fact, it is not accurate to say that 60 to 65
9  percent of formularies are open?
10     A.   I am saying that.
11     Q.   Okay.  And, here is what I am trying
12  to figure out what you are not saying.
13          You are not disputing that, in fact,
14  Cenestin may be reimbursed at a second-tier
15  co-pay in 60 to 75 percent of lives, correct?
16     A.   I am saying that it would be very
17  hard to believe that that is happening, but it is
18  possible.
19     Q.   Okay.  Have you looked at the
20  documents that in addition to sort of the reports
21  that come in from Viking, or the summary reports
22  from Marty Carter, who is in charge of managed

---

1  care, there are documents in this case, sir, that
2  show what would happen when people would take a
3  script.
4          So you would have salespeople within
5  Duramed who would take a script and take it to
6  the Walgreen's and see what would happen, whether
7  it would go through or not, and they would pull
8  out I think a United Healthcare card, have you
9  seen those documents?
10     A.   No, I have not.
11     Q.   Would that be relevant at all to you
12  in terms of your understanding as to whether
13  these products would be reimbursed at the same
14  co-pay?
15     A.   Probably would.
16     Q.   And, if the documents show that in
17  the majority of instances, well over the
18  percentages that are indicated here, the products
19  are being approved at a brand co-pay rate the
20  same as Premarin, would that impact your
21  conclusions at all?
22     A.   If the only thing occurring was that

---

10/14/2004 Simon, Paul O.

1  co-pay, then it might.
2          The issue that I would have is if
3  you look at the way PBMs are dealing with a lot
4  of these issues, and as we started to get into
5  before, the programs that PBMs offer like counter
6  detailing to the physicians, like the messages
7  that come up on the prescription at the
8  prescription counter for their preferred drug
9  lists.
10          And even though a company like PCS
11  is reputed to have Cenestin on at the same price
12  or co-pay as Premarin, there are still a half a
13  dozen other things that can go on that would make
14  it more difficult for that prescription to be
15  filled or for someone to try and change the
16  doctor's mind and give them Premarin.
17     Q.   Let me ask you a couple more
18  questions about your chart on page 8.
19          Do you know what portion of the
20  market falls within the commercial group, the
21  Medicaid group, and the Medicare HMO market?
22     A.   I believe, and I don't have the

1  numbers right here, so, anything I am going to
2  give you is a guess, but that the Medicaid and
3  Medicare are very, very minimal.
4       And you can certainly see that when
5  you look at Medicaid, which has open formulary as
6  38 percent versus the total at 9.7, so it can't
7  be impacting it too much.
8       And certainly I believe they are
9  less than 10 percent both.  But, I can't swear
10  to it.
11       Q.   And certainly, within Medicaid and
12  Medicare, those would both be situations, though,
13  where, by law, Cenestin would have to be
14  available at the same level as Premarin, correct?
15       A.   I don't know that.  Is there a law
16  that says that?
17       Q.   Well, regulations or however.
18       A.   I think each state handles their own
19  Medicaid thing, and there are, even states have
20  lists of drugs that they would prefer, or list as
21  preferred.
22       Q.   Okay.  Have you made any

1  examination, in this case, whether or not
2  Cenestin was on all of those lists?
3       A.   No.
4       Q.   Or whether they tried to get on the
5  lists?
6       A.   No.
7       Q.   Would there be any formulary
8  impediment, that you are aware of, that Wyeth had
9  with any state in terms of formulary placement?
10       A.   In terms of formulary, there is only
11  three states that are really tough, New Jersey,
12  Illinois and the other one escapes me.  It could
13  be Connecticut or Massachusetts, I don't
14  remember.
15       But, there are other issues, because
16  when you get programs like in Tennessee you've
17  got TennCare which their programs are managed by
18  Promark.  Promark will actually manage their
19  formulary and they will manage it for Medicare
20  and Medicaid, I believe.
21       Q.   Okay.  Is it true generally, in your
22  experience, that HMOs are more aggressive about

1  managing healthcare costs and more restrictive in
2  terms of plan design than, let's say, PBMs?
3       A.   I don't know that to be the case.
4       Q.   Okay.  Do you know one way or the
5  other?
6       A.   Don't know.
7       MR. COHEN:  Gordon, excuse me, it is
8  one o'clock.  I was wondering if you are getting
9  close to a break time.
10       MR. DOBIE:  Yes, let's take a break.
11       THE VIDEOGRAPHER:  Going off the
12  record.  The time is one o'clock.
13       (Recess -- 1:00-1:40 p.m.)
14       THE VIDEOGRAPHER:  Back on the
15  record.  The time is 1:40.
16  BY MR. DOBIE:
17       Q.   Mr. Simon, I want to ask you about
18  Page 9 of your report, the portion of the report
19  that is headed: "Restriction in 25 to 40 percent
20  of Market is Sufficient to Seriously Affect
21  Cenestin's sales."
22       You note in that section, you've

1  give an example of a drug being disadvantaged by
2  a third of the doctors managed through patient
3  load, and you say, assume a doctor has written 10
4  prescriptions for a drug Cenestin that is not
5  approved by three of those 10 patients' health
6  plans.
7       That translates into three pharmacy
8  calls, the office nurse must pull the chart and
9  the doctor has to review it during and at the end
10  of office hours, et cetera.
11       Here is my question for you, sir,
12  are you aware as to whether or not that has
13  happened in this case?
14       A.   Specifically to Cenestin, no.
15       Q.   All right.  In fact, are you aware
16  of whether or not prior authorizations are used
17  in any significant extent by managed care as it
18  relates to Cenestin and this entire low cost
19  category?
20       A.   I do not know if they have
21  implemented prior authorization to Cenestin, no.
22       Q.   And do you know whether or not NBC

1  blocks are used in connection with Cenestin?
2      A.    I do not know that.
3      Q.    Now, you cite, in the footnote to
4  this section you cite your experience with
5  Medi-Span, correct?
6      A.    Correct.
7      Q.    And, at Medi-Span you did a survey
8  of 12 to 24 physicians, correct?
9      A.    Right.
10      Q.    And, the purpose was to determine
11  whether there is demand for a product that would
12  tell doctors whether drugs were on formulary or
13  not?
14      A.    Correct.
15      Q.    And, no one ever brought the product
16  to market?
17      A.    Correct.
18      Q.    And, so, in other words, no one was
19  willing to basically put out money into a product
20  that would tell doctors whether or not products
21  were on formulary or not?
22      A.    That would be a convenient

1      Q.    Doesn't that suggest that there
2  might not be a market for determining -- that
3  there is not a market for a product that tells
4  doctors whether products were on formulary or
5  not?
6      A.    I don't think that because a product
7  isn't on the market means that there is not a
8  market for it.
9      Q.    Well, I mean, this is something that
10  you thought of doing, I guess at Medi-Span.
11          Have you read Dr. Gibson's report?
12      A.    Yes.
13      Q.    This is the same idea that
14  Dr. Gibson had at one point in his career, are
15  you aware of that?
16      A.    No, but I take your word for it.  It
17  is a problem.
18      Q.    Does the fact that there is not a
19  service that tells doctors what products were on
20  formulary, isn't that supportive of the idea that
21  formulary status, by itself, doesn't matter?
22      A.    I fail to draw that conclusion.  And

1  conclusion, but that would not be right.  The
2  reason the product never came to market was
3  because the company was sold, was purchased by
4  First DataBank.
5      Q.    All right.  Are you aware of anybody
6  that has ever sold a product that tells doctors
7  whether the products are on formulary or not?
8      A.    Absolutely, yes.
9      Q.    And what product is?
10      A.    The pharmaceutical companies
11  continue to take publications around to the
12  doctors that show what products are preferred or
13  what products are on the formulary in their book
14  of business.
15      Q.    All right.  That wasn't my question.
16  My question is:  Do you know whether or not
17  anyone has ever developed a product that is sold
18  that would tell doctors whether a product is on
19  formulary or not?
20      A.    I don't know.
21      Q.    You are not aware of any?
22      A.    No.

1  I also don't know that there isn't a product like
2  that on the market.
3      Q.    Let me ask you about, you talk about
4  spillover, it sort of starts there and then it
5  carries on to Page 10.
6          And, there is a quote that is in the
7  middle of the page on Page 10 that starts out
8  with:  "I have patients from several, some claim
9  as many as 12 managed care organizations," and
10  you go on there.
11          Where did you get the language for
12  that quote, sir?
13      A.    This is not a quote, and there is no
14  quotation marks.  This is more a example of the
15  kinds of feedback that I was getting when I
16  talked to physicians.
17      Q.    All right.  When you -- you are
18  talking about when you talked to physicians in
19  connection with the Medi-Span project?
20      A.    Yes.
21      Q.    Where did you get your definition
22  for spillover?

10/14/2004 Simon, Paul O.

1    A.    Top of my head.

2    Q.    Okay.

3    A.    This is just the way I perceive,

4  what I perceive to be spillover.

5    Q.    Is your thought of spillover almost

6  in the, as akin to habit?

7    A.    Could be.

8    Q.    Okay.  So, for example, what you are

9  saying is that in the, to the extent that a

10  physician gets used to writing a prescription for

11  Premarin, because it is on formulary, that that

12  could carry over into the Medicaid or cash or

13  Medicare market, something like that, correct?

14    A.    I agree.

15    Q.    All right.  And, do you think that

16  there is also habit that could be developed, for

17  example, from the physician writing a

18  prescriptions for Premarin for 40 years, that

19  without even knowing that that is on formulary or

20  not, that that too could carry over into the cash

21  or Medicaid market?

22    A.    I agree.

10/14/2004 Simon, Paul O.

1    Q.    And, do you think that there could

2  also be spillover in the sense that to the extent

3  that a physician learned, for example, that

4  Cenestin didn't have the 1.25 dosage, and they

5  had a significant portion of their patient

6  population that needed that size of a product,

7  that that could spill over into their prescribing

8  habits in the future for Cenestin?

9    A.    I think that is possible for the

10  time that the product doesn't have a 1.25 product

11  on the market.

12         I think that frankly that really is

13  a paraphrase, which is what I did here, of what I

14  am saying later on in the document where I say

15  that, you, if you look at the different

16  categories of business, and tell me if I am off

17  track from what your question was.

18         But, if you look at the different

19  categories of business, doctors do write the same

20  product for managed care, for cash, for Medicaid,

21  for Medicare.

22         If you look at the market shares of

1  Cenestin in all of these categories, or all of

2  these payer categories, it is basically the same.

3    Q.    Do you think that doctors are unable

4  to differentiate between cash paying customers,

5  Medicare and Medicaid customers that they are

6  not, the doctors just aren't cognizant of the

7  fact that these are people that are, don't have

8  an insurance plan?

9    A.    I don't know, your use of the word

10  cognizant, I don't think that this is the top of

11  mind thing for physicians when they have a

12  patient in the room is which healthcare plan do

13  they belong to, because I am going to use the

14  drug that is on that formulary.

15    Q.    There are drugs that have been very

16  successful in being promoted to the cash market

17  that are not on the managed care formularies,

18  aren't there?

19    A.    There probably are.

20    Q.    Okay.  Are you familiar with Lescol,

21  for example?

22    A.    I am familiar with Lescol.

10/14/2004 Simon, Paul O.

1    Q.    And Lescol is a product, it is a

2  lipid to reduce -- it is like a Lipitor and the

3  other cholesterol-reducing products, correct?

4    A.    Uh-huh.

5    Q.    And, Lescol was a product that was

6  introduced into the largely into the cash market

7  by having a deep discount, right?

8    A.    But, they also tried to get

9  contracts with managed care as well.

10    Q.    And, do you know what Lescol's

11  market share is within the cash market as it

12  compares to the managed care area?

13    A.    I do not know.

14    Q.    You said that you know that they

15  were trying to get contracts.  Would you assume

16  that Lescol's market share would be the same

17  within managed care as it is within the cash

18  marketplace?

19    A.    I wouldn't assume that at all.  I

20  mean Lescol and Cenestin, it is a different

21  situation.

22         Lescol doesn't have the same generic

10/14/2004 Simon, Paul O.

1    name as anything else that is in Lescol's
2    category of products.  So, I don't know that.
3         Q.    So --
4         A.    I think it is possible.
5         Q.    I mean, so in other words, you would
6    recognize that there isn't always spillover, the
7    doctors are able to differentiate between
8    products and patients within the cash and insured
9    market, correct?
10        A.    I think that there may be times when
11   a doctor could make that.  I don't think it is a
12   doctor doing it as a course of business, asking
13   his patient, well, are you going to be buying
14   this.
15             If a mother comes in and says, oh,
16   my God, doc, I'm taking that Lipitor, and that
17   stuff, I'm paying $110 for.
18             So now the doctor says, well, you
19   know what, let me give you Lescol, because it is
20   40 percent cheaper.
21             So, I don't think that what you are
22   asking and what the net result are necessarily

10/14/2004 Simon, Paul O.

1    A.    A year ago.
2         Q.    Well, isn't the first thing you do
3    when you go in to see the physician they ask you
4    for your insurance card?
5         A.    Yep.
6         Q.    When you go to the emergency, even
7    in the emergency room --
8         A.    Now, wait a minute though.  Who is
9    it that asked you for the insurance card, it
10   isn't the doctor.
11        Q.    Doesn't that go into the folder that
12   is then handed to the doctor when you are sitting
13   down with him?
14        A.    And in the two minutes that you see
15   the doctor, I promise you, he is not looking,
16   geez he's got MediMed prescription plan, that is
17   XYZ.  It's not happening.
18        Q.    You don't think that the doctors
19   know, though, whether they have a patient that is
20   a cash-paying patient, versus a patient that has
21   got insurance?
22        A.    They might.

10/14/2004 Simon, Paul O.

1    the same.
2             Do you understand where I am coming
3    from?
4         Q.    No, I don't.  I mean, sir, if in
5    fact the market share of Lescol within the cash
6    market is four times that within managed care,
7    doesn't that tell you that, in fact, doctors are
8    drawing those types of distinctions?
9         A.    No, for just the reason I told you.
10            If the patient, the doctors finds
11   out after the patient comes back and complains
12   about what he is paying for a medicine, then the
13   doctor might change the prescription to something
14   that he knows is less expensive, that the Lescol
15   representative told him was less expensive.
16            I don't know that the doctor is
17   making an informed decision at the time they
18   write that first prescription for Lescol, that,
19   oh, this is a cash patient, I've got to give them
20   something that is cheaper.  I don't think so.
21        Q.    When was the last time you went to
22   the doctor?

10/14/2004 Simon, Paul O.

1         Q.    Do you think doctors know that they
2    have a patient that is a, let's say a Medicare
3    patient versus an insurance or cash-paying
4    patient?
5         A.    They might.
6         Q.    Have you ever looked at the data to
7    see to what extent the doctors are, in fact,
8    aware of whether the patients are paying cash
9    versus insurance?
10        A.    Do you have such data?  I have not
11   looked at it.
12        Q.    All right.  And so, in connection
13   with preparing your report, you didn't look for
14   that type of data?
15        A.    No.
16        Q.    You are not familiar with that type
17   of data?
18        A.    No, I am not.
19        Q.    You state here that your own
20   experience with physician interviews is they tend
21   to use the products that generate the least calls
22   from pharmacists and patients.

1    Is that based upon your Medi-Span
2  interviews?
3    A.    It is based on that as well as my
4  experience in the field.
5    Q.    Okay.  What experience in the field
6  specifically are you --
7    A.    My experience calling on physicians.
8    Q.    Okay.  And when was the last time
9  you called on physicians?
10    A.    '83.
11    Q.    Okay.  So, you are relying on your
12  experience calling on physicians in '83 and your
13  Medi-Span experience, anything else?
14    A.    Of a formal nature, no.
15    Q.    How about on an informal nature?
16    A.    Just talking to friends and being in
17  marketing meetings and things like that.  You
18  continue to hear these things.
19    Especially when you go to like
20  they're having a convention in town right now for
21  health information management companies.
22    Some of these things have, they have

1    Q.    And, the difference between the
2  Premarin price and the Cenestin price at launch
3  was less than a dollar, correct?
4    A.    This is correct.
5    Q.    And, what you are trying to explain
6  in this section in this report is that this
7  doesn't have to do with the cash market as much
8  as it has to do with what insureds, what insured
9  individuals would pay for Cenestin in the event
10  that the product was not reimbursed at the
11  second-tier co-pay, correct?
12    A.    Yes.
13    Q.    And, so what you have done is you
14  have compared the cash prices for Cenestin versus
15  the second-tier co-pays and that is on Table 3,
16  for example.
17    A.    Correct.
18    Q.    Now, what is the basis for your
19  belief that insured women that are going in to
20  get a script for Cenestin that do not, that
21  aren't, I guess, being reimbursed at the
22  second-tier for the product would pay the cash

1  physicians that are on these committees.  You
2  talk to doctors, you hear the kinds of things
3  that they are saying.
4    But I can't say that anything
5  relevant to this issue that we are discussing
6  right now, that I have discussed, but I have
7  heard nothing since that would change my mind.
8    Q.    Let me ask you about Section F of
9  your report, that you say:  "Retail prices are
10  not insignificant compared to MCO co-payments."
11    A.    Right.
12    Q.    Now, and you have, for example, you
13  have the cash prices of Premarin and Cenestin on
14  Table 2 of your report on page 12, correct?
15    A.    Correct.
16    Q.    And, if you look through it, you've
17  got for cash prices, for example, the difference
18  between Premarin at launch and the .625 -- let me
19  back up.
20    The .625 milligram product is the
21  most prescribed product, correct?
22    A.    Yes.

1  price, as opposed to the pharmacist, retail
2  pharmacist's negotiated price with the
3  manufacturer?
4    A.    I called about a half a dozen or so
5  pharmacists and asked that question.  And they
6  gave me, frankly, cash prices that were
7  significantly higher than these.
8    Q.    Okay.  No, they told you that you the
9  cash prices are higher than what is in Table 2?
10    A.    Yes.  But, you know, you can't go
11  back and look at 2003.  I can't call someone
12  today and say what was your price in 2002.
13    Q.    My question is a different one?
14    For the record, let me hand you what
15  I have marked as Exhibit 7.  Let me give you what
16  we will mark as Exhibit 8.
17    (Simon Exhibit Numbers 7 and
18       8 marked for
19       identification.)
20  BY MR. DOBIE:
21    Q.    I will have you look at these while
22  I am handing them to you, if you would, sir.

1          (Simon Exhibit Number 9
2          marked for identification.)
3  BY MR. DOBIE:
4      Q.    I will also give you Exhibit 9.
5  Now, for the, record sir, Exhibits 7, 8 and 9
6  are -- the first, Exhibit 7 is a document from
7  Merck Medco, it is the retail Medicare Retail
8  Network Schedule A and describes how they are
9  going to reimburse the pharmacist.
10          Exhibit 8 is the PCS Retail Pharmacy
11  Program Services Benefit Plan, and Exhibit 9 is
12  the Anthem Program Conditions for Community Rx
13  National Medicare Risk Network.  And I have got
14  more of these if you need to see them.
15          But, my question is, if you look,
16  for example, at Exhibit 7, it indicates that the
17  pharmacy is agreeing to charge the lower of the
18  pharmacy's usual and customary price, or the
19  average wholesale price minus some percentage
20  plus a dispensing fee.
21          Do you see that?
22      A.    Yes.

1          MR. COHEN:  Gordon, excuse me, just
2  for the record, I assume, since there is a lack
3  of Bates numbers here, that these were not
4  documents that were produced to us previously,
5  correct?
6          MR. DOBIE:  These are not documents
7  from Wyeth.  These are documents that I obtained
8  for purposes of cross-examination of the witness.
9          MR. COHEN:  Okay.
10  BY MR. DOBIE:
11      Q.    And, so, for the record, sir, are
12  you familiar with contracts like this between
13  PBMs and pharmacies?
14      A.    I -- no, I was not.
15      Q.    Are you, did you ever ask
16  Mr. Einhorn, who represents CVS or Rite Aid in
17  the one discussion you had with him, about what
18  contracts CVS and Rite Aid might have with
19  managed care organizations?
20      A.    No, I did not.
21      Q.    And, you understand this, sir, that
22  in terms of your charts here, when you are

1      Q.    Under Part A?
2      A.    Right.
3      Q.    And, if you go to Exhibit 8, this is
4  the PCS version of their pharmacy contract.  In
5  the very first bullet point the pharmacy is being
6  asked to accept reimbursement based on the lower
7  of the average wholesale price less a
8  percentage --
9      A.    Where are you now?
10      Q.    First bullet point.  And a
11  dispensing fee, or the, what's called the MAC for
12  applicable generic drugs plus a dispensing fee,
13  or by a pharmacy's usual and customary price.
14          And then in Exhibit 9 we've got the
15  Anthem version and they again talk about, for
16  those products not on our MAC list, the pharmacy
17  is supposed to charge the lesser of the AWP minus
18  a percentage plus a dispensing fee, or the
19  dispensing pharmacy's usual and customary charge.
20          Do you see that?
21      A.    Yep.
22      Q.    Okay.

1  comparing the co-pays as indicated in Table 3 to
2  the cash price, that, in fact, for insured
3  customers at least as indicated within Merck
4  Medco PCS and Anthem, that, in fact, the pharmacy
5  would charge the patient the lower of the usual
6  customary or the AWP minus a percentage plus a
7  dispensing fee?
8      A.    Uh-huh.
9      Q.    You have to respond verbally.
10      A.    Yes.
11      Q.    And, so this chart -- here is what I
12  did to try to move the discussion along.  You
13  have that data on page 12, at least as it relates
14  to Cenestin prices for one year.
15          And so, here, for example, down at
16  the bottom you've got Cenestin prices and you've
17  got PBM, you've got an AWP minus 12 percent plus
18  a $2 dispensing fee.
19      A.    Right.
20      Q.    Again, it is blacked out in these
21  documents.
22      A.    Right.

10/14/2004 Simon, Paul O.

1    Q.    But, do you know if that is --
2    A.    Why is it blacked out?
3    Q.    This is the way it was produced to
4    me by the pharmacies.
5    A.    Okay.
6    Q.    Do you know whether or not the this
7    formula that you have on page 12, AWP minus
8    12 percent plus $2, is a fairly common formula
9    that is used in connection with determining the
10   negotiated price between a pharmacy and a managed
11   care organization?
12   A.    I do not know that.  I used a number
13   that was used by --
14   Q.    Dr. Schafermeyer?
15   A.    Or McDonough, one of the two.
16   Q.    Schafermeyer.  Do you have any
17   reason to disagree with that?
18   A.    With regard to PBM reimbursement?
19   Q.    Yes.
20   A.    No.
21   Q.    Do you have any reason to disagree
22   that that is not a -- with Dr. Schafermeyer's

10/14/2004 Simon, Paul O.

1    on Table 2.
2    Q.    Right.  But, when patients pay
3    16.92, that is what they pay, that is what a
4    situation where they are paying cash.
5          That is not a situation where they
6    are paying the negotiated price.
7    A.    Correct.  Yes, it is.  It includes
8    all of them.  This is all of it.
9    Q.    Okay.  And, what is the basis for
10   your belief that that is, in fact, the case?
11   A.    Because this is from IMS data, every
12   patient that goes in and pays cash for a product
13   comes up with, adds up to this average price.
14   Q.    Well, look at your example here, for
15   example, where you've got the negotiated --
16   you've got this $19.89 here, which is an AWP
17   minus 12 percent plus a $2 dispensing fee.
18   A.    Right.
19   Q.    That is for the time period first
20   half of 2002, all right.  19.89, right, compare
21   that to what you have in the first half of 2002
22   for the cash price, you are showing $23.08 for

10/14/2004 Simon, Paul O.

1    conclusions that pharmacies typically, their
2    negotiated price is an AWP minus a certain
3    percentage plus a dispensing fee?
4    A.    Based on what you are showing me
5    here, I have no reason, but I don't have any idea
6    what the negotiated price would be or how many
7    companies would offer that.
8    Q.    Okay.  If, in fact, an insured
9    patient paid the negotiated price because it was
10   lower than the usual and customary cash price,
11   then you would have to, you would have to adjust
12   your Table 2 and Table 3, correct?
13         And that was, in fact, what
14   typically happened for insured customers?
15   A.    Actually, you know, that is an
16   interesting -- an interesting approach.  But, the
17   data that you are looking at in Table 2 is audit
18   data that frankly should include that.
19   Q.    This is data that shows the cash
20   price for the product.
21   A.    This is data that shows what
22   patients paid for the product, not the cash price

10/14/2004 Simon, Paul O.

1    the same size dosage.
2    A.    I am showing $22.24.
3    Q.    Oh, for Cenestin, all right.  So the
4    difference is $2.80 or something?
5    A.    Something like that.
6    Q.    Here is all I am getting at.  You
7    don't, when you prepared your chart, and you put
8    this table together, you are comparing the cash
9    prices to the, to second-tier co-pays, as opposed
10   to the pharmacist's negotiated price, correct?
11   A.    Correct.
12   Q.    All right.  Now, let me ask you
13   about --
14   A.    No.  Actually to the PBM price.
15   Q.    To the PBM, okay.  Let me ask you
16   about page 5, I am sorry, page 14, Roman
17   Numeral V.
18         MR. COHEN:  Just, are you finished
19   with this line of questioning?
20         MR. DOBIE:  No, I am not quite done.
21         MR. COHEN:  I just wanted to
22   interpose what will be a continuing objection to

1  the use of these documents.

2        Two of these documents have no date

3  on them.  One of these documents is dated

4  November of 1997.  So, I object on the basis of

5  the relevance, because there is no date on these

6  documents.

7  BY MR. DOBIE:

8        Q.    Well, if I showed you ones from

9  other time periods, would that make any

10  difference to any of the testimony as you gave

11  here today, if they have the same formula?

12        A.    From my testimony?

13        Q.    Yes, sir.

14        A.    No.

15        Q.    You say, at page 11 of your report:

16  "Retail pharmacies typically built PBMs and MCOs

17  on a formula lower than the manufacturers' list

18  price," you say, "it's an AWP minus 12 percent

19  plus the $2 dispensing fee, e.g., McDonough

20  report at 20."  Okay?

21        A.    Okay.

22        Q.    Is it your understanding that that

---

1  minus 12, which is $88 plus the $2, minus any

2  co-pays they collect.

3        Q.    And that is how it worked when you

4  worked in a pharmacy?

5        A.    Yes.  Is that different than what

6  she is saying?

7        Q.    I believe so.  But that's --

8        A.    Interesting.

9        Q.    The heading here, Duramed marketing

10  contains all elements in the standard

11  pharmaceutical market -- elements were executed

12  in a standard manner.

13        Now, sir, in your report that we

14  marked at the beginning of the deposition you,

15  this section of your report you removed a number

16  of different paragraphs, and you are welcome to

17  look at it to see, but it was basically a

18  discussion of how the plan was typical for a

19  small company.

20        Do you recall that?

21        A.    Uh-huh.

22        Q.    And, you have changed that, or taken

---

1  is how retail pharmacies bill PBMs?

2        A.    Pretty much, yes.  It is my

3  understanding that is what McDonough thinks.

4        Q.    Where did you get that

5  understanding, just from McDonough?

6        A.    No.  That is pretty much how we used

7  to do it when I was a pharmacist.

8        Q.    Okay.  Does a pharmacy pay AWP for

9  a, for product?

10        A.    No.

11        Q.    What do they pay?

12        A.    Something less than AWP.

13        Q.    So, they'll pay just a list price?

14        A.    Let's say AWP minus 14 percent, 15

15  percent.

16        Q.    All right.  And, then they get

17  reimbursed after they fill a prescription by in

18  terms billing back the PBM at the higher AWP rate

19  even though they bought it at 14 percent less

20  than that?

21        A.    They bought it at 80, the AWP is

22  100, they sell it, they bill it back at the AWP

---

1  that language out.  Is there any reason why you

2  did?

3        A.    No.

4        Q.    Do you think that the plan was

5  typical for a small company like Duramed during

6  that time period?

7        A.    I think it was typical for a --

8  Duramed company, yes.

9        Q.    For a company of its size and

10  sophistication and so on?

11        A.    Yes.

12        Q.    Now, you'll recall the Duramed's

13  sales goals for the first 18 months were 100 to

14  150 million in sales?

15        A.    I believe it was a 6 percent market

16  share at the end of 18 months, yes.

17        Q.    And which, I think we talked about

18  this last time, Mr. Arrington told stock analysts

19  that he would hit 100 to 150 million in sales; do

20  you recall that?

21        A.    I do recall that.

22        Q.    And, you deny in your report, on

1    page 14, that a company needs to spend 100

2    percent of expected first year annual sales on

3    promotion.

4        A.    Yes.

5        Q.    And, you say that is not a standard

6    formula, but you don't have any cite in your

7    report.

8            Do you have a cite for that

9    statement, sir?

10       A.    No.

11       Q.    And, in your last deposition, I

12   showed you what we marked as Exhibit 1080.

13       A.    Right.

14       Q.    Right.  For the record Exhibit 1080

15   is a copy of a document produced by the United

16   States Congress, Office of Technology Assessment,

17   and it includes the esteemed Stephen Chantelmeyer

18   (ph.), one of the experts that have been hired in

19   this case as one of the project staff and

20   principal contractors.

21           Do you recall this document?

22       A.    Yes, I do.

1        Q.    And you recall that this study was

2    based upon an analysis of six large United States

3    pharmaceutical companies that make up 65 percent

4    of pharmaceutical sales?

5        A.    Yes, I do.

6        Q.    And, that 100 percent, on average

7    they spent 100 percent of their sales on

8    marketing during the first year, right?

9        A.    I could believe that.  I don't

10   remember reading that.  But, I could believe

11   that.

12       Q.    Let me show you page 79 of the

13   report.  It is a --

14       A.    Okay.

15       Q.    It is a chart that shows promotion

16   and advertising costs as the second item from the

17   bottom.  And it shows 100 percent of year one

18   sales, 50 percent for year two.

19           Do you see that?

20       A.    I see it.  I don't know what it

21   means, but I see it.

22       Q.    Okay.

1            MR. DOBIE:  Well, let's go off the

2    record.  And while we do that, I will ask you to

3    look at pages, it is explained in more detail on

4    pages 91 and 304 of the exhibit.

5            You can change the tape.

6            THE VIDEOGRAPHER:  This marks the

7    end of videotape number two in the deposition of

8    Mr. Paul O. Simon.  We are going off the record.

9    The time is 2:13.

10           (Recess -- 2:13-2:16 p.m.)

11           THE VIDEOGRAPHER:  This marks the

12   beginning of videotape number three in the

13   deposition of Paul O. Simon.  We are going back

14   on the record.  The time is 2:16.

15   BY MR. DOBIE:

16       Q.    Mr. Simon, I drew your attention to

17   a few different pages in the document, we had

18   page 79, page 91, as well as page 304, that all

19   talk about United States Congress, Office of

20   Technology Assessment assuming marketing expenses

21   in the first year after product approval

22   equalling their total worldwide sales and the

1    second year being equal to 50 percent of

2    worldwide sales.

3            Do you see that?

4        A.    We are back on page 91 now?

5        Q.    That was off 304, but, I think it is

6    the same data on all three of those pages.

7        A.    All right.  I am still thinking this

8    thing through.  On page 304, right.  Repeat that

9    again.

10       Q.    Those are all examples from United

11   States Congress' document here that we have

12   marked as Exhibit 1086 of how that being

13   essentially a standard rule of thumb the

14   companies are spending 100 percent of their

15   worldwide sales on marketing during their first

16   year.

17           And, I guess, in light of that, you

18   know, does that, how do you square that, sir,

19   with the fact that you are denying in your report

20   that there is any standard formula that companies

21   are expected to spend first year annual sales on

22   promotion?

1       A.    I think that if you look at here and
2   they even say that they assumed that they were
3   going to be spending 100 percent of their first
4   annual year sale.
5             It doesn't say that they measured
6   and that is what they did.  But, besides the
7   fact, even if they did what you are going to find
8   is like any other product some are going to be
9   higher, some are going to be lower, and it
10  depends on the kind of product.
11            If you are coming out with a
12  product, first off, there is six companies in
13  here at least from the names that I have picked
14  out, all of them are large pharmaceutical
15  companies that aren't going to bother with a
16  product, frankly, would never even consider
17  bringing a product to the market that is going to
18  generate $100 million in sales.
19      Q.    Okay.
20      A.    So, to the extent that they are
21  going to spend, you know, to build a product, I
22  would love to see, and one of the products that

1   marketplace.
2       Q.    Let me ask you this, because I asked
3   you this in your last deposition and you asked
4   for a copy of that report, and you got your
5   deposition, you got the exhibits, and that was
6   two years ago.
7             Two years ago, sir, I asked you the
8   question can you think of any brand
9   pharmaceutical product that got $100 or $150
10  million in sales without spending $100 to $150
11  million in marketing and you said, off the top of
12  my head, your answer was I cannot.
13      A.    No.
14      Q.    Sitting here today, two years later
15  having had this document, can you name any
16  branded pharmaceutical that got $100 or $150
17  million in sales without spending $100 or $150
18  million in advertising expenses.
19      A.    I have not researched it.
20      Q.    Okay.  And you have been looked at
21  the marketing issue either?
22      A.    No.

1   they mentioned in here was verapamil, Isoptin, I
2   would love to see, because there were other
3   manufacturers that came out with preparations of
4   verapamil, what that second or third manufacturer
5   actually put in to their sales efforts for their
6   product.
7       Q.    Why would you want to see that?
8       A.    To see if they invested in 100
9   percent to get that.
10      Q.    All right.  And, if they did, what
11  would that tell you?
12      A.    It would tell me that that is what
13  they did.  They invested 100 percent.
14      Q.    And would that also tell you that
15  that would be a rule of thumb?
16      A.    It would tell me that in that
17  particular case as well, they would do that.
18            When I look at this and the one
19  thing they do say is these are all NCEs, these
20  are all new chemical entities that are being
21  introduced, not a product that, as Kolassa calls
22  it, a me-too drug that is already in the

1       Q.    And let me show you a document that
2   was marked in your last deposition as Exhibit
3   Number 1081.
4       A.    This is the same one you told me
5   last time; isn't that right?
6       Q.    Yes, sir.  And specifically, this is
7   the IMS study that was done of products that were
8   launched throughout the whole 1990s, and the
9   average amount of promotional spend, average
10  amount of share of voice that they spent --
11  promotion spend in order to achieve certain
12  results.
13      A.    Uh-huh.
14      Q.    And, we looked last time, and let me
15  draw your attention to page 18 of the report,
16  "According to this IMS data, there is no
17  product" -- this is page 18 -- "that ever
18  achieved more than a 5 percent market share after
19  one year without spending at least or having at
20  least a share of voice of 20 percent or more,"
21  correct?
22      A.    That is what this says.

