# APPENDIX 2

WYETH-AYERST  ){\}/  PHARMACEUTICALS

P.O. Box 8299, Philadelphia, PA 19101-8299 • (610) 902-1200    Division of American Home Products Corporation

**MEDIA STATEMENT**          Contact:   Audrey Ashby or Doug Petkus
                                        Wyeth-Ayerst Laboratories
                                        Phone: (610) 971-5823  (610) 971-4980

### UNIQUENESS OF PREMARIN® (conjugated estrogens tablets, USP) CONFIRMED

March 25, 1999, Philadelphia – The Food and Drug Administration (FDA) has confirmed that Cenestin™ *(synthetic conjugated estrogens, A)* Tablets, manufactured by Duramed Pharmaceuticals, Inc., Cincinnati, Ohio, "…is not the same as Premarin," the most widely used estrogen replacement medication in the United States. Premarin is manufactured by Wyeth-Ayerst Laboratories, Philadelphia, Pa. The Duramed product, which bears the unbranded common (chemical) name "synthetic conjugated estrogens, A," is neither a branded equivalent to Premarin nor is it a generic equivalent. Therefore, it can not be substituted for Premarin under federal and state generic substitution regulations.

Premarin is a complex blend of multiple estrogens and other steroidal components obtained exclusively from natural sources. Premarin is indicated for the treatment of moderate to severe vasomotor symptoms and vaginal dryness associated with menopause, and for the prevention and management of osteoporosis, a potentially serious bone disease. According to an FDA statement on March 24, 1999, the Duramed product "has not been approved for long-term use, such as the prevention of osteoporosis," and has not been proven safe for long-term use. It is indicated only for short-term use in the treatment of vasomotor symptoms.

Women and their health care providers need to know that there is no branded or generic equivalent for Premarin. Premarin has more than 56 years of clinical use, is the subject of over 3,000 scientific studies, and is the source for much of what is known about estrogen replacement therapy today. In addition, Premarin is the estrogen therapy currently being used in the landmark National Institutes of Health Women's Health Initiative (WHI) involving more than 27,500 women.

-- more --

**CONFIDENTIAL**

WYE 021501

There can be side effects with estrogen replacement therapy (ERT). One is the possibility of developing cancer of the uterus. Your doctor or other health care provider may prescribe a progestin along with ERT to reduce this risk. If you have had a hysterectomy, you do not have this risk. Side effects of ERT include blood clots, nausea, vomiting, and breast tenderness.

ERT may not be right for every woman. When you discuss taking ERT with your doctor or other health care provider, be sure to discuss your personal and family medical history, including any breast cancer, uterine cancer, abnormal vaginal bleeding, or abnormal blood clotting. You should not take ERT if you have had any of these conditions. Pregnant women should not take ERT because of possible risk to the fetus.

As a pioneer in the field of women's health research, Wyeth-Ayerst established the Women's Health Research Institute in 1993 to investigate new fields of research in women's health. Wyeth-Ayerst was the first U.S. Company with a major research facility devoted exclusively to women's health. The Wyeth-Ayerst Women's Health Research Institute is actively engaged in research that addresses the health care needs women face during all phases of their lives. These areas include fertility, contraception, urinary incontinence, heart disease, osteoporosis, cancer and Alzheimer's disease.

Wyeth-Ayerst Laboratories, a division of American Home Products Corporation (NYSE:AHP), is a major research-oriented pharmaceutical company with leading products in the areas of women's health care, cardiovascular, central nervous system drugs, anti-inflammatory agents, vaccines, and generic pharmaceuticals.

American Home Products is one of the world's largest research-based pharmaceutical and health care products companies. It is a leader in the discovery, development, manufacturing, and marketing of prescription drugs and over-the-counter medications. It is also a global leader in vaccines, biotechnology, agricultural products, and animal health care.

###

Please see full prescribing information.

04257-01

CONFIDENTIAL

WYE 021502