# APPENDIX 3

1  UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF OHIO
2  WESTERN DIVISION
3  ----------------------------------------x
   J.B.D.L., d/b/a/ BECKETT APOTHECARY,
4  et al,

                              Plaintiffs,        Index No.
5           -against-                            1-01-704
6

   WYETH-AYERST LABORATORIES, INC., et al,
7

                              Defendants.
8  ----------------------------------------x
9
10           DEPOSITION OF PHILIP SARREL
11              New York, New York
12            Thursday, June 3, 2004
13
14
15
16
17  Reported by:
    Judith A. Frost
18  Job No.:  161145
19
20
21
22
23
24
25

Page 22

1    A    This rebuttal report is a response to
2  a statement by a Professor Hammond, and in looking
3  through this it was clear that was relevant to this
4  case as I was not responding to a statement of
5  Professor Hammond, I was writing my own statement of
6  opinion, and these are aspects of it which obviously
7  did not belong in the new report.
8    Q    So, in other words, you reviewed your
9  old report and you struck out certain things that
10  you didn't want to put in the new report, and things
11  that weren't struck out were things that you
12  intended to put into the new report; is that
13  correct?
14    A    Yes, basically.
15    Q    The next item is a letter dated
16  April 20, 2004, a fax cover sheet from Garwin &
17  Brancef to yourself, and that's something that was
18  sent to you by the plaintiffs in this case; is that
19  right?
20    A    Yes.
21    Q    Attached is a copy of your expert
22  report; is that correct?
23          MS. BARTELLI:  Objection.
24    A    What is the date on that?
25    Q    April 20, 2004.

Page 23

1    A    I brought that with me so I would know
2  the address to come to this morning.  It's on their
3  letterhead.
4    Q    It appears to me that the documents
5  following this cover sheet accompanied the fax since
6  they appear to be faxes at the same time starting
7  with page two?
8    A    Yes, they do.
9    Q    So the following page which is a copy
10  of the report or that draft of that report were sent
11  to you by fax?
12    A    Yes.
13    Q    It appears that this copy of your
14  report is signed, so even though your report is
15  dated April 23, 2004, had you signed it by April 20,
16  2004?
17    A    Let me take a look at that.  It's
18  likely I took three days to review it and then
19  signed it.
20    Q    I see.
21          So when you signed the report you
22  signed a fax of it that was sent to you by the
23  plaintiff's lawyers?
24    A    That's how this appears, yes.  This
25  one.

Page 24

1    Q    Did you fax the signature page back?
2    A    I don't recall.
3    Q    The next item is an article from the
4  Women's Health Initiative committee, and this is the
5  report on WHI; is that correct?
6    A    That's correct.
7    Q    Is this the first or the second
8  report?
9    A    I believe it's the second.  This is
10  April 14, 2004 so this would have been the second
11  report.
12    Q    Is that something you reviewed and
13  relied on in connection with your report?
14    A    Yes.
15    Q    The next is an article by an A.
16  McLennan and S. Lester and V. Moore entitled "Oral
17  Estrogen Replacement Therapy Versus Placebo For Hot
18  Flushes" also prepared for review?
19          Is this a document that you reviewed
20  in preparation of your report?
21    A    Yes, it is.
22    Q    There appears to be a couple of items
23  torn out of the magazine and publication.
24          Is there a magazine that you are aware
25  of called "Female Patient"?

Page 25

1    A    Yes.
2    Q    Is this a magazine to which you can
3  subscribe?
4    A    It's a medical journal that is
5  published by the North American Menopause Society
6  and it's one of the journals of the society.
7    Q    You subscribe for copies?
8    A    All members of the organization
9  receive that.
10    Q    This is an article by Wolf Utian,
11  which is one of the individuals you mentioned
12  earlier, right?
13    A    Yes, he's the executive director.
14    Q    Is this a document that you reviewed
15  in connection with the preparation of your report in
16  this case?
17    A    Yes, it is.
18    Q    Then next is an article which appears
19  to be a fax copy of an article that was faxed to you
20  on about April 18 of 2004; is that correct?
21    A    Yes.
22    Q    It's from the Journal of New
23  Developments in Clinical Medicine?
24    A    That's correct.
25    Q    Before you received this fax had you

Page 26

1  seen a copy of this article?
2      A   I had not seen a copy of the article.
3      Q   Do you from time to time review the
4  periodical Journal of New Developments in Clinical
5  Medicine?
6      A   I'm not a reviewer of that journal,
7  no.
8      Q   Do you read copies of it when it comes
9  out?
10     A   When they are relevant to my field of
11 interest, yes.
12     Q   Are you aware of whether or not
13 articles that appear in this journal are peer
14 reviewed?
15     A   They are peer reviewed.
16     Q   What is the system for peer review at
17 the Journal of New Developments in Clinical
18 Medicine?
19     A   I have no idea.
20     Q   How do you know that that it is peer
21 reviewed?
22     A   It's listed as a peer reviewed
23 journal.
24     Q   Where would that listing be?  Who
25 maintains a list of peer reviewed journals?

Page 27

1      A   I don't know the answer to that.  I'm
2  under the understanding that was a peer reviewed
3  journal, that that is a peer reviewed journal.
4      Q   What is the basis for your
5  understanding?
6      A   I believe it's in their description.
7      Q   In this fax here?
8          If you would like to take a look at it
9  and tell me where it says it's a peer reviewed
10 journal.
11     A   I would guess it does not say that in
12 this.  It doesn't say that in there.
13     Q   Where would one go to determine
14 whether a particular journal is peer reviewed?
15         MS. BARTELLI:  Objection.
16     Q   Would you look in the journal itself?
17     A   No.
18     Q   How would you determine whether or not
19 a journal is peer reviewed?
20         MS. BARTELLI:  Objection.
21     A   I know that the journals I work for
22 are peer reviewed and are given ratings as to their
23 review status and that is made clear to editors of
24 the journals.
25         Otherwise, I'm not sure how the

