# APPENDIX 8

```
                                                                Page 1
 1              IN THE UNITED STATES DISTRICT COURT
 2               FOR THE SOUTHERN DISTRICT OF OHIO
 3                       WESTERN DIVISION
 4   J.B.D.L. Corp. d/b/a
     BECKETT APOTHECARY, et al.,
 5
                  Plaintiffs,
 6                                         Civil Action No.:
     v.
 7                                         C-1-01-704
     WYETH-AYERST LABORATORIES, INC.,
 8   et al.,
 9                Defendants.
     _____/
10
11   DEPONENT:    VERONICA T. MALLETT, M.D.
12   DATE:        August 6, 2004
13   TIME:        9:00 a.m.
14   LOCATION:    20301 Oakwood Boulevard
15                Dearborn, Michigan  48124
16   APPEARANCES:
17   For the Direct Purchaser Class Plaintiffs:
18           MS. JAN BARTELLI
             Garwin, Bronzaft, Gerstein & Fisher, L.L.P.
19           1501 Broadway
             New York, New York  10036
20           (212) 398-0055
21   For the Direct Purchaser Class Plaintiffs:
22           MR. BRETT H. CEBULASH
             Garwin, Bronzaft, Gerstein & Fisher, L.L.P.
23           1501 Broadway
             New York, New York  10036
24           (212) 398-0055
25
```

Page 70

1  Q  You can answer the question.
2  A  I -- my assessment is that the point the authors are trying
3     to make is that the coating is designed to absorb oxygen and
4     prevent oxidation, and that a -- an additional benefit of
5     that, the purpose of that, while also avoiding oxidation of
6     the constituent estrogens, it also prevents the escape of
7     odor, according to the authors.
8  Q  What odor do you think is being referred to here?
9        MR. EGGERT: Well, objection as to how on earth she
10       would know what odor the authors Hess, Pharm and Schwartz
11       might have had in mind.
12 BY MS. BARTELLI, CONTINUING:
13 Q  You can answer the question.
14 A  I truly could not tell you. But I would understand that
15    since the primary content of the drug is estrogen, it would
16    be the odor of estrogen.
17 Q  Are you aware of any other estrogen tablets that use shellac
18    as their coating?
19 A  No. I'm also not aware of the coating of any other estrogen
20    tablets.
21 Q  Have you ever smelled estrogen from any other estrogen
22    product that you've used?
23 A  No.
24 Q  So it wouldn't appear that other estrogen products need to be
25    coated with shellac to disguise the smell of estrogen?

Page 71

1  A  Well, as I stated previously, I thought the shellac was used
2     to prevent oxidation. And I truly don't know what odor
3     they're trying to disguise, if they are at all trying to
4     disguise an odor.
5  Q  Now this article also discusses the issue of dissolution with
6     Premarin and Cenestin products, does it not?
7  A  Yes.
8  Q  What is your understanding of the findings of this article?
9  A  That the dissolution testing of the conjugated equine
10    estrogen as it was presented here appeared to function as a
11    modified released agent. The paragraph under the subheading
12    Dissolution Characteristics of Slow-Absorption CEE refers to
13    this slow dissolution profile to be characteristic of the
14    shellac coating of the Premarin tablet, particularly at
15    acidic pH levels. It says in comparison to other generic
16    estrogen products then available demonstrated immediate
17    release dissolution profiles suggest the likelihood that
18    there would be significant differences in blood level. The
19    FDA found that these modified released characteristics of
20    this CEE with the shellac coating was actually a -- a benefit
21    of Premarin. And they concluded that while extended --
22    extensive clinical data on the question was lacking, it
23    appeared that high blood levels of estrogen resulting from
24    immediate release products, those other than -- than
25    Premarin, raised potentially significant safety issues.

Page 72

1  Q  So here the issue -- well, do you understand the issue to be
2     that -- that the FDA is saying that an immediate release is
3     less desirable than a slow release mechanism?
4  A  Right. That the Premarin tablet had a benefit by having the
5     particular absorptive characteristics that it did, and having
6     the shellac coating, and that made it a more slow release
7     product. And this was actually a safer formulation than the
8     generic estrogen tablet that -- that they discussed in that
9     paragraph. They also said that the immediate release of
10    estrogen causes higher blood level, estrogen levels and thus
11    possible adverse effects such as breast tenderness. The risk
12    of breast cancer, which was deemed to be dose related, might
13    be increased compared to an estrogen formulation with a
14    modified release dissolution profile such as Premarin.
15 Q  So the -- so your understanding then, the point being that if
16    you have bursts or quick release of estrogen, that that is
17    less desirable than a slow release?
18 A  It would appear so from this author's compilation of the --
19    the data.
20 Q  Do you agree with that statement, based on your own
21    experience?
22 A  I really don't have personal experience which to -- to say.
23    I -- okay. Ask me that question again.
24 Q  Do you agree with the statement regarding immediate release
25    mechanisms versus slow release mechanisms in terms of benefit

