# EXHIBIT 9

Extended Unit Shares of Oral ETs
1998 - June 2003

|  | 1998 | 1999 | 2000 | 2001 | 2002 | Jan.-Jun. 2003 |
|---|---|---|---|---|---|---|
| Premarin | 75.3% | 73.9% | 72.8% | 72.5% | 71.4% | 68.6% |
| Estradiol | 9.4% | 11.1% | 12.5% | 14.2% | 16.0% | 18.5% |
| Cenestin | 0.0% | 0.1% | 0.8% | 2.1% | 3.0% | 3.6% |
| Estropipate | 2.8% | 3.1% | 3.2% | 3.3% | 3.5% | 3.5% |
| Estrace | 6.5% | 5.4% | 4.4% | 3.4% | 2.3% | 2.1% |
| Menest | 0.3% | 0.5% | 0.9% | 1.9% | 1.9% | 2.0% |
| Ogen | 2.4% | 1.8% | 1.5% | 1.4% | 1.2% | 1.1% |
| Gynodiol | 0.0% | 0.0% | 0.1% | 0.2% | 0.2% | 0.3% |
| Ortho-est | 1.0% | 0.8% | 0.7% | 0.6% | 0.4% | 0.3% |
| Estratab | 2.2% | 3.0% | 2.7% | 0.2% | 0.0% | 0.0% |
| Other | 0.3% | 0.3% | 0.3% | 0.2% | 0.0% | 0.0% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

Source: IMS, National Prescription Audit Data (USC Code 52112), 1998-2003.