### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **J.B.D.L. Corp. d/b/a** <br> **BECKETT APOTHECARY, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **WYETH-AYERST LABORATORIES, INC., et al.,** <br><br> Defendants. | **Civil Action No. C-1-01-704** <br><br> **Judge Sandra S. Beckwith** <br> **Magistrate Judge Timothy S. Hogan** |
| **CVS MERIDIAN, INC. AND RITE AID CORP.,** <br><br> Plaintiffs, <br><br> v. <br><br> **WYETH,** <br><br> Defendant. | **Civil Action No. C-1-03-781** <br><br> **Judge Sandra S. Beckwith** <br><br> **NOTICE OF MANUAL FILING** |

Please take notice that defendant, Wyeth, has manually filed the following documents:

**Exhibits 1, 2 & 10 to the Memorandum In Support Of Defendants' Motion To Prohibit Plaintiffs From Introducing Certain Evidence Based On The Testimony Or Analysis Of Jeffrey Leitzinger And Keith Leffler Regarding Their "Before And After" Models**

Exhibits 1, 2 & 10 have not been filed electronically because:

The Exhibits contain information designated as "Confidential" and are being filed under seal pursuant to the Protective Order.

These documents have been filed with the Court and this Notice has been electronically served

on all parties with CM/ECF Registration and by regular U.S. mail upon all parties not registered.

Respectfully submitted,


s/*Grant S. Cowan*
James R. Adams  (0008253)
Grant S. Cowan   (0029667)
**FROST BROWN TODD LLC**
2200 PNC Center
201 E. Fifth Street
Cincinnati, Ohio  45202-4182

William J. Baer
David S. Eggert
**ARNOLD & PORTER LLP**
555 Twelfth Street, N.W.
Washington, D.C.  20004-1206
(202) 942-5000

Dan K. Webb
W. Gordon Dobie
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois  60601-9703
(312) 558-5600

Trial Attorneys for Defendants

Dated:  May 13, 2005

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that a copy of the foregoing Notice of Manual Filing of Exhibits 1, 2 & 10 to the Memorandum In Support Of Defendants' Motion To Prohibit Plaintiffs From Introducing Certain Evidence Based On The Testimony Or Analysis Of Jeffrey Leitzinger And Keith Leffler Regarding Their "Before And After" Models, has been served electronically on all counsel of record with CM/ECF Registration on this 13th day of May, 2005, and by regular U.S. mail, postage prepaid upon the following:

| | |
|---|---|
| Eliot G. Long, Esq.<br>**BUCHANAN INGERSOLL PC**<br>1835 Market Street<br>14th Floor<br>Philadelphia, PA 19103 | Krishna Narine, Esq.<br>**SCHIFFRIN & BARROWAY LLP**<br>Three Bala Plaza East<br>Suite 400<br>Bala Cynwyd, PA 19004 |
| Marc H. Edelson, Esq.<br>**HOFFMAN & EDELSON**<br>45 West Court Street<br>Doylestown, PA 18901 | Barry S. Taus, Esq.<br>**GARWIN BRONZAFT GERSTEIN & FISHER L.L.P.**<br>1501 Broadway, Suite 1416<br>New York, NY 10036 |

                                          *s/ Grant S. Cowan*
                                          Grant S. Cowan, Esq.
                                          Frost Brown Todd LLC

CinLibrary 1506469v.1