IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| J.B.D.L. Corp. d/b/a<br>BECKETT APOTHECARY, et al.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WYETH-AYERST LABORATORIES, INC.,<br>et al.<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. C-1-01-704<br><br><br>Judge Sandra S. Beckwith<br>Magistrate Judge Timothy S. Hogan<br><br><br><br><br>**JOINT MOTION FOR**<br>**EXTENSION OF TIME** |

　　All parties, Class Plaintiffs, Opt-Out Plaintiffs and Defendants, jointly move this Court to extend the time for all parties to file their Responses in Opposition to the Daubert motions which were filed May 13, 2005. The parties request they be given until June 15, 2005 to file their Opposition Memoranda.

　　This case is set for trial on August 1, 2005 and for Final Pretrial/Settlement Conference on July 8, 2005. By agreement, all parties filed and served their Daubert motions two weeks earlier than the deadline set by the Court, however, given the complexity of the issues, all parties agree that the time period to oppose those motions should be extended from June 6 to June 15, 2005. The parties are mindful that the Court's Notice requires that responses to Daubert motions shall be filed not later than thirty-five (35) days prior to the Final Pretrial Conference, but respectfully submit that the twelve (12) days additional time is necessary to properly brief and submit the issues to the Court. Further, all parties agree that no reply memoranda will be filed and, therefore, the Daubert motions will be finally and fully submitted on June 15, 2005.

{00012497; 1}

Respectfully submitted,

| | |
|---|---|
| s/Theresa L. Groh | s/Grant S. Cowan (per authorization) |
| Theresa L. Groh (29806) | Grant S. Cowan (29667) |
| Murdock, Goldenberg, Schneider & Groh, L.P.A. | Frost Brown Todd, LLC |
| 35 E. Seventh Street, Suite 600 | 2200 PNC Center |
| Cincinnati, Ohio 45202 | 201 East Fifth Street |
| Tel: (513) 345-8291 | Cincinnati, Ohio 45202-5715 |
| Fax: (513) 345-8294 | Tel: (513) 651-6800 |
| Local Counsel for Class Plaintiffs | Fax: (513) 651-6981 |
| | Local Counsel for Defendants |

s/W.B. Markovits (per authorization)
W.B. Markovits (18514)
Markovits & Greiwe Co., LPA
119 East Court Street, Suite 500
Cincinnati, Ohio 45202
Tel: (513) 977-4774
Fax: (513) 621-7086
Local Counsel for Opt-Out Plaintiffs,
CVS and Rite-Aid

{00012497; 1}