FILED
JAMES BONINI
CLERK

05 JUN -3 PM 2:42

SOUTHERN DIST OHIO
WEST DIV CINCINNATI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| J.B.D.L. Corp. d/b/a<br>BECKETT APOTHECARY, individually and<br>on behalf of all others similarly situated.<br><br>**Plaintiff,**<br><br>v.<br><br>WYETH-AYERST LABORATORIES, INC.,<br><br>and<br><br>AMERICAN HOME PRODUCTS<br>CORPORATION,<br><br>**Defendants.** | Case Action No.: C-1-01-704<br><br><br><br>MOTION FOR ADMISSION<br>PRO HAC VICE OF<br>PETER R. KOHN<br>AS COUNSEL FOR<br>PLAINTIFF |

Pursuant to S.D. Ohio Civ. R. 83.5(d) of this Court, Theresa L. Groh, local counsel for Plaintiff, hereby moves the Court for admission pro hac vice of attorney, Peter R. Kohn of Berger & Montague, P.C., 1622 Locust Street, Philadelphia, PA 19103 to appear and participate as counsel for Plaintiff in this action. Peter R. Kohn is a member in good standing of the bar of the highest court of the Commonwealth of Pennsylvania, as established by the current certification attached hereto.

Respectfully submitted,

_____
Theresa L. Groh (29086)
Murdock Goldenberg, Schneider & Groh,
L.P.A.
35 E. Seventh Street, Suite 600
Cincinati, Ohio 45202
Tel: (513) 345-8291
Fax: (513) 345-8294
**Counsel for Plaintiff**

{00012460; 1}

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon counsel of record on June 3, 2005 by ordinary U.S. mail service.

_____
Theresa L. Groh

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA

}

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Peter R. Kohn, Bar # 65454, was duly admitted to practice in said Court on October 17, 1995, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania

on March 14, 2005.

MICHAEL E. KUNZ
Clerk of Court

BY _____
Aida Ayala,    Deputy Clerk