FILED
JAMES BONINI
CLERK

05 JUN -3 PM 2:42

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| J.B.D.L. Corp. d/b/a BECKETT APOTHECARY, individually and on behalf of all others similarly situated. | Case Action No.: C-1-01-704 |
| Plaintiff, | |
| v. | MOTION FOR ADMISSION PRO HAC VICE OF STUART DES ROCHES AS COUNSEL FOR PLAINTIFF |
| WYETH-AYERST LABORATORIES, INC., and AMERICAN HOME PRODUCTS CORPORATION, | |
| Defendants. | |

Pursuant to S.D. Ohio Civ. R. 83.5(d) of this Court, Theresa L. Groh, local counsel for Plaintiff, hereby moves the Court for admission pro hac vice of attorney, Stuart Des Roches of Odom & Des Roches, LLC, 650 Poydras Street, Suite 2020 Poydras Center, New Orleans, LA, 70130 to appear and participate as counsel for Plaintiff in this action. Stuart Des Roches is a member in good standing of the bar of the highest court of the State of Louisiana, as established by the current certification attached hereto.

Respectfully submitted,

_____
Theresa L. Groh (29086)
Murdock Goldenberg, Schneider & Groh,
  L.P.A.
35 E. Seventh Street, Suite 600
Cincinati, Ohio 45202
Tel: (513) 345-8291
Fax: (513) 345-8294
**Counsel for Plaintiff**

{00012462; 1}

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served upon counsel of record on June 3, 2005 by ordinary U.S. mail service.

_____
Theresa L. Groh

{00012461; 1}

## Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that _____

_____ Mr. Stuart E DesRoches _____

whose address is _____ Poydras Center
650 Poydras St Ste 2020 _____

_____ New Orleans, LA 70130-6126 _____

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the ____ 16th ____ day of ____ October ____, ____ 1992 ____.

Given over my hand and the Seal of the Louisiana State Bar Association, this ____ 25th ____ day of ____ May ____, ____ 2005 ____.

_[signature]_
Executive Director
Louisiana State Bar Association