IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| J.B.D.L. Corp. d/b/a<br>BECKETT APOTHECARY, et al. | )<br>)<br>) | Civil Action No. C-1-01-704 |
| Plaintiffs, | )<br>)<br>) | Judge Sandra S. Beckwith<br>Magistrate Judge Timothy S. Hogan |
| v. | )<br>) | |
| WYETH-AYERST LABORATORIES, INC.,<br> et al. | )<br>)<br>) | **AMENDED MOTION FOR**<br>**EXTENSION OF TIME** |
| Defendants. | ) | |

On Friday, June 3, 2005, the undersigned filed a Joint Motion for Extension of Time (Doc. #177) for all parties to file their opposition memoranda to the Daubert motions which were filed on May 13, 2005. That Joint Motion mistakenly represented to the Court that the parties had agreed that no reply memoranda will be filed when, in fact, no agreement had been reached one way or the other as to reply briefs; this correction is not meant to indicate that any party currently intends to file any such Daubert replies, but is made to clarify that no agreement has been reached on that subject.

All parties filed and served their Daubert motions two weeks earlier than the deadline set by the Court, however, given the complexity of the issues, all parties agree that the time period to oppose those motions should be extended from June 6 to June 15, 2005. Accordingly, to correct that inadvertent error, the undersigned submits this Amended Motion to address only the filing deadline for Responses in Opposition to the

{00012530; 1}

Daubert motions, and request that all parties be permitted to file their opposition memoranda on or before June 15, 2005.

        Respectfully submitted,

        s/Theresa L. Groh
        Theresa L. Groh (29806)
        Murdock, Goldenberg, Schneider
          & Groh, L.P.A.
        35 E. Seventh Street, Suite 600
        Cincinnati, Ohio  45202
        Tel:   (513) 345-8291
        Fax:   (513) 345-8294
        Local Counsel for Class Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

        s/ Theresa L. Groh