**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

J.B.D.L. Corporation,
    Plaintiff

v.                             Case No. 1:01-cv-704

Wyeth-Ayerst Laboratories, Inc.,
et al.,
    Defendants

**ORDER**

      This matter is before the Court on Plaintiff's Motions for Admission of several attorneys (Docs. 178, 179 & 180).

      **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and attorneys Andrew Kelly, Peter R. Kohn, and Stuart DesRoches are hereby admitted to practice pro hac vice as **co-counsel** on behalf of Plaintiff.

      **All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at: Mrs. Darlene Maury at 513.564.7523 or at darlene_maury@ohsd.uscourts.gov, to register for Electronic Case Filing as soon as practicable.**

Date: <u>June 7, 2005</u>                                    <u>s/Sandra S. Beckwith</u>
                                                         Sandra S. Beckwith, Chief Judge
                                                         United States District Court