**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

**J.B.D.L. Corporation,**
**et al.,**
    **Plaintiffs**

-vs-                      Case No.  1:01-cv-704

**Wyeth-Ayerst Laboratories, Inc.,**
**et al.,**
    **Defendants**

# JUDGMENT

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

     **IT IS ORDERED AND ADJUDGED** that Wyeth's Motion for summary judgment against Class Plaintiffs and intervenors CVS and Rite Aid is **GRANTED.** The motions for leave to file supplemental briefs are **DENIED**.

Date: June 13, 2005                                   James Bonini, Clerk

                                                        By:  <u>s/Mary C. Brown</u>
                                                               Mary C. Brown, Deputy Clerk