FILED
JAMES BONINI
CLERK

05 JUN 29 AM 2:21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| J.B.D.L. Corp. d/b/a<br>BECKETT APOTHECARY, et al.<br>        Plaintiffs,<br><br>        v.<br><br>WYETH<br>        Defendant. | NO. C-1-01-704<br><br>Judge Sandra S. Beckwith<br>Magistrate Judge Timothy S. Hogan |
| CVS MERIDIAN, INC. and<br>RITE AID CORPORATION,<br>        Plaintiffs,<br><br>        v.<br><br>WYETH<br>        Defendant. | No. C-1-03-781<br><br>Judge Sandra S. Beckwith |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiffs CVS Meridian, Inc. and Rite Aid Corporation hereby appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on June 13, 2005.

Respectfully submitted,

By: _____
W.B. Markovits (0018514)
MARKOVITS & GRIEWE, CO. L.P.A.
119 E. Court Street
Cincinnati, OH 45202
(513) 977-4774

2

                                      Steve D. Shadowen, I.D. No. 41953
                                      Gordon A. Einhorn, I.D. No. 59006
                                      HANGLEY ARONCHICK SEGAL & PUDLIN
                                      30 North Third Street, Suite 700
                                      Harrisburg, PA 17101
                                      (717) 364-1004
                                      (717) 364-1020 – facsimile

Dated: June 29, 2005                    *Attorneys for Plaintiffs CVS Meridian, Inc.
                                      and Rite Aid Corporation*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served this 29th day of June, 2005 via First Class U.S. Mail as follows:

| | |
|---|---|
| Grant S. Cowan<br>FROST BROWN TODD LLC<br>2200 PNC Center<br>201 East Fifth Street<br>Cincinnati, OH 45202 | Kenneth A. Wexler<br>KENNETH A. WEXLER AND ASSOCIATES<br>One North LaSalle, Suite 2000<br>Chicago, IL 60602 |
| Theresa L. Groh<br>MURDOCK, GOLDENBERG, SCHNEIDER & GROH<br>700 Walnut Street, Suite 400<br>Cincinatti, OH 45202 | Daniel E. Gustafson<br>HEINS MILLS & OLSON, P.C.<br>700 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402 |
| Jay S. Cohen<br>SPECTOR, ROSEMAN & KODROFF<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103 | Joseph E. Conley, Jr.<br>BUECHEL & CONLEY<br>25 Crestview Hills Mall Road, Suite 104<br>Crestview Hills, KY 41017 |
| Ruthanne Gordon<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 | Marc H. Edelson<br>HOFFMAN & EDELSON<br>45 West Court Street<br>Doylestown, PA 18901 |
| David S. Eggert<br>ARNOLD & PORTER<br>555 Twelfth Street, N.W.<br>Washington, DC 20004 | Patrick E. Cafferty **Via UPS NDA**<br>MILLER FAUCHER & CAFFERTY LLP<br>101 N. Main Street, Suite 885<br>Ann Arbor, MI 48104 |
| Janet G. Abaray<br>LOPEZ, HODES, RESTAINO, MILMAN, SKIKOS & POLOS<br>312 Walnut Street, Suite 2090<br>Cincinnati, OH 45202 | W. Gordon Dobie **Via Email and UPS NDA**<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601-9703 |

_____
W. B. Markovits