Wed Jun 29 14:16:04 2005

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.    100 427344
Cashier        sjl

Check Number:  6580

DO Code    Div No
4661         1

Sub Acct  Type  Tender        Amount
1:086900   N      2           105.00
2:510000   N      2           150.00

Total Amount          $      255.00

MARKOVITS & GREIWE CO LPA

NOTICE OF APPEAL 1:01CV704

Wed Jun 29 14:16:04 2005

Check No.  6580
Amount$    255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661