IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| J.B.D.L. CORP. d/b/a Beckett Apothecary and McHUGH PHARMACY WYNNEWOOD, INC. individually and on behalf of all others similarly situated<br><br>v.<br><br>WYETH-AYERST LABORATORIES, INC. and AMERICAN HOME PRODUCTS CORP. | No. 1:01-CV-00704 |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that all plaintiffs, consisting of J.B.D.L. Corp. and McHugh Pharmacy Wynnewood Inc., individually and as representatives of a certified class (225 F.R.D. 208), hereby appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on the 13th day of June, 2005.

Dated: June 29, 2005

/s/Theresa L. Groh
Theresa L. Groh
**MURDOCK GOLDENBERG
  SCHNEIDER & GROH, L.P.A.**
35 East Seventh Street, Suite 600
Cincinnati, OH 45202
Tel: (513) 345-8291
Fax: (513) 345-8294

{00012708; 1}

Eric L. Cramer
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

Eugene A. Spector
**SPECTOR ROSEMAN & KODROFF, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611

*Attorneys for Appellants J.B.D.L. Corp. and McHugh Pharmacy Wynnewood Inc., individually and as representatives of the certified Class*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 29, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                  /s/Theresa L. Groh
                  Theresa L. Groh

{00012708; 1}