OFFICE OF THE CLERK
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM #324
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS



RECEIVED
OCT 3 2005
JAMES BONINI, Clerk
CINCINNATI, OHIO

Steven E. Bizar, Esq.
Eliot G. Long, Esq.
Howard D. Scher, Esq.
1835 Market St., 24th Floor
Philadelphia

A ☐ INSUFFICIENT ADDRESS
C ☒ ATTEMPTED NOT KNOWN    ☐ OTHER
  ☐ NO SUCH NUMBER/ STREET
S ☐ NOT DELIVERABLE AS ADDRESSED
   - UNABLE TO FORWARD

RTS
RETURN TO SENDER

1910342924