**FILED**
MAY 10 2007
LEONARD GREEN, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Nos. 05-3860; 05-3988

J.B.D.L. CORPORATION, McHUGH PHARMACY WYNNEWOOD, INC. and
THE CERTIFIED DIRECT PURCHASER CLASS (05-3988);
CVS MERIDIAN, INC. and RITE AID CORPORATION (05-3860),
    Plaintiffs - Appellants,

v.

WYETH-AYERST LABORATORIES, INC.,
    Defendant - Appellee.


Before: DAUGHTREY and GIBBONS, Circuit Judges; EDMUNDS, District Judge.

## JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Cincinnati.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

                             **ENTERED BY ORDER OF THE COURT**

                             Leonard Green, Clerk