FILED
JAMES BONINI
CLERK

## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

07 OCT 26 PM 3: 52

No: 05-3860/05-3988                    $\mu$(1

Filed: October 26, 2007

JBDL CORPORATION, et al.;

      Plaintiffs - Appellants (05-3988)

CVS MERIDIAN, INC., et al.

      Plaintiffs - Appellants (05-3860)

  v.

WYETH-AYERST LABORATORIES, INC., et al.

      Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 05/10/2007 the mandate for this case hereby

issues today.

COSTS:  NO COSTS TAXED

Filing Fee ........................$
Printing ..........................$

      Total ...................$