UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JBDL Corporation, et al.,
    Plaintiffs

v.                                   Case No. 1:01-cv-704

Wyeth-Ayerst Laboratories, Inc.,
et al.,
    Defendants

**ORDER**

The above captioned case was closed on June 13, 2005 and appealed on June 29, 2005. The Mandate issued on October 26, 2007.

Therefore, **IT IS ORDERED** that all **SEALED DOCUMENTS** (Docs. 28, 32, 38, 39, 45, 101, the attachments to Doc. 135, the exhibits to Doc. 143, the appendices to Doc. 144, and the attachments to Doc. 170, be returned to the custody of the filing party. The parties are to contact Mary Brown, 513.564.7520 **by April 30, 2008**, to arrange for pickup.

Date:  April 23, 2008                  s/Sandra S. Beckwith
                                            Sandra S. Beckwith, Chief Judge
                                            United States District Court