1    Q.    And.  I asked you, at your last
2    deposition, at pages 205 and 206 of the
3    deposition:  "Can you name for me one product
4    that didn't have a 20 percent share of voice that
5    got a 5 percent market share, one branded
6    product?"
7         And you answered:  "I just haven't
8    thought about it, I will get back to you.
9         "Okay," I said.
10        "Answer:  I'll think of some.
11        "Question:  Please do."
12        And then you say:  "Can I keep
13   this?"
14        And I said:  "Yes."
15   A.    But, you never gave me your business
16   card.
17   Q.    In the two years, sir, since your
18   last deposition are you now able to name one
19   product that achieved a 5 percent market share
20   that didn't have a 20 percent share of voice?
21   A.    I have not done the research to see
22   what products might.  I could tell you a few

1    products I might look at.
2    Q.    All right.  What products would you
3    look at?
4    A.    Nexium.
5    Q.    Okay.  Any others?
6    A.    That would be the first one, I mean
7    that would be the one that would come to mind.
8    Q.    All right.  Any others?
9    A.    No.  If you are -- now, let me back
10   up a step.  Depending on where we're -- what
11   we're talking about, there are certainly products
12   on the market that would get more than a 20
13   percent share with less than 20 percent share of
14   volume in the generic market.
15   Q.    Right.  I am talking about branded
16   products.
17   A.    Okay.
18   Q.    Let me ask you this, the point of
19   your Section 5, if I understand it correctly, is,
20   "I can be critical, obviously, that Cenestin is
21   an inferior product, poorly marketed with limited
22   indications, advanced by too small of a sales

1    force that was inexperienced," and so on.
2         And your response to all of that is:
3    "Well, it was done in a standard manner and it
4    was done in an appropriate manner."
5    A.    No, my response is that that is not
6    what the audits show.
7    Q.    What you are saying is that at least
8    in terms of the sales call they are just as
9    effective as Premarin or almost as effective and
10   so on.
11        I guess my question to you is this,
12   though, sir, if this is a marketing plan that is
13   typical for a small company that is executed in a
14   standard manner, all right, take away all of my
15   criticism.
16        Why do you think that Cenestin would
17   nevertheless do much better than any other
18   product in terms of achieving sales three times
19   what would be predicted based upon its
20   promotional span and share of voice?
21   A.    I am saying that no matter what they
22   had done, if they hadn't had the roadblocks of

1    formularies in stopping them from getting the
2    prescriptions filled, they would have done
3    better.
4         I am saying they had the right
5    promotional messages, they did what they needed
6    to do to research and see what the take was from
7    the physicians.
8         They changed the messages at
9    appropriate times.  They did the detailing and
10   sales efforts that they needed to do.  They were
11   reaching the physicians with messages that were,
12   they felt to be important.
13        But, if the prescription can't be
14   filled at the drugstore, so what.
15   Q.    But, here is my point.  When you say
16   that they were doing all of these things, okay,
17   my question is -- let's assume you are right.
18        Let's assume that they are
19   absolutely right, they are doing all of these
20   things, in an adequate manner, and I disagree
21   with that.  But, let's set that aside and say
22   that they were.

10/14/2004 Simon, Paul O.

**Page 221**

1    Why do you think that they would do
2  any better than all of the other pharmaceutical
3  companies with all of the other pharmaceutical
4  products that have launched their products and
5  advanced them in the exact same way that Duramed
6  did?
7    A.    Because they weren't launching a
8  product the same way that these people are.  When
9  you are going to market with a product like
10  Cenestin, or something that is a new chemical
11  entity, it is different than if you are going to
12  the market with a product that is already in the
13  marketplace and you can position yourself
14  directly against it, such as Premarin.
15    You don't need to go, I don't have
16  to go out and put promotional dollars to the
17  market to say, hey, you should be using
18  conjugated estrogens, they are already being
19  used.
20    Q.    Well, by that logic, Wyeth could
21  have decided when it launched Protonix, that
22  because Prilosec was already out there with

10/14/2004 Simon, Paul O.

**Page 222**

1  Astra-Zeneca, and Prevacid was already out there
2  with Tap that it didn't need to spend any dollars
3  either.
4    A.    That is not true.  Because that was
5  an NCE.
6    Q.    Wyeth's was a new chemical entity?
7    A.    Yes, it was.
8    Q.    And your view was that Cenestin was
9  the same chemical entity as Premarin?
10    A.    Yes.  In physicians' minds, in
11  patients' mind, in the pharmacists' minds, in the
12  research that Wyeth did, their conclusion was
13  that 83 percent of these pharmacists could make
14  this leap.
15    Q.    Okay.
16    A.    And, if there is a class effect, if
17  there is a belief that the two products, even
18  though the FDA says you can't use it for
19  osteoporosis, if that exists --
20    Q.    All right.  The study that you are
21  making this opinion on, that is a study that was
22  done by Wyeth before Cenestin was even approved

**Page 223**

1  or on the market.
2    A.    Correct.
3    Q.    And, at the time that Wyeth did that
4  study, no one knew what the indications were
5  going to be for the product; were you aware of
6  that?
7    A.    What difference did that make?  When
8  they asked the question to the pharmacists would
9  you, and they clarified it I believe later on in
10  the research, would you consider making this
11  switch, they said yes.
12    Q.    Okay.  And do pharmacists prescribe
13  drugs?
14    A.    No.  They fill prescriptions.
15    Q.    Okay.  So the doctors (sic) who fill
16  prescriptions, what research were you aware of
17  where physicians said that they believe that
18  Cenestin and Premarin were interchangeably?
19    A.    I am not aware of any.
20    Q.    Okay.  And, as a chemical matter,
21  Premarin and Cenestin aren't identical, are they?
22    A.    They are different I believe in the

10/14/2004 Simon, Paul O.

**Page 224**

1  whatever the 8-9 Delta, whatever, but, yes,
2  you're right.
3    Q.    And --
4    A.    They are not generically equivalent,
5  they are not AB rated, if that is what you are
6  asking.
7    Q.    And, is it your view that Duramed
8  could nevertheless achieve sales of $100 to $150
9  million with a share of voice of 8 percent and
10  not spending even half of what they expected
11  first year sales to be on marketing, because the
12  product was similar to Premarin?
13    Is that your point?
14    A.    I guess, what I need to tell you is
15  I can't predict what they would have done, or
16  what their market share would have been had they
17  put in another four, five, $600,000 for
18  promotion.  I don't know.
19    Q.    Did you examine what the other
20  pharmaceutical companies achieved in terms of
21  sales in relation to the number of details?
22    A.    What, as in here?

10/14/2004 Simon, Paul O.

1    Q.    Yes, sir.

2    A.    I took this to be accurate.  This is

3    true.

4    Q.    Have you examined, for example, the

5    James' report in this case?  I didn't see it on

6    your list.

7    A.    No.

8    Q.    Dr. James went through and analyzed

9    the number of details and then correlated the

10   details to market share, somewhat like

11   Dr. Kolassa's report.

12        Would you think, look at your

13   Table 6, for example, in truly determining the

14   effectiveness of a detail, isn't the best way to

15   do it to compare the number of prescriptions that

16   are generated per detail?

17        I mean, if you want to figure out

18   how your sales force is selling to doctors, isn't

19   the best way to do it to see whether or not the

20   doctors write scripts as a result of those

21   details?

22   A.    You raise an interesting point.  In

10/14/2004 Simon, Paul O.

1    consider, or you did not or were not able to do

2    written, and you did not do, did not do an

3    analysis of the number of prescriptions filled in

4    proportion to the detailing.

5    A.    No.

6    Q.    Would it be relevant to you in

7    determining whether or not Duramed's, Duramed

8    faced an impediment as a result of Wyeth's

9    contracts, how other pharmaceutical, or how other

10   pharmaceutical companies selling the estrogens

11   did in this category?

12   A.    No, because none of them were

13   excluded, or were included in the sole source

14   situation, so what they did doesn't matter, does

15   it?

16   Q.    Well, if -- have you considered at

17   all whether or not because the others, as you put

18   it weren't included in the sole source contract

19   language, whether their prescriptions were any

20   higher, or whether they achieved any more

21   prescriptions per detail than let's say Wyeth

22   did, or Cenestin?  Let me restate it.

10/14/2004 Simon, Paul O.

1    a perfect world, I think you are probably right.

2         If the prescription can't be filled,

3    what good is it?

4    Q.    But, here's the question, did you

5    look at how many prescriptions were written for

6    Cenestin in relation to the number of details

7    that were done?

8    A.    First off, you can't look at the

9    number that are written.  You can only look at

10   the number that are dispensed.

11   Q.    Okay.

12   A.    So, did I look at what was dispensed

13   as opposed --

14   Q.    Yes, sir.

15   A.    No.

16   Q.    And, did you look at how many were

17   written in relation to the number of details?

18   A.    Again, you mean filled?

19   Q.    Your point is that there is not a

20   data source to do written?

21   A.    Exactly.

22   Q.    All right.  And, so you didn't

10/14/2004 Simon, Paul O.

1         Have you considered at all how any

2    other pharmaceutical companies did in terms of

3    their sales of estrogen products by comparing the

4    number of prescriptions written in relation to

5    the number of details that their sales force did

6    on physicians?

7    A.    Here, again, it gets back to the

8    same issue that we have talked about here.  If

9    you are talking about products that are

10   different, I can't compare them.  It is not an

11   analogous situation.

12   Q.    So, your point is, is that overall

13   your view is Duramed could spend less money

14   marketing this product because it could

15   essentially be viewed in doctors' minds as much

16   like Premarin?

17   A.    That is part of it.  The other part

18   is if you are looking at a product like FemHRT,

19   for the sake of argument, you are looking at it

20   as a promotion against Premarin, Estrace,

21   Estropipate, the generics and all of those other

22   things.

1    If you are looking at a product that
2  is a conjugated estrogen, showing against a
3  conjugated estrogen, you are not, how do you
4  define this market?
5    What is the market, is there a
6  market just Premarin?  And are you only looking
7  at how the details, et cetera, would affect
8  against the conjugated estrogen?
9    Is that the market, or now is it all
10  ET and HT?  So, I don't know that it is totally
11  relevant.
12    Q.   I just want to understand your
13  opinion.  We may disagree on this, but I just
14  want to make sure that I understand it.
15    Is it your opinion that Duramed
16  could spend less money on launching its product
17  than Wyeth spends in promoting its product, or
18  any of the other competitors spend on their
19  product marketing in share of voice, because it
20  is a conjugated estrogen?
21    A.   It is my opinion that is if you have
22  a product that you can position well in the

1    A.   I never said that.
2    Q.   No?
3    A.   No.
4    Q.   Okay.
5    A.   Kolassa said that.
6    Q.   "Is it your opinion, based on years
7  in the pharmaceutical arena, that the sales force
8  is the most important thing in marketing a
9  product?"
10    "Answer:  Definitely."
11    A.   In terms of promotion, I think that
12  is true.
13    Q.   Okay, and you continue to believe
14  that it is also true that the sales force is the
15  most important tool that a company has in
16  marketing a pharmaceutical product?
17    A.   It is the most important promotional
18  tool they have in marketing a product.
19    Q.   Okay.  But -- all right --
20    A.   If you don't, if you can't get your
21  product filled though, and I think I make this at
22  the end of my report, if you can't get the

1  marketplace, build awareness and usage, and do it
2  effectively and efficiently, that there is no
3  standard rule, if you will, that would apply that
4  would say here is what you've got to spend.
5    I mean, I don't know of anybody that
6  goes to the market and says, well, if I spend
7  $100 million, I'm going to get a $100 million
8  product.
9    If I spend $500 million, then at the
10  end of this I am going to have a $500 million
11  product at the end of the first year.  I don't
12  think it works that way.
13    I think what you do is you go to the
14  market, you look at what is out there, you look
15  at the doctors.  You look at what their comfort
16  level is with other products, you define your
17  marketplace, and you sell your product.
18    Q.   Okay.  But, I don't think that
19  answers my question.
20    I mean, you, yourself, said that
21  basically at the beginning of your last
22  deposition, feet on the street, number of --

1  product filled, all of the marketing in the
2  world, if I would spend $500 million on the
3  product, wouldn't generate $100 million for me.
4    Q.   Okay.  You keep talking about if you
5  can't get it filled.  In this, there is no
6  instance where a doctor would write a
7  prescription and couldn't, and a patient couldn't
8  get it filled.
9    What they would do is if it is a
10  cash patient, they would pay cash, if it was an
11  insured patient, they would pay either the cash
12  price, they could pay the negotiated price, or it
13  could be a situation where it is on formulary or
14  at that option it could be a situation where even
15  though it is not on formulary it is reimbursed
16  like it is, right?
17    A.   You keep coming back to that.  But I
18  say that the -- if you look at the shares, they
19  are not different for cash, for Medicaid, for
20  managed care.  The doctor is not drawing that
21  conclusion.
22    If the patient calls the doctor and

10/14/2004 Simon, Paul O.

1  says, what the heck are you doing to me, doc, I
2  can't take this product, or it is not on my
3  formulary, or whatever.
4         Even if the cash price is only 15
5  cents different, the doctor is taking that
6  information, he is putting it in his head, and he
7  is saying I never had this problem with Premarin.
8  The heck with it I am just going to write
9  Premarin.
10     Q.    Okay.
11     A.    Am I talking too fast, I apologize.
12     Q.    We have covered this already and you
13  told me you don't know whether that really ever
14  happened.
15         But, let's go back to the question I
16  asked a moment ago, if you would scroll up here,
17  because I don't think I got an answer to it.
18         (Record read.)
19  BY MR. DOBIE:
20     Q.    That is the question.
21     A.    Let me answer it this way.  How are
22  you going to define the market?  What is the

10/14/2004 Simon, Paul O.

1         Q.    Do you know how Duramed defined the
2  relevant market?
3         A.    I do not.
4         Q.    Do you know its rebate contracts
5  defined the relevant market?
6         A.    How Duramed's --
7         Q.    Yes, sir.
8         A.    -- rebates?  No, I haven't seen
9  that.
10        Q.    You've seen the Wyeth rebate
11  contracts, how did Wyeth define the relevant
12  market?
13        A.    Wyeth basically defined it as the
14  whole category.
15        Q.    Right.  And you have looked at IMS
16  data, how does IMS define the relevant category?
17        A.    It depends.
18        Q.    Have you looked at the formularies
19  that various managed care organizations and HMOs
20  have produced in this case?
21        A.    No.
22        Q.    Do you know whether or not they

10/14/2004 Simon, Paul O.

1  market to you?
2         If the market, if I am Duramed, and
3  I say that my market is Cenestin and Premarin, do
4  you follow me?
5         Then guess what, I've got a 30
6  percent share of voice, because I do about half
7  of the details that Wyeth does.
8         Q.    Okay.  Is there anybody who has
9  defined share of voice as, for purposes of
10  marketing research, or any business purpose, that
11  only includes Cenestin and Premarin in the
12  relevant products for purposes of measuring share
13  of voice?
14        A.    I can tell you that when I was at
15  Bristol we struggled with these questions all the
16  time, especially when coming out with new
17  products, like BuSpar, which is theoretically a
18  new category product.
19        And, if you are a company like,
20  unfortunately the Vioxx came out there were two
21  or three, Celebrex, at the same time.  So, I
22  don't know that.

10/14/2004 Simon, Paul O.

1  typically list, within the category, eight or 10
2  different products?
3         A.    No.  It used to be, for example,
4  like PPIs, that would be its category, there
5  would be three or four products in there.
6         Q.    Okay.  But, let's go back to my
7  question.
8         If you assume that the relevant
9  market is the same way that it was defined by
10  Wyeth and Duramed in its contracts, it includes
11  all of the ERT and HRT products, is it your
12  belief that Duramed could spend less money and
13  could have a smaller share of voice and still
14  achieve the same sales, or the sales that you
15  think that they could have achieved because they
16  had the name conjugated estrogen?
17        A.    I think the conjugated estrogen name
18  was worth something to them.  I don't know how I
19  am going to answer your question.
20        The conjugated name has a value, and
21  I think that they clearly positioned their
22  product against Premarin.

1  So, even when Arrington went before

2  Wall Street or whenever it was that he made that

3  pronouncement, my understanding was he was

4  looking at, you know, positioning it directly

5  against Premarin as well.

6      Q.   All right.  So, if that was their

7  goal, if that was Duramed's goal to position its

8  product directly against Premarin and actually

9  take advantage of or use the benefit of the

10  conjugated estrogen name, and the history and

11  physicians prescribing experience with that,

12  don't you think, as a marketing matter, that any

13  pharmaceutical company would react to that and

14  attempt to maintain its customers?

15      A.   Absolutely.

16      Q.   And, they would have a marketing

17  plan to do so, right?

18      A.   Yes.

19      Q.   And, they would have a strategy for

20  how they were going to try to beat Cenestin in

21  the marketplace, correct?

22      A.   Correct.

1  structuring a contract to make Cenestin totally

2  unavailable in the marketplace.

3      A.   In -- yes.

4      Q.   Let's talk about that for a minute.

5      In your experience selling

6  pharmaceutical products, I am sure you have had

7  exclusive contracts, right?

8      A.   Exclusive in terms of --

9      Q.   You would be let's say the only

10  provider of generic, I mean --

11      A.   Absolutely.

12      Q.   -- Coumadin to a certain company?

13      A.   Right.  That's true, that's true.

14      Q.   And when you have an exclusive

15  contract like that, there is somebody else that

16  also makes a generic Coumadin that can't sell it,

17  correct?

18      A.   What do you mean they can't sell it?

19      Q.   They can't sell it to whoever you

20  have the exclusive contract with.

21      A.   First off with generics -- oh, sure

22  they can.

1      Q.   And, they would try to enter into

2  contracts with managed care organizations to

3  protect their market share, correct?

4      A.   Correct.

5      Q.   And, so the only thing that Wyeth is

6  doing that is different than any other

7  pharmaceutical company in its position would or

8  has done is what, sir?

9      A.   I think -- it is in the report.  I

10  think they have done several things.  And just

11  the fact that they do it, to me the biggest, the

12  biggest problem with regard to the contracts is

13  the fact that they singled out one product,

14  Cenestin, and made that totally unavailable to

15  the marketplace through the way that they

16  structured their contracts.

17      So, what do I think?  I think that

18  and the way that they structured their contracts

19  such that you would lose all of your rebates, or

20  potentially lose all of your rebates, made it

21  impossible for Cenestin to be successful.

22      Q.   Okay.  When you talk about Wyeth

1      Q.   All right.  Well, then let's back

2  up.

3      A.   They can come back.  I have a

4  contract with Cardinal, or whatever, the

5  wholesaler, my contract price is at $25 a

6  hundred.

7      There is nothing to stop company ABC

8  from coming in and saying Cardinal, I am going to

9  give that to you for $20.

10      Q.   That's competition?

11      A.   That's right.

12      Q.   So, even if you have an exclusive

13  contract, another company can always come in and

14  offer a better price?

15      A.   Correct.

16      Q.   A better product?

17      A.   Correct.

18      Q.   And you don't have any objection to

19  that?

20      A.   No.

21      Q.   And, that's a situation that you are

22  describing where you might be, until that better

10/14/2004  Simon, Paul O.

1  deal is offered, you might be the only provider
2  of that product to that particular company,
3  correct?
4      A.    Could be.
5      Q.    And, when you talk about Cenestin
6  being excluded from contracts as a result of
7  Wyeth's agreements with PBMs, they are not even
8  agreements that -- all of these contracts do is
9  make Premarin the preferred product on the
10  formulary, right?
11          It is not an agreement between Wyeth
12  and let's say ExpressScripts, that they are going
13  to be the only one selling estrogen products to
14  ExpressScripts, right?
15      A.    I missed that.
16      Q.    You said a moment ago that these
17  contracts make Cenestin totally unavailable in
18  the marketplace.
19      A.    Right.
20      Q.    And my point is, is, in fact, these
21  contracts are much less of an exclusive type of
22  agreement than even the type of agreements that

10/14/2004  Simon, Paul O.

1  out of the formulary, and can't be filled, there
2  is nowhere else to go, but Premarin.
3      Q.    You would need a new script for
4  Premarin versus Cenestin, they are not generics,
5  right?
6      A.    In generics, you write a
7  prescription for Capoten and anybody's Captopril
8  can be used.
9          If the prescription were written at
10  the physician's office for conjugated estrogens,
11  then the pharmacist would have the ability to
12  give Premarin or Cenestin, either one he wanted,
13  they aren't written that way.
14      Q.    Can you point to anything that would
15  suggest to you that -- well, let's assume that
16  the data that is in IMS is correct, that no
17  product has ever achieved more than a 5 percent
18  share of prescription market without having a 20
19  percent share of voice.
20          Can you point to anything about
21  Cenestin that would let it defy those odds?
22      A.    Yes.  The way it defined its market.

10/14/2004  Simon, Paul O.

1  you can enter into with a generic company because
2  they -- let me just finish -- these contracts
3  aren't even an exclusive sale, they are just a
4  contract looking for formulary position.
5          How does a contract that's -- is it
6  your view that any contract that seeks a
7  preferred formulary position for its product
8  makes the other products that are not on
9  formulary totally unavailable in the marketplace?
10      A.    It makes it totally unavailable on
11  that formulary.  And, as I said earlier in the
12  document, even if, you know, even if there is
13  availability, but you're only getting like 30 or
14  40 percent of the product excluded, that will
15  impact the way positions -- physicians prescribe.
16          And you are making a leap, because
17  when you are talking about a product like
18  Captopril, which has 13 different generics, I
19  could go to any other manufacturer and get that
20  product.
21          With regard to Cenestin, there is
22  only one manufacturer of Cenestin.  If it is off,

10/14/2004  Simon, Paul O.

1      Q.    That being?
2      A.    If Premarin was its market, then it
3  had more than a 20 percent share of voice.
4      Q.    Okay.  But, other than you saying
5  that that is how you define the market, you are
6  not aware of anybody else, whether at a PBM,
7  Wyeth, or Duramed that had ever defined the
8  market as just conjugated estrogens, are you?
9      A.    I am not aware of that.  I don't
10  know how, you keep coming back to that question.
11  I don't know how to answer it.
12      Q.    I mean, if it is your view that, I
13  mean I don't mean to be difficult about it.  If
14  it's your view that they could simply achieve the
15  sales that you think they should have had by
16  virtue of the name conjugated estrogens, much
17  like a generic, then, you know, then that's your
18  opinion and I understand that.
19          But, I guess I don't understand why
20  you think that if they achieve basically a
21  standard marketing program in every other way,
22  that they somehow would buck all odds?

1    A.    The magic number for me was not $100
2    million.  I don't know, I mean, the 6 percent,
3    whatever, it depends on how they view their
4    market.
5           As a company that is looking
6    specifically at Premarin as their business and
7    that is where they are going to promote against,
8    it makes perfect sense to me.
9       Q.    Oh, let me ask you about this, on
10   the sampling.
11          You disagree with Dr. Kolassa, on
12   page 19 of your report, and you say that:  "The
13   30-day sample package was not misapplied and that
14   it slowed the prescription uptake."
15          But, what Kolassa's biggest
16   criticism was that the samples were mailed,
17   right?
18          Do you think it was that mailing
19   samples, which are sometimes viewed as the cost
20   of admission in a physician's office at least
21   during this time period, would be the most
22   prudent way to try to get use by doctors of

1    A.    It could have.
2    Q.    Do you think it did?
3    A.    I don't know.
4    Q.    All right.
5           Oh, in the Wyeth contracts that we
6    have talked about, what is your understanding of
7    the extent to which the contracts can or cannot
8    be terminated?
9           You cited the example in the
10   generics you have got a deal to sell somebody
11   Coumadin, or whatever, for $25, and somebody else
12   comes in and offers a $20 price for their
13   product, and that that is competition.
14      A.    My understanding was that the
15   contracts could be terminated in like 90 days.
16      Q.    All right.  And, is it your
17   understanding that all of the contracts had those
18   provisions?
19      A.    I am pretty sure.
20      Q.    And, in light of that being the
21   case, why isn't this the situation with Premarin
22   having contracts with managed care organizations

1    Cenestin?
2       A.    I think the most prudent way is to
3    be able to hand them to the physician, yes.
4       Q.    And, on the giving away of 800,000
5    30-day samples, your point is --
6       A.    Is it 800,000?
7       Q.    I believe so.  Your point is, is
8    that if they had projected and that they
9    resulted in women then continuing on with the
10   product, that that would be money well spent?
11      A.    It was 600,000.
12      Q.    600,000,
13      A.    And yes.
14      Q.    But, you don't disagree, do you,
15   that if the sales, if what they had projected in
16   sales for the first year was 600,000 30-day doses
17   of being sold, and they instead gave them away as
18   samples, don't you think that that might have
19   been impacted sales at least during that first
20   1999 year?
21      A.    Could it have?
22      Q.    Yes.

1    much like what you describe with Teva and
2    generics?
3       A.    Because I don't go to a company and
4    say you can't use this product.  I wouldn't go to
5    a wholesaler and say you can use anybody but
6    Mylan's Captopril.
7           I don't go to Cardinal and say, hey,
8    you know what, if you don't buy my Captopril, I
9    am not going to give you a discount on Tegretol,
10   or Carbamazepine or any of these other products
11   that you are buying.
12          It is not where I am going to take
13   every single thing away from you.
14          We have done bundled contracts and
15   our bundled contracts specifically are, you know,
16   if you take 10 products you get this percent.
17          If you want to cut one out, okay you
18   cut one out.  Maybe you will only get 9 percent,
19   or maybe I can negotiate with you to take this
20   product, and we will keep the 10 percent.
21      Q.    So, in your view, one of the
22   hallmarks to whether the contracting is fair is

10/14/2004 Simon, Paul O.

1    whether or not the pharmaceutical company is
2    willing to negotiate the extent to which it does
3    or doesn't require a buyer to take all of the
4    products?
5        A.    I think you are putting words in my
6    mouth.  I think I said that is a part of it.  I
7    think that another part is I don't pick out one
8    particular competitor and say you can't use him.
9             I am not out to destroy another
10   generic manufacturer in my contracts and say
11   anybody but this guy.
12       Q.    Don't you think, do you think, sir,
13   that Duramed was out to beat Wyeth?
14            They were out to basically free ride
15   on their conjugated estrogen name, weren't they?
16       A.    I think --
17       Q.    And they were the ones who pushed
18   for that label.
19       A.    I think it is an interesting
20   question to which any answer I give you is going
21   to be glib, because the product that they
22   originally were trying to launch was an AB rated

10/14/2004 Simon, Paul O.

1    generic to Premarin.
2        Q.    Right.  So you understand that they
3    were trying to basically take advantage, just
4    like any generic does, of the marketplace that is
5    created by the branding company?
6        A.    Exactly.
7        Q.    Now, you say that -- oh, I wanted to
8    just see -- are you familiar with other exclusive
9    contracts, and we talked about PPI's, how about
10   OC's, insulin, ACE inhibitors, asthma or
11   diabetes?
12       A.    I not look at them, no.
13       Q.    Okay.  Can you list any of the top
14   branded drugs in 1974 that are still on the top
15   100 drug list?
16       A.    Oh, my gosh.  No, I can't.
17       Q.    Okay.
18       A.    I can tell by the grin on your face
19   that you didn't expect me to answer it.
20       Q.    Would you surprise you to learn that
21   the only one is Premarin?
22       A.    I would not be surprised.

1        Q.    And, if the product was found to be
2    the product of the century --
3        A.    Maybe Synthroid.
4        Q.    Okay.  I think Premarin is the only
5    one.  If the product was determined by
6    pharmaceutical marketing to be the product of the
7    century, wouldn't you expect it to be on more
8    formularies in the exclusive position than any
9    other product in its class?
10       A.    I don't expect one to have any
11   relation to the other.
12       Q.    Okay.  The fact that it has been
13   around for, since the 1940s, would that at all
14   make you think that the product would be more
15   likely to be in the exclusive position than the
16   other products in the class?
17       A.    Not at all.
18       Q.    All right.
19       A.    If anything, just the opposite.  How
20   many drugs can you mention that have been around
21   40 years, are exclusive?  One?  So, no, I
22   wouldn't expect that.

10/14/2004 Simon, Paul O.

1        Q.    Okay.  How many products in the
2    category have all of the indications that
3    Premarin has?
4        A.    I don't know.
5        Q.    Oh, have you ever looked at Merck,
6    Lilly or Pfizer contracts?
7        A.    No.
8        Q.    Do you know to what extent they
9    commonly bundle?
10       A.    I can tell you, and I think we had
11   this discussion last time, that contracts are
12   relatively confidential things.  They are not
13   necessarily shared with people like myself.
14       Q.    Can you list any examples where
15   Cenestin, at its rebated price, was lower than
16   Premarin's rebated price?
17       A.    No.  What do you mean rebated price?
18       Q.    The net price including rebates.
19       A.    I can tell you in the, because I
20   haven't re-reviewed the contracts, but, I can
21   tell you that during the initial review in 2002,
22   there were instances where price concessions were

1  made that were considerably lower priced than
2  Premarin, but they still didn't get the business.
3      Q.   Sir, you mentioned a moment ago that
4  you thought that Wyeth was specifically targeting
5  Cenestin.
6          When you were at Sigma-Tau and
7  working on defending the amino acid product for
8  diabetes -- I am sorry, for dialysis?
9      A.   Carnitor.
10     Q.   Yes, sir.  Weren't you targeting
11 those generic companies that were, in your view
12 unfairly trying to market their product without
13 the same indications and so on that Sigma-Tau had
14 for its product?
15     A.   Interesting question.  At Sigma-Tau,
16 we had contracts, but the contracts called not so
17 much for us, and we never really matched prices
18 that a generic would have.
19         We offered them contracts that would
20 call for us to provide services to them like
21 education of their office nurses and things like
22 this.  So, we provided value-added services.

10/14/2004 Simon, Paul O.

1          In terms of the contracts, the
2  contracts themselves, when the FDA decided not
3  to, how do I want to say this, they decided that
4  they weren't going to discriminate on how they
5  paid for the product because all of this goes
6  through Medicare.
7      Q.   Right.
8      A.   When they decided they were not
9  going to get involved in how the product was paid
10 for, it became, you know, we will offer you this
11 price, we will provide these services, you can go
12 with us.
13         The large providers went with, in
14 most cases, the lower priced generic.  So, did I
15 try and keep my business, absolutely.
16     Q.   And sell your customers on the
17 indications for the Sigma-Tau product versus the
18 generic?
19     A.   In terms of -- yes, yes.
20     MR. DOBIE:  Why don't we go off the
21 record.
22     THE VIDEOGRAPHER:  Off the record.

1  The time is 3:05.
2          (Recess -- 3:05-3:17 p.m.)
3          THE VIDEOGRAPHER:  Back on the
4  record.  The time is 3:17.
5  BY MR. DOBIE:
6      Q.   Mr. Simon, I just have a few more
7  questions for you.  If we could go back to your
8  report at pages 12 and 13.
9          And let me ask you if you could look
10 specifically at Table 3, which is the chart that
11 compares Cenestin's retail price versus the
12 second-tier co-pays commonly utilized as
13 indicated in the Takeda report during this time
14 period, and you show, for example, the difference
15 between the second-tier co-pay and the cash price
16 retail for Cenestin in 1999 was $3.43, correct?
17     A.   Correct.
18     Q.   And if you take it all of the way
19 through 2002, it is as much as $5.38, the
20 difference between the typical co-pay and the
21 retail price for Cenestin, correct?
22     A.   That is correct.

10/14/2004 Simon, Paul O.

1      Q.   For that dosage size?
2      A.   Well, for that dosage size and using
3  the data from the Takeda report as to what is the
4  appropriate, you know, what were the tiers,
5  actually tier prices.
6      Q.   And what I am wondering, sir, is are
7  you aware of any data that would indicate that
8  patient behavior is different based upon in terms
9  of what products they might demand based upon a
10 co-pay differential of the magnitude that is
11 indicated for the .625 dosage, one month?
12     A.   I -- no, I don't know that.  I don't
13 know that that research has ever been done.
14     Q.   All right.  And so, do you know
15 whether or not a co-pay differential as -- strike
16 that.
17         When you said I don't know if that
18 research has ever been done, you don't know
19 whether or not research indicates that a $1.00
20 co-pay differential makes a difference to
21 patients or a $15 --
22     A.   Exactly.

1    Q.    And, how about if we took, if we

2  asked the same question as it relates to

3  physicians, do you know if research has been done

4  in terms of whether a $3.43 to the $13.40 per

5  month co-pay differential would make any

6  difference to physicians?

7        A.    I don't know.

8    Q.    At the time that Cenestin was

9  launched, you mentioned that there was a

10  consultant that was working with Duramed in

11  connection with launching the product, do you

12  recall that?

13        A.    There was a company or someone that

14  was giving them guidance with regard to managed

15  care.

16    Q.    Do you know whether or not there

17  were any studies that were done in connection

18  with the decision to set Cenestin's initial price

19  at near parity to Premarin?

20        A.    No.

21    Q.    In your experience with branded

22  pharmaceutical companies, is it typically a case

1  where a study would be done of what would be the

2  appropriate price at launch?

3        A.    Typically, yes.

4    Q.    Are you aware, have you been

5  involved in any situations where a branded

6  product was launched, and there was not a study

7  that was done to determine the appropriate price

8  at launch?

9        A.    In terms of brands?

10    Q.    Yes, sir.

11        A.    I cannot conclusively say, no.  I

12  can't answer that question, I don't know.  I

13  mean, to my knowledge some of the products that I

14  launched or that were launched at

15  Hoffmann-La Roche could very well have been done

16  without dollar studies.

17          It would be just something that

18  says, here is what the average patient cost is or

19  you take a product like Tagamet, who is brand new

20  to a category, here is what it costs for an

21  ulcer, here is what our product price should be

22  based on the savings we can make.

1        Whether there was actually

2  sensitivity study or something like that going

3  on, I don't know.

4    Q.    Wait a minute, Tagamet is a billion

5  product, you are telling me that Hoffmann would

6  have launched that product without doing a

7  study --

8        A.    Hoffmann didn't launch Tagamet.

9  Tagamet was a SmithKline --

10    Q.    All right.  Is it your view that

11  SmithKline would have launched Tagamet without

12  doing a pricing study on their product?

13        A.    I am saying that back in the early

14  '80s and '70s, late '70s, there was not a

15  tremendous sophistication to do primary research

16  with what should be the price of a product when

17  it is launched.

18          At least not to the extent that they

19  are going to doctors and asking them what is

20  their, you know, where are they going to resist.

21    Q.    Okay.  How about --

22        A.    In the mid-'80s, Baces Burke (ph.)

1  and some of the others started coming to the

2  market with ways to measure them and to look at

3  what is the value of specific things.

4    Q.    And, you have -- so, would you say

5  by the late '90s it was common for branded

6  companies to do studies on what would be the

7  appropriate price at the time that they are

8  launching a branded pharmaceutical?

9        A.    I would say that that would be

10  common.

11    Q.    Have you ever read Dr. Kolassa's

12  book on pricing separate and apart from any work

13  in connection with this case?

14        A.    No.

15    Q.    In your report you talk about the

16  Solvay sales force and the Duramed sales force on

17  page 16.

18        A.    Uh-huh.

19    Q.    Let's start with Solvay.  Is it, do

20  you have any understanding as to whether Solvay,

21  whether the sales people that were tasked for

22  selling Cenestin were also involved in selling

1    physicians other estrogen and hormone replacement

2    products?

3         A.    I don't understand your question.

4         Q.    Okay.  You talk about, look at the

5    last sentence of the section right before

6    effectiveness, that sentence that says:  "The

7    Cardinal sales reps all had over one year of

8    sales experience and were only charged with

9    obtaining product knowledge for one product."

10        Do you see that?

11        A.    Correct, yep.

12        Q.    All right.  So, maybe let's just

13   start with Cardinal.  With Cardinal, is it your

14   belief that they were only selling Cenestin?

15        A.    Yes.

16        Q.    And, you have no understanding that

17   they were also selling Solvay's products as well?

18        A.    Correct.

19        Q.    And, is it your belief that that was

20   true throughout the time period that Duramed and

21   Solvay were working together as partners?

22        A.    I don't know what happened

1    data that you used for purposes of that table?

2         A.    This table was originally provided

3    to me from, I want to say from Duramed during the

4    original.

5         Q.    The data that's here?

6         A.    The data that's here.

7         Q.    So, for example, under Table 5, that

8    is on page 17, you have got Solvay Pharmaceutical

9    and you've got Estrotab and you've got Cenestin.

10        A.    Right.

11        Q.    But, you don't list, for example,

12   Estratest, which is another Solvay product, you

13   don't list Prometrium?

14        A.    That's absolutely right.  I only

15   looked at these products in these categories.  I

16   didn't look at anything other than that.

17        Q.    Why is that?

18        A.    Because this is the way the data

19   came to me.  This is what I had originally asked

20   for, and I didn't feel it necessary to go back

21   and ask for more.

22        Q.    Okay.  But, you have got, for

1    throughout the whole -- when did it -- well, I

2    don't know.

3         Q.    Okay.  And, with Solvay, is it your

4    understanding that the Solvay sales reps were

5    selling Cenestin and Solvay products or just

6    Cenestin?

7         A.    No, no, no, Cenestin and Solvay

8    products.