Page 28

1  general public would have access to that
2  information.  I imagine that there is a mechanism
3  for that but I don't know the mechanism.  I know as
4  an editor.
5      Q   What are the ratings that you spoke
6  of?
7      A   Journals have different ratings
8  depending on their previous publications and the
9  assessment of the science of the papers with their
10 publications.
11         To my knowledge the editors of
12 journals are sent a report.  For example, the
13 Journal of North American Menopause Society as an
14 editor at the once a year editorial meeting we are
15 presented with a letter from an accredited body, and
16 my image is there is a national accrediting body
17 that rates the journals.
18     Q   You are not aware of what it is
19 called?
20     A   No.
21     Q   Is it associated with NAMS or would
22 this be a broader body covering a variety?
23     A   This is a broader body covering all
24 the scientific journals.
25     Q   Are you aware of how the Journal of

Page 29

1  New Developments in Clinical Medicine rates?
2      A   No.
3      Q   You did rely on that?
4          Did you rely on this article from the
5  Journal of New Developments in Clinical Medicine, an
6  article by Dr. Hess and a Michael Jay Schwartz in
7  connection with your report?
8      A   I cite that in my report.
9      Q   You are generally familiar and
10 up-to-date with developments in the literature and
11 in the field of estrogen therapy?
12         MS. BARTELLI:  Objection.
13     A   Yes.
14     Q   You weren't aware that this article
15 existed until you received it by fax on April 18,
16 2004?
17         MS. BARTELLI:  Objection.
18     A   I was aware that the article existed
19 because Dr. Hess told me he had written an article.
20     Q   Did you have conversations with
21 Dr. Hess in the preparation your report in this
22 case?
23     A   No.
24     Q   Under what circumstances did Dr. Hess
25 tell you that he had written the article?

8 (Pages 26 to 29)

Page 94

1  of such alternative therapies?
2      A    I think it's important to keep our
3  focus on post-menopausal women and the symptoms they
4  develop.
5          From that perspective, if you stay
6  focused on that cohort, then I believe that the
7  findings with alternative therapies and herbal
8  prescriptions have shown that they are inadequate to
9  meet a woman's needs.
10     Q    That's your opinion that they are
11 inadequate to meet their needs?
12     A    I'm basing that statement on recent,
13 by recent I mean 2004 summary discussions of what
14 has been shown in the literature for use of
15 alternative therapies in women's health.
16         Let's take something simple, the
17 control of hot flashes.  Many of claims that are
18 made for alternatives therapies and herbals do not
19 stand up to proper research investigation.
20     Q    Incidentally, do you have any formal
21 training in the area of psychiatry?
22     A    Yes.
23     Q    What is the nature of your formal
24 training?
25     A    I do not have my boards in psychiatry,

Page 95

1  I have my board certifications in obstetrics and
2  gynecology.
3          Between 1966 and 1967 I spent a year
4  at Yale that was divided between a residency in
5  obstetrics and gynecology and working under the
6  supervision of a psychoanalyst at the Yale
7  Psychiatric Institute.
8      Q    Do you have any --
9      A    I then spent 35 years in the
10 department of psychiatry attending and receiving CME
11 credit.  Continuing medical education credit for
12 weekly rounds in psychiatry which I essentially
13 attended every week for 35 years and presented case
14 material.
15         In the early years of my work from
16 1969 until 1974 my therapy work was supervised by
17 members of the staff of the department of
18 psychiatry, and then in the 1974/1975 I devoted a
19 year to working in the department of psychiatry at
20 Oxford University in Oxford, England where I was
21 trained in behavioral therapy.
22     Q    Do you have any degrees in the field
23 of psychiatry?
24     A    No, I was designated assistant
25 professor of psychiatry at Yale and then associate

Page 96

1  professor having met the criteria established in the
2  department of psychiatry.
3      Q    Which did not include a degree in
4  psychiatry, right?
5      A    However, my mentors felt I would be
6  better off without that degree.
7      Q    If you look at paragraph nine,
8  does this set forth the nature of what you
9  understood your assignment to be in this case?
10     A    Yes.
11     Q    Who gave you that assignment?
12     A    The attorneys for the present firm.
13 This was derived from discussions.
14     Q    The attorneys who are present at this
15 deposition?
16     A    Well, in particular, Ms. Bartelli.
17     Q    The fourth item says advantages of
18 Cenestin, a more technically advanced product, and
19 the advantage is what?
20     A    Advantages with respect to treatment.
21         Well, if we go to the sense of the
22 provision of optimal hormone treatment, advantages
23 of Cenestin with respect to the provision of optimal
24 menopausal hormone related treatment.
25     Q    Have you expressed any views in here

Page 97

1  as to the advantages of Cenestin vis-a-vis
2  advantages of a transdermal patch?
3      A    I think I have expressed a generic
4  opinion as to the advantage of delivering a
5  therapeutic stable level of estrogen in the
6  treatment of post menopausal hormone deficiency, and
7  I have not excluded from that the use of transdermal
8  estrogen.
9      Q    The fifth item is the significance of
10 formulary obstacles to optimal treatment?
11     A    Yes.
12     Q    Do you consider yourself to be an
13 expert in the area of formulary obstacles to optimal
14 treatment?
15     A    I consider myself someone who has
16 listened to many physicians across the country, as
17 well as within my own community, and have learned
18 from them that there are formidable obstacles to
19 getting for their patients the medications they want
20 their patients to have.
21     Q    Do you have any personal experience
22 with formulary obstacles to treatment?
23         MS. BARTELLI:  Objection.
24     A    Fortunately in the Yale health plan,
25 which is established is my workplace, we are not

25 (Pages 94 to 97)

Page 98

1  restricted and we can prescribe, all of the
2  physicians can prescribe what each and every one of
3  us believes is best treatment, and then our health
4  plan will cover that medication for the subscribers
5  to the health plan.
6        From a personal point of view then I
7  have not been subjected to the kinds of barriers or
8  controls that other doctors have had to confront.
9        Q    Have you ever taken any courses or
10  done any study on the area of managed care or
11  formularies?
12       A    No.
13       Q    If you turn to paragraph 13 of your
14  declaration, I awe struck in this paragraph where
15  you said that estrogens known to stimulate more than
16  400 actions, and it affects throughout the body.
17       Would you agree that the actions of
18  estrogen in the female body are quite complex?
19       A    Yes.
20       Q    Would you agree that those mechanisms
21  of actions are not yet fully understood?
22       MS. BARTELLI:  Objection.
23       A    I think there is a greater
24  understanding, a greater understanding.
25       Q    Are fully understood?