Page 73

1     or less benefit?
2  A  To -- yes. To -- to the degree that the references sited
3     support that.
4  Q  Do you have any personal experience that would support that
5     statement?
6  A  No, I don't.
7  Q  Can you turn to page 88.
8  A  Yes.
9  Q  If you look at the -- I guess it's the start of the second
10    full paragraph.
11 A  Yes.
12 Q  And it's the -- first, second -- third sentence in that
13    paragraph. Can you read that?
14 A  The --
15 Q  Where it starts however.
16 A  Second paragraph? Third sentence?
17 Q  It's the second full paragraph. The first word in the
18    paragraph is accordingly.
19 A  Oh.
20 Q  And then it says accordingly, the FDA.
21 A  It says, however, in attempting to establish uniform in vitro
22    dissolution characteristics of Premarin for purposes of
23    bioequivalency comparisons, it was discovered that in fact
24    CEE dissolved at an inconsistent rate varying widely, not
25    only from batch to batch, but also between individual

19 (Pages 70 to 73)

Page 74

1  tablets.
2  Q  And then the next --
3  A  Sentence?
4  Q  The next two, if you would.
5  A  This variability is likely due at least in part to the
6     physical characteristics of the shellac coating applied to
7     Premarin tablets. Over time, the protective shellac oxidizes
8     and tends to crack, permitting older tablets to dissolve more
9     rapidly.
10 Q  And then the next sentence reads, over the past 18 months
11    alone, failure in dissolution testing has led to a number of
12    large recalls now approaching a total of 500 million Premarin
13    tablets. Do you see that?
14 A  Yes, I do.
15 Q  Now, does that indicate to you that at least in this author's
16    opinion, that because of that coating, you -- Premarin in
17    fact often has a problem with immediate or burst release of
18    estrogen?
19    MR. EGGERT: Objection, mischaracterization of the
20    article.
21 BY MS. BARTELLI, CONTINUING:
22 Q  You can answer.
23 A  It would indicate to me, but they don't provide any credible
24    data to support that statement. The -- I think that is what
25    the authors propose, but they don't provide any credible data

Page 75

1  to support their position.
2  Q  And why do you say that?
3  A  The citation to support this comparison of bioequivalent is
4     the data on file from the Duramed Pharmaceuticals which makes
5     me suspect that the authors have a relationship with Duramed.
6     Pharmaceutical companies are not in the habit of providing
7     their data and to -- to test products objectively.
8  Q  So --
9  A  Of their competition.
10 Q  -- are you saying that when a pharmaceutical company provides
11    data --
12 A  About a competitor's product.
13 Q  -- that it's --
14 A  That -- that -- the -- the possibility exists that -- that --
15    that bias may have entered into the compiling of that data.
16 Q  So would it then be your position that if Wyeth had supplied
17    data for an article that was somehow critical of Cenestin,
18    that that bias also would exist?
19 A  If that was the only basis from which an author made a
20    conclusion about a competitor's product, I would say that --
21    that, yes, bias could exist.
22 Q  Is it your position that if a manufacturer provides data for
23    an article that is supportive of their product, that bias
24    also could exist?
25 A  I think that it is a possibility. Now, if that -- you, as a

Page 76

1  reader, have the option to endorse or believe in the message.
2  But declaring that the product is -- the data is provided by
3  the owner of the pharmaceutical company does at least give
4  them the credibility of being up front about where the data
5  came from.
6  Q  Aren't they required to do that?
7  A  Well, they're required to do that to the FDA. We're talking
8     about in publications, are we not?
9  Q  Yes.
10 A  Oh. Okay. There's a difference.
11 Q  Right.
12 A  Right.
13 Q  So your position is that they're not -- a manufacturer is not
14    required in a journal or scientific publication to disclose
15    that they've somehow been involved in providing data or
16    sponsoring?
17 A  Well, they didn't in this article. Most peer reviewed
18    journals would require that. This is not, however, a peer
19    reviewed journal, which also limits its credibility as a
20    source.
21 Q  Do you think that the FDA is objective in the evaluations
22    they do of particular drugs?
23 A  Yes. I think that they set standards and have guidelines for
24    maintaining that -- the quality of drugs that enter into the
25    U.S. drug supply. We hope so, anyway.

Page 77

1  Q  Could you look at page 26 of your report.
2  A  Yes.
3  Q  Talking about the dissolution aspect.
4     MR. EGGERT: Which paragraph are you referring to?
5     THE WITNESS: Page 26?
6  BY MS. BARTELLI, CONTINUING:
7  Q  I'm -- are you on page 26?
8  A  Yes.
9  Q  Okay. It's the middle of the paragraph which has continued
10    from the previous page. And the sentence is nevertheless,
11    the characteristics of the dissolution -- dissolution of an
12    estrogen therapy play little role in my selection of hormonal
13    agents.
14 A  Yes.
15 Q  I am not aware this has played any role in other physicians'
16    selection of hormonal agents. And moreover, the fact that
17    some Premarin tablets have been recalled due to manufacturing
18    issues does not diminish the drug's safety or efficacy. Why
19    do you think that the characteristics of dissolution of
20    estrogen therapy is insignificant?
21 A  Well, because Premarin has been administered over an
22    inordinately long period of time, and its efficacy has been
23    well established and is not in doubt. And so characteristics
24    of dissolution, if they were of question, don't have any
25    clinical relevance.