9         Q.    And, do you have any understanding

10   as to what product was prioritized from what

11   position when the Solvay reps were out promoting

12   it?

13        A.    Well, in here, at least when it

14   talks to the estrogen products, it shows that

15   Solvay clearly, by a factor of five times, was

16   spending more time on Cenestin than they were on

17   Estrotab.

18        Q.    Do you know how it compared to the

19   time that they spent on Prometrium (ph.) or

20   Estratest or Luvox?

21        A.    I did not.

22        Q.    How did you go about pulling the

1    example, you do have, with Wyeth, you've got the

2    Premarin, you've got the ERT and the HRT

3    products.

4         With Solvay, you've only got some of

5    the ERT products.

6         A.    Well, in the same context, I also

7    don't have the fact that, you know, in certain,

8    some of the data that was provided on the Nexus

9    reports from Wyeth, I don't include the data that

10   they have that talks about, you know, this is the

11   product they were talking to before they were

12   talking about Premarin.

13        Q.    Okay.

14        A.    So, I didn't include anything that

15   was extemporaneous or outside of this

16   marketplace.

17        Q.    So, this is data that was provided

18   to you by Duramed?

19        A.    Yes.

20        Q.    In electronic format?

21        A.    I don't remember.

22        Q.    Okay.  Did you get any of the data

1    that is used for any of these tables in an

2    electronic medium?

3         A.    The data that I got in electronic I

4    gave to you.

5         Q.    Okay.

6         A.    Or I shouldn't say I gave it to you,

7    I gave it to Jay, and I think he forwarded it to

8    you.

9              MR. DOBIE:  Mr. Simon, I have no

10   other questions for you at this time.

11             MR. COHEN:  Thank you.

12             THE VIDEOGRAPHER:  You do have

13   questions or you don't?

14             This concludes today's videotaped

15   deposition of Mr. Paul O. Simon.  This is Tape 3

16   of three.  Going off the record, the time is

17   3:28.

18

19        (Deposition adjourned at 3:28 p.m.)

20             (Signature waived.)

21

22

---

**10/14/2004  Simon, Paul O.**

1         CERTIFICATE OF COURT REPORTER

2    UNITED STATES OF AMERICA   )

3    DISTRICT OF COLUMBIA       )

4         I, LORI GOODIN MACKENZIE, the reporter

5    before whom the foregoing deposition was taken,

6    do hereby certify that the witness whose

7    testimony appears in the foregoing deposition was

8    sworn by me; that the testimony of said witness

9    was taken by me in machine shorthand and

10   thereafter transcribed by computer-aided

11   transcription; that said deposition is a true

12   record of the testimony given by said witness;

13   that I am neither counsel for, related to, nor

14   employed by any of the parties to the action in

15   which this deposition was taken; and, further,

16   that I am not a relative or employee of any

17   attorney or counsel employed by the parties

18   hereto, or financially or otherwise interested in

19   the outcome of this action.

20

              LORI GOODIN MACKENZIE

21             Notary Public in and for the

              District of Columbia

22

My Commission expires April 14, 2006

**$**

**$1.00** [256:19]
**$10** [37:16,20] [59:22] [60:2,9]
**$100** [213:18] [215:9,10,16 ,17] [224:8] [230:7] [232:3] [245:1]
**$110** [189:17]
**$13** [163:4] [170:21]
**$13.40** [257:4]
**$15** [256:21]
**$150** [215:9,10,16,17] [224:8]
**$19.89** [203:16]
**$2** [200:18] [201:8] [203:17] [205:19] [207:1]
**$2.80** [204:4]
**$20** [59:22] [240:9] [247:12]
**$22.24** [204:2]
**$23.08** [203:22]
**$25** [240:5] [247:11]
**$3.43** [255:16] [257:4]
**$350** [12:6,21] [13:11]
**$5** [37:16,19]
**$5.38** [255:19]
**$500** [230:9,10] [232:2]
**$600,000** [224:17]
**$88** [207:1]

**.**

**.3** [118:12] [119:4] [120:11,17] [122:5]
**.45** [118:10] [119:4] [120:7,18] [122:4]
**.625** [91:12] [92:10] [93:19] [94:21] [194:18,20] [256:11]
**.9** [92:10]

**0**

**01** [1:4] [7:9]
**03** [1:11] [7:10]
**04** [10:16,17]
**07940** [5:5]

**1**

**1** [1:4,11] [6:6] [7:9,10] [14:22] [15:1,5] [17:11] [131:16]
**1.25** [91:11,16,21] [93:10,14] [94:6] [95:1,9,11] [97:9,12] [162:4] [186:4,10]
**1:00** [179:13]
**1:001:40** [179:13]
**1:00-1:40** [179:13]
**1:40** [179:15]
**10** [141:5,21] [144:19] [145:1,6,7,11] [146:3] [177:9] [180:3,5] [184:5,7] [236:1] [248:16,20]
**100** [11:22] [51:2] [79:12] [206:22] [208:13,19] [209:

**2**

**2** [6:7] [25:4] [63:14,15,18] [66:4] [158:14] [194:14] [196:9] [202:12,17] [203:1]
**2:13** [211:9,10]
**2:132:16** [211:10]
**2:13-2:16** [211:10]

**1]** [210:6,7,17] [212:14] [213:3] [214:8,13] [250:15]
**1050** [4:7]
**1075** [15:9] [17:1]
**1076** [15:18] [62:4]
**1079** [161:3,5] [162:20] [168:8] [170:14]
**1080** [209:12,14]
**1081** [216:3]
**1086** [212:12]
**10964** [160:13]
**11** [63:22] [160:16] [205:15]
**11:29** [109:9,10]
**11:2911:43** [109:10]
**11:29-11:43** [109:10]
**11:43** [109:14]
**117** [6:9]
**117064** [172:16]
**118** [6:10]
**11th** [6:12] [131:1]
**12** [146:1] [181:8] [184:9] [194:14] [200:13,17] [201: 7,8] [203:17] [205:18] [207:1] [255:8]
**125** [72:6]
**125woman** [72:6]
**125-woman** [72:6]
**13** [59:6] [242:18] [255:8]
**130** [6:12]
**14** [1:18] [2:3] [204:16] [206:14,19] [209:1] [266:]
**140** [6:14]
**1400** [2:4] [7:12]
**14th** [7:13]
**15** [6:6] [206:14] [233:4]
**150** [208:14,19]
**16** [49:2] [260:17]
**16.92** [203:3]
**163439** [1:22]
**163440** [1:21]
**17** [49:20] [263:8]
**17101** [3:17]
**18** [208:13,16] [216:15,17]
**1818** [3:6]
**19** [245:12]
**19.89** [203:20]
**19103** [3:8]
**1940s** [251:13]
**196** [6:16,18]
**197** [6:21]
**1974** [250:14]
**1977** [50:11] [51:14]
**1990s** [216:8]
**1991** [64:8]
**1997** [205:4]
**1999** [71:10] [78:3] [246:20] [255:16]

**2:16** [211:14]
**20** [60:10] [140:12] [205:20] [216:20] [217:4,20] [218:12 ,13] [243:18] [244:3]
**2000** [17:6] [39:14] [43:18] [65:21] [78:4] [137:5] [162:13]
**2000/2001** [161:9]
**20007** [4:8]
**2001** [39:15] [137:6]
**2002** [63:22] [116:16] [118: 20] [119:11] [137:3] [196:12] [203:20,21] [252:21] [255: 19]
**2003** [28:15] [117:21] [152: 12] [196:11]
**2004** [1:18] [2:3] [6:12] [7:13] [21:16] [78:6] [131:1]
**2006** [266:]
**202** [4:9]
**2023378000** [4:9]
**202-337-8000** [4:9]
**205** [217:2]
**206** [217:2]
**215** [3:9]
**2154960300** [3:9]
**215-496-0300** [3:9]
**23** [52:15]
**23598** [172:15]
**24** [160:17] [181:8]
**25** [162:5] [179:19]
**250** [64:2]
**2500** [3:7]
**2531** [66:18]
**2533** [66:19]
**2536** [66:4]
**2537** [67:17]
**2539** [73:1]

**3**

**3** [6:9] [63:10] [64:17] [74:11] [117:16] [118:2,7] [120:7] [172:15] [195:15] [200:1] [202:12] [255:10] [265:15]
**3:05** [255:1,2]
**3:053:17** [255:2]
**3:05-3:17** [255:2]
**3:17** [255:4]
**3:28** [265:17,19]
**30** [3:15] [145:8] [160:21] [234:5] [242:13] [245:13] [246:5,16]
**301** [159:16,19] [160:20] [168:8]
**304** [211:4,18] [212:5,8]
**30day** [245:13] [246:5,16]
**30-day** [245:13] [246:5,16]
**30th** [4:7]
**312** [4:16]
**3125585600** [4:16]
**312-558-5600** [4:16]
**33** [169:4]
**337** [4:9]
**35** [4:14]
**364** [3:18]

**38** [177:6]
**3rd** [3:15]

**4**

**4** [6:10] [82:8] [91:7] [97:19] [118:3,4] [119:2]
**40** [141:6] [142:2,5,11,15,18 ,22] [144:9] [152:14] [179:19] [185:18] [189:20] [242:14] [251:21]
**44** [170:15]
**45** [161:16] [162:15]
**47** [35:22]
**496** [3:9]

**5**

**5** [5:4] [6:11] [101:7] [130:17 ,18] [134:18] [204:16] [216:18] [217:5,19] [218:19] [243:17] [263:7]
**50** [37:13] [55:4] [76:12] [79:14,15] [95:12] [210:18] [212:1]
**500** [152:10,19] [155:9]
**50yearold** [95:12]
**50-year-old** [95:12]
**55** [152:12]
**558** [4:16]
**56** [152:12]

**6**

**6** [6:13] [115:13] [121:6] [127:1] [139:14] [140:2,3,6 ,12] [208:15] [225:13] [245:2]
**60** [49:4] [81:13] [142:15,19 ,22] [159:13] [170:9] [173:19] [174:5,8,15]
**600,000** [246:11,12,16]
**60601** [4:15]
**606019703** [4:15]
**60601-9703** [4:15]
**62** [160:20]
**63** [6:8] [95:10]
**63yearold** [95:10]
**63-year-old** [95:10]
**65** [160:15] [171:14] [174:8] [210:3]

**7**

**7** [6:15] [66:5] [196:15,17] [197:5,6,16]
**70** [152:9] [159:14] [171:14]
**700** [3:16]
**70s** [259:14]
**717** [3:18]
**7173641004** [3:18]
**717-364-1004** [3:18]
**73** [92:13]
**744** [65:18,19]
**75** [170:9] [173:19] [174:15]
**77** [71:21] [94:5,20] [96:22]

[97:5]
**79** [210:12] [211:18]
**7th** [43:18] [45:4]

**8**

**8** [6:3,17] [145:12] [160:22]
   [168:10] [176:18] [196:16,18]
   [197:5,10] [198:3] [224:1,9]
**80** [51:21] [206:21]
**800,000** [246:4,6]
**80s** [259:14]
**822** [121:10] [123:15]
**822women** [121:10]
**822-women** [121:10]
**83** [193:10,12] [222:13]
**87** [50:11] [51:14]
**89** [224:1]
**8-9** [224:1]

**9**

**9** [6:19] [52:15] [91:12]
   [145:13] [172:9] [179:18]
   [197:1,4,5,11] [198:14]
   [248:18]
**9.7** [169:18,22] [177:6]
**9:39** [2:3] [7:14]
**9:47** [16:3,4,6]
**9:479:47** [16:4]
**9:47-9:47** [16:4]
**9:57** [24:20,21]
**9:579:59** [24:21]
**9:57-9:59** [24:21]
**9:59** [25:1]
**90** [146:4] [162:14] [247:15]
**90s** [260:5]
**91** [211:4,18] [212:4]
**94** [131:12]
**96** [133:13]
**99** [91:12,17,22] [92:1]
   [161:9]

**A**

**a.m** [2:3] [7:14] [16:4] [24:21]
   [109:10]
**ab** [59:11] [224:5] [249:22]
**abc** [240:7]
**ability** [243:11]
**able** [19:9] [23:20] [47:10]
   [49:11] [58:8] [156:13]
   [189:7] [217:18] [227:1]
   [246:3]
**absolutely** [32:14] [126:20]
   [128:4] [182:8] [220:19]
   [237:15] [239:11] [254:15]
   [263:14]
**absorbed** [65:13] [83:9]
**absorbing** [84:14]
**absorption** [65:9]
**accept** [198:6]
**accepted** [162:13]
**access** [25:15] [159:13]
   [172:10]
**accomplish** [141:21]

**according** [216:16]
**accurate** [23:8] [49:1] [51:2
   ,3] [53:1,2] [150:15] [174:8]
   [225:2]
**ace** [250:10]
**achieve** [216:11] [224:8]
   [236:14] [244:14,20]
**achieved** [141:5] [216:18]
   [217:19] [224:20] [227:20]
   [236:15] [243:17]
**achieving** [144:19] [219:18]
**acid** [253:7]
**acquisition** [37:15]
**across** [113:9] [157:12]
   [170:15]
**action** [1:] [125:16] [266:14
   ,19]
**actions** [61:15] [126:12]
**active** [23:17] [24:9] [162:9]
**activities** [36:6]
**activity** [13:6]
**actual** [67:10]
**actually** [21:12] [26:14]
   [27:3] [28:6,15,21] [31:17]
   [32:20,21] [36:8] [38:1]
   [43:14] [63:12] [71:17]
   [107:19] [113:14] [118:2]
   [123:16] [152:14] [156:9]
   [163:15] [178:18] [202:15]
   [204:14] [214:5] [237:8]
   [256:5] [259:1]
**ad** [18:22] [19:15]
**add** [62:22] [65:8]
**added** [133:8] [135:10]
   [149:10,12]
**adding** [149:2]
**addition** [24:6] [174:20]
**additional** [23:4] [41:12,17]
   [42:11,12] [44:3] [76:3]
   [81:7] [117:1] [120:3]
   [149:4]
**addme** [65:8]
**add-me** [65:8]
**adds** [203:13]
**adequate** [220:20]
**adjourned** [265:19]
**adjust** [202:11]
**admission** [245:20]
**advanced** [152:8,17] [153:3
   ,15,16] [156:19] [157:1]
   [218:22] [221:5]
**advantage** [74:13] [77:1]
   [96:17] [115:7] [117:9]
   [237:9] [250:3]
**advantageous** [155:1]
   [167:9]
**advantages** [34:1] [75:18]
   [84:15] [116:18]
**advertising** [210:16] [215:18]
**advice** [163:20] [164:1]
**advising** [164:16,17]
**advisors** [18:15,16,17]
   [19:16] [20:2,5]
**affect** [77:13] [179:20]
   [229:7]
**affirmatively** [108:16]

[149:2,9,11]
**afterwards** [60:17]
**again** [42:10,15] [43:1]
   [48:9] [56:9] [61:6] [64:16]
   [77:8] [87:16] [88:4,18]
   [97:13] [137:15] [140:12]
   [167:5] [198:15] [200:20]
   [212:9] [226:18] [228:7]
**against** [62:9] [63:4] [110:22]
   [141:13] [146:18] [151:4]
   [221:14] [228:20] [229:2,8]
   [236:22] [237:5,8] [245:7]
**aggressive** [178:22]
**ago** [11:10,15] [129:14]
   [165:6] [191:1] [215:6,7]
   [233:16] [241:16] [253:3]
**agree** [76:1] [78:11] [100:5]
   [103:21] [108:6] [113:8]
   [114:14] [119:9] [128:17,21]
   [134:19] [152:22] [185:14,22]
**agreed** [162:9]
**agreeing** [197:17]
**agreement** [149:1] [167:6]
   [241:11,22]
**agreements** [20:18] [61:11]
   [241:7,8,22]
**ahead** [14:21] [27:15] [63:13]
   [118:3] [129:11]
**aid** [1:] [3:11] [7:6] [13:17,20]
   [14:1,3] [65:20] [66:8]
   [72:15] [110:5] [199:16,18]
**akin** [185:6]
**akron** [51:18]
**al** [1:]
**allow** [135:7] [136:20]
   [137:9] [138:17]
**allowed** [61:11] [84:16,19]
   [147:21]
**allows** [123:22]
**almost** [59:8] [66:18,19]
   [185:5] [219:9]
**along** [13:14] [21:8,10]
   [55:4] [116:7] [200:12]
**already** [30:16] [89:16]
   [123:20] [214:22] [221:12,18
   ,22] [222:1] [233:12]
**alternative** [75:9]
**although** [91:10]
**always** [80:2,6] [85:13,14]
   [90:6] [189:6] [240:13]
**am** [7:16] [9:17] [11:21,22]
   [13:2,4,6,21] [17:19] [23:15]
   [27:14] [28:14] [31:20]
   [39:14] [40:17] [45:10]
   [46:3,19] [48:1] [52:20]
   [55:11] [61:10,11] [68:10,11]
   [69:11,19] [70:8] [71:11]
   [73:16] [74:9] [75:22]
   [76:5] [79:5] [80:18] [82:2,6]
   [85:20] [86:3,10] [87:17,20]
   [88:21] [89:14] [90:6]
   [94:13,17] [96:8,14,22]
   [97:4] [100:16] [102:7]
   [103:14] [106:10] [107:22]
   [108:13,15] [110:8] [111:2]
   [113:4,7,11] [114:18]

[117:13] [121:2,22] [122:11]
   [124:4] [130:21] [131:5]
   [132:20] [133:2,12] [134:7
   ,8,11] [135:2,5,11,17]
   [136:1] [142:2] [143:5]
   [144:14] [145:3] [146:5,9]
   [148:8,9,15] [149:21]
   [150:4] [152:5] [153:22]
   [154:1] [155:13,14,15]
   [156:7] [157:14] [159:16]
   [163:13,15] [168:15,16]
   [169:8] [170:3,7,22] [171:9
   ,10,20] [173:10] [174:1,10,11
   ,16] [177:1] [186:14,16]
   [187:13,22] [190:2] [192:18]
   [196:22] [204:2,6,16,20]
   [212:7] [218:15] [219:21]
   [220:4] [223:19] [230:10]
   [233:8,11] [234:2] [236:19]
   [239:6] [240:8] [244:9]
   [247:19] [248:9,12] [249:9]
   [253:8] [256:6] [259:13]
   [266:13,16]
**america** [122:21] [266:2]
**american** [121:12,18]
**amino** [253:7]
**amount** [123:14] [140:17]
   [151:8] [216:9,10]
**amoxicillin** [69:2,3] [82:17]
   [83:9,12,17] [84:4,9,10,12
   ,16]
**ampicillin** [69:2] [82:19,21]
   [83:6,14]
**analogous** [228:11]
**analysis** [86:22] [139:19]
   [154:4,11] [158:4] [210:2]
   [227:3]
**analysts** [208:18]
**analyzed** [225:8]
**ancillary** [156:3]
**and/or** [150:17]
**anda** [60:20]
**announcements** [155:18]
**announcing** [118:8] [119:3]
**annual** [209:2] [212:21]
   [213:4]
**answer** [64:10] [77:3,12]
   [80:1,11] [85:8,12] [102:20]
   [104:9] [113:17] [122:9]
   [132:6] [152:6] [154:18]
   [215:12] [217:10] [231:10]
   [233:17,21] [236:19] [244:
   11] [249:20] [250:19] [258:
   12]
**answered** [52:17] [73:3]
   [123:19] [132:1] [217:7]
**answers** [95:20] [230:19]
**anthem** [6:19] [197:12]
   [198:15] [200:4]
**anticipate** [61:16]
**anticipating** [29:10]
**anybody** [14:12] [124:11]
   [163:17] [182:5] [230:5]
   [234:8] [244:6] [248:5]
   [249:11]
**anybodys** [243:7]

**anymore** [58:5] [81:20]
**anyone** [14:1,3] [34:13] [182:17]
**anything** [10:4] [16:16,19,21] [18:13] [22:6] [36:10] [40:19] [53:3] [67:3,5] [76:22] [91:1] [95:13] [138:12] [139:12] [156:22] [177:1] [189:1] [193:13] [194:4] [243:14,20] [251:19] [263:16] [264:14]
**anyway** [109:1]
**anywhere** [32:9]
**apart** [260:12]
**api** [23:16]
**apologize** [233:11]
**apothecary** [1:4] [14:12,14]
**appearances** [3:1] [4:1] [5:1]
**appeared** [90:14]
**appears** [266:7]
**applicable** [198:12]
**apply** [9:1] [230:3]
**approach** [202:16]
**appropriate** [12:15] [23:21] [41:7] [71:1] [86:20] [87:1] [90:11] [105:5] [133:21] [166:10,14] [219:4] [220:9] [256:4] [258:2,7] [260:7]
**appropriately** [48:18]
**approval** [120:3,9,11,17] [122:6,17] [123:9,15] [135:19] [211:21]
**approved** [71:10] [91:11,13 ,16,22] [92:1] [97:21] [102: 12] [105:6] [108:20] [118:13] [119:4,15] [121:14] [175:19] [180:5] [222:22]
**approximately** [7:13]
**april** [266:]
**area** [188:12]
**areas** [26:6]
**arena** [231:7]
**arent** [101:9] [102:11] [114: 1] [146:10] [156:5] [187:6,18] [195:21] [213:15] [223:21] [242:3] [243:13]
**argue** [110:22] [141:19]
**argument** [228:19]
**arise** [11:6]
**aronchick** [3:14]
**around** [92:4] [161:16] [182:11] [251:13,20]
**arrangements** [52:7]
**arrington** [208:18] [237:1]
**arrive** [86:20]
**arthritis** [112:6,7]
**articles** [110:21]
**aside** [220:21]
**ask** [15:22] [17:10,16] [44:16] [63:8] [65:1] [71:7] [82:3] [86:5] [91:5] [97:19] [103:1] [105:2] [106:21] [126:21] [142:3] [159:4,11] [176:17] [179:17] [184:3] [191:3] [194:8] [199:15]

[204:12,15] [211:2] [215:2] [218:18] [245:9] [255:9] [263:21]
**asked** [11:4] [52:10] [60:6] [73:21] [78:5] [103:9] [131:15] [132:3] [152:4] [166:18] [191:9] [196:5] [198:6] [215:2,3,7] [217:1] [223:8] [233:16] [257:2] [263:19]
**asking** [79:20] [121:2] [123:22] [133:9] [136:1] [142:21] [189:12,22] [224: 6] [259:19]
**asks** [67:19]
**aspects** [127:4]
**asserted** [116:2] [124:7,10]
**assessment** [209:16] [211: 20]
**associate** [131:15]
**associated** [101:22]
**association** [7:19] [121:12 ,19]
**assume** [15:19] [22:6] [39:17] [99:10,21] [109:1] [110:15] [113:8] [116:6] [131:5] [180:3] [188:15,19] [199:2] [220:17,18] [236:8] [243:15]
**assumed** [213:2]
**assuming** [114:20] [169:9] [211:20]
**assumption** [76:6] [111:1]
**asthma** [250:10]
**astra** [61:1,4] [146:12,19] [147:16] [153:12] [222:1]
**astrazeneca** [61:1] [146:12 ,19] [147:16] [153:12] [222:1]
**astra-zeneca** [61:1] [146:12 ,19] [147:16] [153:12] [222:1]
**atrophy** [99:11] [118:14] [120:12] [122:7]
**attached** [6:22] [61:21] [62:12]
**attempt** [237:14]
**attended** [33:1,15,21] [130:10]
**attention** [131:12] [140:12] [161:11] [211:16] [216:15]
**attorney** [266:17]
**attracted** [80:8]
**attractive** [62:22] [63:3] [115:19]
**attractiveness** [127:9]
**audit** [168:17] [202:17]
**audits** [171:12] [219:6]
**august** [118:20]
**authorization** [180:21]
**authorizations** [180:16]
**availability** [242:13]
**available** [11:4] [37:10] [92:10,18] [125:12] [126:7] [132:18] [148:17] [149:13] [162:12] [177:14]

**average** [197:19] [198:7] [203:13] [210:6] [216:9] [258:18]
**avoiding** [163:11]
**aware** [61:14] [67:4] [68:5] [69:17] [71:20] [72:5] [74:6] [78:4] [85:3,20] [86:3] [94:3,12,13,16,17,18] [107:19,22] [110:8] [111:2] [113:5] [114:18] [117:4] [121:2] [126:12] [132:10] [146:15] [147:7] [148:3,15 ,20] [163:6,13,15] [165:21] [171:22] [178:8] [180:12,15] [182:5,21] [183:15] [192:8] [223:5,16,19] [244:6,9] [256:7] [258:4]
**awareness** [230:1]
**away** [121:7] [158:17] [219:14] [246:4,17] [248:13]
**awp** [198:17] [200:6,17] [201:7] [202:2] [203:16] [205:18] [206:8,12,14,18,21 ,22]

**B**

**baces** [259:22]
**back** [13:1,15] [16:5] [24:5,22] [37:21] [50:8,16] [52:9] [56:7] [60:1] [77:5] [86:11] [89:9] [104:13,21] [109:13] [114:13] [128:10] [129:10] [132:22] [135:6] [136:9] [139:9] [144:1] [151:20] [155:21] [156:7] [179:14] [190:11] [194:19] [196:11] [206:18,22] [211:13] [212: 4] [217:8] [218:9] [228:7] [232:17] [233:15] [236:6] [240:1,3] [244:10] [255:3,7] [259:13] [263:20]
**background** [17:13]
**bad** [167:14]
**balance** [43:18]
**bank** [147:10]
**banking** [18:18]
**barr** [6:9] [104:4] [107:12] [108:19] [114:15,20] [117: 20] [118:8,12,20] [119:6] [120:8]
**base** [36:1]
**based** [48:10] [50:1,3,6] [65:3] [76:4] [79:22] [123:15] [129:10] [135:20] [137:22] [153:22] [174:3,6] [193:1,3] [198:6] [202:4] [210:2] [219:19] [231:6] [256:8,9] [258:22]
**bases** [38:16] [76:17]
**basically** [10:10,22] [12:12] [20:20] [25:16] [31:19] [42:17] [49:13] [75:19] [90:1] [98:14] [116:16] [119:5] [129:11] [141:8] [146:7] [169:15] [170:7]

[181:19] [187:2] [207:17] [230:21] [235:13] [244:20] [249:14] [250:3]
**basis** [19:1,15] [74:16] [76:17] [77:9] [87:7,8] [136:2] [147:18] [155:13] [156:21] [157:11] [172:14] [195:18] [203:9] [205:4]
**basket** [57:2] [157:12,21]
**bat** [106:22]
**batch** [70:21]
**bates** [199:3]
**bausch** [17:9] [36:17,19] [39:4,16] [40:5]
**beat** [237:20] [249:13]
**became** [29:2] [58:13] [254:10]
**beckett** [1:4] [14:12,14]
**beckwith** [1:5,12]
**become** [111:21]
**becomes** [55:6]
**beecham** [83:18,22]
**begin** [9:15] [11:8] [18:6]
**beginning** [109:12] [207:14] [211:12] [230:21]
**behaved** [70:2]
**behaves** [65:4,6]
**behavior** [145:20] [256:8]
**belief** [147:19] [153:14,16] [173:18] [195:19] [203:10] [222:17] [236:12] [261:14,19]
**believe** [18:3] [19:19] [28:3] [39:5] [60:21] [90:8] [98:7] [100:14] [109:22] [111:2] [113:21] [114:3] [141:17] [143:6] [147:9] [148:15] [150:15] [152:7] [153:19] [163:22] [164:2] [165:1,15] [167:1] [173:17] [174:17] [176:22] [177:8] [178:20] [207:7] [208:15] [210:9,10] [223:9,17,22] [231:13] [246:7]
**belong** [187:13]
**benefit** [6:18] [40:12] [51:15] [65:2] [68:16] [110:16] [123:17] [125:13] [197:11] [237:9]
**benefits** [26:21] [66:22] [67:19] [68:15] [72:18] [84:15,21]
**besides** [213:6]
**best** [59:14] [225:14,19]
**bet** [106:15]
**better** [38:9] [58:21] [59:2] [69:5] [83:9] [84:14] [95:7] [121:18] [153:9,22] [154:4] [155:4] [156:22] [157:12] [219:17] [220:3] [221:2] [240:14,16,22]
**bextra** [111:12,18] [112:11] [114:5]
**beyond** [139:12] [151:9,17] [157:16]
**bg** [46:15]
**bid** [133:2]

**big** [141:16] [152:8] [162:19]
**bigger** [58:12,18]
**biggest** [238:11,12] [245:15]
**bill** [206:1,22]
**billing** [206:18]
**billion** [259:4]
**binley** [37:1] [38:3,21]
  [40:21]
**bit** [9:12] [37:3] [77:20]
**blacked** [200:20] [201:2]
**bless** [105:15]
**blocks** [181:1]
**blue** [54:16] [55:18]
**body** [65:10,16] [83:10]
**bone** [121:10]
**bones** [102:2]
**book** [156:4] [162:14] [182:
  13] [260:12]
**bother** [213:15]
**bottom** [101:7] [131:13]
  [200:16] [210:17]
**bought** [206:19,21]
**boy** [164:13]
**brand** [19:6] [39:22] [46:8]
  [59:15] [60:10] [62:9]
  [71:5] [175:19] [215:8]
  [258:19]
**branded** [28:8] [86:8] [144:
  8] [146:17] [215:16] [217:5]
  [218:15] [250:14] [257:21]
  [258:5] [260:5,8]
**branding** [146:15] [250:5]
**brands** [258:9]
**break** [110:9] [179:9,10]
**breakdown** [160:5]
**bringing** [213:17]
**bristol** [50:14] [53:19]
  [88:2,3,7,8] [234:15]
**bristolmyers** [50:14] [53:19]
**bristol-myers** [50:14] [53:19]
**brittle** [102:1]
**broke** [110:13]
**brought** [42:13] [59:20]
  [181:15]
**buck** [244:22]
**bucks** [145:6,8]
**build** [28:21] [213:21] [230:
  1]
**building** [60:7]
**built** [205:16]
**bullet** [62:6] [198:5,10]
**bundle** [57:6] [60:4] [252:9]
**bundled** [57:1,14,16,19,21]
  [58:2,7,11,22] [59:3] [154:
  13] [158:5,10,15,18] [159:8]
  [248:14,15]
**bundling** [151:2]
**burke** [259:22]
**business** [20:22] [21:7]
  [27:1,12] [28:16,17,19,20,22]
  [29:3,6,10,11,14] [30:1,3,22]
  [32:12] [37:7] [51:21]
  [55:5] [59:6] [83:19] [126:4]
  [127:22] [135:8] [144:18]
  [155:8,11] [156:5] [162:15]
  [167:8] [182:14] [186:16,19]

  [189:12] [217:15] [234:10]
  [245:6] [253:2] [254:15]
**businesses** [114:2]
**buspar** [234:17]
**buy** [24:14] [37:12] [153:10]
  [248:8]
**buyer** [249:3]
**buying** [41:8] [189:13]
  [248:11]

_____

**C**

**c101704** [1:4] [7:9]
**c-1-01-704** [1:4] [7:9]
**c103781** [1:11] [7:10]
**c-1-03-781** [1:11] [7:10]
**call** [19:15] [31:6,10] [35:1]
  [50:12,17] [51:4,9] [52:20,22]
  [53:3,20,22] [55:5,6,7]
  [126:8] [163:20] [164:2,8]
  [196:11] [219:8] [253:20]
**called** [8:12] [19:3,4] [26:12]
  [37:1] [54:9,10,11] [65:8]
  [84:3,5] [110:16] [114:2]
  [161:8] [193:9] [196:4]
  [198:11] [253:16]
**calling** [30:17] [52:13]
  [53:9,17] [54:4] [87:13]
  [102:14] [165:10] [166:11,17]
  [193:7,12]
**calls** [93:11] [180:8] [192:21]
  [214:21] [232:22]
**cancel** [136:21] [156:10]
**cannot** [39:11] [106:19]
  [108:4] [114:16] [147:15]
  [148:11] [166:16] [215:12]
  [247:7] [258:11]
**cant** [33:16] [70:10,12]
  [80:11] [90:9] [103:16]
  [113:8] [114:22] [115:4]
  [121:17] [128:6] [138:6,10
  ,12] [166:8] [177:6,9] [194:
  4] [196:10,11] [220:13]
  [222:18] [224:15] [226:2,8]
  [228:10] [231:20,22] [232:
  5] [233:2] [239:16,18,19]
  [243:1] [248:4] [249:8]
  [250:16] [258:12]
**capoten** [243:7]
**caption** [13:16]
**captopril** [242:18] [243:7]
  [248:6,8]
**carbamazepine** [248:10]
**card** [175:8] [191:4,9] [217:
  16]
**cardinal** [25:13] [47:12]
  [48:7] [49:4,18] [59:19,21]
  [60:1] [66:9] [240:4,8]
  [248:7] [261:7,13]
**cards** [51:22]
**care** [20:21] [21:5] [22:1,8]
  [23:6] [25:6,14,15,18,22]
  [26:1,6,7,11] [30:17] [31:10
  ,18] [32:3] [34:7,21] [35:8]
  [40:6,7,13,15,18,20] [45:17
  ,22] [46:4,6] [47:3,4] [50:12

  ,17] [51:11] [52:13,18,20,21]
  [53:3,6,8,11,17,20] [54:3,4
  ,15] [55:3,19] [56:13,19]
  [57:11] [64:15] [85:5,18]
  [86:1] [88:11] [89:4,11]
  [106:5,12] [123:3] [127:21]
  [140:16] [141:8] [147:7]
  [151:10,16] [159:14] [160:
  4] [161:8,9] [162:18] [163:8
  ,12] [164:3,5,9,12,16,18]
  [165:12] [166:1,2,12,18,20]
  [167:18] [168:3] [170:10]
  [172:11] [175:1] [180:17]
  [184:9] [186:20] [187:17]
  [188:9,12,17] [190:6]
  [199:19] [201:11] [232:20]
  [235:19] [238:2] [247:22]
  [257:15]
**career** [183:14]
**carnitor** [253:9]
**carries** [184:5]
**carry** [133:19] [185:12,20]
**carter** [45:21] [160:4] [164:
  9] [174:22]
**case** [4:4] [8:8] [9:1,22]
  [10:8,21] [11:9] [12:3,13]
  [14:9,15,18] [15:8,15,19]
  [16:12,14,22] [18:11]
  [21:7] [35:8,14] [36:11]
  [38:8,11] [42:1,20] [43:11,15
  ,16,22] [44:1] [45:1] [56:1]
  [62:13] [77:16,18] [80:13]
  [86:22] [114:12] [138:1]
  [140:9] [147:11] [148:1]
  [149:1,9] [150:11] [158:1,13]
  [172:3] [174:4,7] [175:1]
  [178:1] [179:3] [180:13]
  [203:10] [209:19] [214:17]
  [225:5] [235:20] [247:21]
  [257:22] [260:13]
**cases** [128:10] [135:8,19]
  [254:14]
**cash** [185:12,20] [186:20]
  [187:4,16] [188:6,11,17]
  [189:8] [190:5,19] [191:20]
  [192:3,8] [194:13,17]
  [195:7,14,22] [196:6,9]
  [200:2] [202:10,19,22]
  [203:4,12,22] [204:8]
  [232:10,11,19] [233:4]
  [255:15]
**cashpaying** [191:20] [192:
  3]
**cash-paying** [191:20]
  [192:3]
**categories** [133:10] [154:16]
  [186:16,19] [187:1,2]
  [263:15]
**category** [21:1] [35:12]
  [112:18] [124:22] [125:1]
  [131:19] [146:18] [149:19]
  [150:10] [171:3] [180:19]
  [189:2] [227:11] [234:18]
  [235:14,16] [236:1,4]
  [252:2] [258:20]
**cbs** [81:13]