Page 99

1       A    Of the mechanisms.
2       MS. BARTELLI:  Objection.  Asked and
3  answered.
4       Dr. Sarrel, give him a chance to
5  finish the question and then answer.
6       MR. EGGERT:  So is it asked and
7  answered or is it finished?
8       MS. BARTELLI:  Pardon me?
9       Q    Has it been fully explored, is there a
10  full understanding of the mechanism of estrogens in
11  the female body?
12       MS. BARTELLI:  Same objection.
13       A    My response is that there is a greater
14  understanding of the mechanisms of action of steroid
15  hormones including estrogens.
16       Q    Anything else?
17       A    The question specifically asks about
18  mechanisms of action.  I think that is very well
19  understood.
20       Is it fully understood?  I don't know
21  that is fully understood.
22       Q    Not alluding to the mechanisms of
23  action, but the impact that estrogens have on the
24  female body, is that fully understood?
25       A    That is a different question.

Page 100

1       Mechanism of action is a basic bench
2  science question, and actions in a woman's body,
3  that is ongoing and that is a work in progress.
4       We have many understandings of actions
5  in a woman's body that are beneficial and
6  detrimental and I am sure we will gain many more.
7       Q    In paragraph 14 you list three common
8  medical conditions that relate to ovarian hormone
9  deficiency over onto page five.  The first of those
10  being osteoporosis.
11       Is that a significant issue with
12  ovarian hormone deficiency, the development of
13  osteoporosis?
14       A    It's one of the recognized
15  complications of ovarian hormone deficiency, the
16  loss of bone structure.
17       Q    One of the most common medical
18  conditions associated with ovarian hormone
19  deficiency?
20       MS. BARTELLI:  Objection.
21       A    It's not the only factor.  There are a
22  number of contributing factors.  It's among the
23  contributing factors to the development of the
24  common condition of osteoporosis.
25       Q    There are also other contributing

Page 101

1  factors to heart disease and stroke, for example?
2       A    Correct.
3       Q    In paragraph 15 at the end of that
4  paragraph you state that hormone withdrawal has
5  recently been recognized to be associated with heart
6  attacks.
7       What is the basis for that statement?
8  Is there any literature on that?
9       MS. BARTELLI:  Objection.  Compound.
10       A    There is an existing literature
11  describing the association between acute estrogen
12  deficiency and the occurrence of a heart attack in
13  women.
14       Q    Could you name some of that literature
15  for me?
16       A    Baer is an important paper.  The
17  Japanese have documented that.
18       In my own review, and I think probably
19  the best reference would be to reference number 66,
20  which as I mentioned earlier is now published.
21       I summarize within that the recent
22  publications of the association of myocardial
23  infarction and acute depletion of estrogen.
24       Q    You summarize the literature?
25       A    The references are there.

26 (Pages 98 to 101)

Page 138

1    Q    So as you sit here you can't provide
2   any support for that statement?
3        MS. BARTELLI:  Objection.
4   Mischaracterizes the testimony and asked and
5   answered.
6    A    I can't provide a reference for that
7   right off the bat.
8    Q    In the course of preparing your report
9   did you check that out to determine whether, in
10  fact, that was the case or did you just go with your
11  impression?
12       MS. BARTELLI:  Objection.
13   A    In preparation of the report I did not
14  check that out.  I believed that was a fact.
15   Q    The next sentence you say
16  "Unsurprisingly, physicians prefer to work with
17  drugs whose contents are fully known in which no
18  components such as the chemicals and other
19  substances found in Premarin have been eliminated."
20       Is there any basis for your statement
21  physicians prefer?  Is that based on your trips
22  around the country?
23   A    I think we have referred to that in
24  our previous discussions.
25       MS. BARTELLI:  Please wait until he

Page 139

1   has finished with his question.
2        MR. EGGERT:  Otherwise, we don't know
3   whether she is objecting to a question or
4   your answer.
5    Q    Doctors still prescribe a lot of
6   Premarin, right?
7        MS. BARTELLI:  Objection.  Vague.
8    A    I imagine they do.
9    Q    There is a lot more Premarin
10  prescribed than Cenestin, isn't there?
11       MS. BARTELLI:  Objection.
12   A    I believe that is correct.  I would be
13  surprised if it wasn't correct.
14   Q    That's not withstanding the fact that
15  Premarin contained these other substances whose
16  contents are not fully known?
17       MS. BARTELLI:  Objection.
18   Q    Why doctors prescribe Premarin I think
19  you indicated was a very important subject to be
20  studied and has not been reported upon.
21       Do you have any expertise as to why
22  doctors prescribe Premarin?
23   A    I have opinions.
24   Q    Do you have any expertise in that
25  area?

Page 140

1        MS. BARTELLI:  Asked and answered.
2    A    Yes, I think we have discussed this
3   already.
4    Q    Do you have an expertise in that area?
5    A    As to why doctors prescribe Premarin?
6    Q    Yes.
7    A    No, I suppose my expertise is why
8   doctors are disenchanted with Premarin and are
9   looking for something else, and that is based on the
10  feedback I have received over the last two years
11  plus years before that too in the way in which I
12  indicated to you already by listening.
13   Q    In your trips around the country have
14  you had physicians come up to you and say I wish I
15  didn't have to prescribe Premarin but I feel I have
16  to prescribe it even though I would rather prescribe
17  Cenestin?
18       MS. BARTELLI:  Objection.  Confusing
19  and mischaracterizes his testimony.
20   A    I have had doctors come to me and say
21  I'm glad to be learning about alternatives that will
22  work for my patients.  That I can tell you has
23  happened over and over again.
24   Q    Implicit in that suggestion, they do
25  prescribe those alternatives themselves to their

Page 141

1   patient, right?
2        MS. BARTELLI:  Objection.
3    A    Whatever I have described has been the
4   results of treatments and studies done with the FDA
5   or at different meetings or my own basic research
6   and received from the list of lectures titles I talk
7   about.  You can see.
8    Q    Has any physician ever told you that
9   he or she was unable to prescribe Cenestin even
10  though he or she wanted to?
11   A    I don't think anybody has actually
12  said that to me.
13   Q    If you can turn to paragraph 26
14  talking about the variability.
15       Are you aware of any empirical data
16  that would support there is a greater variability in
17  what is in a Premarin tablet than what is in a
18  Cenestin tablet?
19       Is there any data on that?
20       MS. BARTELLI:  Objection.  Vague.
21   A    It's based on a reading of the U.S.
22  Pharmacopeia.
23   Q    The U.S. Pharmacopeia actually says
24  Premarin has more variability than Cenestin?
25   A    No, it says from batch to batch, and