**celebrex** [111:12] [112:11]
  [114:5] [129:8] [234:21]
**cenestin** [35:9,18] [36:14]
  [46:9] [63:10] [64:17]
  [65:4,6,21] [66:9] [67:4,5]
  [68:8] [69:12] [70:1,6]
  [71:7,9] [73:14] [74:17]
  [75:19] [76:7,12] [77:19]
  [79:13] [81:3] [82:13]
  [87:1] [90:22] [91:6,11]
  [92:9,18] [93:9,13] [94:4,21]
  [96:1] [97:22] [98:1] [100:4
  ,15,17,22] [101:5,13] [103:
  11] [104:1] [106:7] [107:2,14
  ,20] [110:15] [114:13]
  [115:22] [116:12,22] [117:
  20] [118:21] [119:15] [120:
  2] [121:3] [122:3,16] [124:22]
  [125:6,10,18] [126:14]
  [129:2] [130:6] [131:21]
  [132:18,21] [133:8,14]
  [134:5] [135:16] [136:4,20]
  [138:17] [141:21] [142:7,10
  ,22] [145:11,22] [149:2,10,13]
  [155:19] [159:13] [160:11]
  [162:2,8,9,11] [163:1,10]
  [166:12,19,22] [167:12,20]
  [168:20] [169:3,10,11]
  [170:5,19] [171:8] [172:1]
  [173:18] [174:14] [176:11]
  [177:13] [178:2] [180:4,14
  ,18,21] [181:1] [186:4,8]
  [187:1] [188:20] [194:13]
  [195:2,9,14,20] [200:14,16]
  [204:3] [218:20] [219:16]
  [221:10] [222:8,22] [223:18
  ,21] [226:6] [227:22] [234:3
  ,11] [237:20] [238:14,21]
  [239:1] [241:5,17] [242:21
  ,22] [243:4,12,21] [246:1]
  [252:15] [253:5] [255:16,21]
  [257:8] [260:22] [261:14]
  [262:5,6,7,16] [263:9]
**cenestins** [74:12] [76:22]
  [82:10] [179:21] [255:11]
  [257:18]
**center** [43:19]
**cents** [167:12] [233:5]
**century** [251:2,7]
**ceo** [23:18]
**certain** [37:8] [61:17] [65:3]
  [163:8] [202:2] [216:11]
  [239:12] [264:7]
**certainly** [22:11] [30:9]
  [57:8] [61:13] [63:21]
  [67:2,14] [75:9] [76:2]
  [93:22] [103:5,6] [114:12]
  [131:9] [134:3,18] [135:15]
  [146:15] [150:20] [152:22]
  [164:1] [177:4,8,11] [218:11]
**certificate** [266:1]
**certify** [266:6]
**cetera** [26:4] [60:7] [65:11,16]
  [67:13] [105:3] [118:15]
  [158:16] [180:10] [229:7]
**chance** [16:13]

change [36:20] [77:17]
[78:6] [81:17,19,22] [99:20]
[109:5] [138:14] [176:15]
[190:13] [194:7] [211:5]
changed [207:22] [220:8]
changing [21:6] [76:18]
chantelmeyer [209:17]
characterized [132:4]
charge [13:8,10] [37:21]
[45:22] [47:2] [84:16,19]
[88:8] [174:22] [197:17]
[198:17,19] [200:5]
chargebacks [37:2,6]
[38:3] [41:4]
charged [12:21] [38:1]
[261:8]
charging [22:15]
chart [70:10,12] [168:10]
[176:18] [180:8] [200:11]
[204:7] [210:15] [255:10]
charts [199:22]
cheaper [189:20] [190:20]
chemical [214:20] [221:10]
[222:6,9] [223:20]
chicago [4:15]
choice [75:5] [113:19]
choices [150:7,12]
cholesterol [188:3]
cholesterolreducing [188:
3]
cholesterol-reducing
[188:3]
cite [52:14] [82:16] [100:19]
[132:11] [173:9] [181:3,4]
[209:6,8]
cited [129:14] [135:22]
[139:8] [173:4,7,13] [247:9]
citing [129:21]
civil [1:] [7:9]
claim [67:7] [184:8]
clarification [44:21]
clarified [16:10] [223:9]
clarify [45:7]
class [3:3] [8:4,7] [14:18]
[97:20] [108:7] [110:16,19]
[111:1,7] [112:11,21]
[113:9,10] [114:1,10]
[148:7] [167:20] [222:16]
[251:9,16]
classes [112:4] [117:1]
clean [39:20]
cleaner [9:18]
clear [94:16] [130:16]
clearly [73:5] [108:10]
[124:13] [236:21] [262:15]
client [31:17]
clinical [18:15,16,17] [19:16]
[20:1,5] [67:11,19,21]
[68:2,7] [69:4,8,15] [72:11
,16] [73:21] [74:1,7] [94:3]
[127:4,8,14,17,18] [128:1,9
,18] [129:2,5,8] [130:1,6]
[133:14] [134:15] [135:6]
clinically [131:21] [132:5]
[133:13,21] [134:9] [135:14]
close [137:17] [179:9]

closed [160:10,17,22]
co [162:12] [163:4] [170:21]
[171:19] [173:19] [174:15]
[175:14,19] [176:1,12]
[194:10] [195:11,15] [200:
1] [204:9] [207:2] [255:12,15
,20] [256:10,15,20] [257:5]
cognizant [187:6,10]
cohen [3:4] [8:3] [10:9,13]
[13:21] [14:6] [44:20]
[45:6] [47:19] [52:14]
[76:16] [77:7] [79:18]
[82:3] [85:7] [91:19] [94:8]
[95:4] [96:3] [98:9] [104:6]
[107:4] [113:11] [115:13]
[119:16] [121:22] [122:8]
[123:18] [125:19] [132:19]
[137:1] [138:20] [179:7]
[199:1,9] [204:18,21]
[265:11]
cohens [131:15]
collect [207:2]
columbia [2:8] [266:3,]
column [133:17]
columns [133:20]
comfort [230:15]
coming [19:10] [23:18]
[25:21] [27:5] [34:9] [94:18]
[122:11] [190:2] [213:11]
[232:17] [234:16] [240:8]
[244:10] [260:1]
commencing [2:3]
comments [48:5] [122:18]
commercial [176:20]
commission [266:]
commitment [11:3]
committee [23:20] [130:5]
[132:2,4,12] [133:12]
[134:4,8,17] [135:12]
[136:5]
committees [129:1] [135:19]
[194:1]
common [35:1,6,15] [57:8,14]
[201:8] [260:5,10]
commonly [252:9] [255:12]
community [6:20] [108:22]
[197:12]
companies [18:21] [23:6]
[24:14] [25:19] [28:5]
[31:6] [34:21] [38:13]
[51:19] [55:3,20] [59:7]
[106:5,6] [146:7] [158:9]
[163:21] [164:3,9] [167:18]
[182:10] [193:21] [202:7]
[210:3] [212:14,20] [213:12
,15] [221:3] [224:20] [227:10]
[228:2] [253:11] [257:22]
[260:6]
company [11:1] [17:22]
[18:18] [19:3,11,21] [23:18
,22] [24:7] [25:21] [26:3]
[28:8] [30:17] [31:2] [34:7,9]
[36:22] [56:14] [85:15]
[90:3] [100:6] [106:12]
[141:12,20] [143:21] [144:
7] [152:16,22] [153:3,15]

[155:2] [162:19] [164:22]
[165:7,18,21] [168:16]
[176:10] [182:3] [207:19]
[208:5,8,9] [209:1] [219:13]
[231:15] [234:19] [237:13]
[238:7] [239:12] [240:7,13]
[241:2] [242:1] [245:5]
[248:3] [249:1] [250:5]
[257:13]
companys [19:8]
comparative [68:2,7] [74:5]
compare [154:6,8] [157:2,20]
[203:20] [225:15] [228:10]
compared [64:21] [70:1]
[154:14] [194:10] [195:14]
[262:18]
compares [188:12] [255:11]
comparing [73:7,13] [75:12]
[200:1] [204:8] [228:3]
compendial [105:18]
compensated [12:5]
compete [141:15] [146:7]
[147:12] [151:4]
competed [146:18] [147:5]
competing [141:13]
competition [21:3] [22:12]
[240:10] [247:13]
competitive [156:14] [162:
8]
competitor [87:15] [249:8]
competitors [24:4] [60:9]
[154:9,15] [229:18]
complains [190:11]
completely [9:5]
compound [98:10]
comprised [162:5]
computer [266:10]
computeraided [266:10]
computer-aided [266:10]
concentrate [16:9]
concept [87:9]
conceptives [24:8]
concerned [19:7] [128:11]
concerning [125:6]
concerns [99:19]
concessions [252:22]
concluded [124:8] [130:6]
[132:13]
concludes [265:14]
conclusion [182:1] [183:22]
[222:12] [232:21]
conclusions [173:14]
[175:21] [202:1]
conclusively [112:13]
[258:11]
conditions [6:19] [197:12]
confidential [1:17] [252:12]
confidentiality [20:18]
[61:11]
confirm [99:15]
conflict [55:2]
congress [209:16] [211:19]
[212:11]
conjugated [66:15] [67:1,8]
[97:22] [98:20] [129:11]
[149:12] [221:18] [229:2,3

,8,20] [236:16,17,20] [237:10]
[243:10] [244:8,16] [249:15]
connecticut [19:19] [178:13]
connection [8:22] [10:8]
[11:9,11,17] [18:1,10]
[31:6,10] [32:1,10] [35:13]
[36:11] [42:1] [47:6] [49:8]
[50:20] [60:12] [61:2]
[62:12] [63:20] [79:16]
[88:10] [111:7] [181:1]
[184:19] [192:12] [201:9]
[257:11,17] [260:13]
connotation [150:14]
consequences [61:15]
consider [89:3] [90:6]
[128:19] [130:2] [134:13,20]
[213:16] [223:10] [227:1]
considerably [253:1]
consideration [127:3]
considerations [127:13]
[128:19] [135:20]
considered [89:10] [90:18]
[100:9] [163:2] [165:18]
[170:19] [227:16] [228:1]
consult [165:18]
consultant [12:16,19]
[18:16] [257:10]
consultation [165:11]
consulting [12:22] [17:5,7,17
,19] [20:14] [25:5] [41:12]
[62:16] [164:22] [165:7]
[166:1]
consumer [78:16] [127:4]
consumers [115:20] [150:5
,11]
contact [14:5] [20:1] [21:17]
[28:10] [39:17]
contacted [10:9,12,21]
[13:22] [18:17]
contains [65:22] [207:10]
contemplating [22:18]
contents [6:1]
context [264:6]
contexts [40:15]
contingency [29:9]
continue [89:2] [142:5]
[144:10] [182:11] [193:18]
[231:13]
continued [4:1] [5:1,2]
[91:2] [117:12] [119:11]
[165:18]
continuing [204:22] [246:9]
contraceptives [153:5,8]
[154:7] [155:3]
contract [25:7] [27:3] [38:7]
[40:8,19] [54:15] [57:16]
[58:2,7,12,22] [59:4] [136:
22] [140:18] [144:4] [146:8]
[148:5,6,10,19] [149:17]
[150:9] [153:4] [156:10]
[158:10] [173:1] [198:4]
[227:18] [239:1,15,20]
[240:4,5,13] [242:4,5,6]
contracted [26:22]
contracting [22:9,11] [23:5]
[45:18,22] [47:3] [248:22]

**contractors** [209:20]
**contracts** [26:5,6] [37:7] [40:8,18] [52:3] [54:13,20] [55:7,13,14,19] [56:1,4,8,16] [57:1,15,19,22] [64:6,8] [137:15] [139:10] [146:19] [147:6,19] [148:2,12] [149:9] [155:13] [156:8] [158:1,5,14,18] [159:1,7,9] [172:12] [188:9,15] [199:12 ,18] [227:9] [235:4,11] [236:10] [238:2,12,16,18] [239:7] [241:6,8,17,21] [242:2] [247:5,7,15,17,22] [248:14,15] [249:10] [250: 9] [252:6,11,20] [253:16,19] [254:1,2]
**contractual** [128:14]
**contrary** [102:15] [104:3,11]
**contrasting** [120:16]
**convened** [2:2]
**convenient** [181:22]
**convention** [193:20]
**convert** [145:22]
**copay** [162:12] [163:4] [170:21] [171:19] [173:19] [174:15] [175:14,19] [176: 1,12] [195:11] [255:15,20] [256:10,15,20] [257:5]
**co-pay** [162:12] [163:4] [170:21] [171:19] [173:19] [174:15] [175:14,19] [176: 1,12] [195:11] [255:15,20] [257:5]
**copayments** [194:10]
**co-payments** [194:10]
**copays** [195:15] [200:1] [204:9] [207:2] [255:12]
**co-pays** [195:15] [200:1] [204:9] [207:2] [255:12]
**copies** [159:17]
**copy** [6:7,13] [63:19] [65:20] [118:8] [119:2] [140:6] [159:20] [161:6] [209:15] [215:4]
**corner** [131:13]
**corp** [1:1] [3:12]
**corporation** [7:5,6]
**correct** [13:12,18] [17:19] [18:8,12] [23:7] [25:8] [41:21] [44:2,5,6] [49:6,10 ,12] [50:12,13] [51:16] [52:8] [53:18,21] [54:3,7,18 ,19,21] [55:15] [56:6] [58:17 ,20] [63:7,20] [64:12] [65:4] [69:16] [72:19] [73:15] [74:2,15] [79:2] [82:14,15] [83:2,8,15] [84:17] [86:2] [88:1,19,20] [89:13] [90:19] [95:18] [99:22] [100:1,15,17 ,18] [104:5] [106:9] [108:5] [111:8] [112:1,8,9,21,22] [114:17] [117:2] [119:15] [123:17] [125:13,14,18] [130:14] [134:6] [137:19] [138:5,19,21] [146:19]

[147:1,8] [150:8,12] [154:9] [159:9,10,22] [160:11,17] [162:15] [164:19] [167:21] [168:22] [171:21] [172:16] [174:15] [177:14] [181:5,6 ,8,14,17] [185:13] [188:3] [189:9] [194:14,15,21] [195:3,4,11,17] [199:5] [202:12] [203:7] [204:10,11] [216:21] [223:2] [237:21,22] [238:3,4] [239:17] [240:15 ,17] [241:3] [243:16] [255:16 ,17,21,22] [261:11,18]
**correctly** [218:19]
**correlated** [225:9]
**cost** [37:15] [127:10] [130:2] [134:20] [152:1] [162:7] [171:3] [180:18] [245:19] [258:18]
**costs** [179:1] [210:16] [258:20]
**couldnt** [29:7] [47:8] [107:8 ,17] [142:10] [153:3,6,15] [171:7] [232:7]
**coumadin** [239:12,16] [247:11]
**counsel** [7:20] [8:15] [42:6] [159:2] [266:13,17]
**counter** [26:13] [32:13] [33:22] [34:5,6] [35:2,9,15 ,17] [36:6,12] [176:5,8]
**counteract** [34:8]
**counterdetail** [35:2]
**counter-detail** [35:2]
**counterdetailing** [32:13] [33:22] [34:5,6] [35:9,15,17] [36:6,12]
**counter-detailing** [32:13] [33:22] [34:5,6] [35:9,15,17] [36:6,12]
**country** [170:15]
**couple** [56:7] [144:18] [176:17]
**coupled** [115:21]
**course** [102:15] [155:10] [189:12]
**court** [1:1] [7:7,18] [8:9] [9:9] [10:3] [266:1]
**covered** [41:11] [42:10] [48:22] [152:9,14] [153:5] [163:10] [233:12]
**cox** [111:7,11] [112:4]
**cox2** [111:7,11] [112:4]
**cox-2** [111:7,11] [112:4]
**create** [26:11]
**created** [250:5]
**credibility** [31:19] [87:10]
**credible** [34:14]
**crestor** [113:1,4]
**critical** [218:20]
**criticism** [219:15] [245:16]
**cross** [199:8]
**cross/blue** [54:16] [55:18]
**crossexamination** [199:8]
**cross-examination** [199:8]
**csu** [131:22]

**cunniff** [17:21]
**curious** [61:20]
**curran** [46:8]
**current** [62:15] [100:20] [101:11]
**currently** [126:15,16]
**customary** [197:18] [198:13 ,19] [200:6] [202:10]
**customer** [36:1] [37:11] [38:16,22] [52:21] [53:6,8,11] [58:12] [87:13] [126:8] [145:17]
**customers** [24:3] [38:15] [51:7] [52:19] [57:5] [90:4] [126:7] [166:18] [187:4,5] [200:3] [202:14] [237:14] [254:16]
**cut** [62:21] [248:17,18]
**cvs** [1:10] [3:11] [7:5] [13:17 ,19] [14:1,3] [110:5] [199:16 ,18]
**cycle** [88:9]

———————

**D**

———————

**d.c** [2:5] [4:8]
**d/b/a** [1:]
**daily** [155:13] [156:21]
**data** [67:20] [71:12] [72:9] [73:12,13,22] [100:12] [103:4] [105:20] [106:6] [107:15] [121:10,12] [151: 12] [168:7,15] [169:16] [170:4] [171:22] [172:6] [192:6,10,14,17] [200:13] [202:17,18,19,21] [203:11] [212:6] [216:16] [226:20] [235:16] [243:16] [256:3,7] [263:1,5,6,18] [264:8,9,17 ,22] [265:3]
**databank** [105:8,17] [106:1] [182:4]
**database** [106:12]
**date** [106:18] [205:2,5]
**dated** [205:3]
**day** [13:9] [69:3] [80:19] [83:1,2] [84:13]
**days** [13:7] [247:15]
**deal** [38:19] [58:22] [61:5] [153:9] [155:4] [158:19] [241:1] [247:10]
**dealing** [38:16] [176:3]
**decide** [46:16] [95:17] [128:15]
**decided** [152:1] [162:1] [221:21] [254:2,3,8]
**deciding** [95:22]
**decision** [59:8] [77:13] [93:12] [128:5,11,14] [135:3,9] [136:3] [153:21] [162:3] [171:7] [190:17] [257:18]
**decisions** [135:6,18]
**decline** [125:2]
**decrease** [125:3]
**decreases** [124:20]

**deep** [188:7]
**defendant** [1:] [4:11] [5:2] [8:15]
**defendants** [1:9] [7:4]
**defended** [62:9] [63:4]
**defending** [253:7]
**deficiencies** [116:1,8,12] [121:7] [124:7,10]
**deficiency** [116:9]
**define** [127:16,18] [148:4] [229:4] [230:16] [233:22] [235:11,16] [244:5]
**defined** [169:19,22] [234:9] [235:1,5,13] [236:9] [243:22] [244:7]
**defines** [171:11]
**definitely** [78:19] [80:13] [97:9] [231:10]
**definition** [184:21]
**defy** [243:21]
**delta** [224:1]
**demand** [126:22] [127:4,17 ,18] [181:11] [256:9]
**demands** [127:15]
**democrats** [80:5]
**demonstrated** [108:11] [112:14,15]
**deny** [208:22]
**denying** [212:19]
**departments** [54:2] [103:7] [128:1]
**depending** [167:15] [218:10]
**depends** [12:20] [30:19] [31:12] [35:20] [81:6,9] [127:16] [166:14] [167:6] [213:10] [235:17] [245:3]
**deposition** [1:] [2:1] [6:7,11] [7:3,11,16,19] [8:22] [9:21 ,22] [10:5] [16:10,14,17] [17:16] [18:2,5] [28:4] [41:14,16] [43:12,13,14] [45:21] [46:11,14,15,17] [47:17,20,21] [48:1,2,11] [50:9] [52:11] [62:5] [63:19] [64:3] [109:7,13] [111:3] [129:15] [130:13,22] [131: 2,9,12] [133:6] [134:18] [136:19] [146:14] [159:21] [161:7] [165:5] [207:14] [209:11] [211:7,13] [215:3 ,5] [216:2] [217:2,3,18] [230:22] [265:15,19] [266: 5,7,11,15]
**depositions** [44:10,12,14,19] [45:2,9,13] [47:1] [137:17]
**depth** [42:16]
**derived** [74:17] [75:6,13,14] [76:10,12] [79:4]
**describe** [248:1]
**described** [11:2] [36:13] [158:6]
**describes** [197:8]
**describing** [240:22]
**description** [6:5]
**design** [179:2]
**despite** [108:14,16,19]

[147:3]
**destroy** [249:9]
**destroyed** [43:8]
**detail** [34:8] [65:20] [66:8] [72:15] [73:2] [211:3] [225:14,16] [227:21]
**detailing** [26:13] [176:6] [220:9] [227:4]
**details** [224:21] [225:9,10,21] [226:6,17] [228:5] [229:7] [234:7]
**determination** [136:6]
**determine** [86:22] [159:7] [181:10] [258:7]
**determined** [67:22] [74:2] [133:12] [134:4,16] [251:5]
**determining** [134:21] [183:2] [201:9] [225:13] [227:7]
**detriment** [167:17] [168:4]
**develop** [20:22] [21:7] [28:19] [86:16]
**developed** [21:12] [27:2] [28:16] [165:2] [182:17] [185:16]
**development** [30:22]
**diabetes** [22:20] [250:11] [253:8]
**diagnostic** [22:20]
**dialysis** [253:8]
**didnt** [12:13] [22:6] [31:5,9] [38:21,22] [43:9,22] [44:11 ,16] [45:8,20] [46:12] [47:5 ,20,21] [52:18] [53:20] [54:1] [60:18] [61:1] [81:17] [89:19] [90:11] [93:21] [95:1] [97:12] [102:18] [105:6] [108:2] [123:9] [124:11] [129:5,7] [135:12 ,13] [136:21] [137:10] [144:17] [146:14] [158:10] [159:2,4,9] [164:11] [173:9] [186:4] [192:13] [217:4,20] [222:2] [225:5] [226:22] [250:19] [253:2] [259:8] [263:16,20] [264:14]
**differ** [61:17]
**difference** [37:22] [59:12,13] [78:7] [82:21] [83:3] [90:22] [98:21] [134:15] [194:17] [195:1] [204:4] [205:10] [223:7] [255:14,20] [256:20] [257:6]
**differences** [132:16]
**different** [26:15] [38:15] [40:15] [41:1] [99:12] [102:6] [111:11] [113:9] [119:14] [133:10] [140:15] [146:1,16] [149:17] [170:16] [186:15,18] [188:20] [196: 13] [207:5,16] [211:17] [221:11] [223:22] [228:10] [232:19] [233:5] [236:2] [238:6] [242:18] [256:8]
**differential** [256:10,15,20] [257:5]
**differentiate** [119:12] [187:

4] [189:7]
**differentiation** [61:19]
**difficult** [38:6] [58:4] [158:12] [176:14] [244:13]
**difficulty** [68:12]
**dinner** [26:19]
**direct** [3:3] [8:3] [41:8]
**directly** [41:8] [54:22] [221: 14] [237:4,8]
**disadvantage** [97:3]
**disadvantaged** [126:13] [180:1]
**disagree** [82:9] [127:11] [141:1] [201:17,21] [220:20] [229:13] [245:11] [246:14]
**disbelieve** [141:3]
**disclose** [70:18]
**discount** [37:10] [188:7] [248:9]
**discriminate** [254:4]
**discuss** [11:5] [69:1]
**discussed** [162:19] [194:6]
**discusses** [134:17]
**discussing** [32:11] [133:5,7] [194:5]
**discussion** [49:9] [65:22] [161:12] [162:1] [199:17] [200:12] [207:18] [252:11]
**discussions** [14:2,12,17] [151:20]
**dispensed** [34:16] [226:10 ,12]
**dispensing** [197:20] [198:11 ,12,18,19] [200:7,18] [202: 3] [203:17] [205:19]
**disputing** [48:17] [171:4,10 ,17] [174:13]
**dissolution** [65:5] [67:13] [71:1]
**distinctions** [190:8]
**distribution** [65:10]
**district** [1:1,] [2:7] [7:7,8] [266:3,]
**division** [1:2] [7:9] [23:12]
**divorce** [29:17]
**dobie** [4:12] [6:3] [7:22] [8:16,21] [14:21] [15:3] [16:7] [25:2] [45:3,15] [47:22] [52:15,16] [63:13,17] [77:4,11] [80:17] [82:5] [85:16] [92:2,7] [94:11] [95:14] [96:5] [98:15] [104:10] [107:6] [109:4,17] [114:11] [115:15] [117:18] [118:6] [119:19] [122:1,14] [124:2] [126:5] [130:20] [133:4] [137:4] [138:22] [140:1,5] [179:10,16] [196:20] [197:3] [199:6,10] [204:20] [205:7] [211:1,15] [233:19] [254:20] [255:5] [265:9]
**doc** [189:16] [233:1]
**doctor** [33:10,11] [34:10,15] [35:2] [67:19] [73:21] [103:1,9,18] [107:9] [146:1

,3] [180:3,9] [189:11,12,18] [190:13,16,22] [191:10,12 ,15] [232:6,20,22] [233:5]
**doctors** [26:20] [32:20] [33:7,22] [35:2] [53:21] [69:6] [96:4] [98:22] [115:4] [122:19] [176:16] [180:2] [181:12,20] [182:6,12,18] [183:4,19] [186:19] [187:3 ,6] [189:7] [190:7,10] [191: 18] [192:1,7] [194:2] [223:15] [225:18,20] [228:15] [230: 15] [245:22] [255:19]
**doctortodoctor** [103:18]
**doctor-to-doctor** [103:18]
**document** [15:11] [42:3,9,15 ,17] [48:6] [50:2,7] [67:10] [101:14] [159:20] [160:2] [161:6,18,22] [186:14] [197:6] [209:15,21] [211:17] [212:11] [215:15] [216:1] [242:12]
**documents** [12:2] [35:22] [41:18,22] [42:7,19,22] [43:2,19,20] [47:14] [49:7] [124:18] [172:2,4,5,19] [173:16] [174:4,7,20] [175:1,9,16] [199:4,6,7] [200:21] [205:1,2,3,6] [247:6]
**doesnt** [38:7] [59:5] [79:8] [101:18] [102:7] [114:21] [115:3] [120:4] [121:3] [135:16] [183:1,21] [186:10] [188:22] [190:7] [191:11] [195:7] [213:5] [227:14] [249:3]
**doing** [11:8] [32:12] [36:5] [37:1] [38:3] [55:9] [73:7] [87:21] [104:5] [126:4] [155:10,16,17,18] [156:20] [165:10] [171:21] [183:10] [189:12] [220:16,19] [233: 1] [238:6] [259:6,12]
**dollar** [111:21] [195:3] [258:16]
**dollars** [221:16] [222:2]
**don** [47:8,11] [48:4] [49:8]
**done** [17:15,22] [18:5] [27:21] [28:11] [35:14] [65:3] [69:14,22] [70:9] [71:3,12] [73:10] [74:7] [86:19,21] [87:2] [99:14] [104:12] [105:8,16] [106:17] [114:9] [138:15] [144:5] [154:22] [195:13] [204:20] [216:7] [217:21] [219:3,4,22] [220:2] [222:22] [224:15] [226:7] [238:8,10] [248:14] [256:13,18] [257:3,17] [258:1,7,15]
**dont** [12:16] [13:10,21] [14:21] [18:19] [20:3] [37:3] [38:6] [44:22] [45:2] [56:12] [58:4,9] [63:13] [68:10] [72:2] [76:19] [77:17,22] [78:10] [82:3]

[83:16] [86:17] [89:15] [94:17] [95:8,13] [96:2] [101:9] [103:4] [104:7,9] [105:4] [106:2] [107:5] [114:6] [119:22] [122:10,12] [123:21] [125:21] [131:8] [136:16] [138:3] [141:3,17 ,19] [142:20] [143:6,10] [145:8,16] [146:6] [147:19] [148:9] [150:14] [152:20] [153:19] [156:1,16] [157:19] [158:17] [159:17] [163:22] [165:8] [166:15] [167:1,7] [169:1,4,13] [171:20] [173:21] [176:22] [177:15] [178:13] [179:3,6] [182:20] [183:6] [184:1] [187:7,9,10] [189:2,11,21] [190:4,16,20] [191:18] [202:5] [204:7] [209:6] [210:9,20] [211:15] [224:18] [229:10] [230:5,11 ,18] [231:20] [233:13,17] [234:22] [236:18] [237:12] [240:18] [244:9,11,13,19] [245:2] [246:14,18] [247:3] [248:3,7,8] [249:7,12] [251:10] [252:4] [254:20] [256:12,17,18] [257:7] [258:12] [259:3] [261:3,22] [262:2] [263:11,13] [264:7 ,9,21] [265:13]
**dosage** [64:20] [70:7] [91:11 ,13,16] [92:18] [93:1] [115: 21] [116:7] [119:5] [120:3,7 ,11,18] [122:5] [123:13] [186:4] [204:1] [256:1,2,11]
**dose** [71:22] [94:6,21] [97:1,6]
**doses** [92:11] [246:16]
**double** [71:22] [94:6,21] [97:1,5]
**down** [9:10] [101:6] [105:5] [123:5] [124:15] [191:13] [200:15]
**downs** [20:5]
**dozen** [176:13] [196:4]
**dr** [6:14] [48:17,20] [64:18] [82:9] [116:11] [124:7,10] [140:7,13] [143:9] [183:11 ,14] [201:14,22] [225:8,11] [245:11] [260:11]
**draw** [131:11] [140:11] [183:22] [216:15]
**drawing** [161:11] [190:8] [232:20]
**drew** [211:16]
**drive** [4:14] [59:15]
**driven** [59:8] [78:16]
**drop** [56:7] [86:10]
**drops** [39:21]
**drug** [65:11,13] [103:2] [113:19] [125:12] [128:6] [148:13] [155:16] [176:8] [180:1,4] [187:14] [214:22] [250:15]
**drugs** [111:1] [113:14]

[127:8] [133:21] [177:20]
[181:12] [187:15] [198:12]
[223:13] [250:14] [251:20]
**drugstore** [51:20] [220:14]
**due** [162:3,7]
**duly** [8:13]
**duramed** [6:8] [8:22] [9:22]
[12:3,9] [15:8,14,19] [16:12
,14,17,22] [18:11] [42:20]
[43:2,11,21] [44:15,19]
[45:1,22] [49:15] [63:20]
[67:10] [68:1,6] [70:13]
[71:12] [76:2] [80:14]
[82:11] [85:1,4,5,19] [89:4
,12] [91:15] [104:4] [107:12]
[108:17] [114:15,20] [117:
12] [122:3] [138:1] [139:15]
[140:15,18] [141:5] [143:2
,13,14,21] [144:13,14]
[145:10] [147:12] [151:4]
[153:19] [155:4] [156:13,21]
[158:9] [160:3] [161:9]
[163:7,10] [164:4,16,17]
[165:19] [166:2] [168:5,8]
[169:2] [172:3] [175:5]
[207:9] [208:5,8] [221:5]
[224:7] [227:7] [228:13]
[229:15] [234:2] [235:1]
[236:10,12] [244:7] [249:13]
[257:10] [260:16] [261:20]
[263:3] [264:18]
**durameds** [69:12] [85:22]
[142:7] [143:5] [167:20]
[172:10] [208:12] [227:7]
[235:6] [237:7]
**during** [51:13] [52:11]
[66:10] [78:2] [83:14]
[93:1] [97:16] [125:10]
[151:11] [161:9,14] [164:18]
[180:9] [208:5] [210:8]
[212:15] [245:21] [246:19]
[252:21] [255:13] [263:3]

E

**e.g** [205:19]
**earlier** [56:10] [120:10]
[242:11]
**early** [28:15] [39:14] [259:13]
**earn** [149:4]
**educated** [68:18] [86:15]
**education** [253:21]
**educational** [100:21] [101:
12] [126:3,9]
**effect** [97:20] [110:17,19]
[113:9] [222:16]
**effective** [83:10] [219:9]
**effectively** [230:2] [246:8]
**effectiveness** [225:14]
[261:6]
**effects** [65:8] [108:8] [111:1]
[112:14] [114:1,10] [128:5]
**effexor** [153:12]
**efficacy** [71:22] [94:7]
[97:1,6]
**efficiently** [230:2]

**efforts** [36:2] [214:5] [220:10]
**eight** [93:2] [236:1]
**einhorn** [3:13] [109:20]
[110:3] [199:16]
**either** [16:9] [35:19] [45:5]
[46:18] [56:5] [70:12]
[141:18] [215:21] [222:3]
[232:11] [243:12]
**electronic** [264:20] [265:2,3]
**elements** [207:10,11]
**eliminated** [65:15]
**elimination** [65:10]
**elliot** [5:3]
**elliott** [8:1]
**else** [18:13] [33:3,5] [37:4]
[67:4] [122:21] [154:2]
[164:21] [189:1] [193:13]
[239:15] [243:2] [244:6]
[247:11]
**elses** [58:6]
**emails** [172:21]
**e-mails** [172:21]
**emergency** [191:6,7]
**employed** [140:16] [266:14
,17]
**employee** [266:16]
**employees** [27:4] [29:19]
[33:22]
**employer** [51:8]
**employment** [41:12]
**empty** [83:7]
**encompasses** [21:2]
**end** [4:3] [8:7] [55:9] [80:19]
[109:7] [180:9] [208:16]
[211:7] [230:10,11] [231:22]
**ended** [60:21]
**endpayer** [8:7]
**end-payer** [8:7]
**enough** [137:13,17] [159:17]
[171:3]
**enter** [238:1] [242:1]
**entered** [55:13] [56:16]
[59:3]
**entire** [124:22] [136:14]
[157:20] [180:18]
**entities** [155:8] [214:20]
**entitled** [76:3]
**entity** [221:11] [222:6,9]
**entrances** [62:10]
**entrants** [63:5]
**environments** [21:5]
**equal** [59:11] [87:14] [159:13]
[212:1]
**equalling** [211:22]
**equivalent** [134:5,10] [224:
4]
**ert** [115:19] [116:22] [149:22]
[236:11] [264:2,5]
**escapes** [178:12]
**esi** [131:17]
**especially** [193:19] [234:16]
**esquire** [3:4,13] [4:5,12]
[5:3] [7:16,19]
**esrd** [62:11]
**essence** [150:1] [151:14]
**essentially** [212:13] [228:15]

**esteemed** [209:17]
**estimation** [135:2,14]
**estrace** [88:11] [228:20]
**estratest** [262:20] [263:12]
**estrogen** [68:8] [73:6]
[97:22] [98:20] [102:2]
[123:12] [149:12] [150:6]
[167:20] [168:4] [228:3]
[229:2,3,8,20] [236:16,17]
[237:10] [241:13] [249:15]
[261:1] [262:14]
**estrogens** [66:15] [67:1,8]
[129:11] [171:4] [221:18]
[227:10] [243:10] [244:8,16]
**estropipate** [228:21]
**estrotab** [79:11,13] [80:10]
[262:17] [263:9]
**et** [1:] [26:4] [60:7] [65:11,16]
[67:13] [105:3] [118:15]
[158:16] [180:10] [229:7,10]
**even** [9:17] [11:13] [13:8]
[35:21] [39:21] [55:2]
[71:18] [73:16] [89:2]
[94:13] [100:19] [119:10]
[122:5] [123:10] [136:16]
[142:15] [147:9] [156:16]
[158:12] [176:10] [177:19]
[185:19] [191:6] [206:19]
[213:2,7,16] [222:17,22]
[224:10] [232:14] [233:4]
[237:1] [240:12] [241:7,22]
[242:3,12]
**event** [195:9]
**eventually** [29:12] [83:18]
[134:12]
**ever** [12:21] [14:11] [68:6]
[74:7] [181:15] [182:6,17]
[192:6] [199:15] [216:17]
[233:13] [243:17] [244:7]
[252:5] [256:13,18] [260:11]
**every** [66:18] [70:21] [71:4]
[77:19] [87:14] [155:18]
[203:11] [244:21] [248:13]
**everybody** [38:7] [170:1]
**everyone** [37:4]
**everything** [38:5] [144:5]
[156:8]
**everywhere** [122:21]
**evidence** [35:7] [107:2]
**evil** [37:7]
**exact** [140:17] [148:2]
[221:5]
**exactly** [24:17] [34:3] [44:2]
[47:15] [49:16] [52:7]
[56:19] [98:17] [101:16]
[106:10] [109:2] [143:8]
[151:19] [226:21] [250:6]
[256:22]
**examination** [6:2] [8:12,15]
[124:4] [151:7] [178:1]
**examine** [224:19]
**examined** [8:13] [127:10]
[142:6] [143:4] [225:4]
**example** [13:4] [19:2] [25:20]
[26:12,16] [33:9] [34:11]
[35:3,5] [45:16] [47:2]