36 (Pages 138 to 141)

Page 142

1 the Cenestin information says it does not vary from
2 batch to batch.
3 Q So it's your belief that Cenestin is
4 not variable from batch to batch?
5 A It's my belief that the components of
6 the Cenestin tablet are very precisely controlled to
7 maintain the concentrations and ratios that are
8 described, and I'm also under the impression that
9 the FDA regularly checks that to be sure that they
10 are doing what they say they are doing.
11 Q What is your basis for that? Do you
12 think the FDA actually sits there and takes apart a
13 Cenestin pill and determines what the components
14 are?
15 MS. BARTELLI: Objection. Compound.
16 A My impression is that all drug
17 manufacturers are periodically asked to have samples
18 of their product tested. That's my impression.
19 Maybe that's naive.
20 Q Are you aware of any testing that
21 Cenestin has done that tests the degree of
22 variability in its product?
23 A I believe in the, I'm not sure but I
24 started to quote Dr. Hess's paper that we referred
25 to earlier.

Page 143

1 In that he describes, and I might not
2 be not remembering this properly, that the
3 reproducibility reproducibility, as in a birth
4 control pill, is the same factor in making a birth
5 control, and all of those are made very precisely
6 with exactly what is supposed to be contained within
7 each tablet.
8 My impression is that state of the art
9 technology is being applied to the preparation of
10 this tablet so that it delivers what it's a
11 advertised to and doesn't vary.
12 I haven't seen published data about
13 variability. My impression is that the variability
14 is a non-issue, whether the birth pills are coming
15 out of the their factory or Cenestin pills are
16 coming out of their factory.
17 Q Let me ask you, in the first sentence
18 in paragraph 26, you opine that the reason that the
19 contents of individual Premarin tablets vary, and
20 once again you are not aware of any empirical data
21 that shows the extent to which individual Premarin
22 tablets vary, are you?
23 MS. BARTELLI: Objection.
24 A I'm aware of the statement in the U.S.
25 Pharmacopeia.

Page 144

1 Q Anything else?
2 A Which states --
3 MS. BARTELLI: Objection.
4 A Which states that there's variability
5 from batch to batch of Premarin.
6 Q Variability within some range?
7 A Yes, they state that.
8 Q Are you aware from the FDA Act
9 requirements as to how much there can be variability
10 in conjugating estrogen products including both
11 Premarin and Cenestin?
12 A One of the issues around the U.S.
13 Pharmacopeia in the description of Premarin is that,
14 as you have made clear, there are ten clear
15 estrogens which are monitored, and then as Wyeth
16 makes clear in their package insert there are
17 concomitant substances.
18 As the U.S. Pharmacopeia makes clear,
19 one of those concomitant substances is beta
20 Estradiol 17 beta. The natural estrogen that women
21 make.
22 In editions of the U.S. Pharmacopeia
23 that I have read, the amount of Estrodiol 17 beta
24 has varied from 4 percent I believe to as high as 9
25 percent of what is in the tablet. It's a

Page 145

1 tremendous, to my way of thinking a tremendous
2 variability.
3 Again, as you pointed out from this
4 paper, it's the most important of all the estrogens.
5 It's not the same. It varies from 4 percent to
6 9 percent. Very big variability of the single most
7 important estrogen.
8 Q In your opinion the Cenestin would
9 have the same percent?
10 A It has no Estradiol because Estradiol
11 is not considered one of the components.
12 Q But the ones it does it has the very
13 same percentage?
14 MS. BARTELLI: Objection.
15 A I don't know the testing data and I
16 can't quote that. I imagine they make a replicable
17 pill and they don't include Estradiol.
18 Q Now you said here the reason that
19 there's variability in individual tablets is because
20 of the variation from one pregnant mare's urine to
21 another.
22 What is the basis of your opinion in
23 that regard?
24 A Tremendous variation from pregnancy to
25 pregnancy. In one pregnancy the estrogens could be

37 (Pages 142 to 145)

Page 146

1    1,000. Another one it could be 3,000.
2        Q    What does that have to do with what
3    ends up in a particular Premarin pill?
4            You don't think that mares' urine
5    should be boiled down and they put it into a pill.
6    It goes through a very refined process, does it not?
7        MS. BARTELLI: Objection. Vague.
8    Argumentative.
9        A    I don't know the process it goes
10   through. I believe that is a secret process.
11       Q    You have no knowledge of the
12   manufacturing process of Premarin?
13       A    I don't.
14       Q    Do you really have any knowledge in
15   which you could opine that the reason for any
16   variability in a Premarin tablet comes from the
17   variation in the urine of a pregnant mare?
18       MS. BARTELLI: Objection.
19       A    No, I don't think it's my role to
20   explain why there's variability. I think Wyeth
21   should explain why there is a variability.
22       Q    Why did you do that in paragraph 47 in
23   your report, did you think it was important to your
24   opinion in this case?
25       MS. BARTELLI: Objection.

Page 147

1        A    I think the variability is a very
2    important issue.
3        Q    But you also sought to express why
4    there was a variation from one pregnant mare's urine
5    to another, and what is the basis for that?
6        MS. BARTELLI: Objection.
7        A    I know that estrogen levels vary from
8    one pregnancy to another.
9        Q    At the end of that paragraph you say
10   that uneven estrogen levels can result ultimately in
11   the frustrated abandonment of treatment rather than
12   the search for a more effective therapy.
13           It's also possible, isn't it, that you
14   could say these uneven estrogen levels can result in
15   persistence of symptoms and ultimately the search
16   for a more effective therapy, rather than the
17   frustrated abandonment of treatment, as well?
18       MS. BARTELLI: Objection to form.
19   Argumentative.
20       Q    Wouldn't that be just as true a
21   statement?
22       A    These uneven estrogen levels can
23   result in persistence of symptoms and the search for
24   more effective therapy. That's a very good
25   statement. I like that statement.