**[55:3] [70:3] [93:9] [99:9]
[100:20] [101:11] [107:8]
[111:5] [113:2,18] [135:10]
[139:5] [157:15] [162:17]
[170:13] [180:1] [184:14]
[185:8,17] [186:3] [187:21]
[194:12,17] [195:16] [197:
16] [200:15] [203:14,15]
[225:4,13] [236:3] [247:9]
[255:14] [263:7,11] [264:1]
**examples** [112:17] [113:13
,14] [136:13] [140:14]
[146:11] [151:15] [212:10]
[252:14]
**except** [25:13]
**excluded** [91:15] [227:13]
[241:6] [242:14]
**exclusion** [113:20]
**exclusive** [133:16,17]
[148:7] [149:18,22] [239:7
,8,14,20] [240:12] [241:21]
[242:3] [250:8] [251:8,15,21]
**exclusively** [59:8]
**excuse** [33:12] [179:7]
[199:1]
**executed** [207:11] [219:13]
**executive** [23:20]
**exhibit** [14:22] [15:1,5,9]
[17:1,11] [41:18] [43:10]
[62:4] [63:15,18] [65:18,19]
[117:16] [118:4,7] [119:2]
[120:7] [130:17,18] [134:18]
[140:2,3,6,12] [159:16,19]
[160:20] [161:3,5] [162:20]
[170:14] [196:15,16,17]
[197:1,4,6,10,11,16] [198:
3,14] [209:12,14] [211:4]
[212:12] [216:2]
**exhibits** [6:4,22] [168:8]
[197:5] [215:5]
**exist** [147:19]
**exists** [222:19]
**expect** [98:9] [250:19]
[251:7,10,22]
**expectation** [99:20]
**expected** [173:1] [209:2]
[212:21] [224:10]
**expenses** [211:20] [215:18]
**expensive** [131:18] [190:14
,15]
**experience** [34:22] [48:19]
[49:20] [53:13,15,17]
[86:7] [87:19,21] [98:21]
[127:20,21] [148:16] [164:
5,19] [165:22] [178:22]
[181:4] [192:20] [193:4,5,7
,12,13] [237:11] [239:5]
[257:21] [261:8]
**expert** [6:13] [10:8] [13:19,20]
[16:22] [18:7,18] [36:12]
[62:13] [64:6,15] [86:18]
[110:4] [140:7,8,13]
**expertise** [78:13] [102:14]
**experts** [209:18]
**expires** [266:]
**explain** [37:3] [45:20] [100:

7] [195:5]

explained [27:8] [28:19]
[211:3]

exposed [18:21]

exposing [19:11]

expresscripts [129:20]
[130:5] [131:18] [132:13]
[133:8] [134:4,20] [135:22]
[136:3,12,15,18,21] [137:10]
[138:5,18] [139:4,13]
[167:11] [172:19,22] [241:
12,14]

extemporaneous [264:15]

extent [22:10] [40:7] [46:3]
[71:18] [91:3] [138:4]
[180:17] [185:9] [186:2]
[192:7] [213:20] [247:7]
[249:2] [252:8] [259:18]

extracted [75:7]

eye [39:21] [40:12]

F

face [146:8] [147:12] [250:18]

faced [227:8]

facilities [22:2] [41:9]

facing [146:13]

fact [48:21] [69:2] [72:14]
[100:12] [104:1] [107:1,18
,19] [108:14,16,19] [112:2]
[117:12] [121:8] [132:10,13
,15] [134:15,21] [136:8,12,20]
[137:9] [138:4,16] [141:5,7]
[143:18] [146:16] [148:1]
[155:4] [158:5] [163:7]
[166:21] [167:16,17] [168:
2] [170:8,12] [171:3,5,18]
[174:8,13] [180:15] [183:18]
[187:7] [190:5,7] [192:7]
[200:2,4] [202:8,13] [203:10]
[212:19] [213:7] [238:11,13]
[241:20] [251:12] [264:7]

factor [262:15]

fail [183:22]

fair [248:22]

fairly [201:8]

fairness [64:4] [173:12]

falls [176:20]

false [76:2,4]

familiar [23:14] [29:2] [37:2]
[71:8,11,17] [82:13] [85:17]
[106:9] [110:21] [111:10]
[112:2] [113:3,4] [187:20,22]
[192:16] [199:12] [250:8]

far [34:20] [125:16] [128:11]

fared [81:4]

farms [5:4]

fast [233:11]

favorable [67:6] [82:17]

favorably [64:21]

fd [119:3]

fda [59:10] [71:13] [72:5,10]
[73:12] [94:4] [97:21]
[100:8] [102:18] [107:19]
[108:15,16,19] [114:14,19]
[116:21] [117:11] [118:10]

[119:3,11] [120:1] [121:8]
[123:11,15,22] [222:18]
[254:2]

fdas [120:17]

feasible [141:17]

feature [68:15,16]

features [68:14] [84:21]

february [6:12] [131:1]

fee [197:20] [198:11,12,18]
[200:7,18] [202:3] [203:17]
[205:19]

feed [75:15] [76:13] [79:15]

feedback [90:3] [184:15]

feel [38:14] [44:11] [45:8]
[62:22] [263:20]

feet [230:22]

feinberg [5:3] [8:1]

felt [12:14] [16:20] [23:21]
[80:15] [220:12]

femhrt [228:18]

fence [145:4]

ferrell [4:4] [8:8]

few [211:17] [217:22] [255:
6]

field [193:4,5]

fight [60:22] [139:16] [143:
3,7,15]

fighting [148:18]

figure [81:8] [174:12] [225:
17]

fill [206:17] [223:14,15]

filled [176:15] [220:2,14]
[226:2,18] [227:3] [231:21]
[232:1,5,8] [243:1]

final [125:4]

financial [127:3,13] [128:13
,19] [135:20] [136:5] [139:15
,19] [143:3,14] [145:5]

financially [28:22] [143:6]
[153:22] [155:1] [266:18]

find [47:8,10] [48:14] [49:11]
[80:2] [105:14] [119:12]
[169:18] [213:7]

finds [190:10]

finish [9:15,16] [242:2]

finished [68:7] [204:18]

finkelstein [4:6] [8:6]

firestone [51:20]

firm [7:16] [14:9]

first [8:13] [10:21] [28:2]
[49:1] [55:10] [65:1] [76:17]
[101:8] [105:8,17,20]
[106:1] [143:16] [144:6,11
,20] [151:11] [158:13]
[161:12,15] [182:4] [190:18]
[191:2] [197:6] [198:5,10]
[203:19,21] [208:13] [209:
2] [210:8] [211:21] [212:15
,21] [213:3,12] [218:6]
[224:11] [226:8] [230:11]
[239:21] [246:16,19]

fit [41:3] [110:20] [168:10,12]

fits [168:14]

five [111:16] [224:17] [262:
15]

flashes [101:22]

florida [26:17] [53:10,14]

focus [13:5] [17:14] [40:9]
[45:12] [88:18]

folder [191:11]

folks [32:2] [44:14]

follow [142:20] [234:4]

followed [82:11] [85:2]

following [142:1]

follows [8:14]

footnote [172:15] [181:3]

force [25:13] [28:7] [30:7,13]
[47:4] [68:18] [72:15]
[83:13] [86:1] [107:8]
[219:1] [225:18] [228:5]
[231:7,14] [260:16]

forces [25:17] [84:12]

foregoing [266:5,7]

form [47:19] [79:18] [85:7]
[94:9] [95:4] [96:4] [98:9]
[104:6] [107:4] [113:12]
[119:16] [120:4] [122:8]
[123:18] [125:19,22] [132:
19] [137:1] [138:20] [166:9]

formal [193:14]

formally [164:10]

format [264:20]

formerly [54:6]

formula [201:7,8] [205:11,17]
[209:6] [212:20]

formularies [26:4] [169:7,17
,21,22] [170:10] [171:12]
[174:9] [187:17] [220:1]
[235:18] [251:8]

formulary [26:18] [127:5]
[128:16] [132:17] [133:8,22]
[134:22] [135:10] [136:4,21]
[137:5] [138:18] [149:10]
[150:7] [152:15] [153:11,13]
[157:9] [160:5] [162:13]
[167:19] [168:3] [169:9]
[171:7,11] [177:5] [178:7,9
,10,19] [181:12,21] [182:7,13
,19] [183:4,20,21] [185:11,19]
[187:14] [232:13,15] [233:
3] [241:10] [242:4,7,9,11]
[243:1]

formulation [128:20]

forth [151:20]

fortune [152:10,19] [155:9]

forwarded [265:7]

found [76:11] [110:9] [251:
1]

foundation [77:9,10]

four [11:10] [20:12,13]
[27:22] [28:12] [83:2,22]
[84:13] [190:6] [224:17]
[236:5]

frame [83:15]

frank [27:17] [33:3,4]

frankly [29:9] [113:6] [186:
12] [196:6] [202:18] [213:16]

free [249:14]

friends [193:16]

full [8:17] [84:14] [120:19]

fully [152:5]

funding [31:17]

further [11:5] [108:3] [266:15]

future [21:6] [186:8]

G

gave [58:22] [63:19] [196:6]
[205:10] [217:15] [246:17]
[265:4,6,7]

geez [191:16]

generally [168:20] [178:21]

generate [192:21] [213:18]
[232:3]

generated [225:16]

generic [19:10] [59:6] [60:11
,13,18] [61:2,9,16] [62:10]
[63:5] [71:5] [87:17] [100:10]
[188:22] [198:12] [218:14]
[239:10,16] [242:1] [244:17]
[249:10] [250:1,4] [253:11
,18] [254:14,18]

generically [34:17] [224:4]

generics [18:22] [59:11,20]
[61:5,6] [146:13] [228:21]
[239:21] [242:18] [243:4,6]
[247:10] [248:2]

geography [53:14]

gets [36:1] [121:13] [141:2]
[185:10] [228:7]

getting [59:14] [69:11]
[88:22] [97:11] [100:22]
[101:13] [113:7] [121:19]
[124:4] [132:17] [143:22]
[150:4] [155:5,15] [156:3]
[157:3,14,16,21] [158:17]
[179:8] [184:15] [204:6]
[220:1] [242:13]

gibson [183:14]

gibsons [183:11]

giralda [5:4]

give [19:2] [23:4] [52:14]
[64:6] [108:2] [131:6]
[144:2] [150:19] [176:16]
[177:2] [180:1] [189:19]
[190:19] [196:15] [197:4]
[240:9] [243:12] [248:9]
[249:20]

given [6:8] [11:3] [38:14]
[42:8] [74:20] [75:5] [100:2]
[104:19] [107:7] [113:13,14]
[125:5] [266:12]

gives [87:10]

giving [142:2,5] [246:4]
[257:14]

glib [249:21]

go [14:21] [16:1] [23:5]
[26:2,10,14,18] [27:15]
[29:11] [32:19] [34:7,15]
[35:1] [38:4,12] [39:1]
[53:19] [59:21] [60:1]
[63:13] [68:13] [71:4]
[82:10] [85:10] [86:18]
[89:15] [91:3] [102:17]
[105:15] [109:4] [118:3]
[129:11] [133:15] [134:21]
[136:9,20] [143:21] [144:7
,14] [153:12] [156:7,9]

**10/14/2004  Simon, Paul O.**

[158:20] [160:7] [175:7]
[176:13] [184:10] [191:3,6
,11] [193:19] [196:10]
[198:3] [211:1] [221:15,16]
[230:13] [233:15] [236:6]
[242:19] [243:2] [248:3,4,7]
[254:11,20] [255:7] [262:22]
[263:20]
**goal** [237:7]
**goals** [208:13]
**goat** [75:14] [76:14] [79:16]
**god** [145:7] [189:16]
**godfrey** [18:6,9] [43:6]
[74:20]
**goes** [127:7] [128:13] [132:
7] [143:20] [203:12] [230:6]
[254:5]
**going** [9:14,18] [11:2,14,21]
[12:14] [13:2,4] [21:1,4]
[23:13] [28:14] [29:10]
[30:20] [31:13] [36:4]
[38:10,17] [39:14] [52:9]
[59:15] [60:8] [61:10]
[68:11] [69:1] [70:22]
[74:4] [79:20,21] [80:2,3,6]
[81:10,12,22] [85:13,14]
[86:10] [87:9,17] [89:18]
[93:17] [100:14] [106:22]
[108:8,12] [109:8] [113:11]
[123:4,5,13] [124:15]
[128:6] [131:5,6] [133:15]
[135:2,7,9] [136:11] [141:21]
[142:1,3] [144:2,4,7,10,20]
[145:21] [146:5] [148:12,14]
[149:18,21] [152:1] [153:21
,22] [154:1,5] [156:5,7,13]
[169:18] [170:13] [177:1]
[179:11] [187:13] [189:13]
[195:19] [197:9] [211:8,13]
[213:3,7,8,9,15,17,21]
[221:9,11] [223:5] [230:7,10]
[233:8,22] [236:19] [237:20]
[240:8] [241:12] [245:7]
[248:9,12] [249:20] [254:4
,9] [259:2,19,20] [265:16]
**gone** [91:4] [108:3] [137:15]
[139:9]
**good** [92:6] [96:16] [102:16]
[122:21] [167:13,14] [226:
3]
**goodin** [2:5] [266:4,]
**goodyear** [51:20]
**gordon** [3:13] [4:12] [7:22]
[8:21] [77:7] [91:20] [179:7]
[199:1]
**gosh** [11:21] [131:3] [250:16]
**gotten** [76:3] [145:12]
**government** [21:3] [104:17]
[116:20]
**governmentapproved**
[104:17]
**government-approved**
[104:17]
**gpo** [143:22]
**greek** [61:22]
**green** [39:5]

**grid** [133:2]
**grin** [250:18]
**group** [13:5] [26:10] [34:13]
[49:4] [51:6] [107:10,12]
[160:4] [161:8,15] [168:3]
[176:20,21]
**groups** [51:5]
**grow** [28:17,20]
**guess** [54:6] [68:11] [69:10]
[75:22] [79:5] [80:18]
[92:12] [96:14] [104:7]
[113:7] [121:5] [125:4]
[134:2,14] [143:5] [146:4]
[169:11] [170:3] [171:10]
[177:2] [183:10] [195:21]
[212:17] [219:11] [224:14]
[234:5] [244:19]
**guessing** [11:22]
**guidance** [257:14]
**guy** [249:11]
**guys** [159:17]
**gym** [164:10]

H

**habit** [9:13] [185:6,16]
**habits** [186:8]
**hadnt** [141:7] [219:22]
**half** [13:6] [176:12] [196:4]
[203:20,21] [224:10] [234:
6]
**hallmarks** [248:22]
**hand** [122:2] [196:14] [246:
3]
**handed** [191:12]
**handing** [130:21] [196:22]
**handle** [164:17]
**handles** [170:15] [177:18]
**hangley** [3:14]
**happen** [156:15] [175:2,6]
**happened** [90:21] [136:14,19]
[180:13] [202:14] [233:14]
[261:22]
**happening** [38:10] [124:12
,13] [174:17] [191:17]
**harbor** [119:21]
**hard** [66:4] [145:10] [174:17]
**harrisburg** [3:17]
**hasnt** [125:16]
**havent** [14:5] [90:20] [106:17]
[112:13] [137:15,16] [138:
15] [143:4] [154:19,22]
[157:22] [217:7] [235:8]
[252:20]
**having** [8:12] [40:18] [58:7,11]
[68:12] [70:6] [84:11]
[91:16] [93:1] [98:19]
[99:1] [110:2] [113:6]
[163:11] [188:7] [193:20]
[215:15] [216:19] [243:18]
[247:22]
**head** [85:22] [160:3] [185:1]
[215:12] [233:6]
**headed** [179:19]
**heading** [126:21] [207:9]
**headings** [73:17]

**health** [40:12] [88:11] [116:
15] [122:20] [124:17] [162:
18] [180:5] [193:21]
**healthcare** [170:15] [175:8]
[179:1] [187:12]
**hear** [193:18] [194:2]
**heard** [156:11] [194:7]
**heck** [233:1,8]
**held** [7:11]
**help** [32:17] [61:22]
**helpful** [44:18]
**helping** [146:12]
**hence** [114:20]
**hereby** [266:6]
**herein** [55:1]
**heres** [226:4]
**hereto** [266:18]
**hes** [109:5] [191:16]
**hey** [221:17] [248:7]
**high** [85:6,14,19] [86:1,4]
[89:5,12] [144:15] [147:1]
[164:10]
**higher** [196:7,9] [206:18]
[213:9] [227:20]
**highly** [1:17]
**hill** [6:11] [43:12,14] [128:2
,10] [129:16,17] [130:22]
[132:11] [134:17]
**hills** [129:15] [130:13]
[136:19]
**hire** [30:14] [34:13]
**hired** [28:18] [48:7] [60:17]
[164:8] [209:18]
**history** [237:10]
**hit** [208:19]
**hmo** [26:5] [52:18] [160:5]
[162:19] [173:19] [176:21]
**hmos** [50:20] [56:5,9] [129:
1] [158:16] [160:17] [169:3
,10,17,21] [170:6,8,15]
[172:2] [178:22] [235:19]
**hoc** [19:1,15]
**hoffmann** [19:6] [20:14,17]
[21:15,18] [22:17] [23:3]
[50:10] [52:10,12] [53:6,7]
[83:20] [88:2,3,6,16] [258:
15] [259:5,8]
**hoffmannla** [19:6] [20:14,17]
[21:15,18] [22:17] [23:3]
[50:10] [52:10,12] [53:6,7]
[83:20] [88:16] [258:15]
**hoffmann-la** [19:6] [20:14,17]
[21:15,18] [22:17] [23:3]
[50:10] [52:10,12] [53:6,7]
[83:20] [88:16] [258:15]
**hogan** [1:6]
**hold** [64:11,14] [86:17]
**home** [151:20]
**homes** [21:5] [22:2,4]
**honestly** [19:22] [29:7]
[44:22] [78:10]
**hoofs** [75:14] [76:15] [79:16]
[80:11]
**hopefully** [41:19]
**hormone** [150:6] [261:1]
**horse** [75:10,13] [76:10]

**horses** [75:7]
**hospitals** [51:10] [52:22]
**hot** [101:22]
**hour** [12:6,21] [32:9] [33:1]
[29:5,8] [32:9] [180:10]
**hours** [11:19] [20:10] [22:21]
[29:5,8] [32:9] [180:10]
**however** [52:22] [67:22]
[70:8] [102:22] [127:9]
[162:7] [163:2] [170:19]
[177:17]
**hrt** [115:17] [117:1] [236:11]
[264:2]
**ht** [229:10]
**human** [71:3]
**humana** [26:17,20] [27:4]
[31:20] [33:10,12]
**hundred** [240:6]
**hypothetical** [76:19,20]
**hypothetically** [75:11]

I

**id** [56:7]
**idea** [69:20] [129:4,6] [130:
11] [168:14] [183:13,20]
[202:5]
**ideal** [30:7]
**identical** [98:3,8] [223:21]
**identification** [15:2] [63:16]
[117:17] [118:5] [130:19]
[140:4] [196:19] [197:2]
**identified** [18:1] [51:6]
**identify** [15:11]
**ill** [217:10]
**illinois** [4:15] [178:12]
**im** [11:14] [35:6] [76:18]
[85:8] [92:12] [101:14,16]
[113:1] [114:20] [135:21]
[147:21] [189:16,17] [230:
7]
**image** [115:17] [123:1]
**imagine** [38:5] [166:8,16]
**impact** [76:11] [80:22]
[81:1,15] [93:3,11,21]
[95:2] [97:14] [175:20]
[242:15]
**impacted** [246:19]
**impacting** [177:7]
**impediment** [178:8] [227:8]
**implemented** [29:14] [180:
21]
**implies** [64:18]
**important** [24:2] [58:13]
[60:4] [220:12] [231:8,15,17]
**impossible** [238:21]
**impression** [14:8] [98:13]
**improper** [102:21,22]
**improved** [64:20] [70:7]
**ims** [168:7] [203:11] [216:
7,16] [235:15,16] [243:16]
**inaccurate** [16:18,20]
[17:2]
**inc** [1:8,10] [3:11]
**incentives** [139:16] [143:3,7
,14]
**inclined** [93:17]

**include** [12:1] [22:10,11,13] [35:12] [105:2] [202:18] [264:9,14]
**included** [48:5] [102:11] [143:19] [227:13,18]
**includes** [203:7] [209:17] [234:11] [236:10]
**including** [120:20] [252:18]
**inclusion** [128:20] [162:13]
**incorporated** [7:6]
**increase** [12:8,11] [144:22] [145:6] [146:3]
**increases** [145:7]
**increasing** [149:3]
**incurred** [39:2]
**indeed** [49:1] [109:20] [114:19]
**indianapolis** [113:20]
**indicate** [256:7]
**indicated** [67:5] [72:15] [94:5,20] [100:13] [101:5,9] [107:20] [113:15] [119:13] [120:19] [125:18] [160:7] [175:18] [200:1,3] [255:13] [256:11]
**indicates** [69:14] [96:21] [124:14] [197:16] [256:19]
**indicating** [101:5]
**indication** [102:8,19] [105:6] [108:2] [114:4,22] [116:14] [121:4,13] [123:20] [124:1]
**indications** [98:3,8,18] [99:2,7] [101:19] [102:6,12] [104:17] [114:16,19] [115:18] [119:14] [120:19] [135:15] [218:22] [223:4] [252:2] [253:13] [254:17]
**indirect** [8:7] [41:10]
**individual** [27:17] [46:2] [171:5]
**individuals** [31:18] [37:8] [45:14] [51:15] [165:12] [166:17] [195:9]
**industry** [41:13] [166:1]
**inexperienced** [219:1]
**inferior** [218:21]
**influence** [145:20]
**informal** [193:15]
**information** [19:1] [42:12] [47:9] [74:19] [101:1] [103:1,8,10,11,13,16,20] [105:10,18,22] [107:9,13] [119:21] [121:16] [125:6,11] [126:7] [168:18] [193:21] [233:6]
**informed** [98:12] [190:17]
**ingredient** [23:17]
**ingredients** [24:10,15]
**inhibitor** [111:7] [112:5]
**inhibitors** [111:12] [148:17] [250:10]
**initial** [78:3] [82:10] [93:2,13] [97:16] [151:11] [165:2,3] [252:21] [257:18]
**initially** [90:1]
**initiated** [36:22] [68:1]

**initiative** [116:15] [122:20] [124:17]
**input** [89:19]
**ins** [64:5]
**insight** [19:1]
**insights** [23:4]
**insignificant** [194:10]
**instance** [103:10] [131:20] [232:6]
**instances** [129:12] [136:8] [175:17] [252:22]
**instead** [33:18] [35:4] [59:22] [76:12] [121:9] [246:17]
**insulin** [250:10]
**insurance** [187:8] [191:4,9 ,21] [192:3,9]
**insured** [189:8] [195:8,19] [200:2] [202:8,14] [232:11]
**insureds** [195:8]
**intended** [126:2]
**interact** [31:15]
**interchange** [100:3,15,16]
**interchangeable** [99:22] [100:9]
**interchangeably** [223:18]
**interested** [11:4] [46:22] [47:16] [266:18]
**interesting** [27:1] [110:11] [202:16] [207:8] [225:22] [249:19] [253:15]
**internal** [124:18]
**interpose** [44:21] [204:22]
**interrupt** [77:8]
**intervention** [162:10]
**interviewed** [28:6]
**interviews** [192:20] [193:2]
**introduce** [7:20]
**introduced** [28:2] [83:22] [188:6] [214:21]
**introductions** [31:21]
**invested** [214:8,13]
**investigating** [21:9]
**investment** [18:18]
**involve** [22:5,6,8] [33:2] [40:5] [61:7]
**involved** [19:14] [25:16] [26:9] [88:12,13] [166:9,11] [254:9] [258:5] [260:22]
**isnt** [56:21] [75:17] [105:11] [139:4] [183:7,20] [184:1] [189:6] [191:2,10] [216:5] [225:14,18] [247:21]
**isoptin** [214:1]
**issue** [38:16,17] [80:16] [126:22] [127:22] [176:2] [194:5] [215:21] [228:8]
**issues** [11:1] [40:5] [42:13] [45:10] [47:4] [130:2] [134:20] [176:4] [178:15]
**item** [210:16]
**items** [43:5]
**itself** [125:3] [183:21]
**iv** [159:12]
**ive** [13:22] [81:17] [85:9] [119:17] [146:2] [156:10] [190:19] [234:5]

**J**

**j.b.d.l** [1:] [7:5] [10:8] [11:9] [12:3] [13:20] [14:10,13] [43:22] [44:4] [110:4]
**james** [5:8] [6:11] [7:15] [130:22] [225:5,8]
**jay** [3:4] [8:3] [10:9] [11:18] [13:21] [45:4] [47:9] [265:7]
**jeff** [46:8]
**jeopardy** [29:18]
**jersey** [5:5] [178:11]
**jim** [129:17]
**job** [1:21] [28:10] [30:13,14] [135:12]
**joe** [151:21]
**johnson** [23:9,11] [24:6] [153:7] [154:1,5]
**jones** [21:19]
**journal** [121:11,18]
**journals** [141:20]
**judge** [1:5,,12]
**june** [92:4]

**K**

**kaiser** [40:22] [41:6,7,9] [56:9,17] [57:1,12,13]
**keep** [42:19] [60:3] [217:12] [232:4,17] [244:10] [248:20] [254:15]
**keeping** [143:22]
**key** [99:19]
**kill** [128:6]
**kind** [13:5] [22:14] [25:12] [27:1] [36:1,5] [37:6] [41:3] [66:4] [68:19] [103:8] [104:22] [105:9,18] [110:10] [128:14] [148:2,5] [155:10] [166:13] [167:6] [213:10]
**kinds** [11:1] [19:13] [21:4] [68:12,13] [86:15] [111:4] [184:15] [194:2]
**kinetics** [19:3]
**knew** [9:13] [79:13] [97:8] [113:6] [223:4]
**know** [8:20] [9:3,17] [13:22] [19:9] [28:11] [29:21] [30:1,10] [34:20] [35:16,20 ,21] [38:6] [45:2] [56:12] [58:9] [60:19] [72:22] [78:10] [80:9] [81:9,17] [83:16] [89:15] [91:14,18] [92:9] [95:8,13] [96:10,15,16] [103:4] [104:8,9] [105:3,19 ,22] [106:2] [107:5] [113:22] [114:6,7] [117:10] [119:22] [122:9,10,12] [123:21] [125:16,21] [126:18] [128:22] [131:8] [137:17] [138:3] [139:12] [151:21] [152:20] [154:17,22] [155:12] [156:1,6,16] [157:19] [158:11,20] [163:17] [164:11] [165:17] [166:15] [167:7] [169:1,4]

[171:20] [172:20] [173:10] [176:19] [177:15] [179:3,4 ,6] [180:20,22] [181:2] [182:16,20] [184:1] [186:15] [187:9] [188:10,13,14] [189:2,19] [190:16] [191:19] [192:1] [196:10] [201:1,6,12] [202:15] [210:20] [212:18] [213:21] [224:18] [229:10] [230:5] [233:13] [234:22] [235:1,4,22] [236:18] [237:4] [242:12] [244:10,11 ,17] [245:22] [247:3] [248:8,15] [252:4,8] [254:10] [256:4,12 ,13,14,17,18] [257:3,7,16] [258:12] [259:3,20] [261:22] [262:2,18] [264:7,10]
**knowing** [95:20] [185:19]
**knowledge** [74:5] [79:22] [107:16,17] [164:6] [258:13] [261:9]
**known** [78:8]
**knows** [190:14]
**kodroff** [3:5]
**kolassa** [6:14] [42:8,10,13] [45:13] [46:19] [48:17,20] [64:18] [82:9] [90:8] [116:2 ,11] [124:7,10] [127:2,7,12] [139:18,20] [140:7,13] [143:9,20] [214:21] [231:5] [245:11]
**kolassas** [225:11] [245:15] [260:11]
**korbel** [43:18]
**krishna** [14:7]

**L**

**lab** [67:11]
**label** [71:19] [94:22] [249:18]
**laboratories** [1:8]
**labs** [6:9] [104:4] [107:12] [108:19] [114:15] [117:20] [118:8] [120:8]
**lack** [77:10] [102:2] [116:13] [126:22] [199:2]
**language** [49:14] [184:11] [208:1] [227:19]
**large** [51:11] [83:13] [103:7] [155:9] [210:2] [213:14] [254:13]
**largely** [188:6]
**larger** [150:19]
**last** [9:12] [10:4,14] [16:10] [17:15] [18:1,5] [20:7] [25:3] [27:22] [28:4,12] [32:8] [41:14,16,19] [50:9] [52:10] [55:2] [62:5,6] [85:9] [111:3,16,18] [112:3] [122:20] [146:14] [152:5] [159:21] [160:20] [161:6] [190:21] [193:8] [208:18] [209:11] [215:3] [216:2,5,14] [217:1,18] [230:21] [252:11] [261:5]
**late** [17:6] [39:14] [259:14]

[260:5]

later [69:1] [83:20] [186:14] [215:14] [223:9]

latest [152:11]

laughlin [5:8] [7:15]

launch [61:2,8] [82:13] [90:19] [92:3,11,16] [93:3] [97:13] [146:13] [166:3] [194:18] [195:2] [249:22] [258:2,8] [259:8]

launched [61:9] [82:18] [84:2] [90:14] [118:12,20] [165:14,15,19] [216:8] [221:4,21] [257:9] [258:6,14] [259:6,11,17]

launching [221:7] [229:16] [257:11] [260:8]

law [104:3] [177:13,15]

lawyers [14:6]

lead [173:17]

leap [222:14] [242:16]

learn [250:20]

learned [93:9] [186:3]

least [29:3] [34:20] [60:5] [78:14] [92:17] [123:14] [125:15] [126:10,11] [127:20] [128:10,21] [130:13] [148:15] [159:21] [160:10] [162:14] [165:4] [192:21] [200:3,13] [213:13] [216:19 ,20] [219:7] [245:20] [246:19] [259:18] [262:13]

left [54:11] [131:13]

lefthand [131:13]

left-hand [131:13]

legal [7:17] [104:8,9] [156:17]

lemmon [54:6,9,10]

lend [31:19]

lens [39:21]

lenses [39:17,20] [40:1]

lescol [112:18] [187:20,22] [188:1,5,20,22] [189:19] [190:5,14,18]

lescols [188:10,16] [189:1]

less [11:14] [18:22] [29:18] [49:4,19] [62:22] [63:3] [115:19] [177:9] [190:14,15] [195:3] [198:7] [206:12,19] [218:13] [228:13] [229:16] [236:12] [241:21]

lessened [115:8]

lesser [198:17]

let [9:3,16] [13:13,14,15] [15:7,17,22] [17:10,16] [19:2] [26:15] [31:4] [50:16] [63:8] [65:1,17] [71:7] [81:5,12] [86:5] [88:5] [91:5] [92:5] [97:4,19] [104:13] [106:21] [113:17] [117:13] [118:1] [119:18] [126:21] [130:16] [140:1,11] [142:17] [150:13] [159:11,15] [176:17] [184:3] [189:19] [194:8,18] [196:14,15] [204:12,15] [210:12] [215:2] [216:1,14] [218:9,18]

[227:22] [233:21] [242:2] [243:21] [245:9] [255:9]

lets [13:5,13] [15:22] [25:3] [31:21] [37:12,13,15] [50:21] [51:7] [55:10] [56:16] [59:17] [63:9] [79:11] [88:7] [89:9] [92:17] [101:6] [109:4] [117:15] [118:3] [142:15] [145:9] [152:8] [153:4] [157:15] [167:11] [170:13] [172:8] [179:2,10] [192:2] [206:14] [211:1] [220:17,18,21] [227:21] [233:15] [236:6] [239:4,9] [240:1] [241:12] [243:15] [260:19] [261:12]

letter [43:18] [45:4] [118:9] [119:6] [120:6] [122:4]

letters [36:9] [117:20]

level [48:19] [74:8] [162:12] [163:4] [177:14] [230:16]

levels [65:14] [66:2] [70:11] [71:13] [73:6,8,18]

levin [172:6]

lies [55:1]

light [81:22] [90:2] [212:17] [247:20]

likely [166:4,6] [251:15]

lilly [153:10] [252:6]

limited [218:21]

line [52:15] [55:4] [64:3] [131:16] [204:19]

lipid [188:2]

lipitor [112:19] [113:21] [188:2] [189:16]

list [20:15] [21:8] [42:6] [130:15] [155:17,22] [177:20] [198:16] [205:17] [206:13] [225:6] [236:1] [250:13 ,15] [252:14] [263:11,13]

listed [18:6] [25:4] [133:19]

listing [43:19]

lists [160:5] [176:9] [177:20] [178:2,5]

litigation [6:8] [10:1] [14:19] [63:20] [70:14] [159:2]

little [37:3] [109:21]

live [173:1]

lives [152:9] [159:14] [160:9,21,22] [161:16] [162:15] [170:10] [173:19] [174:15]

load [180:3]

located [19:17]

logic [141:20] [221:20]

logo [66:13,19]

lomb [17:9] [36:17,19] [39:4,16] [40:5]

long [20:21] [21:5] [22:1] [26:7] [32:7] [62:20] [104:15 ,16] [115:18] [116:14] [123:3] [126:18] [142:4]

longer [144:2]

longterm [20:21] [21:5] [22:1] [26:7] [115:18] [116:14] [123:3]

long-term [20:21] [21:5]

[22:1] [26:7] [115:18] [116: 14] [123:3]

look [18:20] [20:21] [21:6] [24:2] [28:22] [41:17] [42:15] [45:9] [66:3,13] [67:17] [68:22] [73:1,16,19] [86:12] [90:11] [106:19] [119:1] [138:16] [157:19] [158:21] [169:17] [172:8] [173:13] [176:3] [177:5] [186:15,18,22] [192:13] [194:16] [196:11,21] [197: 15] [203:14] [207:17] [211: 3] [213:1] [214:18] [218:1,3] [225:12] [226:5,8,9,12,16] [230:14,15] [232:18] [250: 12] [255:9] [260:2] [261:4] [263:16]

looked [24:1] [42:16] [44:4] [67:9,14] [70:1] [73:2] [90:20] [106:11] [124:11] [158:8] [159:8] [168:1] [172:18] [174:19] [192:6,11] [215:20] [216:14] [235:15,18] [252:5] [263:15]

looking [13:6] [18:7] [23:12] [28:7] [43:10] [46:4] [49:7] [64:2,16] [66:17] [95:16] [145:4] [148:20] [155:7,12] [156:4] [158:22] [161:14] [168:15,16] [169:8] [170:14] [191:15] [202:17] [228:18,19] [229:1,6] [237:4] [242:4] [245:5]

looks [15:6] [63:21] [66:4] [140:10] [160:15]

lori [1:20] [2:5] [7:18] [39:5] [266:4,]

lose [38:21] [136:11] [144:4] [151:16,17] [154:1] [238:19 ,20]

losing [76:5]

loss [39:2]

losses [19:12]

lost [89:7] [96:8]

lot [12:13] [29:8] [52:18] [56:19] [86:11] [102:10] [114:8] [129:9] [136:8] [176:3]

lots [168:9]

loughran [4:6] [8:6]

love [213:22] [214:2]

low [85:15] [162:7] [171:3] [180:18]

lower [40:18] [197:17] [198:6] [200:5] [202:10] [205:17] [213:9] [252:15] [253:1] [254:14]

lowest [123:13] [157:13,18]

luvox [262:20]