Page 148

1            I think we should always be looking
2    for more effective therapy and that's what I have
3    been trying to prescribe for my patients. So that's
4    an excellent statement.
5            If we take the other part of the
6    statement, the frustrated abandonment of the
7    treatment, the fact of the matter is that the
8    discontinuance rate, which again I have written
9    about it extensively as have many, it has been an
10   important issue obviously for Wyeth, the fact that
11   women start and stop their drug within just a few
12   weeks. Discontinuance rates in the first weeks are
13   unacceptably high because of the adverse effects.
14           It's not working the way it should so
15   I believe that issue is, I do believe that one of
16   the major factors, to get back to the first part of
17   the statement, that one of the major factors leading
18   to persistence of symptoms and development of
19   adverse effects are the fluctuating levels of the
20   hormone. That's what I believe.
21       Q    You believe that, there's no empirical
22   data that supports that link but that is your
23   belief, right?
24       MS. BARTELLI: Objection.
25       A    I believe that in my lectures and

Page 149

1    writing I have published the evidence for
2    fluctuating levels being a factor in the development
3    of heart attacks and the development of strokes and
4    in irregular bleeding, and I believe there's an
5    established literature.
6            The issue was first provided
7    interestingly by Dr. Speroff in 1975 and it's clear
8    he was right. When you give a hormone replacement
9    you should be trying to maintain a stable level, and
10   preferably a low stable level.
11       Q    Premarin has fluctuation in that
12   regard as in many non-conjugated estrogens; is that
13   right?
14       MS. BARTELLI: Objection. Foundation.
15       A    The evidence that we have for Premarin
16   is that it's a burst that releases hormones, that it
17   has peak levels, and all of this within a very short
18   period of time. It has peaks and troughs and for
19   the woman taking it that is the problem.
20       Q    Doesn't any pill have peaks and
21   troughs?
22           Cenestin has peaks and troughs,
23   doesn't it?
24       MS. BARTELLI: Objection. Foundation.
25       A    Very minor peaks and troughs in

38 (Pages 146 to 149)

Page 158

1  what the big findings are with Cenestin.
2      It could very well be exactly what you
3  say, it's no different than Premarin. I think it
4  contains the essential components of Premarin and I
5  don't think, and especially from the FDA submitted
6  data that we have it's not going to be worse.
7      I think it has a very good chance of
8  being better but give it a chance. It has not had a
9  chance.
10     Q   0.3-milligram of Cenestin has not been
11 treated by the FDA for symptoms, has it?
12         MS. BARTELLI: Objection.
13     A   I don't know.
14         MR. EGGERT: Let's take a break for
15 lunch.
16         THE VIDEOGRAPER: The time is 1:21
17 p.m. on June 3, 2004 of the videotape
18 deposition.
19         (Luncheon recess taken at 1:21 p.m.)
20
21
22
23
24
25     A F T E R N O O N   S E S S I O N

Page 159

1      (Time noted: 2:27 p.m.)
2  P H I L I P   S A R R E L ,   resumed and
3      testified as follows:
4  EXAMINATION BY (Cont'd.)
5      THE VIDEOGRAPER: The time is 2:27
6  p.m. on June 3rd, 2004. This is tape number
7  three in the videotape deposition of
8  Mr. Philip Sarrel.
9      (Sarrel Exhibit 5, article by Hess,
10 Dowling and Schwartz, marked for
11 identification, as of this date.)
12     Q   Welcome back, Dr. Sarrel.
13     I place before you a document which is
14 marked as Exhibit number 5, and it's an article by
15 Henry Hess, Thomas Dowling and Michael Schwartz
16 entitled "Clinical Implications of the Differences
17 in Dissolution and Absorption Characteristics of
18 Oral Estrogen Therapy Agents."
19     A   This is the article that we saw before
20 in a folder that has been marked as 11 that was
21 published in the Journal of New Developments or
22 something like that, yes.
23     Q   You reviewed this document in
24 connection with your report, right?
25     A   Yes, I did.

Page 160

1      Q   If I could direct your attention to
2  paragraph 34 of your report that is on page 11, you
3  cite this report at the end of that paragraph with
4  the proposition that Cenestin offers a distinct
5  advantage over Premarin in the area of dissolution
6  and absorption, right?
7      A   That's the statement, yes.
8      Q   Is there any other support other than
9  this article that you are aware of for your
10 contention that Cenestin offers a distinct advantage
11 over Premarin in the area of dissolution and
12 absorption?
13     A   Under the impression?
14     Q   Under the impression that there was
15 what, sir.
16     A   Under the impression that there was
17 data that had been submitted to the FDA that was in
18 their package insert that I had seen.
19     So in terms of publication in a
20 medical journal this is the only one that I'm aware
21 of but I do believe that another source of this
22 information is in the package insert for Cenestin.
23     Q   The package insert for Cenestin, can I
24 have a copy of that? Strike that.
25     We will take a look at that in a

Page 161

1  minute.
2      In this article here, Dr. Hess at the
3  time this was published was the head of the medical
4  advisory board of Barr Laboratories; is that right?
5      A   I don't think so. Not Dr. Hess.
6      Q   I'm sorry, is Dr. Hess, is he on the
7  advisory board?
8      A   He's a member of the advisory board.
9      Q   You are the director of the medical
10 advisory board?
11     A   I'm the chairman of it.
12     Q   So was Dr. Hess a member of the
13 advisory board at the time that this was published?
14     A   This was the document that I think
15 indicated, at least somewhere, it was in the first
16 quarter of the year.
17     But I was told before Dr. Hess told me
18 it had not yet been published. I met him in the
19 first meeting of the board.
20     This had been published in 2003, and
21 the first meeting of our advisory board I believe
22 was in October or November of 2003. So I don't know
23 if I can be precise as to whether he was already a
24 member of that or he had been asked to be a member
25 of that.