M

mac [198:11,16]

machination [39:1]

machine [266:9]

mackenzie [1:20] [2:5] [7:18] [266:4,]

madison [5:5]

magic [245:1]

magistrate [1:]

magnitude [256:10]

mail [55:5]

mailed [245:16]

mailing [245:18]

maintain [237:14]

maintained [28:10]

major [31:3] [34:20,21] [40:9] [45:12] [53:10] [62:9] [87:14] [163:20]

majority [105:14] [128:9] [135:7,18] [148:15] [150:16] [163:3] [170:20] [175:17]

making [82:2] [108:13] [135:3] [153:21] [190:17] [222:21] [223:10] [242:16]

man [75:4]

manage [54:1] [134:12] [178:18,19]

managed [22:8] [23:6] [25:6,14,15,18,22] [26:1,6 ,11] [30:17] [31:10,18] [32:2] [34:6,21] [35:8] [40:6,7,14,17,20] [45:17,22] [46:4,6] [47:3] [50:12,17] [51:11] [52:13,18,20,21] [53:3,6,8,10,17,20] [54:2,4 ,15] [55:3,19] [56:13,19] [57:11] [64:15] [85:4,18,22] [89:3,11] [106:5,12] [127:21] [134:12] [140:16] [141:7] [147:7] [151:10,16] [159:14] [160:4] [161:7,8] [163:8,11] [164:2,5,9,12,16,18] [165:12] [166:1,2,11,18,20] [167:18] [168:3] [170:10] [172:11] [174:22] [178:17] [180:2,17] [184:9] [186:20] [187:17] [188:9,12,17] [190:6] [199:19] [201:10] [232:20] [235:19] [238:2] [247:22] [257:14]

management [21:10] [193: 21]

manager [46:8]

managers [49:21] [89:4] [90:3]

managing [179:1]

manner [207:12] [219:3,4,14] [220:20]

manufacturer [23:16] [27:5] [37:21] [61:16] [84:4] [196:3] [214:4] [242:19,22] [249:10]

manufacturers [61:17] [84:6] [103:7] [156:14,18] [205:17] [214:3]

march [91:12,17,22] [92:1]

mares [79:4,9]

margin [142:7]

margins [143:5,10]

marjorie [4:3] [8:8]

**10/14/2004  Simon, Paul O.**

**mark** [14:22] [63:14] [118:1
,3] [196:16]
**marked** [15:2,17,18] [17:1,11]
[62:4] [63:16] [65:18]
[117:17] [118:5] [130:17,19]
[140:2,4] [159:15] [196:15
,18] [197:2] [207:14] [209:12]
[212:12] [216:2]
**market** [3:6] [18:20] [19:11]
[22:12] [38:9] [59:21]
[61:18] [62:10] [63:6,12]
[76:4] [80:3] [81:10] [86:12
,15] [87:21] [88:17] [89:15]
[92:9,19,21] [93:4] [97:14]
[111:16] [112:8,12,20]
[113:3,5] [114:22] [123:5]
[125:3] [128:15] [141:5,22]
[144:16,19] [145:1,11,13,15]
[146:22] [149:4] [150:17]
[157:20] [160:8] [176:20,21]
[179:20] [181:16] [182:2]
[183:2,3,7,8] [184:2] [185:
13,21] [186:11,22] [187:16]
[188:6,11,16] [189:9]
[190:5,6] [195:7] [207:11]
[208:15] [213:17] [216:18]
[217:5,19] [218:12,14]
[221:9,12,17] [223:1]
[224:16] [225:10] [229:4,5
,6,9] [230:6,14] [233:22]
[234:1,2,3] [235:2,5,12]
[236:9] [238:3] [243:18,22]
[244:2,5,8] [245:4] [253:12]
[260:2]
**marketed** [108:18] [114:17]
[218:21]
**marketer** [77:14] [81:2,5]
**marketing** [21:21] [39:11]
[46:2,5,7] [75:3] [76:4]
[78:13] [80:20] [81:17,18,19]
[90:7] [119:4] [165:4]
[167:10] [193:17] [207:9]
[210:8] [211:20] [212:15]
[215:11,21] [219:12] [224:
11] [228:14] [229:19] [231:
8,16,18] [232:1] [234:10]
[237:12,16] [244:21] [251:
6]
**marketplace** [20:21] [24:8]
[36:21] [76:8] [80:7] [81:4]
[91:15] [95:3] [96:7] [98:22]
[113:10] [121:20] [124:12]
[188:18] [215:1] [221:13]
[230:1,17] [237:21] [238:15]
[239:2] [241:18] [242:9]
[250:4] [264:16]
**marks** [109:6,11] [184:14]
[211:6,11]
**marty** [45:21] [160:4] [164:9]
[174:22]
**massachusetts** [178:13]
**matched** [253:17]
**material** [48:13] [49:14]
[78:13]
**materials** [12:2] [43:5]
[47:21] [100:21] [101:12]

[126:3]
**math** [141:1,19]
**matter** [10:1] [14:6] [33:14]
[95:16] [107:1] [144:17]
[183:21] [219:21] [223:20]
[227:14] [237:12]
**matters** [7:4]
**may** [30:18] [34:11] [37:16]
[44:22] [59:6] [60:20]
[67:22] [69:4] [108:22]
[127:10] [174:14] [189:10]
[229:13]
**maybe** [11:22] [20:12]
[45:19] [73:1] [81:14]
[107:8,9] [159:17] [248:18
,19] [251:3] [261:12]
**mc** [25:14]
**mcaccess** [25:6,10,11,12]
[27:9,16,20] [28:18,20]
[29:6,19] [31:1,7,11,16]
[32:2,12] [33:2,22]
**m-c-access** [25:10,11]
**mcdonough** [44:7] [46:19,20]
[127:2,12] [201:15] [205:19]
[206:3,5]
**mcnealey** [161:22]
**mco** [194:10]
**mcos** [114:2] [205:16]
**meals** [83:6]
**mean** [31:12] [32:18] [35:11
,20] [40:10] [41:5] [42:4,5]
[45:16,17] [50:18] [51:9,14]
[53:16] [59:1] [76:6] [78:11]
[89:8] [91:2] [95:7] [115:3]
[122:20] [123:21] [137:22]
[142:9] [143:12] [145:3]
[146:11] [152:21] [162:17]
[164:14] [168:8] [173:11,12]
[183:9] [188:20] [189:5]
[190:4] [218:6] [225:17]
[226:18] [230:5,20] [239:10
,18] [244:12,13] [245:2]
[252:17] [258:13]
**meaning** [133:16]
**means** [68:18,21] [69:3,8]
[148:4] [162:11] [183:7]
[210:21]
**measure** [260:2]
**measured** [213:5]
**measuring** [234:12]
**medco** [6:16] [55:3] [100:22]
[105:12,13] [106:9] [107:12]
[108:15] [125:6,12,17,22]
[126:6,10,11,13] [149:1]
[152:13] [197:7] [200:4]
**medcos** [36:1] [101:4,13]
[157:2]
**medi** [105:9,17,19] [106:1]
[181:5,7] [183:10] [184:19]
[193:1,13]
**medicaid** [176:21] [177:2,5
,11,19] [178:20] [185:12,21]
[186:20] [187:5] [232:19]
**medical** [6:15] [108:22]
[110:22] [114:8] [121:12,19]
**medicare** [6:20] [22:7]

[176:21] [177:3,12] [178:19]
[185:13] [186:21] [187:5]
[192:2] [197:7,13] [254:6]
**medicine** [190:12]
**medimed** [191:16]
**medimpact** [139:2,3]
**medispan** [105:9,17,19]
[106:1] [181:5,7] [183:10]
[184:19] [193:1,13]
**medi-span** [105:9,17,19]
[106:1] [181:5,7] [183:10]
[184:19] [193:1,13]
**medium** [26:5]
**meeting** [26:15] [32:19]
**meetings** [21:12] [26:19]
[31:14] [32:1,5,7,11,22]
[33:1,15,20,21] [130:11]
[134:8] [193:17]
**members** [14:18]
**menopause** [102:1,3]
**mention** [251:20]
**mentioned** [46:20] [60:12]
[82:22] [139:1] [214:1]
[253:3] [257:9]
**merck** [6:16] [197:7] [200:3]
[252:5]
**meridian** [1:10] [3:11]
[7:6]
**message** [78:16] [155:21]
**messages** [176:6] [220:5,8
,11]
**met** [8:21] [28:9] [85:10]
**metoo** [214:22]
**me-too** [214:22]
**mevacor** [112:18]
**mid** [259:22]
**mid80s** [259:22]
**mid-80s** [259:22]
**middle** [184:7]
**miller** [172:21]
**milligram** [91:12,16] [92:11]
[93:10] [95:1,11] [97:10,12]
[118:10,12] [119:5] [120:7
,11,18] [122:5] [162:4]
[194:20]
**milligrams** [95:9]
**million** [145:6,8] [152:9,13,14]
[161:16] [162:15] [208:14,19]
[213:18] [215:10,11,17,18]
[224:9] [230:7,9,10] [232:2
,3] [245:2]
**mind** [69:6] [176:16] [187:11]
[194:7] [218:7] [222:11]
**minds** [122:19] [222:10,11]
[228:15]
**mine** [60:3]
**minimal** [177:3]
**minneapolis** [54:17] [55:18]
**minus** [197:19] [198:17]
[200:6,17] [201:7] [202:2]
[203:17] [205:18] [206:14]
[207:1]
**minute** [191:8] [239:4]
[259:4]
**minutes** [81:13] [191:14]
**misapplied** [245:13]

**misreading** [91:20]
**missed** [17:4] [241:15]
**mistaken** [132:21] [133:3]
**mix** [90:7]
**model** [27:1]
**moderately** [83:14]
**molecule** [93:15]
**moment** [129:14] [233:16]
[241:16] [253:3]
**money** [181:19] [228:13]
[229:16] [236:12] [246:10]
**monies** [155:15] [156:3]
**monitor** [19:10]
**month** [112:3] [119:6]
[120:10] [256:11] [257:5]
**months** [10:18] [11:10,15]
[92:3] [93:2] [97:16] [208:13
,16]
**monumental** [144:20]
**morning** [122:21]
**mother** [189:15]
**motivate** [153:20]
**motivating** [99:19]
**mouth** [249:6]
**move** [200:12]
**moving** [13:14]
**mplan** [129:7]
**m-plan** [129:7]
**mr** [6:3,6,7] [7:22] [8:1,3,5,16
,20] [10:13] [14:6,21] [15:3]
[16:7,8] [25:2] [44:20]
[45:3,6,15] [47:19,22]
[52:14,15,16] [63:13,17]
[76:16] [77:4,7,11] [79:18]
[80:17] [82:3,5] [85:7,16]
[88:22] [91:19] [92:2,7]
[94:8,11] [95:4,14] [96:3,5]
[98:9,15] [104:6,10] [107:4
,6] [109:4,8,13,17,20]
[110:3] [113:11] [114:11]
[115:6,13,15] [117:18]
[118:6] [119:16,19] [121:22]
[122:1,8,14] [123:18]
[124:2] [125:19] [126:5]
[128:2] [129:15,16] [130:13
,20] [131:15] [132:11,19]
[133:4] [134:17] [136:19]
[137:1,4] [138:20,22]
[140:1,5] [161:22] [179:7,10
,16,17] [196:20] [197:3]
[199:1,6,9,10,16] [204:18,20
,21] [205:7] [208:18] [211:1
,8,15,16] [233:19] [254:20]
[255:5,6] [265:9,11,15]
**multibillion** [111:21]
**multiple** [96:18] [127:8]
**muscle** [104:20,21]
**mylans** [248:6]
**myself** [11:7] [64:11,14]
[86:18] [252:13]

---

N

---

**n.w** [2:4] [4:7]
**name** [7:15] [8:18,20] [20:3]
[39:5] [98:19] [189:1]

[215:15] [217:3,18] [236:16
,17,20] [237:10] [244:16]
[249:15]
**names** [18:19] [110:18]
[213:13]
**national** [6:20] [163:20]
[197:13]
**natural** [100:6]
**nature** [30:7] [193:14,15]
**nbc** [180:22]
**nce** [222:5]
**nces** [214:19]
**nda** [72:13]
**near** [82:14] [257:19]
**necessarily** [36:4] [45:13]
[51:2] [99:6] [105:5] [189:22]
[252:13]
**necessary** [37:6] [45:9]
[47:5] [89:2] [91:7] [263:20]
**need** [9:8] [25:22] [30:18,21]
[42:12] [81:8] [109:19]
[119:22] [148:4] [197:14]
[221:15] [222:2] [224:14]
[243:3]
**needed** [11:6] [16:10] [44:11]
[46:12] [139:16] [143:3,15]
[165:13] [186:6] [220:5,10]
**needs** [209:1]
**negotiate** [138:8,17] [248:19]
[249:2]
**negotiated** [196:2] [201:10]
[202:2,6,9] [203:6,15]
[204:10] [232:12]
**neither** [266:13]
**net** [37:22] [38:4,5] [41:4]
[162:7] [189:22] [252:18]
**network** [6:15,21] [197:8,13]
**nevertheless** [219:17]
[224:8]
**new** [5:5] [16:11] [18:4,20]
[20:14] [23:18] [25:21]
[63:5] [173:10] [178:11]
[214:20] [221:10] [222:6]
[234:16,18] [243:3] [258:19]
**news** [81:13]
**newspaper** [111:6] [164:13]
**nexium** [34:12] [35:3] [218:
4]
**next** [132:7] [142:4]
**nexus** [264:8]
**nine** [10:18] [92:3]
**no** [1:21,22] [6:5] [10:2,6]
[13:1] [14:4,16,20] [16:20]
[18:14] [23:15] [29:13,16]
[30:4] [31:8] [35:12] [36:16]
[40:14,20] [42:7,21] [43:4]
[48:2] [51:12] [53:7,22]
[54:4,20] [55:16,21] [56:1]
[57:4,9,10,11,13] [59:12,13
,14] [60:15] [65:5] [68:10]
[69:13] [81:9] [87:4] [88:2]
[99:17] [107:1] [117:5,22]
[118:17] [121:5] [126:17]
[129:4] [130:8,11] [134:8]
[137:15] [138:9] [139:15]
[141:2] [142:8] [143:2,13]

[144:2,5,6] [146:9] [147:16]
[148:19] [149:7,11] [153:16]
[154:18,20] [156:12] [157:
7] [158:3,7] [164:6,20]
[165:10] [166:5] [168:6,14]
[172:7] [175:10] [178:3,6]
[180:14,21] [181:15,18]
[182:22] [183:16] [184:13]
[190:4,9] [192:15,18]
[193:14] [196:8] [199:14,20]
[201:20] [202:5] [204:14,20]
[205:2,5,14] [206:6,10]
[208:3] [209:10] [215:13,22]
[216:16] [218:9] [219:5,21]
[223:4,14] [225:7] [226:15]
[227:5,12] [230:2] [231:2,3]
[232:5] [235:8,21] [236:3]
[240:20] [243:16] [250:12,16]
[251:21] [252:7,17] [256:12]
[257:20] [258:11] [260:14]
[261:16] [262:7] [265:9]
**nominal** [76:22]
**non** [74:12,17] [77:2] [163:2]
[170:19]
**nonanimal** [74:12,17]
[77:2]
**non-animal** [74:12,17]
[77:2]
**nonapprovable** [120:6]
[122:4]
**nonapproval** [117:19]
[118:9] [119:6]
**none** [227:12]
**nonformulary** [163:2]
[170:19]
**non-formulary** [163:2]
[170:19]
**nor** [266:13]
**noramco** [23:12,14,16]
[24:12]
**noreen** [14:7]
**norm** [64:7]
**north** [3:15]
**northeast** [19:18]
**northwest** [7:12]
**notary** [2:7] [266:21]
**note** [91:10] [97:21] [179:22]
**notes** [92:8] [161:22]
**nothing** [194:7] [240:7]
**notice** [62:15]
**noting** [118:11]
**notion** [69:12] [128:17]
**november** [205:4]
**nowhere** [147:14] [243:2]
**number** [7:3] [15:1] [37:14]
[63:15] [109:7,12] [111:11]
[117:16] [118:4] [119:14]
[130:18] [140:3] [146:16]
[169:6] [171:10] [197:1]
[201:12] [207:15] [211:7,12]
[216:3] [224:21] [225:9,15]
[226:6,9,10,17] [227:3]
[228:4,5] [230:22] [245:1]
**numbers** [7:9] [141:2]
[177:1] [196:17] [199:3]
**numeral** [159:12] [204:17]

**numerous** [150:5,6]
**nurse** [180:8]
**nurses** [253:21]
**nursing** [21:4] [22:2,4]
**nutritional** [88:9]

---

O

---

**oath** [64:7]
**object** [47:19] [76:16] [77:9]
[79:18] [85:7] [94:8] [95:4]
[96:4] [98:9] [104:6] [107:4]
[113:12] [119:16] [121:22]
[122:8] [123:18] [125:19]
[132:19] [138:20] [205:4]
**objection** [94:8] [137:1]
[204:22] [240:18]
**objectives** [61:14]
**observer** [32:15]
**obtained** [73:12] [168:2]
[199:7]
**obtaining** [261:9]
**obviously** [41:6] [42:9]
[114:1] [129:7] [157:6]
[218:20]
**occasion** [31:5,9] [41:17]
[50:19] [51:4]
**occur** [36:6]
**occurred** [29:17] [78:3]
[124:16] [138:13]
**occurring** [175:22]
**occurs** [34:19] [90:21]
**oclock** [179:8,12]
**ocs** [151:17] [250:10]
**october** [1:18] [2:3] [7:13]
[10:16] [43:18] [45:4]
[63:22]
**odds** [243:21] [244:22]
**odyssey** [17:20] [28:4,7]
**off** [16:1,2] [24:19] [27:21]
[28:12] [101:2,8] [109:4,8]
[113:2,5] [132:22] [143:16]
[147:10] [153:22] [154:5]
[179:11] [186:16] [211:1,8]
[212:5] [213:12] [215:11]
[226:8] [239:21] [242:22]
[254:20,22] [265:16]
**offandon** [27:21] [28:12]
**off-and-on** [27:21] [28:12]
**offer** [58:21] [59:2,7] [142:18]
[144:15] [153:8] [156:22]
[176:5] [202:7] [240:14]
[254:10]
**offered** [77:16,18] [91:6]
[93:10] [141:6,7,14] [154:15]
[155:4] [157:6] [241:1]
[253:19]
**offering** [58:2] [154:6]
[157:4,11]
**offers** [146:19] [247:12]
**office** [151:21] [180:8,10]
[209:16] [211:19] [243:10]
[245:20] [253:3]
**offices** [2:4] [53:3]
**often** [150:11]
**oh** [10:14] [11:21] [20:12]

[27:13] [32:21] [39:19]
[66:20] [92:2] [101:22]
[131:3] [145:7] [156:6]
[172:9] [189:15] [190:19]
[204:3] [239:21] [245:9]
[247:5] [250:7,16] [252:5]
**ohio** [1:] [7:8] [51:18]
**okay** [9:20,21] [10:16]
[14:11] [16:21] [20:13]
[22:16,21] [23:2] [27:8]
[33:20] [35:13] [36:7]
[40:14] [44:13] [45:6]
[46:7] [48:15] [49:2] [51:9]
[53:5,12,19] [60:2] [63:2]
[66:7,12,20] [69:10] [71:6,14]
[73:19] [74:10] [75:11]
[78:11,21] [81:16] [84:11]
[87:16,19] [88:15] [89:17]
[94:19] [96:9] [97:11]
[98:19] [101:11] [102:13]
[103:21] [106:4,14] [109:3]
[110:2,13] [111:20] [116:5
,19] [117:3] [118:19] [119:21]
[120:13,16] [122:15] [123:
7,10] [124:21] [125:4,15]
[126:6] [128:12,17] [129:21]
[130:9] [131:8,14] [134:1]
[136:12,18] [137:7,16]
[138:15] [139:11] [140:11]
[141:4] [143:1] [144:11]
[145:5] [146:10] [147:22]
[149:14] [150:22] [151:14]
[152:3,21] [153:18] [154:18]
[158:22] [160:12,14] [161:
1,13] [163:6,17] [164:7]
[165:17,21] [168:1,18]
[169:1] [170:3,12] [171:13
,22] [172:5] [173:11] [174:11
,19] [177:22] [178:21]
[179:4] [185:2,8] [187:20]
[193:5,8,11] [196:8] [198:22]
[199:9] [201:5] [202:8]
[203:9] [204:15] [205:20,21]
[206:8] [210:14,22] [213:19]
[215:20] [217:9] [218:5,17]
[220:16] [222:15] [223:12,15
,20] [226:11] [230:18]
[231:4,13,19] [232:4]
[233:10] [234:8] [236:6]
[238:22] [244:4] [248:17]
[250:13,17] [251:4,12]
[252:1] [259:21] [261:4]
[262:3] [263:22] [264:13,22]
[265:5]
**old** [42:9]
**once** [8:21] [159:21]
**one** [7:3] [17:3,4,5] [19:8]
[20:6,19] [25:3] [28:5]
[32:6,22] [33:15] [34:1]
[35:19] [46:21] [47:7]
[49:19] [52:21] [53:6,8,10]
[59:15] [60:20] [62:15]
[63:2] [64:3] [75:12,13,17]
[80:4] [81:13] [86:11,14]
[88:9] [96:20] [99:19]
[105:16] [106:3,8,11]

[109:7,21] [112:3] [120:10]
[122:12] [133:18] [143:16]
[144:18] [145:17,19,22]
[146:2,21] [148:10,13,17]
[149:13] [150:12,14,18,21]
[160:7] [166:9] [169:4,20]
[170:1] [171:6] [178:12]
[179:4,8,12] [181:15,18]
[183:14] [196:13] [199:17]
[200:14] [201:15] [205:3]
[209:18,19] [210:17] [213:
22] [214:18] [216:4,19]
[217:3,5,18] [218:6,7]
[223:4] [238:13] [241:13]
[242:22] [243:12] [248:17,18
,21] [249:7] [250:21] [251:5
,10,21] [256:11] [261:7,9]
**onebyone** [160:7]
**one-by-one** [160:7]
**ones** [139:8] [155:9] [173:7]
[205:8] [249:17]
**onto** [132:7] [136:20]
**open** [160:9,16,21] [169:7,9
,19] [170:1,9,10] [171:11,12
,15] [174:9] [177:5]
**operationally** [149:17]
**ophthalmic** [39:22]
**opinion** [75:2] [76:11]
[80:22] [81:1] [82:11]
[85:1] [87:8] [98:6] [99:16]
[117:12] [138:14] [222:21]
[229:13,15,21] [231:6]
[244:18]
**opinions** [16:11] [44:18]
[47:6] [77:15,18] [89:3,10,13]
**opposed** [70:2] [136:5]
[167:20] [196:1] [204:9]
[226:13]
**opposite** [251:19]
**optical** [40:19]
**option** [135:3] [232:14]
**oral** [24:8] [153:5,8] [154:7]
[155:2]
**order** [30:10] [45:9] [55:5]
[66:10] [71:12,22] [81:8]
[86:16] [94:7] [96:11]
[97:1,6] [120:4] [141:14]
[144:16] [216:11]
**organization** [23:21] [54:16]
[140:16] [141:8] [151:16]
[152:8] [166:21] [201:11]
**organizations** [31:10]
[32:3] [35:8] [51:5,11]
[85:5,18] [89:4,11] [106:6]
[147:7] [151:10] [163:9,12]
[184:9] [199:19] [235:19]
[238:2] [247:22]
**organized** [24:4]
**original** [42:15,17] [48:5,9,11]
[50:4] [60:20] [67:9] [76:17]
[78:8] [80:13] [138:8,13]
[139:9] [165:5] [173:22]
[263:4]
**originally** [74:20] [78:15]
[249:22] [263:2,19]
**osteoporosis** [99:11] [101:

7] [102:1,18] [103:3,12]
[104:2] [106:8] [107:2,15,21]
[108:5,18,21] [110:15]
[112:5] [115:18] [116:13]
[118:15] [119:7] [120:5,20]
[121:3,13] [122:17] [123:2
,16] [135:15] [222:19]
**otherwise** [266:18]
**otto** [8:19]
**outcome** [266:19]
**outfit** [39:6]
**outline** [91:8]
**outs** [64:5]
**outside** [104:16] [264:15]
**overall** [157:11] [169:6,9]
[228:12]
**overthecounter** [40:2]
**over-the-counter** [40:2]
**overtook** [82:19]
**overview** [47:13]
**own** [39:22] [173:18] [177:18]
[192:19]

———————————————

P

———————————————

**p&t** [128:22] [130:5,10]
[132:1,3,12] [133:11]
[134:3,8,16] [135:11]
[136:5]
**p.m** [179:13] [211:10] [255:
2] [265:19]
**package** [151:3,5] [245:13]
**page** [6:2,5] [17:19] [18:7]
[25:4] [41:19] [49:2] [52:15]
[63:10] [64:2,17] [66:3,14,18]
[67:16] [73:1,20] [74:11]
[82:8] [91:7] [97:19] [101:7]
[115:13] [121:6] [127:1]
[131:12] [132:8] [133:12]
[139:14] [140:12] [160:6,13
,20] [161:12] [162:20]
[168:10] [172:9] [176:18]
[179:18] [184:5,7] [194:14]
[200:13] [201:7] [204:16]
[205:15] [209:1] [210:12]
[211:18] [212:4,8] [216:15
,17] [245:12] [260:17]
[263:8]
**pages** [62:20] [66:6] [211:3
,4,17] [212:6] [217:2] [255:
8]
**paid** [37:20] [52:1] [202:9,22]
[254:5,9]
**paragraph** [49:3] [118:11,18]
[120:9] [161:15] [163:1]
**paragraphs** [207:16]
**parallel** [94:2]
**parameter** [133:15]
**paraphrase** [186:13]
**parity** [82:14,18] [87:9]
[115:22] [116:7] [257:19]
**part** [30:9] [35:10] [40:11]
[45:18] [55:1] [59:9] [67:2,13
,14] [71:3] [75:15] [78:18]
[90:7] [139:3] [140:10]
[141:16] [145:18] [150:22]

[154:10] [198:1] [228:17]
[249:6,7]
**participant** [13:5]
**participate** [21:11] [31:13]
**particular** [17:14] [38:11]
[51:8] [151:16] [214:17]
[241:2] [249:8]
**parties** [266:14,17]
**partners** [261:21]
**party** [98:12]
**patent** [60:21]
**patient** [69:15] [74:13]
[104:18] [105:2] [125:9]
[126:2] [127:14,17] [180:2]
[186:5] [187:12] [189:13]
[190:10,11,19] [191:19,20]
[192:2,3,4] [200:5] [202:9]
[203:12] [232:7,10,11,22]
[256:8] [258:18]
**patients** [33:12] [51:7]
[71:7,9] [93:18] [95:6]
[100:21] [101:12] [105:15]
[146:5] [180:5] [184:8]
[189:8] [192:8,22] [202:22]
[203:2] [222:11] [256:21]
**paul** [1:16] [2:1] [7:3] [8:11,19]
[109:8,13] [211:8,13]
[265:15]
**pay** [27:4] [163:11] [195:9,22]
[203:2,3] [206:8,11,13]
[232:10,11,12]
**payer** [4:3] [187:2]
**paying** [60:10] [151:9]
[155:13,14,20] [156:2]
[187:4] [189:17] [190:12]
[192:8] [203:4,6]
**pays** [170:1] [203:12]
**pbm** [26:5] [144:1] [145:4,19
,22] [163:20] [200:17]
[201:18] [204:14,15] [206:
18] [244:6]
**pbms** [54:21] [55:14] [56:2,5]
[114:2] [129:1] [135:3]
[155:8] [160:19,21] [176:3
,5] [179:2] [199:13] [205:16]
[206:1] [241:7]
**pcs** [6:17] [26:12] [34:12]
[52:8] [152:8,17] [153:3,15
,17] [155:17] [156:20]
[157:15] [161:12,15] [162:
1] [176:10] [197:10] [198:4]
[200:4]
**pcss** [51:22] [157:1]
**peaks** [65:14] [66:1]
**pennsylvania** [3:8,17]
**people** [26:2,14,18] [30:14,16
,20] [33:2] [34:14] [35:1]
[40:11] [47:2] [48:18]
[80:10,15] [82:1] [85:4,13,14
,18] [89:15] [95:8] [96:22]
[99:10] [102:8] [108:8,21]
[110:14] [114:8] [125:12]
[128:6] [135:8] [136:9]
[144:15] [156:6] [164:16,17]
[173:1] [175:2] [187:7]
[221:8] [252:13] [260:21]

**per** [120:7] [132:1] [225:16]
[227:21] [257:4]
**perceive** [77:19,22] [98:13]
[108:9,12] [185:3,4]
**perceived** [105:17] [116:1,8
,9] [121:7] [124:6,9]
**percent** [36:1] [37:13]
[49:4,21] [51:2,21] [55:4]
[71:21] [76:13] [79:12,14,15]
[92:13] [94:6,20] [96:22]
[97:5] [141:5,6,22] [142:2,5
,11,15,16,19,22] [144:9,19]
[145:1,6,7,11,13] [146:3,4]
[158:14] [159:14] [160:16,17
,20,22] [162:5,14] [169:5,19
,22] [170:9] [171:15] [173:19]
[174:9,15] [177:6,9] [179:19]
[189:20] [200:17] [201:8]
[203:17] [205:18] [206:14,15
,19] [208:15] [209:2] [210:3
,6,7,17,18] [212:1,14]
[213:3] [214:9,13] [216:18
,20] [217:4,5,19,20] [218:13]
[222:13] [224:9] [234:6]
[242:14] [243:17,19] [244:
3] [245:2] [248:16,18,20]
**percentage** [91:14] [92:9]
[160:8,9,10] [197:19]
[198:8,18] [200:6] [202:3]
**percentages** [175:18]
**perception** [82:1] [108:10]
[116:16]
**perfect** [226:1] [245:8]
**period** [50:11] [51:14]
[52:11] [66:11] [92:4]
[93:2] [115:6] [117:10]
[125:11] [133:7] [161:10,14]
[164:18] [203:19] [208:6]
[245:21] [255:14] [261:20]
**periods** [205:9]
**person** [31:20] [47:11]
[75:3] [81:19] [161:21]
[163:14] [164:8]
**personnel** [172:9]
**persons** [46:5]
**perspective** [20:22] [46:5,6
,8] [145:5]
**petroleum** [75:15] [76:13]
[79:15]
**pfizer** [252:6]
**ph** [60:20] [84:3] [151:22]
[161:22] [209:18] [259:22]
[262:19]
**pharmaceutical** [23:17]
[24:7,16] [25:19] [31:6]
[34:9] [39:18] [41:13]
[49:20] [56:2] [63:11]
[87:20,22] [146:7] [168:16
,19] [182:10] [207:11]
[210:3,4] [213:14] [215:9,16]
[221:2,3] [224:20] [227:9,10]
[228:2] [231:7,16] [237:13]
[238:7] [239:6] [249:1]
[251:6] [257:22] [260:8]
[263:8]
**pharmaceuticals** [17:20]

[22:17,19] [23:6] [55:22]
[62:3] [86:9] [147:4]
**pharmacies** [199:13] [201:
4] [202:1] [205:16] [206:1]
**pharmacist** [51:18] [95:17]
[155:21] [196:1] [197:9]
[206:7] [243:11]
**pharmacists** [34:14] [98:1,7]
[99:1,15,21] [100:7,14]
[155:18] [192:22] [196:2,5]
[204:10] [222:11,13] [223:
8,12]
**pharmacokinetic** [66:21]
[67:6,20] [70:6] [72:17]
[73:22] [82:17]
**pharmacokinetics** [65:7,9]
[71:2] [72:10] [83:4,11]
[84:18]
**pharmacy** [6:17] [51:15]
[104:14] [180:7] [197:10,17]
[198:4,5,16] [200:4] [201:10]
[206:8] [207:4]
**pharmacys** [197:18] [198:13
,19]
**pharmokinetic** [64:20]
[65:2]
**philadelphia** [3:8]
**phone** [109:20] [110:12]
**phrased** [76:19,20]
**physical** [32:19]
**physically** [26:10] [34:7]
[35:11] [36:3,4] [37:18]
[53:22] [87:2] [103:14]
**physician** [34:8,11] [87:12]
[93:8,16] [95:17] [127:4,14
,17] [145:20] [185:10,17]
[186:3] [191:3] [192:20]
[246:3]
**physicians** [36:9] [53:9]
[72:16] [93:11] [98:1,6]
[99:15] [100:7] [102:14]
[114:3] [115:20] [121:17]
[122:18] [145:21] [176:6]
[181:8] [184:16,18] [187:11]
[193:7,9,12] [194:1] [220:7
,11] [222:10] [223:17]
[228:6] [237:11] [242:15]
[243:10] [245:20] [257:3,6]
[261:1]
**pick** [16:19] [26:15] [59:15]
[76:9] [79:11] [81:12]
[249:7]
**picked** [213:13]
**picking** [169:4]
**piece** [70:9]
**pieces** [127:18]
**place** [35:17] [96:11] [115:1
,5] [131:17,18] [144:6]
**placed** [138:18]
**placement** [168:3] [178:9]
**places** [129:12]
**plaintiff** [14:15]
**plaintiffs** [1:] [3:3,11] [4:3]
[8:4,7]
**plan** [6:18] [20:22] [21:13]
[28:16,19] [29:6,14] [30:1,3]

[31:1] [32:12] [113:20]
[151:13,15] [165:2,4]
[170:20] [171:5] [179:2]
[187:8,12] [191:16] [197:11]
[207:18] [208:4] [219:12]
[237:17]
**plans** [99:20] [146:1] [163:3]
[170:16] [171:3] [180:6]
**plant** [74:22] [75:2,8,20]
[76:7,9] [78:15,17,19]
[79:2,12] [80:21]
**plantbased** [76:7]
**plant-based** [76:7]
**plantderived** [78:15,17]
[79:2,12] [80:21]
**plant-derived** [78:15,17]
[79:2,12] [80:21]
**please** [7:20] [8:10,17]
[217:11]
**plus** [197:20] [198:12,18]
[200:6,17] [201:8] [202:3]
[203:17] [205:19] [207:1]
**point** [49:18] [56:10] [62:6]
[67:20,22] [73:22] [74:10]
[87:15] [89:21] [92:6]
[108:7,13,21] [109:19]
[116:18] [123:6] [127:2]
[134:14] [141:11] [144:11]
[157:5,10] [164:15] [171:13]
[183:14] [198:5,10] [218:18]
[220:15] [224:13] [225:22]
[226:19] [228:12] [241:20]
[243:14,20] [246:5,7]
**pointed** [74:7] [129:13]
**pointing** [75:18]
**poorly** [218:21]
**population** [74:14] [78:22]
[79:7,10,21] [186:6]
**portion** [6:11] [130:22]
[131:4] [176:19] [179:18]
[186:5]
**portions** [6:13] [140:7]
**position** [21:20] [39:9,12]
[81:18,19] [93:14] [100:6]
[116:21] [127:5] [134:22]
[141:9] [147:6] [221:13]
[229:22] [237:7] [238:7]
[242:4,7] [251:8,15] [262:11]
**positioned** [236:21]
**positioning** [237:4]
**positions** [132:17] [242:15]
**possibility** [100:3]
**possible** [36:5] [146:6]
[171:2,17] [174:18] [186:9]
[189:4]
**post** [122:4]
**potential** [21:8] [39:2]
**potentially** [80:15] [238:20]
**ppi** [146:18] [148:7] [149:19]
[153:13]
**ppis** [150:2,17] [154:8]
[155:3] [236:4] [250:9]
**ppms** [50:20]
**practice** [102:16]
**predict** [224:15]
**predicted** [219:19]