41 (Pages 158 to 161)

Page 162

1    Q    You had a conversation?
2    A    But they are very close in time and
3  it's at that advisory board meeting where he told me
4  that it was I thought he said in press. It may have
5  been already been published.
6    Q    If you are a member of an advisory
7  board for a company and you publish an article in a
8  journal concerning that product, would you normally
9  disclose that fact in the article or not?
10    MS. BARTELLI: Objection.
11    A    I don't know. I was looking for
12  information from the Wyeth paper that was published
13  in Maturitas and it's not a specific disclosure, so
14  with respect to your question --
15    Q    I wasn't asking about Maturitas, but
16  if you want to talk about Maturitas the authors are
17  identified as being with Wyeth Women's Health
18  Research right in the caption of the article?
19    A    Yes, but your question was whether
20  there would be a place for disclosure, and it
21  appears in neither of the journals is there a
22  specific place for a disclosure.
23    I know there are journals where that
24  is stated, so my impression is whether a disclosure
25  of being on an advisory board is standard I don't

Page 163

1  know. I imagine there is variability from journal
2  to journal and I don't know the standard for
3  scientific journals.
4    Q    You don't have a personal standards
5  that you would employ as to whether you would
6  disclose you are a member of the advisory board and
7  publishing an article in a journal about that
8  product?
9    MS. BARTELLI: Objection to form and
10    foundation and vague.
11    A    No, I don't believe I would be in a
12  situation where I would be publishing a paper
13  specific about a particular drug submitted to a
14  journal.
15    And the only journals to have been
16  referred journals, I know the answer to the
17  question. When you submit a paper, like for example
18  a submission to JAMA or the New England Journal of
19  Medicine, there is a form that you complete because
20  I know I have completed such forms, which asks about
21  conflict of interests and whether or not you do any
22  kind of consulting work or lecture work or any
23  pharmaceutical for any company that could be
24  referred to in the course of that.
25    So, in fact, I have been in that

Page 164

1  situation and I have completed such a form for the
2  journals who do have that. What is done with that
3  information is under the control of the editors of
4  the journal.
5    Q    You don't know one way or the other as
6  to whether this journal had that practice?
7    A    No.
8    Q    You would agree, would you not, that
9  this article concludes that the clinical
10  implications of the differential of dissolution
11  between Cenestin and Premarin have yet to be
12  established?
13    MS. BARTELLI: Objection. The form and
14    foundation.
15    Q    I would refer you to page 94.
16    A    Yes, they conclude "Current strategies
17  involved selection of a modified use preparation
18  with a uniform absorption profile to improve the
19  consistency and predictability of estrogen because
20  blood consistency deviates over 24 hours thereby
21  reducing unwanted side effects and maximizing the
22  potential for therapeutic success."
23    So that is their conclusion, and I
24  think that is consistent with what I referred to.
25    Q    Actually what they concluded on page

Page 165

1  92 was that "Controlled pharmakinetic trials
2  designed to compare the effect of pH altering
3  medication on the absorption of estrogen from
4  various ERT formulations are needed."
5    MS. BARTELLI: Objection.
6    Q    There have not been such trials to
7  date, have there?
8    MS. BARTELLI: Objection.
9    A    That's a different issue. You are
10  talking about two different issues. One is the
11  efficacy for control of symptoms and overwhelming
12  adverse effects, and that is one issue, and that is
13  the issue I addressed.
14    The second issue about the need for
15  studies and the influence of an antacid or a
16  syndrome, a malabsorption syndrome, as I was
17  referring earlier to, let's say to taking of the
18  thyroid pill or the taking of a Lipitor pill we are
19  aware that stomach acidity has an effect on their
20  biovariability.
21    That's why the directions for the
22  thyroid pill are not to eat for an hour after you
23  have taken it so that you don't affect the
24  production of acid and you don't interfere with the
25  dissolution and absorptions.

42 (Pages 162 to 165)

Page 166

1    By the way, the thyroid hormone is not
2  very different from the estrogen hormones. It's
3  steroid hormones.
4    So you have two questions on the
5  table. One is the one I addressed, which is control
6  of symptoms and avoiding adverse effects, and the
7  second question the authors call for further
8  studies.
9    I have to agree with them. As
10  knowledgeable as I am, my knowledge is based on
11  clinical observations of how the syndrome they are
12  talking about interferes with the biovariability of
13  the tablet which I have seen clinically.
14    I have situations with Premarin where
15  the yellow tablet, the 1.25 has been passed intact
16  into the toilet and the patient has brought it to me
17  to say I took this pill and nothing happened and I
18  can attest to that. That's an exaggerated situation
19  where nothing gets into the system and is not a good
20  situation for anything.
21    Q    Let me ask you, though, there's no
22  evidence that you are aware of, is there, empirical
23  evidence that a dissolution differential between
24  Cenestin and Premarin have an actual clinical
25  effect?

Page 167

1    MS. BARTELLI: Objection.
2    A    The doctor that is the co-author
3  states there's a need for such studies.
4    Q    What is your view of the relationship
5  between the shellac coating on Premarin and stomach
6  acid? Is it the notion that the stomach acid will
7  somehow dissolve the shellac coating?
8    MS. BARTELLI: Objection. Foundation.
9  Compound.
10    A    My understanding is that tablets with
11  shellac coating involvement there have been many
12  over the years that have essentially been abandoned
13  because of their unreliability with respect to
14  dissolution and proper absorption.
15    The classic example that we have had
16  in our field of obstetrics and gynecology was a
17  tablet called Vadectin which was given for acid of
18  pregnancy and nausea of pregnancy and it was indeed
19  shellac coated. From a safety point of view it was
20  determined in the 1970s that women especially during
21  pregnancy are exposed to the shellac and in addition
22  it was interfering with the ability to be absorbed,
23  and that tablet was taken off the market.
24    There are other examples of shellac
25  coated pills on the market, but the progress that

Page 168

1  has been made in science and the development of
2  coating, most of the pills that you see or the few
3  that you see that are left over from an earlier era
4  with shellac coating, they are in a situation where
5  they would have to have a drug application with a
6  film coating in order to develop a better product.
7    Shellac coating is indeed a delivery
8  system of the past, not of the immediate present or
9  of the immediate past present. It's a mechanism of
10  the very distant past.
11    MR. EGGERT: I move to strike the
12    entire response as not responsive to my
13    question.
14    MS. BARTELLI: Objection.
15    Q    Turning to page 10 of the report, you
16  refer to the Dowling article, and you take the
17  position there that the article stands for the
18  proposition that stomach acidity also plays a role
19  in facilitating the digestion of a shellac coated
20  product as stomach acid is necessary to dissolve
21  coating.
22    Is that your understanding of what the
23  Dowling and Schwartz article stands for?
24    A    These authors do focus on the role of
25  stomach pH and drug dissolution and absorption and