**preemptive** [151:13,15]
**prefer** [79:1,3,8,12] [177:20]
**preferred** [134:22] [155:16]
[176:8] [177:21] [182:12]
[241:9] [242:7]
**pregnant** [75:6] [79:4,9]
**premarin** [35:18] [36:14]
[64:21] [67:7] [68:8] [73:6,12]
[77:20] [87:10,15] [90:22]
[91:3] [93:12] [95:11]
[98:2] [100:4,15,17] [114:13
,17] [115:8,22] [116:17,21]
[119:13] [121:4] [123:14,20]
[124:21] [129:3] [130:7]
[131:20] [132:4,16] [133:13
,16,18] [134:5] [135:13]
[140:19] [141:10,15] [142:
18] [143:17,18] [144:1]
[145:2,7] [147:1] [149:21]
[150:5] [151:9,17] [153:6]
[155:6,21] [156:2] [157:1,17]
[162:5] [173:20] [175:20]
[176:12,16] [177:14] [185:
11,18] [194:13,18] [195:2]
[219:9] [221:14] [222:9]
[223:18,21] [224:12] [228:
16,20] [229:6] [233:7,9]
[234:3,11] [236:22] [237:5
,8] [241:9] [243:2,4,12]
[244:2] [245:6] [247:21]
[250:1,21] [251:4] [252:3]
[253:2] [257:19] [264:2,12]
**premarins** [92:20] [99:19]
[252:16]
**premium** [84:17,19]
**preparation** [11:11,17]
[79:17]
**preparations** [214:3]
**prepare** [38:18]
**prepared** [15:8] [42:3,6]
[160:3] [161:7] [204:7]
**preparing** [11:20] [47:12]
[192:13]
**prescribe** [93:12] [95:18]
[223:12] [242:15]
**prescribed** [194:21]
**prescribing** [97:9] [186:7]
[237:11]
**prescription** [35:3] [104:19
,20] [124:13] [125:10]
[136:10,15,17] [139:2]
[151:22] [155:19] [176:7,8
,14] [185:10] [190:13,18]
[191:16] [206:17] [220:13]
[226:2] [232:7] [243:7,9,18]
[245:14]
**prescriptions** [34:12] [52:1]
[124:15] [180:4] [185:18]
[220:2] [223:14,16] [225:15]
[226:5] [227:3,19,21]
[228:4]
**present** [5:8] [21:9] [23:20]
[64:9] [71:12]
**presents** [121:11] [139:19]
**press** [6:9,10] [118:8] [119:
2]

**pretty** [23:8] [38:6] [110:18]
[206:2,6] [247:19]
**prevacid** [147:5] [222:1]
**prevent** [101:7] [102:1]
[104:1] [107:2] [125:17]
**preventing** [105:21]
**prevention** [106:8] [108:18]
[119:7,13]
**prevents** [103:12] [107:14]
**previously** [43:6] [65:18]
[131:2] [159:16] [199:4]
**price** [37:9,16,19,22] [38:4,7]
[41:2] [59:8,14] [60:9]
[84:17,19] [85:6,11,13,15]
[86:1,16,20] [87:1,9] [89:5
,12,14,16,20] [90:1,7]
[144:8] [156:22] [157:6,18]
[176:11] [195:2] [196:1,2,12]
[197:18,19] [198:7,13]
[200:2] [201:10] [202:2,6,9
,10,20,22] [203:6,13,22]
[204:10,14] [205:18] [206:
13] [232:12] [233:4] [240:5
,14] [247:12] [252:15,16,17
,18,22] [254:11] [255:11,15
,21] [257:18] [258:2,7,21]
[259:16] [260:7]
**priced** [82:14] [86:4] [253:1]
[254:14]
**prices** [22:12,15] [40:18,20]
[41:4] [59:2] [86:8] [91:2,4]
[154:6,12,14] [157:3,12,13]
[194:9,13,17] [195:14]
[196:6,9] [200:14,16]
[204:9] [253:17] [256:5]
**pricing** [40:8] [47:3] [82:10
,12,14] [85:2,19] [86:13,18]
[87:6,20] [88:12,13,19]
[90:5,9,11,13,19,22] [259:
12] [260:12]
**prilosec** [34:16] [35:4]
[59:18] [60:11,12,14,18]
[61:3] [146:12,22] [147:10
,15,16,20] [148:3,10,17,20]
[149:18] [150:2,9,17,19]
[153:12] [221:22]
**primarily** [112:6]
**primary** [19:8] [62:10]
[88:18] [259:15]
**principal** [21:22] [46:1]
[75:15] [209:20]
**principally** [18:19] [22:4]
[27:5] [88:1] [105:16]
[127:21] [136:7] [138:2]
**principals** [19:20] [27:16]
[31:16]
**prior** [89:19] [164:4] [180:16
,21]
**prioritized** [262:10]
**privy** [134:8]
**probably** [20:6] [69:1]
[78:6] [83:21] [175:15]
[187:19] [226:1]
**probe** [173:15]
**problem** [78:1] [141:20]
[145:18] [183:17] [233:7]

[238:12]
**problems** [113:6]
**proceedings** [7:1] [10:4]
**process** [32:16,18] [128:3,8]
**processors** [52:8]
**produced** [70:13] [159:1]
 [172:2] [199:4] [201:3]
 [209:15] [235:20]
**product** [19:4,9] [21:1]
 [26:21] [27:6] [33:16,18,19]
 [34:1,2] [35:18] [37:14,19,20]
 [39:16] [55:8,14,20] [56:10
 ,18,20,22] [58:5,6] [59:7,10
 ,17] [60:9] [61:8,18,19]
 [63:11] [66:10] [68:9]
 [69:13] [70:20,21] [71:4,10
 ,19] [72:1,11,19] [75:6,20]
 [76:7,9,10,14] [77:20]
 [78:14,16] [79:1,3,8,12,17
 ,21] [80:3,21] [84:1,3,5,7]
 [85:11] [86:16] [87:11,14,18]
 [88:11,12,14,19] [89:6]
 [93:4,12,17,18,20] [94:21]
 [95:1,3,18] [96:18] [97:2,3
 ,7,14] [98:20] [99:1,10]
 [102:17] [103:12] [104:2]
 [108:4,12,17,20] [113:2]
 [114:4,15] [116:1,8,12]
 [117:13] [118:10] [119:5,7
 ,13,15] [121:7,14] [122:3,5
 ,6] [123:12,14] [124:6,9]
 [128:15,20] [130:1] [131:18
 ,21] [132:5] [134:11,13]
 [142:14] [144:8,9,13,16]
 [146:22] [147:4,5] [148:11
 ,21] [149:19] [150:10]
 [156:7] [165:14,16,19]
 [167:21] [169:14] [181:11,15
 ,19] [182:2,6,9,17,18]
 [183:3,6] [184:1] [186:6,10
 ,20] [188:1,5] [194:20,21]
 [195:10,22] [202:20,22]
 [203:12] [206:9] [211:21]
 [213:8,10,12,16,17,21]
 [214:6,21] [215:9] [216:17]
 [217:3,6,19] [218:21]
 [219:18] [221:8,9,12]
 [223:5] [224:12] [228:14,18]
 [229:1,16,17,19,22] [230:8
 ,11,17] [231:9,16,18,21]
 [232:1,3] [233:2] [234:18]
 [236:22] [237:8] [238:13]
 [240:16] [241:2,9] [242:7,14
 ,17,20] [243:17] [246:10]
 [247:13] [248:4,20] [249:21]
 [251:1,2,5,6,9,14] [253:7,12
 ,14] [254:5,9,17] [257:11]
 [258:6,19,21] [259:5,6,12,16]
 [261:9] [262:10] [263:12]
 [264:11]
**products** [18:20] [22:16]
 [24:8] [25:22] [26:3] [35:12]
 [36:21] [37:9,13,18] [39:18
 ,19] [40:1,2] [50:21] [54:18
 ,21] [56:2,6] [57:1,3,6]
 [58:3] [68:22] [75:12]

[80:6] [87:22] [88:9] [98:7]
 [99:21] [100:8] [102:10]
 [104:15] [111:11,15,20]
 [112:4,10,19] [113:9]
 [114:9] [115:17,19] [116:22]
 [119:12] [120:18] [123:2]
 [124:15] [125:1] [127:9]
 [129:10] [132:14] [134:16,21]
 [135:7] [141:14] [143:19]
 [144:3] [146:11,17] [148:14]
 [149:3] [151:9] [154:13]
 [156:15] [157:1,3,13,16]
 [158:19] [162:8,12] [167:18]
 [168:4,19] [171:18] [175:13
 ,18] [181:20] [182:7,12,13]
 [183:4,19] [188:3] [189:2,8]
 [192:21] [198:16] [213:22]
 [216:7] [217:22] [218:1,2,11
 ,16] [221:4] [222:17] [228:3
 ,9] [230:16] [234:12,17]
 [236:2,5,11] [239:6] [241:13]
 [242:8] [248:10,16] [249:4]
 [251:16] [252:1] [256:9]
 [258:13] [261:2,17] [262:5
 ,8,14] [263:15] [264:3,5]
**professional** [2:6] [103:6,17
 ,19] [107:10,11]
**professionals** [108:11]
**professionaltoprofessional**
 [103:19]
**professional-to-professional**
 [103:19]
**profile** [64:20] [67:6] [70:6]
 [82:18] [129:2,5] [130:1,7]
**profiles** [127:8] [128:18]
**profitable** [142:14]
**profitably** [142:10]
**program** [6:17,19] [31:22]
 [162:10,14] [197:11,12]
 [244:21]
**programs** [26:11] [155:17]
 [176:5] [178:16,17]
**project** [12:20,22] [13:2]
 [17:6,7] [18:9] [20:4,15]
 [21:14,18] [23:2,3] [26:8]
 [28:14] [29:3] [30:8,10,14]
 [31:1,4] [35:10] [39:13]
 [40:9] [60:16] [61:5,7]
 [184:19] [209:19]
**projected** [246:15]
**projects** [13:9] [17:17,20]
 [18:4] [25:5] [30:12]
**promark** [178:18]
**prometrium** [262:19] [263:
 13]
**promise** [191:15]
**promote** [66:10] [81:20]
 [102:17] [245:7]
**promoted** [83:12,14] [187:16]
**promoting** [27:7] [78:14]
 [83:17] [106:7] [125:17,22]
 [166:19,21] [229:17] [262:
 11]
**promotion** [125:20] [126:1]
 [209:3] [210:15] [212:22]
 [216:11] [224:18] [228:20]

[231:11]
**promotional** [78:6] [216:9]
 [219:20] [220:5] [221:16]
 [231:17]
**promotions** [78:3,18] [126:
 4]
**pronouncement** [237:3]
**proportion** [227:4]
**proposition** [129:22]
**protect** [238:3]
**proton** [148:16]
**protonix** [147:4,16] [153:13]
 [221:21]
**provide** [18:22] [103:1,7,12
 ,15,16,19] [107:9,13,15]
 [139:15] [143:2,7,14]
 [149:9] [159:2,5] [163:19]
 [253:20] [254:11]
**provided** [72:9] [74:12]
 [77:1] [100:21] [101:12]
 [110:15] [123:16] [151:13]
 [168:15] [253:22] [263:2]
 [264:8,17]
**provider** [239:10] [241:1]
**providers** [254:13]
**provides** [140:14] [148:6]
**providing** [105:9]
**provisions** [247:18]
**prozac** [153:11]
**prt** [162:8]
**prudent** [82:12] [85:2]
 [87:6] [245:22] [246:2]
**public** [2:7] [81:22] [105:10]
 [108:3] [114:14] [121:17]
 [266:21]
**publications** [182:11]
**publicly** [152:16]
**publiclytraded** [152:16]
**publicly-traded** [152:16]
**publishes** [121:11]
**pudlin** [3:14]
**pull** [175:7] [180:8]
**pulling** [262:22]
**pump** [148:16]
**purchase** [37:8]
**purchased** [19:5] [83:19]
 [182:3]
**purchaser** [3:3] [8:4,7]
**purchasers** [41:10]
**purpose** [46:1] [58:1] [181:
 10] [234:10]
**purposes** [199:8] [234:9,12]
 [263:1]
**pushed** [249:17]
**pushing** [78:17]
**put** [29:15,18] [58:9] [105:5]
 [128:15] [133:9] [136:3,10]
 [144:8] [153:11,12] [155:8]
 [165:3] [181:19] [204:7]
 [214:5] [221:16] [224:17]
 [227:17]
**putting** [12:14] [22:13]
 [25:17] [29:6,22] [30:2]
 [158:18] [167:12] [233:6]
 [249:5]

_____

Q

_____

**quantitative** [86:22]
**quarter** [92:17,19,20]
**question** [9:5,14,17,18]
 [51:12] [55:2,6] [60:6]
 [75:16] [76:18,20] [77:5,8]
 [78:5] [79:19] [80:1] [82:4]
 [92:5] [102:20] [117:14]
 [120:21] [122:9,11] [125:5]
 [131:16] [134:1] [135:1]
 [139:13] [142:17] [158:12]
 [165:11] [166:13] [169:13]
 [180:11] [182:15,16] [186:
 17] [196:5,13] [197:15]
 [215:8] [217:11] [219:11]
 [220:17] [223:8] [226:4]
 [230:19] [233:15,20] [236:
 7,19] [244:10] [249:20]
 [253:15] [257:2] [258:12]
 [261:3]
**questioning** [204:19]
**questions** [9:2] [73:3]
 [95:21] [96:9] [176:18]
 [234:15] [255:7] [265:10,13]
**quickly** [82:18]
**quite** [204:20]
**quotation** [184:14]
**quote** [48:9] [116:17] [184:
 6,12,13]
**quoted** [48:8]
**quotes** [64:8]

_____

R

_____

**r.ph** [1:16] [2:2]
**raise** [225:22]
**range** [120:19]
**rapidly** [65:15]
**rate** [12:6,19] [175:19]
 [206:18]
**rated** [59:11] [224:5] [249:22]
**rather** [37:1] [38:3] [60:10]
 [83:2] [153:11,13]
**re** [43:22] [252:20]
**reached** [173:14]
**reaching** [47:6] [89:13]
 [220:11]
**react** [237:13]
**read** [44:7,10,11,14,18]
 [45:1,21] [46:10,16] [66:4]
 [70:10,12] [77:4,6] [89:19]
 [119:17] [127:19] [130:12]
 [131:2,9] [133:6,11] [136:19]
 [137:13,14,16] [183:11]
 [233:18] [260:11]
**reading** [47:1] [133:12]
 [210:10]
**reads** [144:4]
**really** [51:14] [52:17] [55:9]
 [64:4] [90:20] [97:13]
 [108:13] [113:16] [158:11]
 [178:11] [186:12] [233:13]
 [253:17]
**realtime** [2:6]

**reason** [29:16] [44:9,13] [59:14] [68:11] [80:8] [124:19] [136:5] [140:22] [141:3] [153:2] [182:2] [190:9] [201:17,21] [202:5] [208:1]
**reasonable** [90:16,17] [145:14]
**reasonably** [100:13]
**reasons** [144:18]
**rebate** [64:8] [141:6,7] [142:3,11,15,16,19,22] [143:17] [144:9,10,12,22] [146:8,18] [147:6] [150:20] [151:3,5] [155:4] [163:8] [235:4,10]
**rebated** [252:15,16,17]
**rebates** [136:11] [139:16] [140:17] [141:9,14,22] [142:5] [143:4,8,15,18,22] [144:2,15] [147:13,15,17] [149:5] [151:8,17] [157:15 ,16] [163:11] [235:8] [238:19 ,20] [252:18]
**rebuttal** [45:12]
**recall** [39:10] [115:6,10] [207:20] [208:12,20,21] [209:21] [210:1] [257:12]
**receive** [140:17]
**received** [110:1] [117:20] [118:9] [120:9]
**recent** [28:14] [111:5]
**recently** [101:2]
**recess** [16:4] [24:21] [109:10] [179:13] [211:10] [255:2]
**recognize** [15:19] [189:6]
**recollection** [48:10] [50:1] [138:7]
**recommendation** [38:19]
**recommendations** [21:11] [22:14] [24:5]
**recommended** [163:7]
**reconsidered** [90:5]
**record** [8:18] [9:19] [15:4,12] [16:1,2,6] [24:19] [25:1] [34:4] [36:11] [63:18] [65:19] [77:6] [91:21] [109:4,8,14] [118:2,7] [129:15] [130:21] [140:6] [159:19] [161:5] [179:12,15] [196:14] [197:5] [199:2,11] [209:14] [211:2,8,14] [233:18] [254:21,22] [255: 4] [265:16] [266:12]
**redo** [156:8]
**reduce** [188:2]
**refer** [47:21]
**reference** [42:13] [43:17] [48:16,20] [106:6]
**referenced** [41:18]
**references** [36:9] [46:18]
**referring** [56:13] [149:6] [170:9]
**refers** [65:9]
**reflection** [149:15]
**regard** [19:2] [61:18] [83:6]

[108:7] [165:12] [201:18] [238:12] [242:21] [257:14]
**regarding** [14:1] [82:9] [109:21]
**regimen** [84:13]
**regional** [170:16]
**registered** [2:6]
**regulations** [177:17]
**reimburse** [171:8] [197:9]
**reimbursed** [163:3] [169:3] [170:20] [171:19] [172:1] [173:18] [174:14] [175:13] [195:10,21] [206:17] [232: 15]
**reimbursement** [40:12] [198:6] [201:18]
**reimbursing** [169:11]
**relate** [172:19]
**related** [46:14] [54:17] [78:15] [102:2] [266:13]
**relates** [35:17] [65:12] [87:22] [125:17] [147:20] [160:11] [168:19] [170:5] [180:18] [200:13] [257:2]
**relating** [22:6] [41:13] [72:18]
**relation** [67:7] [224:21] [226:6,17] [228:4] [251:11]
**relationship** [166:15,16] [167:15]
**relationships** [60:7]
**relative** [266:16]
**relatively** [25:21] [252:12]
**relaxation** [104:20]
**release** [6:9,10] [66:15] [67:1,8] [68:16,20] [69:13,21] [72:18] [118:8] [119:2]
**relevance** [122:12] [164:14] [205:5]
**relevant** [63:1] [65:6] [75:1,4] [90:15,16] [95:22] [96:3,4,6] [103:5] [142:12,16,18] [145:16] [175:11] [194:5] [227:6] [229:11] [234:12] [235:2,5,11,16] [236:8]
**relying** [193:11]
**remember** [18:19] [20:3] [44:22] [138:12] [165:4,8] [173:21] [178:14] [210:10] [264:21]
**reminded** [110:10]
**remove** [116:8]
**removed** [62:11] [112:8,12 ,20] [116:1,17] [117:9] [124:6,9] [207:15]
**rendered** [16:11]
**renegotiate** [137:9,21] [138:4] [139:7]
**rent** [30:13]
**rentarep** [30:13]
**rent-a-rep** [30:13]
**reorganization** [23:13]
**rep** [34:9] [36:4] [68:13] [102:16]
**repeat** [75:16] [212:8]
**rephrase** [9:4] [150:13]

**replacement** [123:12] [150:6] [261:1]
**report** [6:6,13] [11:12,17,20] [13:15,16] [15:6,7,14] [16:22] [18:7] [38:18] [41:19] [42:8] [43:12] [48:12] [49:3,15] [50:4] [61:21] [62:13] [63:9] [64:17] [74:11] [75:19] [76:7,22] [78:8] [82:8] [85:9] [87:5] [91:22] [97:20] [98:5] [99:18] [100:5] [101:15] [109:22] [115:1,5 ,12] [121:6] [124:5] [125:18] [126:22] [132:12] [135:22] [136:14] [138:8,13] [139:9 ,20] [140:7,8,13] [143:9] [151:3,12] [159:12] [168:11] [171:14] [172:8,10] [173:5 ,9,22] [179:18] [183:11] [192:13] [194:9,14] [195:6] [205:15,20] [207:13,15] [208:22] [209:7] [210:13] [212:19] [215:4] [216:15] [225:5,11] [231:22] [238:9] [245:12] [255:8,13] [256:3] [260:15]
**reported** [1:20] [172:10]
**reporter** [2:6,7] [7:18] [8:10] [9:9] [266:1,4]
**reports** [44:8] [67:11] [109: 21] [174:20,21] [264:9]
**representative** [103:15] [151:20] [190:15]
**representatives** [49:19]
**represented** [58:12]
**represents** [199:16]
**reps** [49:5,21] [66:9] [67:18] [261:7] [262:4,11]
**republicans** [80:5]
**reputed** [176:11]
**request** [38:14,20] [42:8,11] [47:7] [120:3]
**requested** [36:19] [42:7,18] [46:21]
**require** [249:3]
**required** [38:12] [72:13]
**rereview** [43:22]
**re-review** [43:22]
**rereviewed** [252:20]
**re-reviewed** [252:20]
**research** [21:21] [80:12] [86:12,15,19] [87:21] [88:17] [158:13] [217:21] [220:6] [222:12] [223:10,16] [234:10] [256:13,18,19] [257:3] [259:15]
**researched** [215:19]
**resist** [259:20]
**respect** [113:12]
**respond** [9:5,8,15] [45:10] [200:9]
**responding** [45:11]
**response** [219:2,5]
**responsibility** [52:13] [167:2,4]

**responsible** [47:12] [51:6] [54:2]
**rest** [133:19]
**restate** [92:5] [97:4] [117:14] [227:22]
**restricted** [1:17] [172:11]
**restriction** [179:19]
**restrictive** [179:1]
**result** [115:8] [124:16] [189:22] [225:20] [227:8] [241:6]
**resulted** [116:20] [132:16] [246:9]
**results** [74:8] [216:12]
**resume** [15:18] [20:15] [25:4] [61:20] [62:4,12,19]
**retail** [6:15,17] [194:9] [196:1] [197:7,10] [205:16] [206:1] [255:11,16,21]
**retained** [10:7] [20:20] [39:4]
**returning** [114:13]
**revenue** [19:8]
**revenues** [39:2]
**reverse** [142:17]
**review** [16:13] [47:5] [48:13] [128:9] [139:20] [159:3] [162:1] [180:9] [252:21]
**reviewed** [42:1] [43:19,21] [140:9] [158:1,13]
**reviewing** [12:2]
**reward** [148:13,14]
**rich** [144:12]
**richard** [4:5] [8:5]
**ride** [249:14]
**right** [10:20] [17:10] [18:4,15] [20:10] [23:9] [34:4] [40:16] [41:11] [51:13] [53:5] [54:1] [55:17] [56:11,15] [57:7,18] [58:16] [62:14] [63:8] [64:3,16] [65:17] [66:11] [67:3,17] [68:5] [69:20] [70:5] [71:16] [72:14] [75:1,20,21] [76:4] [78:12] [80:18] [82:20] [84:8] [86:5] [88:21] [91:5] [92:3,13,15,19,22] [93:8] [94:7,15] [95:15] [96:12,13 ,17] [97:15] [99:4,8] [101:21] [102:21] [104:12] [107:18] [111:5,13,14,22] [112:12,16] [113:10] [114:12] [117:8] [118:18] [120:14,15,20] [121:15,20] [124:22] [125: 2] [130:12] [134:14,19] [137:20] [141:9,11] [146:21] [149:16] [150:1,2,22] [152:17] [154:21] [159:6] [160:22] [161:4,19] [162:21] [163:5] [167:16] [168:21] [170:21] [173:7,8] [177:1] [180:15] [181:9] [182:1,5,15] [184:17] [185:15] [188:7] [192:12] [193:20] [194:6,11] [198:2] [200:19,22] [203:2 ,18,20] [204:3,12] [206:16]

[209:13,14] [210:8] [212:7,8]
[214:10] [216:5] [218:2,8,15]
[219:14] [220:4,17,19]
[222:20] [224:2] [226:1,22]
[231:19] [232:16] [235:15]
[237:6,17] [239:7,13]
[240:1,11] [241:10,14,19]
[243:5] [245:17] [247:4,16]
[250:2] [251:18] [254:7]
[256:14] [259:10] [261:5,12]
[263:10,14]
**righthand** [67:17]
**right-hand** [67:17]
**rights** [19:6]
**risk** [6:20] [197:13]
**rite** [1:] [3:11] [7:6] [13:17,19]
[14:1,3] [110:5] [199:16,18]
**roadblocks** [219:22]
**roche** [19:6] [20:14,17]
[21:15,18] [22:17] [23:3]
[50:10] [52:10,12,17]
[53:6,7,17] [83:20] [84:2]
[88:16] [258:15]
**role** [163:19] [164:2]
**roman** [159:12] [204:16]
**room** [62:14] [187:12]
[191:7]
**roseman** [3:5]
**rpr** [1:20]
**ruane** [17:21]
**rubber** [51:19] [52:4]
**rule** [212:13] [214:15] [230:
3]
**rules** [9:1]
**rx** [6:20] [197:12]

---

S

---

**safe** [119:21]
**sake** [228:19]
**sale** [144:13] [213:4] [242:3]
**sales** [19:12] [25:7,13,17]
[28:7] [30:7,13] [34:9,14]
[36:4] [47:4] [49:4,5,21]
[58:8] [66:9] [67:18] [68:13
,18] [72:15] [83:13] [84:12]
[86:1] [88:16] [102:16]
[107:8] [124:14] [125:2]
[126:13] [179:21] [208:13,14
,19] [209:2] [210:4,7,18]
[211:22] [212:2,15,21]
[213:18] [214:5] [215:10,17]
[218:22] [219:8,18] [220:10]
[224:8,11,21] [225:18]
[228:3,5] [231:7,14] [236:14]
[244:15] [246:15,16,19]
[260:16,21] [261:7,8]
[262:4]
**salespeople** [25:17] [48:7]
[175:4]
**salesperson** [85:10]
**sally** [172:21]
**sample** [245:13]
**samples** [245:16,19] [246:5
,18]
**sampling** [245:10]

**sandra** [1:5,12]
**savings** [258:22]
**saw** [35:11] [80:12] [95:5,6]
[100:12] [152:12]
**say** [10:14] [11:14,21]
[13:5] [19:14] [23:8] [27:22]
[28:15] [31:4,21] [33:16]
[37:12,13,15] [39:14]
[41:15] [43:13] [47:20]
[49:18] [50:17] [51:1,7]
[54:19] [56:16] [58:4,11]
[59:17,21] [60:2] [61:12,13]
[69:4,7,9] [75:5] [79:11]
[80:9] [81:5] [82:9] [83:21]
[84:18] [85:1,15] [87:5]
[90:9] [91:6] [92:17] [97:20]
[101:9,10,18,20] [104:8]
[106:11,16] [113:22] [115:
16] [120:4] [121:5] [122:16]
[124:5] [127:1] [128:3,10]
[131:7] [135:2] [136:14]
[137:8] [138:6,10,12]
[139:14] [142:15] [143:1,12]
[145:5,10] [147:21] [148:5]
[153:4,7] [156:6,9] [157:15]
[162:22] [166:6] [167:5,11]
[170:18] [171:1,12,14]
[172:9] [174:8] [179:2]
[180:3] [186:14] [192:2]
[194:4,9] [196:12] [205:15
,18] [206:14] [209:5] [213:2
,5] [214:19] [217:12] [220:15
,21] [221:17] [227:21]
[230:4] [232:18] [234:3]
[239:9] [241:12] [245:12]
[248:4,5,7] [249:8,10]
[250:7] [254:3] [258:11]
[260:4,9] [263:3] [265:6]
**saying** [35:6] [40:11] [73:16]
[76:21] [78:2] [82:7] [90:2,6]
[91:21] [101:8] [102:7]
[103:14] [106:10] [108:6]
[125:1] [134:7,9,11] [135:5
,11,17] [136:2] [137:11,20]
[144:14] [146:2,4,9] [148:8
,9] [149:20,21] [150:3]
[157:14] [169:15,16] [170:
7] [171:9,10,14,16,20]
[174:10,12,16] [185:9]
[186:14] [194:3] [207:6]
[219:7,21] [220:4] [233:7]
[240:8] [244:4] [259:13]
**says** [13:16] [43:11] [59:10]
[64:3] [67:18] [73:5,17,20]
[90:8] [91:22] [101:11,17,18
,20] [102:8] [106:13] [133:11
,15] [144:2] [155:21] [159:12]
[160:18] [161:18] [162:16]
[177:16] [189:15,18] [216:
22] [222:18] [230:6] [233:1]
[258:18] [261:6]
**scared** [122:22]
**schafermeyer** [44:8] [109:22]
[127:2,12] [201:14,16]
**schafermeyers** [201:22]
**schedule** [6:15] [197:8]

**school** [164:10]
**schwartz** [46:20]
**schwartzs** [46:15]
**schwarz** [60:21]
**scott** [172:6]
**script** [96:1] [175:3,5] [195:
20] [243:3]
**scripts** [225:20]
**scroll** [233:16]
**second** [17:18] [18:7] [76:21]
[162:19,22] [169:11] [171:
8,19] [174:14] [195:11,15,22]
[204:9] [210:16] [212:1]
[214:4] [255:12,15]
**secondary** [127:3,14]
**secondtier** [174:14] [195:11
,15,22] [204:9] [255:12,15]
**second-tier** [174:14] [195:11
,15,22] [204:9] [255:12,15]
**section** [98:5] [132:11]
[151:3] [159:11] [179:22]
[181:4] [194:8] [195:6]
[207:15] [218:19] [261:5]
**sedatives** [154:7] [155:3]
**seeing** [166:19]
**seek** [163:8]
**seeks** [242:6]
**seemed** [9:13]
**seen** [15:10] [35:7] [36:7,8,10]
[70:15] [111:6] [117:19]
[159:20] [161:2] [174:4,7]
[175:9] [235:8,10]
**segal** [3:14]
**segment** [74:13] [76:8]
[78:22] [79:7,10,20] [80:2,7]
**sell** [36:20] [37:18] [38:4]
[48:7] [54:21] [55:8,14,20]
[56:1,5,10,17,20,22] [59:22]
[60:2] [85:11] [142:14]
[206:22] [230:17] [239:16,18
,19] [247:10] [254:16]
**sellers** [111:21]
**selling** [62:18] [37:17]
[40:22] [50:20] [52:19]
[59:10,18] [84:7,8,10,12]
[225:18] [227:10] [239:5]
[241:13] [260:22] [261:14,17]
[262:5]
**sells** [24:7,9]
**send** [155:20]
**sending** [41:8]
**senior** [21:10]
**sense** [82:2] [117:7] [186:2]
[245:8]
**sensitivity** [259:2]
**sent** [36:9] [42:22] [43:4,6]
**sentence** [116:7] [261:5,6]
**separate** [260:12]
**seriously** [179:20]
**service** [107:11] [126:8]
[183:19]
**services** [6:17] [7:16,19]
[103:6,18] [107:10] [197:11]
[253:20,22] [254:11]
**set** [23:22] [26:15,18] [37:8]
[89:14,16] [98:3] [220:21]

[257:18]
**setting** [40:19] [86:8] [89:20]
**several** [84:6] [184:8] [238:
10]
**share** [76:4] [141:6,22]
[144:19] [145:1,11,13,15]
[146:22] [149:4] [159:18]
[188:11,16] [190:5] [208:16]
[216:10,18,20] [217:4,5,19
,20] [218:13] [219:20]
[224:9,16] [225:10] [229:19]
[234:6,9,12] [236:13]
[238:3] [243:18,19] [244:3]
**shared** [252:13]
**shares** [186:22] [232:18]
**shea** [27:17] [33:3,4]
**sheep** [75:14] [76:15] [79:16]
[80:11]
**shield** [54:16] [55:18]
**short** [13:3]
**shorter** [12:13]
**shortest** [123:13]
**shorthand** [266:9]
**shouldnt** [265:6]
**show** [13:14] [15:7,17]
[65:17] [71:13] [118:1]
[130:16] [140:1] [159:15]
[160:19] [175:2,16] [182:12]
[210:12] [216:1] [219:6]
[255:14]
**showed** [80:13] [158:14]
[205:8] [209:12]
**showing** [202:4] [203:22]
[204:2] [229:2]
**shown** [161:6]
**shows** [143:9] [160:15]
[172:1] [202:19,21] [210:15
,17] [262:14]
**sic** [91:13] [148:14] [223:15]
**side** [31:16,18] [46:13]
[67:18] [80:14] [88:16]
[112:14] [128:5] [145:3]
[173:12]
**sides** [31:16]
**sidmak** [28:3,6]
**sigma** [62:1,2,3,6] [63:4]
[253:6,13,15] [254:17]
**sigmatau** [62:1,2,3,6] [63:4]
[253:6,13,15] [254:17]
**sigma-tau** [62:1,2,3,6]
[63:4] [253:6,13,15] [254:17]
**signature** [265:20]
**significance** [67:21] [69:15]
[72:17] [73:21] [74:1,8]
[96:11]
**significant** [19:12] [52:2]
[132:16] [180:17] [186:5]
**significantly** [196:7]
**similar** [25:12] [98:2] [127:8]
[128:18] [129:2,5,22]
[130:6] [132:14] [152:13]
[224:12]
**similarly** [129:6]
**simon** [1:16] [2:2] [7:4]
[8:11,19,20] [14:22] [15:1,4]
[16:8] [17:11] [63:14,15,18]

[88:22] [109:8,13] [115:6]
[117:16] [118:2,3,4,7]
[119:1] [130:18] [140:3]
[179:17] [196:17] [197:1]
[211:8,13,16] [255:6]
[265:9,15]
**simons** [6:6,7]
**simply** [110:14] [113:8]
[153:3,6] [171:7] [244:14]
**single** [248:13]
**singled** [238:13]
**sir** [9:21] [12:7,10,11,17]
[14:4,16,20] [15:10,22]
[23:15] [24:11,13] [25:9]
[33:8,11] [36:15] [43:3,7]
[50:5] [53:16] [55:12]
[57:8] [62:17] [63:18]
[64:13] [71:20] [73:4]
[78:9] [85:3] [86:6] [87:3,4]
[93:6] [97:17] [98:6] [102:15]
[106:22] [109:18] [115:10]
[118:2,16] [129:16,18]
[130:21] [134:15] [139:5,21]
[140:9] [143:1] [159:15,19
,22] [163:6] [168:13] [171:5]
[175:1] [180:11] [184:12]
[190:4] [196:22] [197:5]
[199:11,21] [205:13] [207:
13] [209:9] [212:18] [215:7]
[216:6] [217:17] [219:12]
[225:1] [226:14] [235:7]
[238:8] [249:12] [253:3,10]
[256:6] [258:10]
**site** [100:22] [101:4,13]
[103:22] [105:12,13] [125:
7] [126:19]
**sitting** [139:11] [169:2]
[191:12] [215:14]
**situation** [11:6] [38:2]
[94:14] [108:1] [114:6]
[188:21] [203:4,5] [227:14]
[228:11] [232:13,14] [240:
21] [247:21]
**situations** [172:20] [177:12]
[258:5]
**six** [210:2] [213:12]
**size** [95:2] [152:13] [186:6]
[204:1] [208:9] [256:1,2]
**skilled** [48:21]
**skills** [48:6]
**slowed** [245:14]
**small** [27:21] [51:4,5] [164:
8] [207:19] [208:5] [218:22]
[219:13]
**smaller** [236:13]
**smithkline** [83:19] [259:9,11]
**smooth** [66:14,22] [67:8]
[68:15,20] [69:13,21]
[72:18]
**sold** [83:20] [142:10] [182:3
,6,17] [246:17]
**sole** [227:13,18]
**solutions** [39:21] [136:10,15
,17] [139:2] [151:22]
**solvay** [66:10] [68:1,6]
[166:4,7,8,11,17,21] [167:

10,17] [168:2] [260:16,19,20]
[261:21] [262:3,4,5,7,11,15]
[263:8,12] [264:4]
**solvays** [261:17]
**somebody** [33:3,5] [78:12]
[102:13] [172:22] [239:15]
[247:10,11]
**somehow** [115:8] [121:7]
[124:8,9] [126:13] [244:22]
**someone** [11:6] [58:5]
[81:10] [103:17] [176:15]
[196:11] [257:13]
**something** [13:7] [26:12]
[33:17] [41:1] [55:4] [60:6]
[69:21] [73:9] [75:7,10]
[81:13,16,21] [104:4]
[107:11] [131:6] [158:14]
[183:9] [185:13] [190:13,20]
[204:4,5] [206:12] [221:10]
[236:18] [258:17] [259:2]
**sometimes** [57:4,5] [110:16]
[245:19]
**somewhat** [225:10]
**somewhere** [92:4] [161:16]
**sophisticated** [152:21]
[156:20]
**sophistication** [208:10]
[259:15]
**soriatane** [19:4,5] [20:6,11]
**s-o-r-i-a-t-a-n-e** [19:5]
**sorry** [27:14] [48:1] [77:7]
[87:20] [96:22] [100:16]
[108:15] [117:13] [121:22]
[159:16] [204:16] [253:8]
**sort** [30:5] [174:20] [184:4]
**sound** [92:13] [161:19]
**sounds** [92:15]
**source** [19:8] [74:12] [75:20]
[77:1] [78:17,20] [79:14]
[126:3] [168:17] [226:20]
[227:13,18]
**sources** [74:18,22] [75:2,8]
[77:2] [78:1] [105:18]
**southern** [1:] [7:8]
**span** [219:20]
**spasms** [104:21]
**speak** [26:20]
**speaking** [28:12] [40:17]
**speaks** [72:10]
**specialist** [7:17]
**specialize** [25:14]
**specific** [37:10] [42:7]
[61:15] [79:22] [80:8]
[148:10] [158:19] [169:14]
[260:3]
**specifically** [25:18] [106:3]
[113:12] [163:9] [168:20]
[180:14] [193:6] [216:6]
[245:6] [248:15] [253:4]
[255:10]
**specified** [148:21]
**specifies** [148:10]
**spector** [3:5]
**spend** [11:19] [20:11] [29:5]
[209:1] [212:21] [213:21]
[216:9,11] [222:2] [228:13]

[229:16,18] [230:4,6,9]
[232:2] [236:12]
**spending** [212:14] [213:3]
[215:10,17] [216:19] [224:
10] [262:16]
**spends** [229:17]
**spent** [12:2] [22:22] [210:7]
[216:10] [246:10] [262:19]
**spill** [186:7]
**spillover** [184:4,22] [185:4,5]
[186:2] [189:6]
**spoke** [48:6]
**spoken** [78:21]
**square** [212:18]
**squibb** [50:15]
**staff** [209:19]
**stand** [80:4]
**standard** [207:10,12] [209:
5] [212:13,20] [219:3,14]
[230:3] [244:21]
**standpoint** [100:8] [127:10]
[167:10]
**stands** [25:15]
**start** [55:10] [88:7] [260:19]
[261:13]
**started** [31:22] [54:10]
[109:16] [123:4,5] [176:4]
[260:1]
**starting** [133:17]
**starts** [184:4,7]
**state** [8:17] [64:17] [124:19]
[127:7,13] [143:20] [149:11]
[177:18] [178:9] [192:19]
**stated** [128:2] [149:2]
**statement** [68:17] [74:16]
[76:2] [87:7] [135:13]
[209:9]
**statements** [35:22] [85:21]
[127:12]
**states** [1:1] [7:7] [128:10]
[177:19] [178:11] [209:16]
[210:2] [211:19] [212:11]
[266:2]
**statin** [112:17]
**stating** [64:10] [116:11]
**status** [183:21]
**stay** [93:15]
**steady** [66:14] [67:1,8]
[68:16,20] [69:13,21]
**step** [50:16] [108:3] [218:10]
**stephen** [209:17]
**steps** [56:8] [86:11]
**stock** [208:18]
**stocks** [75:15] [76:13]
[79:15]
**stomach** [70:3] [83:7] [84:14]
**stop** [50:21] [60:8] [240:7]
**stopping** [220:1]
**strategic** [163:19,22]
**strategies** [86:13] [90:10,12]
[140:15]
**strategy** [21:8,12] [81:18]
[82:12] [85:2] [87:6] [89:22]
[90:2,13,19] [146:15]
[163:16] [166:2] [237:19]
**strawn** [2:4] [4:13] [7:12]

**street** [2:4] [3:6,15] [4:7]
[7:12] [230:22] [237:2]
**strength** [93:10] [97:10,13]
[115:22] [116:7] [119:5]
[162:4]
**strengths** [91:7] [92:18]
[93:1]
**strictly** [46:4] [169:19]
**strike** [54:13] [56:2] [105:21]
[139:13] [174:5] [256:15]
**structure** [28:21] [36:20]
[38:4] [78:7]
**structured** [171:6] [238:16
,18]
**structuring** [239:1]
**struggled** [234:15]
**studies** [65:3] [67:5,10,11]
[69:4] [70:15] [96:18]
[257:17] [258:16] [260:6]
**study** [47:13] [65:7] [69:8,14]
[71:4,6,8,9,16,21] [72:3,4,6
,7,11] [73:14] [74:5,6]
[94:4,20] [95:6,21] [96:11,16
,20,21] [99:14] [115:7,16]
[116:6,20] [117:11,21]
[119:10] [121:10] [123:15]
[210:1] [216:7] [222:20,21]
[223:4] [258:1,6] [259:2,7,12]
**stuff** [189:17]
**subject** [33:14]
**submission** [72:13] [120:2]
**submits** [121:10]
**submitted** [72:5,8] [73:13,14]
[94:4] [120:1]
**substance** [63:9]
**substandard** [64:18]
**substantially** [132:14]
**substitution** [155:17]
**successful** [158:9] [187:16]
[238:21]
**successfully** [62:9] [63:4]
**sudden** [59:19] [69:7] [123:
8]
**sufficient** [179:20]
**suggest** [183:1] [243:15]
**suggesting** [142:9] [163:14]
**suite** [3:7,16]
**sum** [50:9]
**summary** [174:21]
**summer** [119:10]
**superior** [131:21] [132:5]
[133:13] [135:14]
**supplier** [58:15,18] [155:2]
**suppliers** [105:16]
**supplies** [22:20]
**support** [121:13]
**supported** [83:13]
**supporting** [96:18]
**supportive** [183:20]
**supposed** [198:17]
**sure** [46:19] [48:13,22]
[60:5] [70:8,22] [88:5]
[131:8] [151:1] [152:4,5]
[229:14] [239:6,21] [247:19]
**surprise** [250:20]
**surprised** [250:22]

**survey** [181:7]
**susman** [18:6,9] [43:6] [74:20]
**swear** [8:10] [177:9]
**switch** [155:2] [157:8] [223:11]
**sworn** [8:13] [266:8]
**symptoms** [99:9] [118:14]
**synthesized** [75:8]
**synthetic** [97:22]
**synthroid** [251:3]

T

**table** [22:14] [162:1] [168:17] [194:14] [195:15] [196:9] [200:1] [202:12,17] [203:1] [204:8] [225:13] [255:10] [263:1,2,7]
**tables** [265:1]
**tablet** [118:12]
**tagamet** [258:19] [259:4,8,9 ,11]
**takeda** [255:13] [256:3]
**taken** [6:12] [7:4] [10:1] [83:5,6] [95:13] [113:2,5] [125:16] [126:12] [130:22] [207:22] [266:5,9,15]
**taking** [60:9] [75:10] [84:14] [95:11] [104:22] [105:3] [116:21] [189:16] [233:5]
**takitomo** [151:22]
**talk** [10:10] [14:7] [17:11] [25:3] [38:13] [61:21] [62:8] [64:19] [65:15] [68:15] [70:5] [72:21] [74:11] [84:22] [99:18] [100:4] [103:18] [109:20] [115:2] [116:5] [124:8,11] [127:1] [139:18] [156:13,17] [184:3] [194:2] [198:15] [211:19] [238:22] [239:4] [241:5] [260:15] [261:4]
**talked** [10:10] [28:3] [62:5] [71:18] [103:2] [110:11] [172:21] [184:16,18] [208: 17] [228:8] [247:6] [250:9]
**talking** [23:3] [32:20] [33:6] [40:14] [45:17] [48:15] [55:11] [65:2] [66:22] [67:12] [68:14] [70:16] [72:2,12] [73:11,17,20] [77:1] [110:13] [126:15] [145:17] [148:22] [151:2] [162:18] [165:9] [168:7] [172:6] [184:18] [193:16] [218:11,15] [228:9] [232:4] [233:11] [242:17] [264:11,12]
**talks** [66:14] [262:14] [264: 10]
**tampa** [39:7]
**tap** [147:4] [222:2]
**tape** [7:2] [109:5] [211:5] [265:15]
**target** [162:9]
**targeted** [78:19]

**targeting** [253:4,10]
**targets** [21:8] [30:19]
**tarnished** [115:17] [123:1]
**taro** [55:22] [56:1,4,22] [57:2,18,22]
**task** [144:21]
**tasked** [260:21]
**teacher** [164:10]
**technology** [209:16] [211:20]
**tegretol** [248:9]
**tell** [19:22] [23:1] [29:7] [34:15] [35:2] [39:11] [61:10] [62:19] [72:16] [98:21] [104:18] [114:20] [181:12,20] [182:18] [186: 16] [190:7] [214:11,12,14,16] [217:22] [224:14] [234:14] [250:18] [252:10,19,21]
**telling** [34:10] [81:10] [89:11] [120:8] [167:17] [259:5]
**tells** [87:12] [182:6] [183:3,19]
**tend** [192:20]
**tenncare** [178:17]
**tennessee** [178:16]
**terminated** [54:18] [247:8,15]
**terms** [13:13] [25:4] [53:12 ,15] [77:15] [81:3] [89:22] [95:16] [104:12] [106:4,22] [117:8] [151:8] [154:4,12] [158:22] [167:8] [173:11] [175:12] [178:9,10] [179:2] [199:22] [206:18] [219:8,18] [224:20] [228:2] [231:11] [239:8] [254:1,19] [256:8] [257:4] [258:9]
**test** [69:22] [70:17,18,19,22]
**testified** [8:13] [148:1]
**testimony** [64:7] [130:4] [133:11] [134:3] [205:10,12] [266:7,8,12]
**testing** [22:20]
**tests** [65:5] [67:13] [70:16] [71:11]
**teva** [54:5,8,11,14,15,17] [55:10,11,12,18] [56:8,17,22] [57:2,7,15] [58:1,8] [60:13 ,14,17] [88:1] [248:1]
**thank** [265:11]
**thats** [12:8] [13:12] [23:17] [44:2] [58:17] [83:11] [92:2] [100:22] [101:16] [116:6] [133:14] [172:6] [173:4] [207:7] [239:13] [240:10,11,21] [242:5] [244:17] [263:5,6,14]
**theirs** [150:20]
**themselves** [254:2]
**theoretically** [52:6] [97:18] [167:22] [234:17]
**therapy** [150:7]
**thereafter** [266:10]
**thereof** [131:4]
**theres** [79:7,10] [94:2] [111:12] [112:17] [143:16] [151:15]
**theyll** [206:13]

**theyre** [45:5] [193:20]
**theyve** [80:4] [120:6] [160:8]
**thing** [13:3] [17:3] [25:13] [29:9] [36:8] [43:4] [68:19] [105:1] [135:21] [152:12] [155:10] [156:12] [170:2] [175:22] [177:19] [187:11] [191:2] [212:8] [214:19] [231:8] [238:5] [248:13]
**things** [10:10] [16:9] [17:15 ,22] [19:13] [21:3,4] [22:3,7] [24:2,4,9] [26:19] [27:21] [29:18] [32:13] [42:9,12,14 ,17] [44:3,4] [52:5] [62:21] [63:1,2] [65:12] [67:12] [68:12,13] [69:7,9] [71:2] [86:11,14] [96:10,15] [99:12] [102:11] [103:6] [105:15] [111:4] [116:17] [127:19] [143:16] [176:13] [193:17,18,22] [194:2] [220:16,20] [228:22] [238: 10] [252:12] [253:21] [260: 3]
**think** [9:17] [12:13] [44:17] [46:12,20] [47:5] [52:20] [60:19] [64:4] [72:2,7,9] [76:19] [77:17] [79:6,8,9] [82:6,22] [85:9,13] [88:10] [89:1] [91:20] [92:5,8,22] [93:5,10,16] [94:17,19] [96:2,6] [104:13,14] [105:4] [115:13] [123:19,21] [128: 2] [129:9,10,19] [135:1] [136:16] [139:4] [145:12,14 ,16] [146:6] [152:11] [153:20] [154:10] [155:7] [157:5,11] [159:20] [166:10,14,20] [167:3,9,13] [175:8] [177:18] [183:6] [185:15] [186:1,9,12] [187:3,10] [189:4,10,11,21] [190:20] [191:18] [192:1] [208:4,7,17] [212:5] [213:1] [215:8] [217:10] [219:16] [221:1] [225:12] [226:1] [230:12,13,18] [231:11,21] [233:17] [236:15,17,21] [237:12] [238:9,10,17] [244:15,20] [245:18] [246: 2,18] [247:2] [249:5,6,7,12 ,16,19] [251:4,14] [252:10] [265:7]
**thinking** [113:1] [173:16] [212:7]
**thinks** [206:3]
**third** [51:22] [52:8] [98:12] [118:11,18] [120:9] [169:5] [180:2] [214:4]
**thirdparty** [51:22] [52:8]
**third-party** [51:22] [52:8]
**thompson** [4:6] [8:6]
**though** [37:4] [53:10,16] [60:16] [104:12] [106:21] [176:10] [177:12] [191:8,19] [206:19] [219:12] [222:18] [231:21] [232:15]

**thought** [12:12] [16:9,17] [17:1] [30:6] [63:3] [86:1,3] [88:6] [89:5,12] [105:11] [129:1,4] [183:10] [185:5] [217:8] [253:4]
**threaten** [136:9]
**threatened** [132:22]
**three** [11:10,14] [20:12,13] [27:22] [59:20] [62:10,20] [63:4] [69:3] [83:1,21] [84:13] [93:18] [94:1,5] [145:6,8] [149:3] [160:9,16 ,21] [169:10] [171:6] [178:11] [180:5,7] [211:12] [212:6] [219:18] [234:21] [236:5] [265:16]
**threequarters** [93:18] [94:1,5]
**three-quarters** [93:18] [94:1,5]
**threetier** [160:9,21] [171:6]
**three-tier** [160:9,21] [171:6]
**threetiers** [160:16] [169:10]
**three-tiers** [160:16] [169:10]
**thrilled** [75:9]
**throughout** [75:18] [216:8] [261:20] [262:1]
**thumb** [212:13] [214:15]
**thursday** [1:18] [2:2] [7:13]
**thwart** [61:8]
**tier** [169:5,12,20] [170:1] [171:8,19] [256:5]
**tiers** [256:4]
**time** [9:12,13] [10:17] [12:1 ,14] [13:11] [16:3,6,12] [24:20] [25:1] [27:4] [30:2,17] [49:1] [50:11] [51:13,19] [52:1,11,19] [53:11] [66:11] [82:13] [83:15] [90:5] [92:4,16] [93:2] [104:16] [109:9,14] [119:20] [123:14] [125:10] [146:21] [152:5] [155:19] [161:6,9,14] [163:1] [164:18] [170:18] [179:9,12,15] [186:10] [190:17,21] [193:8] [203:19] [205:9] [208:6,18] [211:9,14] [216:5,14] [223:3] [234:16 ,21] [245:21] [252:11] [255:1,4,13] [257:8] [260:7] [261:20] [262:16,19] [265: 10,16]
**times** [69:3] [83:1,2] [84:13] [189:10] [190:6] [219:18] [220:9] [262:15]
**timothy** [1:6]
**titrate** [93:14,22] [94:6]
**today** [9:3] [16:8] [63:1] [90:10] [94:15,18] [100:20] [102:10] [114:7] [138:7] [139:11] [142:3] [169:2] [196:12] [205:11] [215:14]
**todays** [90:11] [265:14]
**todd** [21:19]
**together** [25:17] [29:6,22] [30:3] [158:18] [165:3]

[204:8] [261:21]
**told** [10:20] [35:15] [67:18]
  [85:5,19] [88:6,10] [89:8]
  [108:3,15,17,19] [114:14,15]
  [143:4] [146:13] [151:21]
  [172:22] [190:9,15] [196:8]
  [208:18] [216:4] [233:13]
**tomorrow** [142:4]
**took** [35:10,17] [129:7]
  [131:10] [132:22] [225:2]
  [257:1]
**tool** [231:15,18]
**top** [17:20] [185:1] [187:10]
  [215:11] [250:13,14]
**totacillin** [84:5]
**total** [151:3,4] [177:6] [211:
  22]
**totally** [90:14] [170:1] [229:
  10] [238:14] [239:1] [241:17]
  [242:9,10]
**tough** [178:11]
**touting** [104:2]
**towards** [78:19]
**town** [193:20]
**track** [186:17]
**trained** [48:18] [104:11]
**training** [104:14]
**tranquilizer** [104:22]
**transcribed** [266:10]
**transcript** [6:22]
**transcription** [266:11]
**translates** [180:7]
**treat** [101:22] [120:4]
**treated** [93:19] [170:5]
**treatment** [101:6] [107:21]
  [108:5,21] [118:13] [120:12]
  [122:6]
**tremendous** [259:15]
**trends** [124:13]
**trial** [68:2,7] [74:5]
**tried** [133:1] [178:4] [188:8]
**true** [41:6] [50:10] [51:17,18]
  [56:21] [64:13] [76:1]
  [80:21] [81:11] [83:16]
  [97:8] [137:11,18] [170:11]
  [178:21] [222:4] [225:3]
  [231:12,14] [239:13] [261:
  20] [266:11]
**truly** [79:11] [225:13]
**try** [9:3] [34:8] [62:21] [93:17
  ,19] [144:16] [145:21]
  [173:12] [176:15] [200:12]
  [237:20] [238:1] [245:22]
  [254:15]
**trying** [45:6] [52:20] [95:17]
  [101:14] [140:21] [145:19]
  [170:3,4,22] [174:1,11]
  [188:15] [195:5] [249:22]
  [250:3] [253:12]
**turn** [17:18] [40:22] [63:10]
  [67:16] [153:4,7,10] [160:6]
**turned** [80:19]
**twelve** [10:18]
**twopart** [166:13]
**two-part** [166:13]
**twothirds** [96:21]

**two-thirds** [96:21]
**twotier** [171:6]
**two-tier** [171:6]
**type** [34:14] [42:5] [47:4]
  [72:12] [86:21] [192:14,16]
  [241:21,22]
**types** [190:8]
**typical** [72:20] [90:1] [150:7]
  [207:18] [208:5,7] [219:13]
  [255:20]
**typically** [13:10] [33:4]
  [37:14] [57:21] [65:8]
  [68:14] [135:6] [202:1,14]
  [205:16] [236:1] [257:22]
  [258:3]

―――――――

U

**uh** [14:11] [30:15] [62:7]
  [91:9] [118:22] [119:8]
  [127:6] [132:9] [151:6]
  [153:1] [161:20] [170:17]
  [172:13,17] [173:3] [188:4]
  [200:8] [207:21] [216:13]
  [260:18]
**uhhuh** [14:11] [30:15]
  [62:7] [91:9] [118:22]
  [119:8] [127:6] [132:9]
  [151:6] [153:1] [161:20]
  [170:17] [172:13,17] [173:
  3] [188:4] [200:8] [207:21]
  [216:13] [260:18]
**uh-huh** [14:11] [30:15]
  [62:7] [91:9] [118:22]
  [119:8] [127:6] [132:9]
  [151:6] [153:1] [161:20]
  [170:17] [172:13,17] [173:
  3] [188:4] [200:8] [207:21]
  [216:13] [260:18]
**ulcer** [258:21]
**unable** [187:3]
**unavailability** [162:4]
**unavailable** [238:14] [239:2]
  [241:17] [242:9,10]
**unclear** [9:2]
**understand** [9:4] [23:19]
  [24:18] [54:12] [66:7]
  [68:10] [69:22] [76:18]
  [82:6] [116:19] [120:21]
  [133:6] [135:1] [151:1]
  [152:4] [164:7] [169:13]
  [170:4] [171:1] [173:14]
  [174:2] [190:2] [199:21]
  [218:19] [229:12,14] [244:
  18,19] [250:2] [261:3]
**understands** [37:4]
**understood** [84:22] [88:5]
  [152:6]
**undertake** [74:4]

**undertaken** [21:14]
**undertaking** [154:3]
**unfairly** [253:12]
**unfortunately** [17:4] [234:20]
**uniformly** [64:21]
**unintentional** [100:3]
**union** [52:3]
**united** [1:1] [7:7] [52:4]
  [162:18] [170:14] [175:8]
  [209:15] [210:2] [211:19]
  [212:10] [266:2]
**unless** [81:21] [95:5,6,7]
  [98:20]
**unprofitable** [144:13]
**until** [89:16] [91:11,16,22]
  [93:2] [240:22]
**unwilling** [139:6]
**update** [161:8] [164:16]
**upon** [65:3] [137:22] [174:3
  ,6] [193:1] [210:2] [219:19]
  [256:8,9]
**ups** [29:1]
**uptake** [93:3] [95:2] [97:14]
  [245:14]
**urine** [75:7,10,13] [76:10]
  [79:4,9]
**us** [35:15] [88:6] [107:13]
  [118:10] [153:9] [199:4]
  [253:17,20] [254:12]
**usage** [105:20] [230:1]
**use** [24:15] [33:18] [34:1]
  [35:5] [39:20] [60:7] [66:8]
  [80:10] [94:1] [99:4,8,10]
  [101:14] [102:7] [105:20]
  [110:19] [115:4,18] [116:14]
  [122:17] [123:1,2,3] [125:19]
  [133:16] [143:8] [147:15]
  [154:13] [170:4] [187:9,13]
  [192:21] [205:1] [222:18]
  [237:9] [245:22] [248:4,5]
  [249:8]
**used** [49:13,14] [65:20]
  [70:9] [71:10] [79:16]
  [80:10] [101:10] [102:11,17]
  [104:1,15] [106:7] [108:4]
  [112:5] [113:15] [114:4,5]
  [164:13] [180:16] [181:1]
  [185:10] [201:9,12,13]
  [206:6] [221:19] [236:3]
  [243:8] [246:8] [263:1]
  [265:1]
**user** [77:14] [93:13]
**uses** [98:3,18] [99:3] [101:18
  ,20] [102:5] [104:16] [114:17]
  [141:1] [143:17]
**using** [26:21] [75:5] [101:16]
  [102:9] [221:17] [256:2]
**usp** [70:17,19]
**usual** [197:18] [198:13,19]
  [200:5] [202:10]
**utilization** [114:9] [162:6]
**utilized** [255:12]

―――――――

V

―――――――

**va** [37:12,16,18,19]

**vaginal** [99:11] [118:13]
  [120:12] [122:7]
**valium** [104:19,20]
**valleys** [65:14] [66:1]
**value** [63:11] [236:20]
  [253:22] [260:3]
**valueadded** [253:22]
**value-added** [253:22]
**various** [151:10] [235:19]
**vasomotor** [99:9] [118:14]
**verapamil** [214:1,4]
**verbally** [9:8] [200:9]
**version** [198:4,15]
**versus** [7:5,7] [13:17] [35:18]
  [41:4] [75:7] [84:13] [162:8]
  [171:12] [177:6] [191:20]
  [192:3,9] [195:14] [243:4]
  [254:17] [255:11]
**veterans** [49:22]
**viable** [77:20]
**video** [1:22] [7:17]
**videographer** [5:8] [7:2]
  [8:9] [16:2,5] [24:19,22]
  [109:6,11] [179:11,14]
  [211:6,11] [254:22] [255:3]
  [265:12]
**videotape** [7:3] [109:7,12]
  [211:7,12]
**videotaped** [1:] [2:1] [265:14]
**view** [30:5] [32:15,18] [97:2]
  [99:1] [102:5] [174:3,6]
  [222:8] [224:7] [228:13]
  [242:6] [244:12,14] [245:3]
  [248:21] [253:11] [259:10]
**viewed** [228:15] [245:19]
**viking** [161:7,21] [163:7,19]
  [164:19] [165:10,22] [166:
  3] [174:21]
**vioxx** [111:8,12] [112:3,15]
  [113:19] [129:6,7] [234:20]
**viratin** [84:3]
**virtue** [244:16]
**vis** [141:9]
**visavis** [141:9]
**vis-a-vis** [141:9]
**visit** [50:19]
**visited** [110:2]
**voice** [216:10,20] [217:4,20]
  [219:20] [224:9] [229:19]
  [234:6,9,13] [236:13]
  [243:19] [244:3]
**volin** [4:5] [8:5]
**volume** [218:14]
**vulvar** [118:13] [120:12]

―――――――

W

**wacker** [4:14]
**wait** [50:16] [191:8] [259:4]
**waived** [265:20]
**walgreens** [175:6]
**walk** [145:9]
**wall** [237:2]
**want** [10:14] [16:8] [17:14]
  [26:1] [38:21,22] [45:4,19,20]
  [46:10] [58:5] [67:22]

**10/14/2004  Simon, Paul O.**

[76:16] [77:4] [83:21] [96:10,15] [97:9] [123:11] [124:19] [126:8] [129:19] [131:11] [135:4] [145:8] [151:1] [152:3] [156:9] [158:18] [179:17] [214:7] [225:17] [229:12,14] [248:17] [254:3] [263:3]

**wanted** [19:9] [23:19] [24:1] [38:4,8] [42:15] [44:20] [48:3,12,21] [85:10] [91:19] [153:17] [159:6] [167:19] [204:21] [243:12] [250:7]

**wants** [125:9]

**warnings** [117:1]

**washington** [2:5] [4:8]

**wasnt** [48:1,2] [51:15] [76:1] [80:21] [94:18] [123:8] [182:15]

**water** [65:4,6] [70:1,2,10,18,19] [71:15] [73:10]

**ways** [98:8] [260:2]

**weatherhold** [47:9,11] [48:4] [49:8] [50:2,7]

**web** [100:22] [101:2,4,13] [103:22] [105:12,13] [125:7] [126:19]

**welcome** [207:16]

**well** [15:20] [17:3,5] [24:3] [26:6] [31:17] [32:17] [33:16] [37:5] [42:14] [45:3] [46:7] [47:7] [50:21] [55:6,9,10,17] [58:4,15] [59:21] [63:12] [65:13] [72:4] [75:14] [80:14] [85:18] [88:3,7,17] [90:8,20] [92:20] [94:1] [95:15,18] [96:9] [100:13] [104:7] [110:6,10] [113:16] [114:3] [115:19] [116:14] [124:4,17] [128:2] [130:12] [131:8] [142:6,13,17] [143:12] [146:4,10] [152:3] [154:21] [156:19] [158:22] [163:17,18] [164:15] [170:7] [173:8,11] [175:17] [177:17] [183:9] [188:9] [189:13,18] [191:2] [193:3] [203:14] [205:8] [211:1,18] [214:17] [219:3] [221:20] [227:16] [229:22] [230:6] [237:5] [240:1] [243:15] [246:10] [256:2] [258:15] [261:17] [262:1,13] [264:6]

**went** [83:18] [107:12] [111:2,15] [121:7] [132:21] [133:2] [137:5] [147:10] [157:5] [190:21] [225:8] [237:1] [254:13]

**werent** [46:22] [48:21] [88:7,11] [166:17] [221:7] [227:18] [249:15] [253:10] [254:4]

**west** [4:14]

**western** [1:2] [7:8] [37:1] [38:3,22] [40:22]

**weve** [198:14]

**whatever** [37:13] [106:22] [128:14] [152:1] [224:1] [233:3] [240:4] [245:3] [247:11]

**whats** [155:20] [198:11]

**whenever** [237:2]

**whereby** [128:3]

**whether** [33:2] [35:16] [48:17] [66:9] [68:6] [69:8] [71:5] [87:1] [95:22] [103:3] [105:19,22] [106:4] [107:14] [110:14] [117:9,10,11] [126:7] [128:14] [129:4] [137:17] [138:16] [139:12] [154:4] [157:18] [158:8] [165:17] [168:2] [169:2] [175:6,12] [178:1,4] [180:12,16,22] [181:11,12,20] [182:7,16,18] [183:4] [191:19] [192:8] [201:6] [225:19] [227:7,17,19,20] [233:13] [235:22] [244:6] [248:22] [249:1] [256:15,19] [257:4,16] [259:1] [260:20,21]

**whi** [115:7,9,16] [116:5,20] [117:10,21] [119:10] [120:10] [121:6,9] [122:4] [123:10] [124:6,8]

**whoever** [59:9] [239:19]

**whole** [125:1] [144:1] [156:4] [216:8] [235:14] [262:1]

**wholesale** [36:21] [37:15] [197:19] [198:7]

**wholesaler** [37:17,20] [38:1] [57:17] [58:13,14,16,19] [59:9] [240:5] [248:5]

**wholesalers** [37:9] [38:13] [57:20] [58:2] [59:3]

**whom** [18:18] [129:16] [266:5]

**whose** [106:12] [266:6]

**why** [12:11] [14:21] [33:17] [34:15] [35:4] [37:3] [44:9,13,17] [45:19,20] [46:10] [47:16] [58:1] [63:13] [89:1] [94:14] [96:14] [122:11] [129:6] [131:17] [133:9,14] [142:13,16] [143:5] [147:11] [152:7] [153:2,6,14] [156:21] [173:9,14] [201:2] [208:1] [214:7] [219:16] [221:1] [244:19] [247:21] [254:20] [263:17]

**widened** [91:1]

**will** [7:20] [8:9] [9:3,7,16,18] [23:4] [34:7] [50:8] [51:5] [60:2] [61:13] [62:15] [70:17,20] [77:9] [81:14] [93:19] [113:18] [118:1] [122:16] [128:3] [131:7] [148:21] [150:11,16,17] [153:7] [162:11] [167:5] [178:18,19] [196:16,21]

**weve** [197:4] [204:22] [211:2] [217:8] [230:3] [242:14] [248:18,20] [254:10,11]

**willing** [106:15] [138:4,7,10,17] [181:19] [249:2]

**winning** [60:21]

**winston** [2:4] [4:13] [7:12]

**wish** [51:17]

**within** [10:14,17,18] [20:7] [74:13] [111:16,18] [148:7] [149:19] [150:2] [160:17,19] [163:18] [168:10] [170:5] [175:4] [176:20] [177:11] [188:11,17] [189:8] [190:5,6] [200:3] [236:1]

**without** [83:5] [185:19] [215:10,17] [216:19] [243:18] [253:12] [258:16] [259:6,11]

**witness** [8:10,12] [10:3] [45:8] [79:19] [85:8] [94:10] [95:5] [98:11] [104:7] [107:5] [109:15] [113:17] [115:14] [119:17] [122:10] [123:19] [125:21] [130:15] [132:20] [137:2] [138:21] [199:8] [266:6,8,12]

**witnessed** [33:21]

**witnesses** [44:19] [147:22]

**women** [71:21] [88:10] [94:5,21] [95:10,12] [122:19,22] [123:4,11,16] [195:19] [246:9]

**womens** [116:15] [122:20] [124:17]

**wondering** [75:22] [79:5] [80:19] [96:14] [143:5] [179:8] [256:6]

**word** [102:8] [110:20] [125:20] [154:13] [161:17] [183:16] [187:9]

**words** [40:21] [101:8] [108:14] [141:4] [143:8] [181:18] [189:5] [249:5]

**work** [11:8,16] [12:16] [13:7] [18:10] [25:18] [26:1,2] [27:19] [31:11] [35:14] [36:11] [59:5] [61:1] [81:7] [87:22] [88:17] [93:22] [98:2,7] [103:2] [106:17] [137:22] [138:16] [146:11,14] [260:12]

**worked** [23:11] [51:21] [61:4] [150:10] [165:1] [207:3,4]

**workers** [52:5]

**working** [13:2,21] [14:9] [27:18] [60:13] [253:7] [257:10] [261:21]

**works** [230:12]

**world** [37:7] [157:2] [226:1] [232:2]

**worldwide** [211:22] [212:2,15]

**worth** [13:7] [236:18]

**wouldnt** [57:5] [76:3] [81:20]

**weve** [96:1] [133:9] [137:9,21] [158:20] [188:19] [232:3] [248:4] [251:7,22]

**write** [35:4] [95:22] [186:19] [190:18] [225:20] [232:6] [233:8] [243:6]

**writes** [35:3]

**writing** [34:12,16] [185:10,17]

**written** [180:3] [226:5,9,17,20] [227:2] [228:4] [243:9,13]

**wrong** [16:17] [17:2]

**wrote** [78:8] [151:12] [161:21] [163:14]

**wye** [172:15]

**wyeth** [1:] [4:4,11] [5:2] [6:10] [7:5,7,22] [8:2] [13:17] [35:18,21] [46:13,14] [47:1] [80:13] [98:12,20] [100:13] [119:3] [121:9] [124:18] [125:15] [126:12] [132:21] [136:8,20] [137:8,21] [138:4,10,17] [139:6,16] [140:19] [141:6,13,15] [143:3,7,15] [144:1] [147:3] [149:2] [151:8] [153:5] [154:6] [155:5,16,20] [156:9] [157:4,11,21] [158:12] [169:16] [172:4,5,9] [173:12,17] [178:8] [199:7] [221:20] [222:12,22] [223:3] [227:21] [229:17] [234:7] [235:10,11,13] [236:10] [238:5,22] [241:11] [244:7] [247:5] [249:13] [253:4] [264:1,9]

**wyethayerst** [1:] [7:5]

**wyeth-ayerst** [1:] [7:5]

**wyeths** [99:20] [100:6] [119:12] [120:17] [153:13] [154:12,14,15] [172:11] [222:6] [227:8] [241:7]

**X**

**xyz** [58:5] [191:17]

**Y**

**year** [10:15] [17:6] [20:7] [49:19] [65:20] [95:10,12] [111:19] [120:10] [142:1,4] [144:10,20] [191:1] [200:14] [209:2] [210:8,17,18] [211:21] [212:1,16,21] [213:4] [216:19] [224:11] [230:11] [246:16,20] [261:7]

**years** [28:1,13] [83:22] [95:11] [102:15] [111:16] [165:5] [185:18] [215:6,7,14] [217:17] [231:6] [251:21]

**yep** [121:21] [191:5] [198:21] [261:11]

**yes** [9:7,11] [11:7,13] [12:4,7,10,18] [15:13,16,21] [22:4] [24:11,13] [27:13]

**10/14/2004  Simon, Paul O.**

[29:4] [31:4] [32:4] [33:5,8,11]
[35:21] [36:15] [39:8]
[41:9,15] [42:2] [43:3,7]
[50:5] [55:16] [62:17]
[63:21] [64:1] [68:4] [72:20]
[73:4] [74:3] [75:17] [78:9]
[83:4] [84:19] [85:12,21]
[86:4] [87:3] [89:8] [92:2,21]
[93:6] [96:19] [97:17]
[99:13] [100:11] [101:3]
[105:4] [109:18] [110:6]
[111:4] [113:7] [115:11,14]
[116:4] [121:1] [123:22]
[125:3,8,21] [128:21]
[129:18] [130:3] [131:7]
[136:7] [137:12] [138:2,6]
[139:17,22] [140:21] [146:
20] [147:2] [149:15] [152:18]
[160:1] [161:20] [167:22]
[168:13] [169:8] [172:4]
[179:10] [182:8] [183:12]
[184:20] [194:22] [195:12]
[196:10] [197:22] [200:10]
[201:19] [203:7] [205:13]
[206:2] [207:5] [208:8,11,16]
[209:4,22] [210:5] [216:6]
[217:14] [222:7,10] [223:11]
[224:1] [225:1] [226:14]
[235:7] [237:18] [239:3]
[243:22] [246:3,13,22]
[253:10] [254:19] [258:3,10]
[261:15] [264:19]
**yet** [20:9] [67:21] [74:1]
**youll** [105:14] [208:12]
**youre** [147:7] [224:2] [242:
13]
**yourself** [221:13] [230:20]
**yourselves** [7:21]
**youve** [14:2] [80:5] [89:7]
[101:15] [102:4] [112:18,19]
[136:13] [145:22] [157:20]
[172:14,20] [173:14] [178:
16] [179:22] [194:16] [200:
16,17] [203:15,16] [230:4]
[235:10] [263:9] [264:1,2,4]