Page 169

1  they do point out that there is a difference in the
2  biovariability of different products depending on
3  the coating around the contained drug.
4    Q    Did they conclude that acid was
5  necessary to dissolve the shellac coating?
6    A    I have to look at their paper to see.
7    If you turn to page 94, the second
8  paragraph, they suggest that what would happen with
9  the reduction of the acidity would be that there
10  would be a more rapid dissolution and a rapid
11  absorption and then a rapid excretion, and that
12  leads to their later conclusion that would lead to
13  unwanted side effects, and that's something we
14  talked about earlier.
15    The problem is if you have a rapid
16  absorption and a rapid clearance, then you get a
17  surge effect, and that's what they do refer to in
18  this as the burst effect of the hormone.
19    It's the problem we were talking about
20  earlier that I encountered with the use of
21  micronized 17 beta Estradiol which is sold under the
22  name of Estrace, and I told you we give it as a BID
23  drug for this very reason, the rapid effects of
24  rapid clearance and absorption, so you get a peak
25  and trough very quickly which leads to symptoms like

43 (Pages 166 to 169)

Page 258

1  speakers, and four of these are presented in the
2  evening times so that doctors can call in, the
3  doctors or nurses can call in and listen to the
4  presentation and then ask questions.
5         So this is the teaching material that
6  I was not involved in developing but I am involved
7  in presenting, and it's meant to try to explain the
8  impact of the Women's Health Initiative.
9         I think as you look through this you
10 will see that a significant part of this is devoted
11 to explaining the Women's Health Initiative study
12 and its findings, and also presented a study you
13 referred to earlier findings from the Hope study.
14 The bone protective effects.
15        It's an attempt to present in a verbal
16 way, it talks about complementary and alternative
17 medicine and about all the different prescriptions
18 that are out there.
19        The home study findings, by the way,
20 are on pages 42 and 43, I believe, or 43 and 45. So
21 it's education about menopause and as part of this
22 presentation, the Cenestin preparation is described
23 along with all the other things that are described.
24    Q    I would like to point out this
25 document has answers to only odd numbers in it and

Page 259

1  perhaps the even numbers were not copied?
2     A    That looks that way to me.
3     Q    I request a copy of the document with
4  the even numbered pages.
5     A    What I submitted was the whole
6  document.
7     Q    Probably it is an error in
8  duplicating.
9         Have you presented this yet?
10    A    There is maybe another pile on the
11 table with the even pages.
12    Q    Have you presented this already?
13    A    I presented it twice.  There are two
14 evenings in May that I was the speaker, and I will
15 be presenting it again on June 30 and July 1st.
16    Q    You said that's by Barr or by Duramed?
17    A    I'm being paid by Access, which is the
18 educational company.  I haven't been in contact with
19 Barr about this at all.
20        I was invited by Access which is the
21 educational company hired by Barr.  They have
22 independently developed these teaching materials and
23 I would not actually have put the program together
24 the way you see it but because I'm one of their
25 resource people I was invited to be a presenter, and

Page 260

1  so of the hundred or so nights four of the nights
2  will be mine.
3     Q    Those are the actual slides you will
4  be using in the presentation?
5     A    The presentation will be to go from
6  slide to slide and explain to the doctors that are
7  listening.
8         (Sarrel Exhibit 15, educational
9         program, marked for identification, as of
10        this date.)
11    Q    If I could show you a document
12 entitled "The New Generation of Conjugated
13 Estrogens, The Conjugated Estrogens Combining Past
14 Tradition with Advances in Technology."
15        Would you explain what this document
16 is?
17    A    This is another educational program
18 which was prepared for the Interactive Network for
19 Continuing Education.
20        It's related to the first document
21 that you showed me, which was the CD Rom.
22    Q    Referring to Exhibit 13?
23    A    Right.  That program and this program
24 are the same.
25        This program was presented where once

Page 261

1  again there was a presenter, Dr. Hess, and I was the
2  moderator, and in this program if you want you can
3  look into it, my credentials and disclosures as you
4  can see are there at the beginning of the program.
5         Then what we have, and I could tell
6  you quite precisely that I presented the first
7  slides, I just presented the first three slides at
8  which point Dr. Hess took over and presented the
9  rest.
10        At the end of approximately 25 minutes
11 we were finished with taking the listeners through
12 this, and then they called in individually and that
13 was taped, and then from the tape we prepared what
14 you see in the workbook here.
15        The first thing you showed me, the
16 little workbook in the back you have the Q and A
17 questions.  The whole front of the workbook is the
18 same as this and the back of it is the Q and A's.
19        MR. EGGERT:  This is Exhibit number
20        16.
21        (Sarrel Exhibit 16, record of Q and A,
22        marked for identification, as of this date.)
23    Q    That's the document you were just
24 referring to?
25    A    That's right.

66 (Pages 258 to 261)

Page 262

1    Q    That's also entitled "The New
2 Conjugation of Estrogens," and this is a record of
3 the questions and answers that were done in
4 connection with the slides?
5    A    Doctors who were not able to call in
6 on the nights we gave this. We only gave this 12
7 times. This was not given 100 times. This was
8 given 12 times, and then doctors who were not able
9 to call into that had another option, that is, they
10 could obtain, they could go to the Interactive
11 Network of Continuing Education and obtain the
12 package that you have of the smaller program, listen
13 to the CD and do the test and send it in and receive
14 continuing medical education credit.
15        So that way I was able or Dr. Hess and
16 I were able to reach out to a larger group of
17 doctors.
18    Q    Once again, the answers you provided
19 to the questions in this document were true and
20 accurate?
21    A    Yes.
22    Q    Are there any other presentations that
23 you have participated in or helped develop for
24 Cenestin?
25    A    No, I tried to bring you what I had,

Page 263

1 including really up to the present, you have what is
2 happening now in June of 2004.
3    Q    Since the time of your last deposition
4 in the Duramed case, have you done anything to
5 educate yourself to learn more about the nature of
6 management care of formulary?
7        MS. BARTELLI: Objection. Foundation.
8    A    No.
9    Q    Have you reviewed any of the
10 literature that might be available on the subject of
11 management care of formularies?
12    A    No.
13    Q    Are you familiar with the concept of a
14 PBM or a pharmacy benefit management?
15    A    I have heard the letters and I could
16 not give a job description of such a person.
17    Q    Do you think it's a person, an
18 individual who would be hired to be a pharmacy
19 benefit?
20        MS. BARTELLI: Objection.
21    A    I really don't know.
22    Q    Are you familiar with a entity known
23 as advanced PDS?
24    A    No.
25    Q    Do you know what kind of formulary PCS

Page 264

1 has? I gather not.
2    A    I do not.
3    Q    Do you know what the distinction is
4 between an open formulary and a closed formulary?
5    A    Those are terms that I haven't heard.
6 I'm told that what we have at Yale is an open
7 formulary, and that's the system I have worked in
8 for all these years which has translated into
9 whatever the health-care providers had felt they
10 wanted to prescribe or was the best treatment for
11 their patients that we could do that. That is an
12 open formulary.
13        So we have not a received a list that
14 says this is our formula and this is the only thing
15 you can order through the health plan.
16        From listening to doctors and meeting
17 with doctors across the country they are in quite
18 different situations where they get a list or a
19 booklets that lists the drugs on their formulary and
20 that are recommended that they prescribe, and some
21 places I have been told that they can't prescribe
22 anything other than those drugs.
23        I don't know if that is the definition
24 of a closed formulary. I'm told if doctors have a
25 drug, even when it's not listed, there is a

Page 265

1 mechanism through which they can apply and hopefully
2 be able to prescribe it, and have it covered for
3 their patients, but it's a very difficult and
4 tedious thing to do.
5    Q    Do you know the particular management
6 care plans that those doctors were affiliated with
7 that you spoke to about that?
8    A    I can't remember the names. At one
9 point I could.
10    Q    Do you remember the states in which
11 they were located?
12    A    Yes, the one I remember most
13 distinctly because it took us two full years for
14 them to get a proper drug. I suppose they were
15 dealing with a closed formulary because the
16 management care group that controlled the Hudson
17 Valley, that is not far from here in New York state,
18 did not have the drug that I was indicating in my
19 lecture was the safest drug to give women, a
20 progesterone preparation, but it took them over two
21 years and it took a signing of an appeal by the
22 entire staff of the Vassar Brothers Hospital in
23 Poughkeepsie, New York to accomplish getting this
24 one drug on the formulary.
25    Q    They were successful in doing so?

Page 266

1      A    After two whole years. In the interim
2  the alternate drug, the drug that we wanted, that
3  was natural progesterone.
4          My research had shown that natural
5  progesterone was the safest progesterone that women
6  could take to balance their effects of estrogen in
7  the uterus.
8          By this time we had known that
9  Provera, the alternate drug that was so widely used,
10 would induce strokes and they, unfortunately,
11 experienced a number of strokes within that
12 community which is what so strongly motivated
13 doctors to win this battle against the formulary.
14     Q    Are you aware of any circumstances in
15 which physicians have felt strongly and banded
16 together to try and insure that Cenestin can be on
17 the formulary?
18     A    I'm not aware of that.
19     Q    Have you ever suggested that to any
20 physicians that they should attempt to do that?
21         MS. BARTELLI:  Objection.
22     Q    As you did with Prometrium?
23     A    I really haven't been in a position to
24 do that. All of my lecturing across the country has
25 been academic and I am an invited professor and

Page 267

1  grand rounds, and focused on the issue in the last
2  two years, focused on understanding the findings of
3  the Women's Health Initiative and why this does not
4  apply to other hormone treatments.
5          I haven't been a speaker for Cenestin
6  except in this series during the four evenings, and
7  that question might have been raised by a doctor
8  that is not on the formulary but it has not been
9  raised. I haven't been asked that.
10     Q    Do you have any knowledge as to the
11 extent to which Cenestin is currently listed on the
12 indicated formulary list?
13     A    I only know in my own practice there
14 has been no difficulty to get it for patients and
15 the gynecologists who work in the Yale health plan
16 and the midwives have been able to prescribe that.
17 But that is what I would guess an open formulary.
18     Q    Do you have any sense as to what
19 percentage of formularies are closed formularies in
20 the country?
21     A    No, it's not something that I would be
22 knowledgable about at all.
23     Q    Are you familiar with the concept of a
24 tiered formulary?
25     A    Vaguely.

Page 268

1      Q    What do you understand a tiered
2  formulary to be?
3      A    I am probably wrong. I believe it
4  means that there is the recommended first line of
5  drugs and then there are alternate drugs that can be
6  prescribed, if requested, so that there is actually
7  a listing of, and I think that is what tiers refers
8  to?
9          Whether there are two or three tiers I
10 don't know, but that's very different from a drug
11 not being listed at all.
12     Q    In paragraph 51 of your report, the
13 second sentence on page 16 you state that "When
14 nonformulary alternatives are allowed there usually
15 is a process requiring a formal request and approval
16 by the pharmacy review board of the managed care
17 organization."
18         Is it your actual understanding that
19 with respect to any managed care plan that the
20 pharmacy review board of the managed care entity has
21 to approve each request by a physician to prescribe
22 a drug which is not on the formulary?
23     A    I know that was the experience in
24 Poughkeepsie.
25     Q    It was with respect to Prometrium?

Page 269

1      A    Yes, I believe it was the process in
2  Madison, Wisconsin and the other site that I
3  referred to.
4          I had been invited to lecture at the
5  University of Wisconsin over a period of five or six
6  years and over all of that time I had indicated to
7  them how one formal treatment would be detrimental
8  and another be safer, and so they started and it
9  took them years to get it changed.
10         I believe they had it changed for the
11 whole State of Wisconsin. I could be wrong. I
12 believe that has finally opened up.
13     Q    Any other formulary other than in
14 Poughkeepsie and Madison, Wisconsin, of which you
15 are familiar in this regard?
16         MS. BARTELLI:  Objection. Vague.
17     A    Not in this one. For many physicians
18 already time stressed by the demand of current
19 medical practice the frequent result is that the
20 path of least resistance is a prescription of the
21 drug on the formulary rather than a prescription of
22 a nonformulary drug.
23         The path of least resistance, that is
24 which is easier to do given the limited amount of
25 time that a physician has, what doctors have

68 (Pages 266 to 269)